IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | Case No.: 21-CR-00022-KBJ |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), the undersigned respectfully moves for the admission and appearance of attorney T. Branton "Brent" Mayr *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of T. Brent Mayr, filed herewith. This motion is also supported and signed by Jeffrey T. Green, an active and sponsoring member of the Bar of this Court who can attest to Mr. Mayr's character, fitness and familiarity with the local rules of this honorable Court.

Dated: February 4, 2020

Respectfully submitted,

*/s/* Jeffrey T. Green
 D.C. Bar # 426747
jgreen@sidley.com
SIDLEY AUSTIN LLP
1501 K. Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | Case No. 21-CR-00022-KBJ |
| **CHRISTOPHER RAY GRIDER,** | § § § | |
| Defendant | § § | |

### DECLARATION OF ATTORNEY T. BRENT MAYR
### IN SUPPORT OF HIS MOTION TO APPEAR *PRO HAC VICE*

COMES NOW T. BRENT MAYR, applicant for admission and to appear *pro hac* vice in the above-styled and numbered cause as the attorney for the Defendant, and attests to the following:

1. Applicant, **Thomas Branton "Brent" Mayr**, is an attorney and managing shareholder of the law firm, **Mayr Law, P.C**. The mailing address and contact information for the law firm is:

    **5300 Memorial Drive, Suite 750**
    **Houston, TX 77007**
    **Telephone: 713-808-9613**
    **Fax: 713-808-9991**

2. Mr. Mayr is admitted to practice law in the State of Texas under State Bar No. 24037052 and has been since November 6, 2002. As reflected on the attached certification, he is an active member in good standing with the State Bar of Texas.

3. Mr. Mayr is admitted to practice before, and remains in good standing in several other federal courts including the United States District Courts for the Northern,

Southern, Eastern, and Western Districts of Texas, the Western District of Oklahoma, and the Western District of Wisconsin, as well as the United States Court of Appeals for the Fifth Circuit.

4. Mr. Mayr certifies that he has not been disciplined by any bar.

5. Mr. Mayr certifies that he has not been admitted *pro hac vice* in this Court within the last two years.

6. Mr. Mayr certifies that he does not engage in the practice of law from an office located in the District of Columbia.

7. Mr. Mayr certifies that he has not been charged, arrested, or convicted of a criminal offense.

8. Mr. Mayr certifies that he has read and is familiar with the Local Rules of the District Court for the District of Columbia and will comply with the standards of practice set out therein.

I hereby declare under penalty of perjury that the foregoing is true and correct.

/s/ Thomas Branton Mayr
THOMAS BRANTON "BRENT" MAYR

DATED:  February 2, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | Case No.: 21-CR-00022-KBJ |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION OF ATTORNEY PRO HAC VICE**

The Court has reviewed the Plaintiff's Motion for Admission of attorney T. Branton "Brent" Mayr *pro hac vice*. Upon consideration, the Court grants attorney Andres Barajas *pro hac vice* admission to this Court for the purposes of this case only.

IT IS SO ORDERED

DATED: _____                                 _____
                                                                                United States District Judge