IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 21-CR-00022-KBJ |
| § § § | |
| CHRISTOPHER RAY GRIDER, § § | |
| Defendant § | |

**ORDER ON
DEFENDANT'S MOTION TO REVOKE DETENTION ORDER**

On this day came to be heard the Defendant, Christopher Ray Grider's Motion to Revoke Detention Order requesting that this Court revoke the Order of Detention Pending Trial entered by Magistrate Judge for the Western District of Texas, Austin Division, Susan Hightower entered on January 27, 2021. After considering the same, this Court hereby ORDERS that the motion be

_____ GRANTED. Conditions of release are to follow.

_____ DENIED, to which the Defendant excepts.

SIGNED AND ENTERED ON _____.

_____
HON. KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE