# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | No. 21-cr-022 (KBJ) (D.D.C.)<br>No. 21-mj-033 (SH) (W.D. Tex.) |

## **ORDER**

For the reasons stated on the record at the Motion Hearing held on February 22, 2021, it is hereby

**ORDERED** that Christopher Grider is released from Grady County Jail on bond.

DATE:  February 22, 2021

KETANJI BROWN JACKSON
United States District Judge