IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § § § | | |
| **v.** § § § | Case No. 21-CR-00022-KBJ | |
| **CHRISTOPHER RAY GRIDER,** § § § | | |
| *Defendant* § | | |

**DEFENDANT'S MOTION TO DISMISS
COUNT FOUR OF THE INDICTMENT**

TO THE HONORABLE KETANJI BROWN JACKSON, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, and, pursuant to Rules 7(c)(1) and 12(b)(3)(B) of the Federal Rules of Criminal Procedure, the Fifth and Sixth Amendments to the United States Constitution, and the authority discussed in his memorandum to this motion, moves this Court to enter an order dismissing Count Four of the indictment in this case. In support thereof, he would show the following.

1. Court Four of the indictment against Mr. Grider alleges that on or about January 6, 2021, he "attempted to, and did corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority and engaging in disorderly and disruptive conduct and destroying federal property" in violation of 18 U.S.C. §§ 1512(c) and 2.

2. Count Four must be dismissed as this allegation fails to state an offense, fails to provide Mr. Grider with adequate notice of what he is charged with, and does not ensure that a grand jury has found sufficient evidence of the necessary elements of the offense in violation of Rule 7(c)(1) of the Federal Rules of Criminal Procedure, and the Fifth and Sixth Amendments to the United States Constitution. More specifically, the indictment fails to state what "official proceeding" and, even more specifically, what "proceeding before Congress" Mr. Grider allegedly obstructed. This is a critical issue in this case because 18 U.S.C. § 1512(c) only prohibits obstruction of an "official proceeding" related to the administration of justice before a tribunal and not any and all governmental functions such as legislative action by Congress. *See United States v. Ermoian*, 752 F.3d 1165, 1172 (9th Cir. 2013).

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court dismiss Count Four of the indictment against him and permit him leave to amend and supplement this motion at a later date, if needed.

Date: <u>March 22, 2021</u>   Respectfully Submitted,

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

*Admitted to Appear Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Candice Wong, on March 22, 2021, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR