UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 21-cr-22 (KBJ) |
| CHRISTOPHER RAY GRIDER, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Before this Court at present is the Government's Unopposed Motion to Exclude Time Under the Speedy Trial Act.  (*See* Gov't's Unopposed Mot. to Exclude Time Under the Speedy Trial Act, ECF No. 23.)  The parties have conferred and Mr. Grider consents to this motion.  (*See id.* at 8.)[1]

Based on the representations of both parties during the status conference that this Court held on April 6, 2021 (*see* Min. Entry of Apr. 6, 2021), the Court finds that this case involves unusually voluminous discovery that the Government must review and produce to Mr. Grider in order for both sides to prepare adequately for further proceedings.  Moreover, in particular, the Government is still reviewing and gathering extensive video evidence that might concern this Defendant and it needs additional time to collate and produce such material.

The Court therefore finds that the interests of justice are served by tolling the computation of time under the Speedy Trial Act for a period of approximately sixty days from April 6, 2021 through and including June 10, 2021, to allow adequate time to produce and review

---

[1] Page-number citations refer to the page numbers that the Court's electronic filing system automatically assigns.

discovery materials.  For the reasons stated in this Order and because Mr. Grider consents to the Government's motion, the Court finds that the interests of justice served by such action outweigh the best interests of the public in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

Accordingly, it is hereby

**ORDERED** that the Government's Unopposed Motion to Exclude Time Under the Speedy Trial Act (ECF No. 23) is **GRANTED**.  It is

**FURTHER ORDERED** that in the interests of justice, the time from April 6, 2021 through and including June 10, 2021 is excluded from the Speedy Trial Act computation.  It is

**FURTHER ORDERED** that the parties shall appear before the Court for a status conference on June 10, 2021 at 2:30 p.m.

Date:  April 7, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge