IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| **v.** § | Case No. 21-CR-00022-KBJ |
| § § § | |
| **CHRISTOPHER RAY GRIDER,** § § | |
| *Defendant* § | |

**ORDER ON
DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

On this day came to be heard the Defendant's Motion to Modify Conditions of Release requesting that this Court remove the condition requiring location restriction/monitoring program with a GPS leg monitor and a curfew of 10:00 pm to 6:00 am. After considering the same, this Court hereby ORDERS that the motion be

_____ GRANTED. The Defendant is no longer required to submit to a location restriction/monitoring program with a GPS leg monitor and a curfew of 10:00 pm to 6:00 am.

_____ DENIED.

SIGNED AND ENTERED ON _____.

_____
HON. KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE