

|  |
|---|
| U.S. Department of Justice |
| Channing D. Phillips |
| Acting United States Attorney |
| *District of Columbia* |

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 25, 2021

<u>Via Email</u>
Brent Mayr
Mayr Law, P.C.
Houston Office:
5300 Memorial Drive, Suite 750, Houston, TX 77007
The Woodlands Office:
1095 Evergreen Cir., Suite 200, The Woodlands, TX 77380
bmayr@mayr-law.com

Re:  *United States v. Christopher Grider*
     Case No. 1:21-cr-00022-KBJ

Dear Counsel:

Enclosed as additional discovery in this case, via filesharing, are the following materials:

1. Recording from defendant's arrest (2 files)
2. SENSITIVE: 302 with W-2, and Text Messages with W-2
3. MPD body worn camera footage (x16)
4. Grand jury transcript and exhibits
5. 302 from arrest
6. Phone Search Warrant Return
7. HIGHLY SENSITIVE: Cost for repairs for Speaker's Lobby doors
8. Apple iCloud Search Warrant Return and Production (zipped)
9. HIGHLY SENSITIVE: Additional U.S. Capitol Police video footage (x3)
10. Tip to FBI re identification of defendant from open-source video (redacted)
11. Tip to USAO (3 redacted emails)
12. Photos from Search Warrant (x246)

This material is subject to the terms of the Protective Order issued in this case.  Please adhere to sensitivity markings.

      The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

      I will forward additional discovery as it becomes available. Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

      If you have any questions, please feel free to contact me.

                              Sincerely,

                              Candice C. Wong
                              Assistant United States Attorney
                              202-252-7849
                              Candice.wong@usdoj.gov