IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 21-CR-00022-KBJ |
| § § § | |
| CHRISTOPHER RAY GRIDER, § § | |
| *Defendant* § | |

DEFENDANT'S UNOPPOSED
MOTION TO TRAVEL

TO THE HONORABLE KETANJI BROWN JACKSON, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, and moves this Court to, as an exception to his conditions of release, permit him to travel to the Southern District of Texas for a family vacation.

1. This Court released Mr. Grider on conditions of release on February 22, 2021. (Doc. Nos. 14 & 15). Among other conditions, this Court ordered Mr. Grider to participate in a location restriction/monitoring program with a GPS leg monitor and a curfew of 10:00 pm to 6:00 am. (Doc. No. 14). Since his release, he has fully complied with that condition.

2. This Court further restricted Mr. Grider's travel within the Western District of Texas where he resides and the Southern District of Texas where undersigned counsel has his primary place of business. (Doc. 14). Although he is permitted to travel to the Southern District of Texas, he is nevertheless required to return to

1

his residence to comply with his curfew obligation.

3. As Mr. Grider has previously informed this Court, his children are on summer break from school and Mr. Grider wishes to be able to take his family on a vacation away from their home in the Western District of Texas. Mr. Grider is therefore seeking permission from the Court to travel by car to the Southern District of Texas the week of June 14, 2021 and return that same week (exact dates and locations have been provided to his pretrial officer, as well as the attorney for the Government, and are omitted here to insure his safety and security).

4. As confirmed with his pretrial supervision officer and the attorney for the Government, Mr. Grider would take his location monitoring equipment with him to monitor his movements while on this vacation.

5. Undersigned counsel conferred with Mr. Grider's pretrial supervision officer, Kit Meyers, as well as the attorney for the Government, Candice Wong, and both are not opposed to this motion.

6. Despite his travel, Mr. Grider would still appear by videoconference for this Court's status hearing rescheduled to June 17, 2021 at 10:30 a.m. (EDT).

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court permit him to travel to the Southern District of Texas the week of June 14, provided that he takes his location monitoring equipment with him to monitor his movements while on this vacation.

Date: <u>June 7, 2021</u>                             Respectfully Submitted,

                                                                        MAYR LAW, P.C.

by: /s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with Counsel for the Government, Candice Wong, and Mr. Grider's pretrial supervision officer, Kit Meyers, and both are not opposed to this motion.

/s/ T. Brent Mayr
T. BRENT MAYR

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Candice Wong, on June 7, 2021, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR