IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 21-CR-00022-KBJ |
| § § | |
| CHRISTOPHER RAY GRIDER, § § | |
| *Defendant* § | |

ORDER ON
DEFENDANT'S MOTION TO TRAVEL

On this day came to be heard the Defendant's Unopposed Motion to Travel requesting that he be permitted to travel to the Southern District of Texas the week of June 14, 2021. After considering the same, this Court hereby ORDERS that the motion be

_____ GRANTED. The Defendant is permitted to leave his residence and travel to the Southern District of Texas the week of June 14, 2021. He is ORDERED to provide all details pertaining to the travel, including the date and destination of travel, to his pretrial supervision officer and is further ORDERED to take his location monitoring equipment with him to permit his movements to be monitored while away from his residence.

_____ DENIED.

SIGNED AND ENTERED ON _____.

_____
HON. KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE