# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 21-cr-22 (KBJ) |
| CHRISTOPHER RAY GRIDER | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's [33] Unopposed Motion to Travel, it is hereby

**ORDERED** that the motion is **GRANTED**, and Defendant is permitted to travel on the dates and to the destination identified in his sealed supplement. Defendant shall check in by telephone with his Pretrial Services Officer within 24 hours of completion of his travel.

All other conditions of release that this Court previously set remain in full effect.

Date: June 14, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge