IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 21-CR-00022-KBJ |
| § § § | |
| CHRISTOPHER RAY GRIDER, § § | |
| *Defendant* § | |

## DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, moves this Court to, as an exception to his conditions of release, permit him to travel to the Western District of Missouri for a family vacation.

1. Prior to transfer to this Court, Judge Ketanji Brown Jackson ordered the release of Mr. Grider on conditions of release on February 22, 2021. (Doc. Nos. 14 & 15). Among other conditions, she ordered Mr. Grider to participate in a location restriction/monitoring program with a GPS leg monitor and a curfew of 10:00 pm to 6:00 am. (Doc. No. 14). Since his release, he has fully complied with that condition.

2. Judge Jackson further restricted Mr. Grider's travel within the Western District of Texas where he resides and the Southern District of Texas where undersigned counsel has his primary place of business. (Doc. 14).

3. As Mr. Grider had informed Judge Jackson during the proceedings related to his

detention, his children are on summer break from school and Mr. Grider wishes to be able to take his children on a vacation away from their home in the Western District of Texas as he typically does during the summer break. Mr. Grider is presently seeking permission from the Court to travel by car to the Western District of Missouri July 31 through August 8 (exact dates and locations have been provided to his pretrial officer, as well as the attorney for the Government, and are omitted here to insure his safety and security but can be provided via a supplement filed under seal if needed).

4. As confirmed with his pretrial supervision officer and the attorney for the Government, Mr. Grider would take his location monitoring equipment with him to monitor his movements while on this vacation.

5. Undersigned counsel conferred with Mr. Grider's pretrial supervision officer, Kit Meyers, as well as the attorney for the Government, Candice Wong, and both are not opposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court permit him to travel to the Western District of Missouri from July 31 to August 8, provided that he takes his location monitoring equipment with him to monitor his movements while on this vacation.

Date: <u>July 27, 2021</u>                                     Respectfully Submitted,

                                                                            MAYR LAW, P.C.

                                                                            by: /s/ T. Brent Mayr
                                                                            T. BRENT MAYR
                                                                            Texas State Bar Number 24037052
                                                                            D.C.D.C. Bar ID TX0206

        bmayr@mayr-law.com

        5300 Memorial Dr., Suite 750
        Houston, TX 77007
        Telephone: 713-808-9613
        Fax: 713-808-9613

        ATTORNEY FOR THE DEFENDANT,
        CHRISTOPHER RAY GRIDER

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with Counsel for the Government, Candice Wong, and Mr. Grider's pretrial supervision officer, Kit Meyers, and both are not opposed to this motion.

        /s/ T. Brent Mayr
        T. BRENT MAYR

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Candice Wong, on July 27, 2021, via CM/ECF and email.

        /s/ T. Brent Mayr
        T. BRENT MAYR