IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| v. | § § Case No. 21-CR-00022-KBJ § |
| CHRISTOPHER RAY GRIDER, | § § § |
| *Defendant* | § |

## ORDER ON
## DEFENDANT'S MOTION TO TRAVEL

On this day came to be heard the Defendant's Unopposed Motion to Travel requesting that he be permitted to travel to the Western District of Missouri from July 31 to August 8. After considering the same, this Court hereby ORDERS that the motion be

\_\_\_✓\_\_\_ GRANTED. The Defendant is permitted to leave his residence and travel to the the Western District of Missouri from July 31 to August 8. He is ORDERED to provide all details pertaining to the travel, including the date and destination of travel, to his pretrial supervision officer and is further ORDERED to take his location monitoring equipment with him to permit his movements to be monitored while away from his residence.

SIGNED AND ENTERED ON  July 27, 2021 .

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE