IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | | |
| v. | § § § § | Case No. 21-CR-00022 | |
| **CHRISTOPHER RAY GRIDER,** | § § § | | |
| *Defendant* | § | | |

**DEFENDANT'S UNOPPOSED MOTION TO
CONTINUE STATUS CONFERENCE AND TOLL SPEEDY TRIAL LIMITS**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above-styled and numbered cause, by and through undersigned counsel, moves this Court to continue the status conference presently scheduled for August 30, 2021 and continue to toll the speedy trial limits set out in 18 U.S.C. § 3161. In support thereof, Mr. Grider would show the following.

1. This Court last held a status conference on Mr. Grider's case on July 1, 2021. The parties represented to this Court that the Government has additional discovery to produce to the Defendant and undersigned counsel is still reviewing the discovery while conducting his own investigation of the alleged acts.

2. The Court further confirmed that Mr. Grider desired to have his motion to dismiss held in abeyance pending further investigation.

3. Undersigned counsel conferred with counsel for the Government, Candice Wong, last week to discuss the status of the case and confirmed that the Government still

has additional discovery to produce to the Defendant and undersigned counsel is still reviewing the discovery while conducting his own investigation of the alleged acts. Accordingly, counsel for the Government is not opposed to this motion. Both parties maintain that this motion is made not for the purpose of delay but in the best interests of justice.

4. Undersigned counsel has conferred with Mr. Grider regarding his speedy trial rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et al.*, and he has no objection to the continued tolling of the time limits set out therein.

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court continue the status conference presently scheduled for August 30, 2021 for sixty (60) days and continue to toll the speedy trial limits set out in 18 U.S.C. § 3161.

Date: <u>August 26, 2021</u>     Respectfully Submitted,

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Counsel for the Government, Candice Wong, and she is not opposed to this motion.

/s/ T. Brent Mayr
T. BRENT MAYR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Candice Wong, on August 26, 2021, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR
