IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | §<br>§<br>§ | |
| v. | §<br>§<br>§ | Case No. 21-CR-00022 |
| CHRISTOPHER RAY GRIDER, | §<br>§<br>§ | |
| *Defendant* | § | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO
CONTINUE STATUS CONFERENCE AND TOLL SPEEDY TRIAL LIMITS**

The Court has considered the Defendant's Unopposed Motion to Continue Status Conference and Toll Speedy Trial Limits, wherein counsel for Defendant has represented that additional time is needed to obtain and review discovery from the Government, as well as investigate the allegations against Defendant. Based on those representations and those made in the Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant and his right to a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice and that a continuance is necessary to allow reasonable time for trial preparation.

The Motion to Continue is GRANTED. It is ORDERED that a period of excludable delay shall commence on _____, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

A status conference before this Court is set now for _____

_____.

SIGNED this _____ day of _____, 2021.


                                                   _____

                                                 HON. COLLEEN KOLLAR-KOTELLY
                                                 UNITED STATES DISTRICT JUDGE