# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Case No. 21-cr-00022 (CKK)** |
| ) | |
| **CHRISTOPHER RAY GRIDER,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

The Court has considered the Defendant's [49] Unopposed Motion to Continue Status Conference and Toll Speedy Trial Limits, wherein counsel for Defendant has represented that additional time is needed to obtain and review discovery from the Government, as well as investigate the allegations against Defendant. Based on those representations and those made in the Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant and his right to a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice and that a continuance is necessary to allow reasonable time for trial preparation. Accordingly, it is hereby this 27th day of August 2021,

ORDERED that the Defendant's [49] Unopposed Motion to Continue Status Conference and Toll Speedy Trial Limits is GRANTED.  The period of excludable delay shall commence on August 30, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B), and it shall end at commencement of trial or disposition of charges.  The August 30, 2021 status conference is rescheduled for October 26, 2021, at 2:30 p.m. via Zoom.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE