IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § § | Case No. 21-CR-00022-CKK |
| **CHRISTOPHER RAY GRIDER,** | § § § | |
| *Defendant* | § | |

### DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, moves this Court to, as an exception to his conditions of release, permit him to travel as requested below.

1. Prior to transfer to this Court, Judge Ketanji Brown Jackson ordered the release of Mr. Grider on conditions of release on February 22, 2021. (Doc. Nos. 14 & 15). Among other conditions, she ordered Mr. Grider to participate in a location restriction/monitoring program with a GPS leg monitor and a curfew of 10:00 pm to 6:00 am. (Doc. No. 14). Since his release, he has fully complied with that condition.

2. Judge Jackson further restricted Mr. Grider's travel within the Western District of Texas where he resides and the Southern District of Texas where undersigned counsel has his primary place of business. (Doc. 14).

3. Mr. Grider requests permission to travel away from his home as follows.

   A. Mr. Grider requests to travel to Midlothian, Texas on September 26, 2021 for his nephew's birthday. He will return to his residence that evening.

1

B. Mr. Grider requests to travel to Fredericksburg, Texas October 1 through October 2, 2021 with his wife for a vacation.

C. Mr. Grider requests to travel to Plano, Texas on October 9, 2021 to participate as a vendor at a wine festival and return to his residence that evening.

D. Mr. Grider requests to travel to McKinney, Texas October 16 through October 17, 2021 to participate as a vendor at a wine festival and return to his residence after the closing of the festival.

4. As confirmed with his pretrial supervision officer and the attorney for the Government, Mr. Grider would take his location monitoring equipment with him to monitor his movements while on these vacation and business trips.

5. Undersigned counsel conferred with the attorney for the Government, Candice Wong, and she is not opposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court permit him to travel as set out in this motion, provided that he takes his location monitoring equipment with him to monitor his movements while on this vacation.

Date: <u>September 24, 2021</u>

Respectfully Submitted,

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007

                                Telephone:  713-808-9613
                                Fax:  713-808-9613

                                ATTORNEY FOR THE DEFENDANT,
                                CHRISTOPHER RAY GRIDER

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with Counsel for the Government, Candice Wong, and she is not opposed to this motion.

                                /s/ T. Brent Mayr
                                T. BRENT MAYR

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Candice Wong, on September 24, 2021, via CM/ECF and email.

                                /s/ T. Brent Mayr
                                T. BRENT MAYR