IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | Case No. 21-CR-00022-CKK |
| | § § | |
| CHRISTOPHER RAY GRIDER, | § § | |
| *Defendant* | § | |

**ORDER ON
DEFENDANT'S MOTION TO TRAVEL**

On this day came to be heard the Defendant's Unopposed Motion to Travel requesting permission to travel on multiple occasions over the next month. After considering the same, this Court hereby ORDERS that the motion be

_____ GRANTED. The Defendant is permitted to travel as requested in his motion filed September 24, 2021. He is ORDERED to provide all details pertaining to the travel, including the date and destination of travel, to his pretrial supervision officer and is further ORDERED to take his location monitoring equipment with him to permit his movements to be monitored while away from his residence.

_____ DENIED.

SIGNED AND ENTERED ON _____.

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE