**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, <br> v. <br> CHRISTOPHER RAY GRIDER, <br> Defendant. | Criminal Action No. 21-22 (CKK) |

**ORDER**
(September 24, 2021)

The Court has received and reviewed Defendant's [53] Unopposed Motion to Travel. Therein, Defendant requests permission to travel away from his home on the following four occasions:

1. Mr. Grider requests to travel to Midlothian, Texas on September 26, 2021 for his nephew's birthday. He will return to his residence that evening.

2. Mr. Grider requests to travel to Fredericksburg, Texas on October 1 through October 2, 2021 with his wife for a vacation.

3. Mr. Grider requests to travel to Plano, Texas on October 9, 2021 to participate as a vendor at a wine festival and return to his residence that evening.

4. Mr. Grider requests to travel to McKinney, Texas on October 16 through October 17, 2021 to participate as a vendor at a wine festival and return to his residence after the closing of the festival.

In light of Defendant's compliance with his conditions of release, to date, and the Government's decision not to oppose Defendant's requested travel, the Court hereby **GRANTS** Defendant's [53] Motion. It is hereby **ORDERED** that Defendant may travel only to the precise locations set forth above. It is **FURTHER ORDERED** that Defendant shall provide all details pertaining to this travel, including the date and destination of travel, to his pretrial supervision officer and shall take his location monitoring equipment with him to permit his movements to be monitored while he is away from his residence.

**SO ORDERED.**

Date: September 24, 2021

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge