**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 21-CR-00022-CKK |
| | § § | |
| CHRISTOPHER RAY GRIDER, | § § | |
| *Defendant* | § | |

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DIS-
TRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and num-
bered cause, by and through undersigned counsel, moves this Court to, as an excep-
tion to his conditions of release, permit him to travel as requested below.

1. Prior to transfer to this Court, Judge Ketanji Brown Jackson ordered the release
   of Mr. Grider on conditions of release on February 22, 2021. (Doc. Nos. 14 & 15).
   Among other conditions, she ordered Mr. Grider to participate in a location re-
   striction/monitoring program with a GPS leg monitor and a curfew of 10:00 pm to
   6:00 am. (Doc. No. 14). Since his release, he has fully complied with that condition.

2. Judge Jackson further restricted Mr. Grider's travel within the Western District
   of Texas where he resides and the Southern District of Texas where undersigned
   counsel has his primary place of practice. (Doc. 14).

3. Mr. Grider requests permission to travel away from his home as follows.

   A. Mr. Grider requests to travel to Dallas, Texas on November 2 to November 3

to assist his wife who is undergoing surgery there.

B. Mr. Grider requests to travel to Palestine, Texas on December 11, 2021 to participate as a vendor at a wine festival and return to his residence that evening.

4. As confirmed with his pretrial supervision officer and the attorney for the Government, Mr. Grider would take his location monitoring equipment with him to monitor his movements while on these trips.

5. Undersigned counsel conferred with the attorney for the Government, Candice Wong, and she is not opposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court permit him to travel as set out in this motion, provided that he takes his location monitoring equipment with him to monitor his movements while on this vacation.

Date: <u>October 26, 2021</u>             Respectfully Submitted,

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Counsel for the Government, Candice Wong, and

she is not opposed to this motion.

/s/ T. Brent Mayr
T. BRENT MAYR


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the

Government, Candice Wong, on October 26, 2021, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR