## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 21-CR-00022-CKK** |
| | § | |
| | § | |
| **CHRISTOPHER RAY GRIDER,** | § | |
| | § | |
| *Defendant* | § | |

## ORDER ON
## DEFENDANT'S MOTION TO TRAVEL

On this day came to be heard the Defendant's Unopposed Motion to Travel requesting permission to travel on multiple occasions over the next month. After considering the same, this Court hereby ORDERS that the motion be

_____ GRANTED. The Defendant is permitted to travel as requested in his motion filed October 26, 2021. He is ORDERED to provide all details pertaining to the travel, including the date and destination of travel, to his pretrial supervision officer and is further ORDERED to take his location monitoring equipment with him to permit his movements to be monitored while away from his residence.

_____ DENIED.

SIGNED AND ENTERED ON _____.


                                    _____
                                    HON. COLLEEN KOLLAR-KOTELLY
                                    UNITED STATES DISTRICT JUDGE