# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br>Defendant | Criminal Action No. 21-22 (CKK) |

## ORDER
(October 27, 2021)

The Court has received and reviewed Defendant's [59] Unopposed Motion to Travel. Therein, Defendant requests permission to travel away from his home on the following occasions:

1. Mr. Grider requests to travel to Dallas, Texas on November 2 to November 3 to assist his wife who is undergoing surgery there.

2. Mr. Grider requests to travel to Palestine, Texas on December 11, 2021 to participate as a vendor at a wine festival and return to his residence that evening.

In light of Defendant's compliance with his conditions of release, to date, and the Government's decision not to oppose Defendant's requested travel, the Court hereby **GRANTS** Defendant's [59] Motion. It is hereby **ORDERED** that Defendant may travel only to the precise locations set forth above. It is **FURTHER ORDERED** that Defendant shall provide all details pertaining to this travel, including the date and destination of travel, to his pretrial supervision officer and shall take his location monitoring equipment with him to permit his movements to be monitored while he is away from his residence.

**SO ORDERED.**

**Date**: October 27, 2021

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge