

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 8, 2021

<u>Via Email</u>
Brent Mayr
Mayr Law, P.C.
Houston Office:
5300 Memorial Drive, Suite 750, Houston, TX 77007
The Woodlands Office:
1095 Evergreen Cir., Suite 200, The Woodlands, TX 77380
bmayr@mayr-law.com

    Re:    *United States v. Christopher Grider*
            Case No. 1:21-cr-00022-CKK

Dear Counsel:

    Enclosed as additional discovery in this case, via filesharing, are the following materials:

1. HIGHLY SENSITIVE: Additional CCTV footage videos of defendant (8 files)
2. Open-source video of defendant on scaffolding ("Protesters Take the US Capitol")
3. Open-source interviews by D-14 about defendant (2 files)

    This material is subject to the terms of the Protective Order issued in this case. Please adhere to sensitivity markings.

    The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

    I will forward additional discovery as it becomes available. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

    If you have any questions, please feel free to contact me.

Sincerely,

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov