IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | Case No. 21-CR-00022-CKK |
| **CHRISTOPHER RAY GRIDER,** | § § § | |
| *Defendant* | § | |

### DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, moves this Court to, as an exception to his conditions of release, permit him to travel as requested below.

1. Prior to transfer to this Court, Judge Ketanji Brown Jackson ordered the release of Mr. Grider on conditions of release on February 22, 2021. (Doc. Nos. 14 & 15). Among other conditions, she ordered Mr. Grider to participate in a location restriction/monitoring program with a GPS leg monitor and a curfew of 10:00 pm to 6:00 am. (Doc. No. 14). Since his release, he has fully complied with that condition.

2. Judge Jackson further restricted Mr. Grider's travel within the Western District of Texas where he resides and the Southern District of Texas where undersigned counsel has his primary place of practice. (Doc. 14).

3. On October 26, 2021, Mr. Grider requested permission to travel to Dallas, Texas on November 2 to November 3 to assist his wife who was undergoing surgery

1

there; this Court granted that request. (Docs. 59, 60).

4. Mr. Grider needs to take his wife to a follow up appointment for that surgery in Dallas on November 16, 2021 and is seeking permission for that travel outside the Western District of Texas. He would leave and return with her the same day and, therefore, would not need an exception from his curfew.

5. Undersigned counsel conferred with the attorney for the Government, Candice Wong, and she is not opposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court permit him to travel as set out in this motion.

Date: <u>November 15, 2021</u>   Respectfully Submitted,

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Counsel for the Government, Candice Wong, and she is not opposed to this motion.

/s/ T. Brent Mayr  
T. BRENT MAYR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Candice Wong, on November 15, 2021, via CM/ECF and email.

/s/ T. Brent Mayr  
T. BRENT MAYR