IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| **v.** § | Case No. 21-CR-00022-CKK |
| § § | |
| **CHRISTOPHER RAY GRIDER,** § § | |
| *Defendant* § | |

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL
AND MODIFY CONDITIONS OF RELEASE**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, moves this Court to, as an exception to his conditions of release, permit him to travel as requested below. He further requests this Court modify his conditions of release relative to the condition of home confinement.

1. Prior to transfer to this Court, Judge Ketanji Brown Jackson ordered the release of Mr. Grider on conditions of release. (Doc. Nos. 14 & 15). Among other conditions, she ordered Mr. Grider to participate in a location restriction/monitoring program with a curfew requirement that restricts him to his *residence* from 10:00 pm to 6:00 am. (Doc. No. 14). Since his release, he has fully complied with that condition.

2. Judge Jackson further restricted Mr. Grider's travel within the Western District of Texas where he resides and the Southern District of Texas where undersigned counsel has his primary place of practice. (Doc. 14).

1

3. **Travel Request – Dallas.** Mr. Grider requests permission to travel to Dallas, Texas (in the Northern District of Texas) on December 21 to celebrate Christmas with his family. He would travel there on December 21 and return to his home the following day, provide all details of his travel to his supervision officer, and notify her upon his return home. He would also take and use his location monitoring equipment with him to monitor his location while he is away from his property.

4. **Travel Request – Houston**. Mr. Grider further requests permission to travel to Houston, Texas (in the Southern District of Texas) on December 26 to celebrate Christmas with family. He would travel there on December 26 and return to his home the following day, provide all details of his travel to his supervision officer, and notify her upon his return home. He would also take and use his location monitoring equipment with him to monitor his location while he is away from his property.

5. **Modification of "residence" to "property."** Mr. Grider presently lives in Central Texas on a large, multi-acre property in a rural area. With the present conditions of release restricting Mr. Grider to his *residence* from 10:00 p.m. to 6:00 a.m., he is prohibited from being outside his residence yet still on his property during those hours. While he has complied with this condition for the past several months, this specific restriction prohibits him from caring for livestock, accessing other separate buildings/areas on his property (e.g. barn, vineyard), and otherwise using his entire property during those hours. Accordingly, he is seeking to modify present condition 7(p)(i) of his conditions of release to change the requirement that

he remain in his *residence* to requiring that he remain on his *property* within the hours of 10:00 p.m. to 6:00 a.m.

6. **Modification to permit limited exceptions to curfew requirement for employment purposes**. Mr. Grider continues to own and operate a business in a nearby town. On occasion, his business requires him to be at that location or nearby event venues past the beginning of his curfew at 10:00 p.m. Rather than have to seek explicit approval from this Court each time such instance arises, Mr. Grider seeks a modification of his conditions of release to provide that he is permitted to be away from his property during his curfew hours on the condition that (a) he remains within the Western District of Texas, (b) his absence from his property is for employment purposes only, and (c) he gives advanced notice to, and receives permission to be away from his property during his curfew hours from his supervision officer.

7. Undersigned counsel conferred with the attorney for the Government, Candice Wong, concerning these requests and modifications and she is not opposed to this motion. Likewise, counsel has conferred with Mr. Grider's supervision officer in the Western District of Texas, Kit Myers, and she is not opposed to these requests.

   WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court permit him to travel as set out in this motion and grant him the requested modifications to his conditions of release.

Date: <u>December 17, 2021</u>　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　MAYR LAW, P.C.

　　　　　　　　　　　　　　　　　　by: /s/ T. Brent Mayr
　　　　　　　　　　　　　　　　　　T. BRENT MAYR
　　　　　　　　　　　　　　　　　　Texas State Bar Number 24037052
　　　　　　　　　　　　　　　　　　D.C.D.C. Bar ID TX0206
　　　　　　　　　　　　　　　　　　bmayr@mayr-law.com

　　　　　　　　　　　　　　　　　　5300 Memorial Dr., Suite 750
　　　　　　　　　　　　　　　　　　Houston, TX 77007
　　　　　　　　　　　　　　　　　　Telephone:  713-808-9613
　　　　　　　　　　　　　　　　　　Fax:  713-808-9613

　　　　　　　　　　　　　　　　　　ATTORNEY FOR THE DEFENDANT,
　　　　　　　　　　　　　　　　　　CHRISTOPHER RAY GRIDER

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Counsel for the Government, Candice Wong, and Kit Myers, Senior U.S. Pretrial Services Officers for the Western District of Texas, Waco Division and she is not opposed to this motion.

　　　　　　　　　　　　　　　　　　/s/ T. Brent Mayr
　　　　　　　　　　　　　　　　　　T. BRENT MAYR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Candice Wong, on December 17, 2021, via CM/ECF and email.

　　　　　　　　　　　　　　　　　　/s/ T. Brent Mayr
　　　　　　　　　　　　　　　　　　T. BRENT MAYR

4