IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | Case No. 21-CR-00022-CKK |
| CHRISTOPHER RAY GRIDER, | § § | |
| *Defendant* | § | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO TRAVEL AND MODIFY CONDITIONS OF RELEASE

The Court has received and reviewed Defendant's [66] Unopposed Motion to Travel and Modify Conditions of Release. Therein, Defendant requests permission to travel away from his home to Dallas, Texas on December 21, 2021, and to Houston, Texas on December 26, 2021 to visit family for Christmas. In light of Defendant's compliance with his conditions of release, to date, and the Government's decision not to oppose Defendant's requested travel, the Court hereby GRANTS Defendant's [66] Motion with respect to his requested travel. It is hereby ORDERED that Defendant may travel only to the precise locations set forth above. It is FURTHER ORDERED that Defendant shall provide all details pertaining to this travel, including the date and destination of travel, to his pretrial supervision officer and shall take his location monitoring equipment with him to permit his movements to be monitored while he is away from his residence.

In his motion, Defendant further seeks multiple modifications to his current

1

conditions of release with respect to his participation in a location restriction program. More specifically, he first seeks to modify his condition to require that he be restricted to his "property" as opposed to the current restriction limiting him to his "residence" during curfew hours. This is to permit him to use other areas of his property during his curfew hours. He further seeks to modify the condition to permit him to be away from his property during curfew hours for employment purposes only in order work at his nearby business. In light of Defendant's compliance with his conditions of release, to date, and the Government's decision not to oppose Defendant's requested modification, the Court hereby GRANTS Defendant's [66] Motion with respect to his requested modfications. It is hereby ORDERED that Defendant's Conditions of Release are amended to require that the Defendant continue to participate in a location monitoring program and comply with its requirements as directed. As a condition of that program, the Defendant is restricted to the property where he resides every day from 10:00 p.m. to 6:00 a.m. or as directed by the pretrial services office or supervising officer. It is further ORDERED that the Defendant is permitted to be away from his property during his curfew hours of 10:00 p.m. to 6:00 a.m. provided that (a) he remains within the Western District of Texas, (b) his absence from his property is for employment purposes only, and (c) he gives advanced notice to, and receives permission to be away from his property during his curfew hours from the pretrial services office or supervising officer. All other conditions of release are to remain in effect.

    SO ORDERED.

Dated: _____

                                                            _____
                                                            COLLEEN KOLLAR-KOTELLY
                                                            United States District Judge