

U.S. Department of Justice

Matthew M. Graves
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 10, 2022

<u>Via Email</u>
Brent Mayr
Mayr Law, P.C.
Houston Office:
5300 Memorial Drive, Suite 750, Houston, TX 77007
The Woodlands Office:
1095 Evergreen Cir., Suite 200, The Woodlands, TX 77380
bmayr@mayr-law.com

    Re:    *United States v. Christopher Grider*
            Case No. 1:21-cr-00022-CKK

Dear Counsel:

    Enclosed as additional discovery in this case, via filesharing, are the following materials:

1. SENSITIVE: Interviews of Officers by Statuary Hall Connector Outside House Chamber (7 files: 302s for officers MM, SV, VB; transcript, audio, and exhibits for officer NE)
2. Extracted items from Defendant's Facebook SW (8 files)
3. Defendant's Apple iCloud Search Warrant Application
4. Evidence from other Capitol investigations:
    a. SENSITIVE: Witness video of D-17 (C0080)
    b. SENSITIVE: D-14 video of exit from Capitol (IMG_0774)
    c. D-14 Open-source interview from 1/8/2021 with footage of defendant after shooting

    This material is subject to the terms of the Protective Order issued in this case. Please adhere to sensitivity markings.

    The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

      I will forward additional discovery as it becomes available. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

      If you have any questions, please feel free to contact me.

      Sincerely,

      Candice C. Wong
      Assistant United States Attorney
      202-252-7849
      Candice.wong@usdoj.gov