IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | Case No. 21-CR-00022-CKK |
| | § § | |
| **CHRISTOPHER RAY GRIDER,** | § § | |
| *Defendant* | § § | |

**DEFENDANT'S MOTION FOR LEAVE TO
FILE A MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S
AMENDED MOTION TO DISMISS COUNT FOUR OF THE INDICTMENT IN
EXCESS OF THE PAGE LIMIT SET OUT IN LOCAL CRIMINAL RULE 47(e)**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, moves this Court for leave to file the attached memorandum of law in support of his Amended Motion to Dismiss Count Four of the Indictment. In support thereof, he would show the following.

1. Mr. Grider is charged by indictment for acts alleged to have been committed at the United States Capitol Building on January 6, 2021. Dkt. 6. Count Four of the indictment charges him with the most serious offense in terms of possible punishment, obstruction of an official proceeding in violation of 18 U.S.C. §§ 1512 (c) and 2. *Id.*

2. Concurrent with the filing of this motion, Mr. Grider is filing his Amended Motion

to Dismiss Count Four of the Indictment. The motion sets out four, independent grounds for dismissing the count and seeks to incorporates the argument and authorities set out in the attached memorandum of law in support of the motion.

3. The memorandum is presently 62 pages in length. This includes a table of contents and table of authorities. When not counting the cover page, table of contents, table of authorities, and certificate of service, the body of the memorandum is 53 pages in length.

4. Local Rule 47(e) states, "A memorandum of points and authorities in support of or in opposition to a motion shall not exceed 45 pages . . . without prior approval of the Court."

5. Considering the seriousness of the charge in Count Four against Mr. Grider and his constitutional rights at issue, including his right to due process and right to the effective assistance of counsel afforded him under the Fifth and Sixth Amendments to the United States Constitution, Mr. Grider seeks leave from this Court to file the attached memorandum in support of his motion to dismiss in excess of the page limits set out in Local Rule 47(e). As set out therein, many of these issues related to this charge have been litigated before other Judges in this District and resulted in multiple memorandum opinions being issued. Notably, the memorandum opinion and order issued by Judge Moss in *United States v. Patrick Montgomery, et al,* was 52 pages in length.

6. Undersigned counsel has attempted to limit the length of his memorandum as much as possible without sacrificing his ethical and constitutional obligations to

Mr. Grider. More importantly, as noted therein, he desires to provide as much authoritative support to this Court to justify a ruling in his favor.

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court permit him leave to file his attached Memorandum of Law in Support of Defendant's Amended Motion to Dismiss Count Four of the Indictment.

Date: January 12, 2021

Respectfully Submitted,

MAYR LAW, P.C.

by: /s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Candice Wong, on January 12, 2021, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER