IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 21-CR-00022-CKK |
| § § § | |
| CHRISTOPHER RAY GRIDER, § § | |
| *Defendant* § | |

ORDER ON
DEFENDANT'S MOTION FOR LEAVE TO
FILE A MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S
AMENDED MOTION TO DISMISS COUNT FOUR OF THE INDICTMENT IN
EXCESS OF THE PAGE LIMIT SET OUT IN LOCAL CRIMINAL RULE 47(e)

On this day, came to be considered Defendant Christopher Ray Grider's Motion for Leave to File a Memorandum of Law in Support of Defendant's Amended Motion to Dismiss Count Four of the Indictment in Excess of the Page Limit Set Out in Local Criminal Rule 47(c). The Court finds that, in the best interests of justice, the motion be GRANTED and permission is given to file said memorandum. The Clerk of the Court is ORDERED to file the Memorandum of Law in Support of Defendant's Amended Motion to Dismiss Count Four of the Indictment attached to his motion for leave.

SIGNED AND ENTERED ON _____.

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE