# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA. *Plaintiff*, v. CHRISTOPHER RAY GRIDER, *Defendant.* | Criminal Action No. 21-22 (CKK) |

## ORDER ON
## DEFENDANT'S MOTION TO TRAVEL

The Court has received and reviewed Defendant's [72] Unopposed Motion to Travel. Therein, Defendant requests permission to travel away from his home to San Antonio, Texas from Monday, January 31, 2022 to Wednesday, February 2, 2022 for a vacation. In light of Defendant's compliance with his conditions of release, to date, and the Government's decision not to oppose Defendant's requested travel, the Court hereby GRANTS Defendant's [72] Motion. It is hereby ORDERED that Defendant may travel only to the precise location set forth above. It is FURTHER ORDERED that Defendant shall provide all details pertaining to this travel, including the date and destination of travel, to his pretrial supervision office and shall take his location monitoring equipment with him to permit his movements to be monitored while he is away from his residence.

SO ORDERED.

Dated: _____

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge