**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | Criminal Action No. 21-22 (CKK) |

**ORDER**
(January 25, 2022)

The Court has received and reviewed Defendant's [72] Unopposed Motion to Travel. Therein, Defendant requests permission to travel away from his home to San Antonio, Texas from January 31, 2022 to February 2, 2022 for a family vacation. In light of Defendant's compliance with his conditions of release, to date, and the Government's decision not to oppose Defendant's requested travel, the Court hereby **GRANTS** Defendant's [72] Motion.  It is hereby **ORDERED** that Defendant may travel only to the precise location set forth above.  It is **FURTHER ORDERED** that Defendant shall provide all details pertaining to this travel, including the date and destination of travel, to his pretrial supervision office and shall take his location monitoring equipment with him to permit his movements to be monitored while he is away from his residence.

    **SO ORDERED.**

**Dated:** January 25, 2022

                                                          _____/s/_____
                                                          COLLEEN KOLLAR-KOTELLY
                                                          United States District Judge