UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| **v.** : | No. 1:21-cr-00022-CKK |
| : | |
| **CHRISTOPHER RAY GRIDER** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

In this case, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the considerations described in 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv). Due to the interest by the parties in producing and reviewing discovery to explore whether resolving this matter short of trial is viable, the failure to grant such a continuance in this proceeding would be likely result in a miscarriage of justice by foreclosing such resolution. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, it is this _____ day of _____, 2022,

**ORDERED** that the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that the status hearing currently scheduled for February 10, 2022 is continued to _____, 2022, at _____; and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE


Copies to:

Candice C. Wong
Assistant United States Attorney
D.C. Bar No. 990903
555 Fourth Street, N.W., Room 4816
Washington, DC  20530
Candice.wong@usdoj.gov

T. Brent Mayr
Counsel for the defendant
Texas State Bar No. 24037052
D.C.D.C. Bar ID TX 0206
Mayr Law, P.C.
5300 Memorial Dr., Suite 750
Houston, TX  77007
bmayr@mayr-law.com