# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant | Criminal Action No. 21-0022 (CKK) |

**ORDER**
(February 9, 2022)

For the reasons discussed in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's [69] Amended Motion to Dismiss Count Four of the Indictment is **DENIED**.

**SO ORDERED**.

Dated: February 9, 2022

                                                                               /s/
                                                         COLLEEN KOLLAR-KOTELLY
                                                        United States District Judge