# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-22 |
| **CHRISTOPHER GRIDER,** : | |
|     **Defendant.** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Cindy J. Cho hereby enters her appearance in the above referenced matter.

                           Respectfully submitted,

                           MATTHEW GRAVES
                           United States Attorney
                           DC Bar No. 481052

By:    */s/ Cindy J. Cho*
          Cindy J. Cho
          Assistant United States Attorney
          New York Bar
          10 W. Market St Suite 2100
          Indianapolis, IN 46204
          (317) 246-0107
          cindy.cho@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 29th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Cindy Cho*
CINDY CHO
Assistant United States Attorney