IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CHRISTOPHER RAY GRIDER. *Defendant*. | Criminal Action No. 21-22 (CKK) |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND TOLL SPEEDY TRIAL LIMITS**

The Court has considered the Defendant's Unopposed Motion to Continue Status Conference and Toll Speedy Trial Limits, wherein counsel for Defendant has represented that additional time is needed to obtain and review discovery from the Government, as well as investigate the allegations against Defendant. Based on those representations and those made in the Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant and his right to a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice and that a continuance is necessary to allow reasonable time for trial preparation. Accordingly, it is this 29th day of March 2022,

ORDERED that Defendant's [83] Unopposed Motion to Continue is GRANTED. A period of excludable delay shall commence on March 30, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B) and shall end at commencement of trial

1

or disposition of charges, and it is further

    ORDERED that a status conference before this Court is set for June 2, 2022, at 11:00 a.m. by video. Defendant's counsel is directed to obtain and file by no later than April 8, 2022, a waiver signed by Defendant indicating his consent to the exclusion of time under the Speedy Trial Act.

                                                                _____/s/_____
                                                        COLLEEN KOLLAR-KOTELLY
                                                        UNITED STATES DISTRICT JUDGE