IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER.<br><br>*Defendant.* | Criminal Action No. 21-22 (CKK) |

**ORDER ON
DEFENDANT'S MOTION TO TRAVEL**

The Court has received and reviewed Defendant's [ ] Unopposed Motion to Travel. Therein, Defendant requests permission to travel away from his home to LaPlace, Louisiana from April 10 to April 15, 2022 for a volunteer event. In light of Defendant's compliance with his conditions of release, to date, and the Government's decision not to oppose Defendant's requested travel, the Court hereby GRANTS Defendant's [ ] Motion. It is hereby ORDERED that Defendant may travel only to the precise location set forth above. It is FURTHER ORDERED that Defendant shall provide all details pertaining to this travel, including the date and destination of travel, to his pretrial supervision office and shall take his location monitoring equipment with him to permit his movements to be monitored while he is away from his residence.

SO ORDERED.

Dated: _____

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge