# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal Action No. 21-22 (CKK) |
| CHRISTOPHER RAY GRIDER, | |
| Defendant. | |

### ORDER
(March 31, 2022)

The Court has received and reviewed Defendant's [87] Unopposed Motion to Travel. Defendant requests permission to travel to Louisiana to attend a "volunteer event from April 10 to April 15, 2022." Mot. at ¶ 3. The Court shall deny the Motion.

Over the pendency of this criminal case, the Court has granted eight such motions. ECF Nos. 35, 46, 54, 60, 65, 67, 73, 82. Generally, these requests have related to accompanying his wife to medical appointments and work travel. On three occasions, however, the Court permitted departure from Defendant's conditions of release for vacations. ECF Nos. 54, 67, 73. At this time, however, this criminal case has been pending for well over a year. *See* Compl., ECF No. 1 (Jan. 20, 2021). There is no doubt that Defendant's commitment to volunteerism is admirable, and the Government's lack of opposition and Defendant's continued compliance with his conditions of release certainly weigh in favor of granting the Motion. However, considering Defendant's serious felony charge and the laggard pace at which this case has proceeded, Defendant's time might better be spent reviewing discovery and discussing with his counsel how this case is to be resolved. For its part, the Court remains committed to safeguarding the "judicial system's interest in expeditious proceedings" and the "public's 'strong interest in the

prompt, effective, and efficient administrative of justice.'" *United States v. Shepherd*, 102 F.3d 558, 564 (D.C. Cir. 1996) (quoting *United States v. Poston*, 902 F.2d 90, 96 (D.C. Cir. 1990)).

Accordingly, it is hereby

**ORDERED**, that Defendant's [87] Unopposed Motion to Travel is **DENIED**.

**SO ORDERED**.

**Dated:** March 31, 2022

                                                                              /s/
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge