UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 21-CR-00022 (CKK) |
| v. : | |
| : | |
| CHRISTOPHER GRIDER : | |
| : | |
| Defendant. : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Candice C. Wong, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No: 481052

By:   /s/ Candice C. Wong
      Candice C. Wong
      Assistant United States Attorney
      D.C. Bar No: 990903
      United States Attorney's Office
      555 Fourth Street, N.W. #4816
      Washington, D.C. 20530
      Telephone: 202-252-7849
      E-mail: candice.wong@usdoj.gov