# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER.<br><br>*Defendant*. | Criminal Action No. 21-22 (CKK) |

**SUPPLEMENT TO DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, submits the following supplement to his Unopposed Motion to Travel filed on March 30, 2022 (Doc. 87) setting out the details of the volunteer event that he seeks to travel to.

1. ███████████████████████████████████████████ Over the course of the event, volunteers will be helping to rebuild homes that were damaged during Hurricane Ida in and around LaPlace, Louisiana.

2. As reflected in the Confidential Memorandum in Support of Pretrial Release submitted as Exhibit B to his Motion for Leave to File Exhibits to his Memorandum

1

in Support of his Motion to Revoke Detention Order (Doc. 13 [sealed]), prior to the events of January 6, Mr. Grider was active in various volunteer efforts in his community and through the church that he and his family attend. When he learned of this volunteer opportunity, he felt a strong desire to assist and committed himself to attending.

3. Although the event is held from April 9 to April 16, due to Mr. Grider's work schedule, he will only be able to attend April 10 to April 15, 2022. This will honor the three-day commitment that organizers are requesting of their volunteers.

4. Further information can be provided, if necessary.

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court permit him to travel as set out in his motion.

Date: <u>March 30, 2022</u>                    Respectfully Submitted,

**MAYR LAW, P.C.**

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Candice Wong and Cindy Cho, on April 8, 2022, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR
