IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>   *Defendant*. | Criminal Action No. 21-22 (CKK) |

**WAIVER OF SPEEDY TRIAL AND TIME LIMITATIONS IN 18 U.S.C. § 3161**

I, CHRISTOPHER RAY GRIDER, the Defendant in the above-styled and numbered cause, have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. More specifically, I have been advised that, under 18 U.S.C. § 3161(c), I am entitled to a trial within seventy days from the filing date (and making public) of the information or indictment, or from the date I appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

I hereby waive my right to a speedy trial and to the time limits set out in the under the Speedy Trial Act, 18 U.S.C. § 3161.

Date: <u>April 8, 2022</u>

_____
Defendant

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052

1

D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this waiver was sent to Counsel for the Government, Cindy Cho, on April 8, 2021, via CM/ECF.

/s/ T. Brent Mayr
T. Brent Mayr
