IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>  *Defendant*. | Criminal Action No. 21-22 (CKK) |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT

In accordance with Rule 10, Federal Rule of Criminal Procedure, the defendant hereby waives personal appearance at arraignment. Defendant acknowledges receipt of a copy of the Superseding Indictment, that such charging instrument has been reviewed by defendant with counsel, that defendant understands the general nature of the charges alleged therein, and that defendant has been advised of the maximum possible penalties. Upon the advice and with the consent of counsel, defendant waives the right to be present at the arraignment and enters a plea of not guilty to each count in the Superseding Indictment.

Date: <u>June 2, 2022</u>

 

_____
Defendant

**MAYR LAW, P.C.**

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206

1

bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this waiver was sent to Counsel for the Government, Cindy Cho, on June 2, 2022, via CM/ECF.

/s/ T. Brent Mayr
T. Brent Mayr