UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>    Defendant. | Criminal No. 21-cr-0022 (CKK) |

**PROPOSED PRETRIAL SCHEDULING ORDER**
(June 6, 2022)

Below is the parties' proposed pretrial scheduling order. Both parties are unavailable for trial in August 2022 (defense counsel currently has three trials scheduled, and counsel for the government has one trial scheduled); both parties are available in late September through mid October, and then again beginning on December 12, 2022 through the end of the year.

|  | *Proposed Deadlines* |
|---|---|
| **Discovery & Associated Deadlines** |  |
| Government to complete any final discovery under present indictment | N/A |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | 6/17/2022[1] |
| Discovery motions (Fed. R. Crim. P. 16) | 6/22/2022 |
|  |  |
| **Expert Notices & Other Crimes Evidence** |  |
| Government's expert notice (FRE 701 & 702) | 45 days before any trial date |
| Defendant's expert notice (FRE 701 & 702) | 45 days before any trial date |
| Government's FRE 404(b) notice | 30 days before any trial date |
| Defendant's response to FRE 404(b) notice | 21 days before any trial date |
| *Brady* notice | 30 days before any trial date |
|  |  |
| **Experts** |  |
| Expert reports (FRE 702) | 45 days before any trial date |
| Lay witness identification and subject matter (FRE 701) | 45 days before any |

---

[1] The government will continue to produce global discovery and any additional case-specific materials that come to its attention after this date.

|  |  |
|---|---|
|  | trial date |
| **Non-Evidentiary Pretrial Motions** |  |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | 6/22/2022 |
|     Government's response to Defendant's non-evidentiary motions | 7/6/2022 |
|     Defendant's reply as to non-evidentiary motions | 7/13/2022 |
| Government's non-evidentiary pretrial motions | 6/22/2022 |
|     Defendant's response to Government's non-evidentiary motions | 7/6/2022 |
|     Government's reply as to non-evidentiary motions | 7/13/2022 |
| **Evidentiary Pretrial Motions** |  |
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | 8/22/2022 |
|     Government's response to Defendant's evidentiary motions | 8/29/2022 |
|     Defendant's reply as to evidentiary motions | 9/5/2022 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | 8/22/2022 |
|     Defendant's response to Government's evidentiary motions | 8/29/2022 |
|     Government's reply as to evidentiary motions | 9/5/2022 |
| **Motions in Limine** |  |
| Motions *in limine* by both sides | 45 days before any trial date |
| Responses to motions *in limine* | 38 days before any trial date |
| Replies as to motions *in limine* | 31 days before any trial date |
| Joint notice of stipulations | 14 days before any trial date |
| *Giglio* and *Jencks* material | 14 days before any trial date |
| *Voir Dire* and Jury Instructions | 14 days before any trial date |
| **Witness and Exhibit Lists** |  |
| Government's witness list, exhibit list and exhibits | 14 days before any trial date |
| Defendant's witness list, exhibit list and exhibits | 14 days before any trial date |

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge