UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | Criminal No. 21-022 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(June 7, 2022)

Per the parties' requested dates in their [99] Proposed Pretrial Scheduling Order, the court hereby sets the following deadlines.

<u>Discovery & Associated Deadlines</u>
| | |
|---|---|
| Government to complete any final discovery under present indictment | N/A |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | June 17, 2022 |
| Discovery motions (Fed. R. Crim. P. 16) | June 22, 2022 |

<u>Expert Notices & Other Crimes Evidence</u>
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | October 28, 2022 |
| Defendant's expert notice (FRE 701 & 702) | October 28, 2022 |
| Government's FRE 404(b) notice | November 11, 2022 |
| Defendant's response to FRE 404(b) notice | November 18, 2022 |
| *Brady* notice | November 11, 2022 |

<u>Experts</u>
| | |
|---|---|
| Expert reports (FRE 702) | October 28, 2022 |
| Lay witness identification and subject matter (FRE 701) | October 28, 2022 |

<u>Non-Evidentiary Pretrial Motions</u>
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | June 22, 2022 |
|     Government's response to Defendant's non-evidentiary motions | July 6, 2022 |
|     Defendant's reply as to non-evidentiary motions | July 13, 2022 |
| Government's non-evidentiary pretrial motions | June 22, 2022 |
|     Defendant's response to Government's non-evidentiary motions | July 6, 2022 |
|     Government's reply as to non-evidentiary motions | July 13, 2022 |

| | |
|---|---|
| Evidentiary Pretrial Motions | |
| Defendant's evidentiary pretrial motions, | |
| such as motions to suppress evidence, or *Daubert* | August 22, 2022 |
|     Government's response to Defendant's evidentiary motions | August 29, 2022 |
|     Defendant's reply as to evidentiary motions | September 5, 2022 |
| Government's evidentiary pretrial motions, | |
| such as *Daubert* and other crimes (404(b)) | August 22, 2022 |
|     Defendant's response to Government's evidentiary motions | August 29, 2022 |
|     Government's reply as to evidentiary motions | September 5, 2022 |
| | |
| Motions in Limine | |
| Motions *in limine* by both sides | October 28, 2022 |
| Responses to motions *in limine* | November 4, 2022 |
| Replies as to motions *in limine* | November 11, 2022 |
| | |
| Joint notice of stipulations | November 28, 2022 |
| | |
| *Giglio* and *Jencks* material | November 28, 2022 |
| | |
| *Voir Dire* and Jury Instructions | November 28, 2022 |
| | |
| Witness and Exhibit Lists | |
| Government's witness list, exhibit list and exhibits | November 28, 2022 |
| Defendant's witness list, exhibit list and exhibits | November 28, 2022 |

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is tentatively set to begin on <u>December 12, 2022</u>.  The parties shall promptly notify the Court if they want to change this date.**

    SO ORDERED.

                                                       /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge