## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

 *Plaintiff,*

v.                                                              Criminal Action No. 21-22 (CKK)

CHRISTOPHER RAY GRIDER.

 *Defendant.*

## DEFENDANT'S NOTICE OF INTENT
## TO RAISE PUBLIC AUTHORITY DEFENSE

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, pursuant to Rule 12.3 of the Federal Rules of Criminal Procedure, gives notice that he intends to assert a defense of actual or believed exercise of public authority on behalf of a law enforcement agency at the time of the alleged offenses set out in the Superseding Indictment.

As required by Rule 12.3(c), the law enforcement agency involved is the Office of the President of the United States, the agency member(s) on whose behalf Mr. Grider acted was former President Donald J. Trump and others acting at the direction of former President Trump, and the time during which Mr. Grider claims to have acted with that public authority was on January 6, 2021.

Date: <u>June 22, 2022</u>          Respectfully Submitted,

**MAYR LAW, P.C.**

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of this notice was sent to Counsel for the

Government, Cindy Cho, on June 22, 2022, via CM/ECF and email.

<u>/s/ T. Brent Mayr</u>
T. BRENT MAYR