IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER.<br><br>*Defendant*. | Criminal Action No. 21-22 (CKK) |

**DEFENDANT'S REQUEST FOR
PROPOSED SENTENCING GUIDELINES APPLICATION**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, requests that this Court direct the United States Probation Department to prepare a preliminary, proposed application of the Sentencing Guidelines to the charges alleged in the Superseding Indictment and to provide that proposed application to both Mr. Grider and the Government.

Date: <u>June 22, 2022</u>   Respectfully Submitted,

**MAYR LAW, P.C.**

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613

1

Fax:  713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this request was sent to Counsel for the Government, Cindy Cho, on June 22, 2022, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR