**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| CHRISTOPHER RAY GRIDER, |
| Defendant |

Criminal Action No. 21-022 (CKK)

**ORDER**
(June 23, 2022)

It is this 23rd day of June, 2022, **ORDERED** that Defendant's [103] Request for Proposed Sentencing Guidelines Application is **GRANTED**. The Court hereby directs the Probation Office to prepare the offense level calculation and criminal history calculation of the Advisory Sentencing Guidelines for inclusion in a presentence report to be provided to the Court by **August 1, 2022**, which is prior to the Status Hearing scheduled for **August 4, 2022**.

Once the criminal history calculation for a presentence report in this case is completed it is to be shared with government's counsel and defense counsel, as well as with the Court.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge