## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant | Criminal Action No. 21-022 (CKK) |

## ORDER
(July 29, 2022)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's [101] Motion to Dismiss Counts One, Two, Four, Five, and Six of the Superseding Indictment is **DENIED**.

**SO ORDERED**.

Dated: July 29, 2022

                                                           /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge