IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>　*Defendant*. | Criminal Action No. 21-22 (CKK) |

## WAIVER OF TRIAL BY JURY

In accordance with Rule 23(a), Federal Rule of Criminal Procedure, the Defendant, Christopher Ray Grider, with the consent of the attorney for the United States and the approval of the Court, waives his right to trial by jury and requests that his trial be held before this Court.

Date: September 15, 2022

_____
Defendant

**MAYR LAW, P.C.**

by: /s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

1

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this waiver was sent to Counsel for the Government, Cindy Cho and Francesco Valentini, on September 16, 2022, via CM/ECF and email.

/s/ T. Brent Mayr
T. Brent Mayr