# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

  *Plaintiff*,

v.

CHRISTOPHER RAY GRIDER.

  *Defendant.*

Criminal Action No. 21-22 (CKK)

## ORDER ON
## DEFENDANT'S MOTION TO TRAVEL

      The Court has received and reviewed Defendant's Unopposed Motion to Travel. Therein, Defendant requests permission to travel away from his home to Fredericksburg, Texas and be away from his home from September 29 to October 1, 2022. In light of Defendant's compliance with his conditions of release to date, and the Government's decision not to oppose Defendant's requested travel, the Court hereby GRANTS Defendant's Motion. It is hereby ORDERED that Defendant may travel only to the location set forth above. It is FURTHER ORDERED that Defendant shall provide all details pertaining to this travel, including the date and destination of travel, to his pretrial supervision office and shall take his location monitoring equipment with him to permit his movements to be monitored while he is away from his residence.

      SO ORDERED.

Dated: _____

                                                    _____
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge