# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | Criminal Action No. 21-22 (CKK) |

## ORDER
(September 26, 2022)

The Court has received and reviewed Defendant's [123] Unopposed Motion to Travel. Therein, Defendant requests permission to travel away from his home to Fredericksburg, Texas from September 29, 2022 to October 1, 2022 for a short vacation with his wife. The Court previously approved a similar request on September 24, 2021. In light of Defendant's compliance with his conditions of release, to date, and the Government's decision not to oppose Defendant's requested travel, the Court hereby **GRANTS** Defendant's [123] Motion. It is hereby **ORDERED** that Defendant may travel only to the precise location set forth above. It is **FURTHER ORDERED** that Defendant shall provide all details pertaining to this travel, including the date and destination of travel, to his pretrial supervision office and shall take his location monitoring equipment with him to permit his movements to be monitored while he is away from his residence.

**SO ORDERED.**

**Dated:** September 26, 2022

                                                              /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge