IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

CHRISTOPHER RAY GRIDER.

*Defendant.*

Criminal Action No. 21-22 (CKK)

**DEFENDANT'S MOTION TO TRAVEL**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

    CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, moves this Court to, as an exception to his conditions of release, permit him to travel as requested below.

1. As this Court is aware from previous motions to travel, Mr. Grider subject to a condition of release that requires him to participate in a location restriction/monitoring program with a GPS leg monitor and a curfew of 10:00 pm to 6:00 am. ECF Dkt. No. 14. Furthermore, Mr. Grider's travel is restricted to within the Western District of Texas where he resides and the Southern District of Texas where undersigned counsel has his primary place of practice. *Id.*

2. To prepare for his upcoming trial, Mr. Grider is requesting permission to travel to Houston, Texas and be away from his home from Thursday, November 17, 2022 to Friday, November 18, 2022 in order to meet with undersigned counsel at his

1

office in Houston. As with previous requests to travel, Mr. Grider would take his location monitoring equipment with him to monitor his movement while on this trip and provide the details of his travel to his supervision officer.

3. Undersigned counsel attempted to confer with the attorneys for the Government but did not receive a response. To allow sufficient time to prepare for the travel, Mr. Grider is filing this motion immediately.

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court permit him to travel as set out in this motion.

Date: <u>November 15, 2022</u>   Respectfully Submitted,

**MAYR LAW, P.C.**

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to confer with Counsel for the Government but was unable to receive their position on this motion prior to its filing.

/s/ T. Brent Mayr
T. BRENT MAYR

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Francesco Valentini and Cindy Cho, on November 15, 2022, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR