# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CHRISTOPHER RAY GRIDER. *Defendant.* | Criminal Action No. 21-22 (CKK) |

## ORDER ON
## DEFENDANT'S MOTION TO TRAVEL

The Court has received and reviewed Defendant's Motion to Travel. Therein, Defendant requests permission to travel away from his home to Houston, Texas from Thursday, November 17, 2022 to Friday, November 18, 2022 in order to meet with undersigned counsel at his office in Houston. The Court hereby GRANTS Defendant's Motion. It is hereby ORDERED that Defendant may travel only to the location set forth above. It is FURTHER ORDERED that Defendant shall provide all details pertaining to this travel, including the date and destination of travel, to his pretrial supervision office and shall take his location monitoring equipment with him to permit his movements to be monitored while he is away from his residence.

SO ORDERED.

Dated: _____

                                                                                    _____
                                                                                    COLLEEN KOLLAR-KOTELLY
                                                                                    United States District Judge