# APPENDIX A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 1:21-cr-00060-CKK-1 |
| Plaintiff, | ) | |
| | ) | **Bench Trial** |
| vs. | ) | |
| | ) | |
| JESUS D. RIVERA, | ) | Washington, D.C. |
| | ) | **June 14, 2022** |
| Defendant. | ) | Time:  8:30 a.m. |

_____

**Transcript of <u>Bench Trial</u>**
**Held Before**
**The Honorable Colleen Kollar-Kotelly**
**United States District Judge**


<u>A P P E A R A N C E S</u>

For the Government:        **Barry K. Disney**
                           DEPARTMENT OF JUSTICE
                           1331 F Street, Northwest
                           Washington, D.C. 20005

                           **Mona Furst**
                           OFFICE OF THE UNITED STATES ATTORNEY
                           301 North Main, Suite 1200
                           Wichita, Kansas 67052

For the Defendant:         **Guy L. Womack**
                           GUY L. WOMACK & ASSOCIATES, P.A.
                           609 Heights Boulevard
                           Houston, Texas 77007
_____

Stenographic Official Court Reporter:
                           Nancy J. Meyer
                           Registered Diplomate Reporter
                           Certified Realtime Reporter
                           333 Constitution Avenue, Northwest
                           Washington, D.C. 20001
                           202-354-3118

1                        **I N D E X**

2                                                    PAGE:

3    **Opening Statements**:

4        By Mr. Disney.................................... 6
         By Mr. Womack................................... 18
5

6

7    **Witnesses**:

8    Lanelle Hawa

9        Direct Examination by Mr. Disney................. 23
         Cross-Examination by Mr. Womack................. 46
10

     Carneysha C. Mendoza
11
         Direct Examination by Mr. Disney................. 50
12       Cross-Examination by Mr. Womack................. 90

13   Nicholas Chan

14       Direct Examination by Ms. Furst................. 94

15   Alex Nogueiras, Jr.

16       Direct Examination by Ms. Furst................. 104

17

18   **Exhibits Admitted**:

19
         Exhibits Listed on Government's Exhibit List..... 5
20       Government Exhibit 9............................ 98

21

22

23

24

25

1    yelling or doing anything wrong.  Police officers were

2    everywhere.  The crowd is -- is mild-mannered and doing nothing

3    other than standing in the U.S. Capitol.  And no one is being

4    disruptive in the area where he's in.

5         We know Your Honor will consider all the evidence.  With

6    regard to the relevance objections that we will make, they're

7    only in -- there are videos of things that clearly occur when

8    he is not present, before he's present, and we'd expect

9    Your Honor to disregard those unless they just show, like, a

10   framework for what happened before him.  But you'll be able to

11   separate out what he saw and where he was at the relevant

12   times.

13        Thank you, Your Honor.

14            THE COURT:  All right.

15        All right.  You can call your first witness.

16            MR. DISNEY:  Your Honor, we'll call Inspector Lanelle

17   Hawa.

18            THE COURT:  All right.  If you would come over here.

19   Just make your way around.  Step up.  And then if you would

20   remain standing, and we'll swear you in.

21            THE COURTROOM DEPUTY:  Can you raise your right hand,

22   please.

23            (Oath administered.)

24            THE WITNESS:  I do.

25            THE COURTROOM DEPUTY:  Please be seated.

```
1            THE COURT:  All right.  You need to speak in a very
2    loud, clear voice.  If -- you can take your mask down in terms
3    of addressing so we can hear what your answers are.  What I
4    would ask is that you let counsel finish their questions before
5    you start to answer, even if you know what they're asking you.
6    And they should wait until you finish your answer before they
7    move on, so we make sure we hear both the question and the
8    answer and we have a record.
9            If you hear the word objection and you see counsel start
10   to stand, they're going to object; so if you're in the middle
11   of the answer, please stop.  If you haven't started to answer,
12   don't answer.  Let me hear the objection, and I'll make a
13   ruling.  All right?
14            THE WITNESS:  Yes, Your Honor.
15            MR. DISNEY:  Your Honor, may the witness and myself
16   remove our masks for this?
17            THE COURT:  Yes, so we can hear you.
18                        DIRECT EXAMINATION
19   BY MR. DISNEY:
20   Q.  Good morning.
21   A.  Good morning.
22   Q.  Will you please tell us your name?
23   A.  Sure.  It's Lanelle Hawa.
24   Q.  And you might adjust that mic just so --
25            THE COURT:  You need to speak right into the
```

1   microphone.

2   BY MR. DISNEY:

3   Q.  It's a little unnatural, but just kind of lean forward and

4   speak in.

5        And, Ms. Hawa, what is your occupation?

6   A.  I'm a Secret Service agent.

7   Q.  And your current --

8        THE COURT:  Excuse me.  Ms. Patterson, can you show

9   her how to do it.

10  BY MR. DISNEY:

11  Q.  And how long have you been with the Secret Service?

12  A.  A little over 23 years.

13  Q.  And can you tell us where in the Secret Service you were

14  assigned in 2021, January of 2021?

15  A.  In January 2021, I was at the -- I was at the liaison

16  division.

17  Q.  And what are the duties of the liaison division?

18  A.  So the liaison division, we help coordinate and facilitate

19  visits of our protectees -- and when I say "protectees," I mean

20  individuals that we are authorized to protect -- to the

21  United States Capitol.  Sometimes we're off-site at other areas

22  when there's -- our protectees are involved and congressional

23  members.  So sometimes we'll assist off-site as well.

24  Q.  So as I understand what you're saying, the Secret Service

25  has certain individuals they're designated to protect; correct?

1    A.  Correct.

2    Q.  Often you have those protected people coming to the

3    U.S. Capitol; is that correct?

4    A.  Correct.

5    Q.  And the Secret Service decides -- decided to form a

6    division within the Secret Service that acts as a liaison for

7    the protected people who come to the Capitol, essentially to

8    focus on their visits to the Capitol?

9    A.  Correct.  The Capitol is one of many facilities or

10   government agencies we work with.

11   Q.  And in January of 2021, you worked in that liaison

12   division?

13   A.  Correct.

14   Q.  Thank you.

15           THE COURT:  Mr. Disney, if you move -- you can move

16   the microphone.  Just move it over.

17           MR. DISNEY:  Okay.

18           THE COURT:  Yeah.

19           MR. DISNEY:  Thank you.

20           THE COURT:  Speak into it.

21   BY MR. DISNEY:

22   Q.  And just so we have the jurisdiction, can you tell us the

23   location of the U.S. Capitol Building?

24   A.  In Washington, D.C.?

25   Q.  That's really my question.  It's in the District of

1   Columbia, Washington, D.C.; correct?

2   A.   Correct.

3   Q.   All right.  I just wanted to get that in there.

4        When a protected person, a person protected by the

5   Secret Service, comes to the Capitol, who all does the

6   Secret Service coordinate with in regards to that visit?

7   A.   We will coordinate with the U.S. Capitol Police.  We will

8   coordinate with the Sergeant at Arms office, either on the

9   Senate side or the House side, depending on where the visit is

10  on the Capitol Grounds.  Sometimes we'll involve staff,

11  congressional staff.  And other Secret Service entities would

12  also be involved.

13  Q.   And are you familiar with a document that's called the

14  United States Secret Service head of state notification

15  worksheet?

16  A.   Yes.

17  Q.   What is that worksheet?  What's the purpose of it?

18  A.   That's the worksheet that we would use if the President or

19  the Vice President or a head of state was coming to visit the

20  Capitol.  And, again, if we were -- if we were protecting them.

21  If they were coming to visit the Capitol, we would use that

22  sheet to make notification to the Capitol Police, the Sergeant

23  at Arms offices, and then other -- other entities that were

24  involved.  It was usually Secret Service --

25  Q.   Thank you.

1    A.  -- members of the detail.

2    Q.  I'm going to show you what's been marked as State's [sic]

3    Exhibit 204.  And it should come up on your screen in just a

4    second.

5              THE COURT:  Not quite yet.

6              MR. DISNEY:  Your Honor, it's on our screen.  I'm not

7    sure.

8              THE COURT:  Dorothy has to -- excuse me.

9    Ms. Patterson has to -- it's not showing up yet.  Well, you can

10   see in front of you, it's not there.

11             MR. DISNEY:  If we can have just a moment, Your

12   Honor.

13             THE COURT:  We're not seeing it.  So what's the

14   problem, Dorothy?

15             MR. WOMACK:  We're not seeing it at all.

16             THE COURT:  I'm sorry?

17             MR. WOMACK:  We're not seeing it either.

18             THE COURT:  No, it's not showing at all.

19             MR. DISNEY:  We're going to try one other thing.

20             THE COURT:  Okay.  Well, none of us can see it,

21   including the witness; right?

22             MR. DISNEY:  Your Honor, we're going to try again.

23             THE COURT:  Okay.  Well, we need to have this work.

24   So -- I'm not quite sure.  We saw things earlier.  Was that the

25   same system or what?  Because --

```
1               MR. DISNEY:  Yes, it was.

2               THE COURT:  -- it's not showing on our screens.

3    Nobody can see it.

4               MR. DISNEY:  We're using the same computer and the

5    same --

6               THE COURT:  Okay.  Take your time.

7          Dorothy, do we have the thing on, because I know you

8    have to do something.

9               THE COURTROOM DEPUTY:  I didn't touch anything,

10   Judge.

11              THE COURT:  I think what we'll do, since we need this

12   to work, let me call the IT people.  We have gone through all

13   of this, but there's always something.

14              MR. DISNEY:  Yeah.  Thank you, Your Honor.

15              THE COURT:  Hold on.  Maybe it's coming up.  There we

16   go.  Is that what you were looking for?

17              MR. DISNEY:  Yes, Your Honor.  We're going to try to

18   get our trial directory up so that we don't have this going on.

19              THE COURT:  Do you still need -- so we still need to

20   get somebody up here so you can see it?

21              MR. DISNEY:  No, Your Honor.  I think we'll -- we're

22   fine now.  Thank you.

23              THE COURT:  Okay.

24   BY MR. DISNEY:

25   Q.  So do you recognize what's shown in State's [sic]
```

1    Exhibit 204?

2    A.  Yes, I do.

3    Q.  I'm sorry.  Speak into the microphone.

4    A.  Yes, I do.

5    Q.  And what is that?

6    A.  That is the Head of State Worksheet that we utilize in the

7    liaison division.

8    Q.  Would it be correct to say this is, essentially, the game

9    plan that all the agencies coordinated with for the

10   Vice President's visit on January 6th?

11   A.  Yes.  It's a notification form that we use to -- to advise

12   them of the number of cars in the motorcade, the expected

13   arrival area, the routes we're going to take once we're there.

14   Q.  Thank you.

15        Okay.  And who were the protected people that were going

16   to be coming to the Capitol?

17   A.  It was the Vice President; his wife, Mrs. Pence; and their

18   daughter, Charlotte.

19   Q.  And what date were they scheduled to come to the Capitol?

20   A.  January 6th, 2001.

21   Q.  And does that --

22   A.  2021.  Excuse me.

23   Q.  Thank you.

24        Does that worksheet tell you -- tell us the function or

25   the purpose of their visit?

1    A.   Yes, it does.

2    Q.   And what was that?

3    A.   It was for the certification of the Electoral College

4    votes.

5    Q.   Thank you.

6         Now, was that Head of State Worksheet then distributed

7    to your various partners that were working with you on the

8    Vice President's visit to the Capitol?

9    A.   Yes, it was.

10   Q.   And I'll show you what's been marked as State's [sic]

11   Exhibit 203 and ask you if you recognize this document.

12   A.   Yes, I do.

13   Q.   And can you just tell the Court what that is.

14   A.   That's just the cover sheet.  The first document you showed

15   me --

16        THE COURT:  Can you speak into the microphone.  I

17   know -- you have to talk right into the head.

18   A.   So that's the cover sheet, and the -- to the attachment

19   that you had previously shown me.

20   BY MR. DISNEY:

21   Q.   And who was -- was the Capitol Police, the United States

22   Capitol Police, included on the distribution of that Head of

23   State Worksheet?

24   A.   Yes, they were.

25   Q.   Now, does the United States Secret Service work with the

 1    United States Capitol Police on establishing a perimeter that

 2    would be set up when a protected person visits the Capitol?

 3    A.  Yes, we do.

 4    Q.  And were restrictions put up on the Capitol Grounds -- I'm

 5    sorry.  Were perimeters set up on the Capitol Grounds in

 6    anticipation of the Vice President and his family's visit to

 7    the Capitol on January 6th?

 8    A.  Yes.

 9    Q.  And I'll show you what's been marked as State's [sic]

10    Exhibit 100.  Do you recognize what's shown in this document?

11    A.  Yes, I do.

12    Q.  And can you orient us -- I know it's pretty obvious, but

13    since you're the first witness to talk about that, kind of tell

14    us what we're seeing here.

15    A.  So it's the United States Capitol surrounded by -- the red

16    line indicates the perimeter that was established as a -- as a

17    secured area on January 1st, 2021.

18    Q.  And the street that runs along the top is Constitution

19    Avenue; is that correct?

20    A.  Correct.  Constitution Avenue, Northwest.

21    Q.  And on the bottom is Independence Avenue?

22    A.  Correct.

23    Q.  And the red line shows the perimeter that the -- does the

24    red line show the perimeter that the Secret Service adopted as

25    restricted for -- in anticipation of Vice President Pence's

1    visit on January 6th?

2    A.  Correct.

3    Q.  I want to ask you, why is it important for the

4    Secret Service to establish a perimeter which restricts

5    people's movements in -- in -- when you are dealing with a

6    protected person?  What's the importance of having a perimeter?

7    A.  Sure.  Well, obviously, for the safety of our protectee

8    and -- and any others who are involved in that event.  It kind

9    of eliminates any surprises or vulnerabilities, in that we're

10   controlling the access into what we establish as our site.

11   Meaning, there's law enforcement officers at the points of

12   entry so that we're controlling the access.  So only authorized

13   personnel would be authorized to come in that day.

14   Q.  And is it important to you in providing protection to your

15   protected people to know not only who was in the perimeter but

16   what they have on their bodies?

17   A.  Yes.

18   Q.  And why is that?

19   A.  Well, for safety concerns, obviously.  We wouldn't want any

20   weapons or anything that could harm someone to come in.

21   Q.  Okay.  Thank you.

22        Now, in your work dealing with protected people and

23   dealing with visits to the Capitol, do you prepare an emergency

24   action plan?

25   A.  Yes.

1    Q.  And what's the purpose of the emergency action plan?

2    A.  The emergency action plan is to deal with any unknown or

3    dangerous occurrence that might -- might evolve.  That could be

4    anything from a national or local emergency, to a medical event

5    with our protectee, or an attack on or a threat to our

6    protectee.

7    Q.  And what happens to the plan -- let's say Vice President

8    Pence was there to certify the Electoral College.  If an

9    emergency action were to take place, what does the -- what does

10   the Secret Service urge or -- or instruct the protected person

11   to do?

12   A.  Well, it -- it would depend on what our plan was, but we

13   would ask that, you know, they follow our guidance.  To get

14   them to -- obviously, for safety purposes, we would ask that

15   they follow our plan because it would be in their best

16   interest.

17   Q.  And -- and cease what they were doing and do what you

18   instruct instead?

19   A.  Yes.  We would have to remove them from -- if it was a

20   threat of some sort, we'd have to move them to safety or, you

21   know, get them medical attention, whatever -- whatever the --

22   the event was that was causing us to enact an emergency action

23   plan.

24   Q.  Thank you.

25          Now I want to focus on the events that took place on

1    January 6th, 2021.  Did you work at the Capitol on that day?

2    A.  Yes, I did.

3    Q.  And did you meet Vice President Pence at the Capitol on

4    January 6th, 2021?

5    A.  Yes, I did.

6    Q.  And where was the first place that you met him?

7    A.  I met his motorcade at the Senate carriage entrance.

8    Q.  And about what time was that?

9    A.  I would say it was a little before 12:30 p.m.

10   Q.  And -- and -- I'm sorry?

11   A.  I said 12:30 p.m.

12   Q.  Thank you.

13        And was his wife, Mrs. Pence, and his daughter,

14   Charlotte, also present?

15   A.  Yes, they were.

16   Q.  And I think it's clear from the record, but Mr. Pence,

17   Mrs. Pence, and Charlotte Pence are all people who were under

18   and are under the protection of the Secret Service; is that

19   correct?

20   A.  That is correct.

21   Q.  And upon Mr. -- upon the Vice President's arrival, where

22   did he go?

23   A.  After the motorcade arrived, we proceeded with

24   Vice President Pence, Mrs. Pence, and their daughter to the

25   Vice President's ceremonial office, which is on the second

1    floor of the Senate side of the Capitol.

2    Q.  And what was your plan as far as what you envisioned

3    happening as far as the Vice President that day, as -- as it

4    relates to movement within the Capitol?

5    A.  So the plan was the Vice President was to go into the

6    Senate Chamber at some point and proceed with the senators over

7    to the House side, into the House Chamber, to move on with the

8    certification of the Electoral College votes.  And if at any

9    point there was a break in the certification and they needed to

10    gather in separate -- the Senate side and the House side, then

11    we would proceed back to the Senate side of the Capitol.  So

12    there was an understanding that there was a potential to move

13    back -- you know, back and forth between the Senate side and

14    the House side of the Capitol that day.

15    Q.  And was part of your job, basically, to work out the

16    logistics?  Okay.  Here's how we're going to move the

17    Vice President here and here's how we're going to take him

18    back.

19    A.  Yes, in coordination with the Senate and the House Sergeant

20    at Arms personnel.

21    Q.  And it sounds like, Agent, that there's a lot of planning

22    that goes into something as simple as the Vice President coming

23    to the Capitol.  Is there a lot of planning that goes into even

24    the smallest movements?

25    A.  There is.  A lot of planning.

1    Q.  And --

2              THE COURT:  Can I ask you to be in front of the

3    microphone a little bit?

4              MR. DISNEY:  I'm sorry, Your Honor.

5    BY MR. DISNEY:

6    Q.  When Vice President Pence arrived, you said he was taken to

7    the Senate Chamber; correct?

8    A.  First we went to his ceremonial office.

9    Q.  Okay.  And then where did he go?

10   A.  And then he went over to the Senate Chamber.

11   Q.  And what about Mrs. Pence and their daughter, Charlotte?

12   A.  At some point they -- they did not go into the Senate

13   Chamber, but when we moved over to the House -- to the House

14   Chamber, they moved over to the House gallery.

15   Q.  And what time was the certification of the Electoral

16   College set to begin?

17   A.  I believe it was set to begin at 1 o'clock p.m.

18   Q.  Thank you.

19             And can you tell me, then, the movement of the

20   Vice President in the moments before 1 o'clock p.m.?

21   A.  Yes.  So as I said, we -- upon arrival, we moved to the

22   ceremonial office, the Vice President's ceremonial office.  He

23   then went into the Senate Chamber.  We then proceeded -- he

24   led -- or walked with the senators over to the House side, and

25   there was a -- so they choreographed a ceremonial procession

1    that was, again, kind of at the direction of the Sergeant at

2    Arms offices.  They kind of coordinated that.

3          With them was, obviously, the Sergeant at Arms office

4    personnel, Secret Service personnel, Capitol Police, our

5    counterparts; and we proceeded over to the House side.  And the

6    Vice President and the other senators proceeded into the House

7    Chamber.

8    Q.  And in this movement from the Senate side to the House

9    side, are you using just the normal hallways of the Capitol?

10   Is that correct?

11   A.  That's correct, on the second floor, just somewhat of a

12   straight shot across.

13   Q.  Okay.  He wasn't taken by some sort of hidden passage?

14   He's just right out in the hallway?

15   A.  Correct.

16   Q.  And then how long was the Vice President in the House

17   Chamber?

18   A.  I believe it was --

19   Q.  Approximately.

20   A.  Approximately, 15 minutes.

21   Q.  And then what occurred that caused him to leave the House

22   Chamber?

23   A.  My understanding is there was an objection to, I believe,

24   the votes for Arizona, and -- at which point they -- they

25   stopped.  And then the two sides, the House and the Senate,

1    they break off individually.  And then the Senate -- the

2    senators go back over with the Vice President to the Senate

3    side, and they gather in the Senate Chamber.  And the House

4    members gather in the House Chamber, and they proceed with the

5    counting of the votes.

6    Q.  And is that what happened; that the Vice President went to

7    the House side, the certification started, there was an

8    objection, and that required him and the senators to move back

9    to the Senate side?

10   A.  That's my understanding, yes.

11   Q.  Now -- and you're with the Vice President and his team

12   during this whole time?

13   A.  Correct.

14   Q.  Now, starting around 2:00 p.m., while the Vice President is

15   back on the Senate side, did you begin receiving some

16   communications that concerned you?

17   A.  Yes.

18   Q.  And can you describe that to the Court.

19   A.  Yes.  So soon after we proceeded over to the Senate side --

20   so the 1:15 time frame -- we were receiving information.  And I

21   say "we," the Capitol Police officers were receiving

22   information over the radios.  There was a breach, a security

23   breach, on the west side of the Capitol.  And I could hear that

24   there was a confrontation of sorts on the inaugural stage, the

25   inaugural platform, which is set up on the west side as well.

1      There was, obviously, a ruckus, if you will.  They were

2   calling for backup.  They were calling for assistance.  It was

3   known that there was a breach.

4   Q.  And is all this information you're hearing over the Capitol

5   Police radio?

6   A.  Yes, it was.  And at the same time, I was receiving

7   information from the Vice President's detail.  They were

8   getting phone calls from the agents who were in the Vice

9   President's motorcade, which was staged on the east plaza, that

10  there was going to be a heavy presence of rioters, personnel,

11  what appeared to be individuals coming from another event that

12  was taking place in the city that day.  They were gathering,

13  and that they were -- they were wanting to move the vehicles

14  because it didn't -- to them it was starting to get unsafe.

15      So we were helping to coordinate moving the motorcade

16  and making decisions because it was becoming an uncomfortable

17  situation because we didn't know who -- didn't know who -- who

18  these individuals were, what their intentions were, but we knew

19  we had a breach of our security perimeter.

20  Q.  And did you personally see or hear anything?

21  A.  Yes.  I did see individuals -- I could only glance out the

22  window, but I did see individuals who were much closer than

23  they should have been.  And then I did hear on my

24  counterparts -- the Capitol Police counterparts' radio, you

25  know, the struggle that was ensuing.  There was obviously a

1    confrontation occurring on -- on the west side.  There was --

2    there was -- it was hard to hear.  They were getting overrun.

3    The Capitol Police was getting overrun.

4    Q.  Okay.  And let me ask you then, based on -- you know, we

5    had talked about this Head of State Worksheet where you had a

6    plan.  Based on what was going on outside the Capitol as you've

7    just described, did there come a point in time when that plan

8    had to be abandoned?

9    A.  Yes.

10   Q.  And tell us about that.

11   A.  Again, numbers were -- we were getting more information

12   of the number of personnel that were -- not specifically,

13   but it was a large group, the -- the number was getting larger.

14   I was seeing that they were getting too close.  And then

15   we -- at one point there was actually -- they had individuals

16   who had actually breached the House side, meaning they

17   had broken through some windows and were getting into the

18   Capitol.

19   Q.  You had talked about an emergency action plan.  Did there

20   come a time when the -- an emergency action plan with the

21   Vice President was started?

22   A.  Yes.

23   Q.  And about what time was that?  I know that we have video

24   that shows the exact time; so I'm just asking you for the

25   approximate time.

1  A.  Well, I would say we -- we -- we were discussing the plan

2  as soon as we knew there was a security breach.  So as early as

3  1:15.  But the physically moving of the Vice President would

4  have happened -- I think it was close -- close to -- before

5  2:30 where we knew.  And that was because I had physically seen

6  these protesters had entered the Senate side.  There was a

7  point where they were on the Senate side and they were getting

8  way too close.

9  Q.  Thank you.

10      I want to show you a video that is marked as

11  Government's Exhibit 27.  I'll just take a second to pull that

12  up.  We won't start it.  I just want to -- I just want to pull

13  the video up and not play it.

14              THE COURT:  I'm sorry.  What was the number?

15              MR. DISNEY:  It's -- I'm sorry, Your Honor.  I said

16  27.  I mean 327.

17  BY MR. DISNEY:

18  Q.  Agent, do you recognize the scene that is shown here in

19  Government's Exhibit 327?

20  A.  Yes.

21  Q.  And what are we seeing here?

22  A.  So the doors that you see on the right side are the doors

23  that lead into the Senate Chamber and the Vice President's

24  ceremonial office.  And those stairs are referred to as the

25  members' stairs, and they are on the Senate side of the

1    Capitol.

2    Q.  And we see in the photograph the large portrait, and

3    there's an individual standing directly under that large

4    portrait with what looks like a black mask on.  Do you

5    recognize that person?

6    A.  Yes.

7    Q.  Who is that?

8    A.  That's me.

9    Q.  And what is this -- what does this video show?

10   A.  We are getting ready to move the Vice President;

11   Mrs. Pence; and their daughter, Charlotte; to a more secure

12   location.

13   Q.  Thank you.

14        And what time did that take place?

15   A.  Well, according to the video, it looks about two -- 2:25.

16   Q.  Okay.  And that's -- to the best of your knowledge, that's

17   accurate; correct?

18   A.  Correct.

19   Q.  And if we could just -- this video is only 33 seconds.  If

20   we can just go ahead and play the video.

21             (A video recording was played.)

22   BY MR. DISNEY:

23   Q.  Is that the Vice President there?

24   A.  Yes.

25             (A video recording was played.)

1    BY MR. DISNEY:

2    Q.  Agent, when the Vice President and -- was his family with

3    him in that video?

4    A.  Yes.

5    Q.  When the Vice President and his family were moved from the

6    ceremonial office, were they relocated to someplace within the

7    United States Capitol Building?

8    A.  Yes.

9    Q.  And I won't get into exactly where, but is it accurate that

10   the Vice President and his family never left the restricted

11   area during this whole period?

12   A.  That's correct.

13   Q.  Thank you.

14        And were you with the Vice President the entire time of

15   his evacuation?

16   A.  Yes.

17   Q.  And approximately what time was he in this secure location

18   within the restricted area?

19   A.  What time did he arrive in the secure location?

20   Q.  I'm just wondering, what time did he -- what time did he

21   get there, and what time did he come back?

22   A.  We were down there for several hours.  So I would say we

23   were -- I don't believe we came back into the chamber until

24   sometime between 7 and 8 --

25   Q.  Thank you.

1    A.  -- p.m.

2              MR. DISNEY:  Your Honor, as part of the record, we

3    have to establish that there's a disruption of congressional

4    business or -- and we have an Exhibit 301 that is a short

5    montage that sets out what was going on at the Senate and the

6    Capitol, and it's supplemented with the Congressional Record.

7    All these are things that are in evidence, but we would like to

8    play to the Court Exhibit -- or Video 301 because it supports

9    all of the -- all of -- the fact that Congress had -- had to

10   cease counting of the electoral votes, and we think it's -- we

11   think we have to show that for part of the elements.  And it's

12   a very short video.

13             THE COURT:  All right.  Mr. Womack, no objection?

14             MR. WOMACK:  No objection, Your Honor.

15             THE COURT:  All right.  Go ahead.

16             MR. DISNEY:  And if we could show Video 301 then.

17             (A video recording was played.)

18             MR. DISNEY:  Thank you.

19   BY MR. DISNEY:

20   Q.  And, Agent, that was, I know, a little long.  Would you

21   agree that what we saw, the disruption in the sessions of -- in

22   the House and in the Senate were caused by the breaches of

23   individuals into the Capitol?

24   A.  Yes.

25   Q.  And you got the Vice President -- did you get the

45

1    Vice President and his family to safety?

2    A.  Yes.

3    Q.  And as an agent trained to provide protection to your

4    protected people -- in this case the Vice President and his

5    family -- would you deem it advisable to allow him to go back

6    to the Senate or the House side while unknown individuals

7    roamed the halls of the Capitol?

8    A.  No.

9    Q.  And why is that?

10   A.  It's really unsafe.  We didn't know who the individuals

11   were.  We didn't know if -- you know, if they were armed or

12   they have anything dangerous on their person.  We didn't know

13   what their intentions were.  They were uninvited.  So it would

14   not be recommended that we go back in when those individuals

15   were --

16   Q.  When -- when would you recommend that the Vice President

17   could commence his business of certifying the electoral votes?

18   A.  Once we conducted, in conjunction with our law enforcement

19   counterparts, a sweep, where we could render it safe; meaning

20   any unknown individuals had been removed from the Capitol

21   Grounds -- more importantly, the Capitol structure itself --

22   and that there was nothing -- no dangerous materials or objects

23   or anything, you know, along our paths or in the areas where we

24   would be.

25   Q.  Thank you.  Hold on just one second.

```
 1              Thank you, Agent.  Mr. Womack may have some questions.

 2   A.  Okay.

 3              THE COURT:  All right.  Cross.

 4              MR. WOMACK:  Thank you, Your Honor.  Your Honor, may

 5   I remove my mask as well?

 6              THE COURT:  Yes.

 7                      CROSS-EXAMINATION

 8   BY MR. WOMACK:

 9   Q.  Good morning, Special Agent.

10   A.  Good morning.

11   Q.  When you arrived --

12              MR. WOMACK:  If we can see Government's Exhibit 100,

13   the photo of the Capitol.

14   BY MR. WOMACK:

15   Q.  Ma'am, when you arrived at the Capitol --

16              THE COURT:  You need to put it back up again.

17   BY MR. WOMACK:

18   Q.  I'm waiting for the picture to come back up.

19        You said the area marked in red was, basically, a

20   restricted area; is that correct?

21   A.  That's correct.

22   Q.  And if I term the -- the grassy area on one side of the

23   Capitol, the left side as we look at the photograph, would we

24   call that, basically, the front of the Capitol?

25   A.  I'm not clear when you say when you term the photograph.
```

1    What do you mean?

2    Q.   You're looking at Exhibit 100?

3    A.   Yes.

4    Q.   Do you see a large grassy area circled in red?

5    A.   Yes.

6    Q.   Okay.  Would that be the Capitol lawn?

7    A.   That's the west lawn, yes.

8    Q.   Okay.  The west lawn?

9    A.   West lawn.

10   Q.   Okay.  And the east lawn is not marked?  It's not

11   restricted?

12   A.   Yeah.  The east side lawn; correct.

13   Q.   Okay.  So on the west lawn --

14   A.   Yes.

15   Q.   -- when you came in with the Vice President that day, I

16   think it was around 12:30; is that right?

17   A.   12:30, approximately, is when he arrived, yes.

18   Q.   Okay.  There was already a crowd in that lawn area, was

19   there, on the west lawn?

20   A.   That is incorrect.

21   Q.   Okay.  So when you came in at 12:45, whatever, there was no

22   one out there?

23   A.   I didn't come in at 12:45.  The Vice President arrived at

24   12:30, a little before 12:30.

25   Q.   Okay.

1    A.  And there was no one -- there was nobody on the west lawn.

2    When -- meaning that the west side had been breached?

3    Q.  Right.  Just the grassy area, the lawn area?

4    A.  That had not occurred.

5    Q.  Okay.  All right.  Thank you.

6         And while you were in the Capitol, did you see the crowd

7    on the front lawn, on the west lawn?

8    A.  The area that I saw was more to the north area.  I was on

9    the east Senate side, and I looked out the window.  And I saw

10   them more on the north side, but I could hear -- I could hear

11   the ruckus on the west -- on the west side because the officers

12   who were calling for assistance were on the inaugural stage.

13   Q.  But throughout this time, you were actually inside the

14   building; is that correct?

15   A.  That's correct.

16   Q.  Thank you.

17        MR. WOMACK:  Your Honor, no further questions.

18        THE COURT:  All right.  So if I could just ask.

19   The -- within the red perimeter, you're indicating, as we look

20   at the photograph -- we obviously have the Capitol.  And to the

21   left of it you are indicating is the west lawn?

22        THE WITNESS:  Yes.  To the -- the area, kind of,

23   where there's an oval is, kind of, that west lawn area.

24        THE COURT:  Okay.  You actually can put your finger

25   on it, and it should show up.  Touch it.

49

```
 1              MR. DISNEY:  Your Honor, I'll advise you, my next
 2    witness will go into some detail.
 3              THE COURT:  That's fine.  Not a problem.  We do
 4    have -- actually, you can mark it, but I can see what you're
 5    talking about; so we don't need it.  We don't have a jury; so
 6    I'm the only one who needs to see it.
 7         Go ahead.  Redirect.
 8              MR. DISNEY:  No redirect, Your Honor.
 9              THE COURT:  All right.  You can step down at this
10    time.
11              MR. DISNEY:  And may she be free to leave, subject to
12    recall?
13              THE COURT:  Yes.
14              (Witness excused.)
15              THE COURT:  And your next witness.
16              MR. DISNEY:  Thank you, Your Honor.  We would call
17    Captain Carneysha Mendoza.
18              THE COURT:  If you would step up over here and step
19    up to the -- to the witness stand.  If you would stand and
20    remain standing, and she'll swear you in.
21              (Oath administered.)
22              THE WITNESS:  I do.
23              THE COURTROOM DEPUTY:  Please be seated.
24              THE COURT:  All right.  If you can speak in a loud,
25    clear voice right into the mic and make sure we --
```