# APPENDIX B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

UNITED STATES OF AMERICA,    ) Criminal Action
                                 ) No. 1:21-cr-00060-CKK-1
              Plaintiff,   )
                                 ) **Bench Trial**
vs.                               )
                               )
JESUS D. RIVERA,        ) Washington, D.C.
                               ) **June 14, 2022**
              Defendant.  ) Time:  8:30 a.m.
_____

**Transcript of Bench Trial**
**Held Before**
**The Honorable Colleen Kollar-Kotelly**
**United States District Judge**


A P P E A R A N C E S

For the Government:     **Barry K. Disney**
                         DEPARTMENT OF JUSTICE
                         1331 F Street, Northwest
                         Washington, D.C. 20005

                         **Mona Furst**
                         OFFICE OF THE UNITED STATES ATTORNEY
                         301 North Main, Suite 1200
                         Wichita, Kansas 67052

For the Defendant:      **Guy L. Womack**
                         GUY L. WOMACK & ASSOCIATES, P.A.
                         609 Heights Boulevard
                         Houston, Texas 77007
_____

Stenographic Official Court Reporter:
                         Nancy J. Meyer
                         Registered Diplomate Reporter
                         Certified Realtime Reporter
                         333 Constitution Avenue, Northwest
                         Washington, D.C. 20001
                         202-354-3118

1                          **I N D E X**

2                                                              <u>PAGE</u>:

3    **Opening Statements**:

4        By Mr. Disney.................................. 6
         By Mr. Womack................................. 18
5


6


7    <u>**Witnesses**</u>:

8    <u>Lanelle Hawa</u>

9        Direct Examination by Mr. Disney................. 23
         Cross-Examination by Mr. Womack.................. 46
10

11   <u>Carneysha C. Mendoza</u>

         Direct Examination by Mr. Disney................. 50
12       Cross-Examination by Mr. Womack.................. 90

13   <u>Nicholas Chan</u>

14       Direct Examination by Ms. Furst.................. 94

15   <u>Alex Nogueiras, Jr.</u>

16       Direct Examination by Ms. Furst.................. 104

17


18   **Exhibits Admitted**:

19
         Exhibits Listed on Government's Exhibit List..... 5
20       Government Exhibit 9............................. 98

21


22


23


24


25

1     THE WITNESS:  Testing.

2     THE COURT:  Perfect.  If you allow counsel to finish

3 their question, even if you know what they're going to ask you,

4 before you start to answer.  They should wait for you to answer

5 before they move to the next question so we make sure we have a

6 record.  If you see counsel say objection or start to say

7 they're going to object, if you haven't answered the question,

8 don't.  If you're in the middle of your question, stop.  Let me

9 hear the objection, and I'll make a ruling.  Okay?

10     THE WITNESS:  Yes, ma'am.

11     THE COURT:  Proceed.

12     MR. DISNEY:  And, Your Honor, can the witness remove

13 her mask during the questioning?

14     THE COURT:  Yes.

15         DIRECT EXAMINATION

16 BY MR. DISNEY:

17 Q.  Ma'am, speaking into the microphone, can you tell us your

18 name.

19 A.  Carneysha C. Mendoza.

20 Q.  And where are you employed?

21 A.  United States Capitol Police.

22 Q.  And what is your rank at the Capitol Police?

23 A.  I am a captain.

24 Q.  How long have you been employed by the Capitol Police?

25 A.  Twenty years.

1    Q.  What is the overall mission of the Capitol Police?

2    A.  To keep visitors, Congress safe; to secure the buildings;

3    and also ensure the legislative process continues.

4    Q.  I want to talk to you about your specific duties at the

5    Capitol Police.  Can you tell me in January of 2001, what

6    division were you assigned to?

7              THE COURT:  2001?

8              MR. DISNEY:  I'm sorry.  2021, Your Honor.  I'm

9    sorry.

10   A.  I was assigned to the special operations division.

11   BY MR. DISNEY:

12   Q.  And what was your rank, or can you give us some idea of

13   where you fell in that division?

14   A.  Sure.  I was still a captain, but I was the field commander

15   for the Capitol Police.

16   Q.  And within the special operation division, is there also a

17   unit that is known as the civil disturbance unit?

18   A.  Yes, sir.

19   Q.  What is the function of the civil disturbance unit?

20   A.  Basically, it's to mitigate any type of civil unrest or

21   riot -- riotous activity.

22   Q.  And what was your role as it related to the civil

23   disturbance unit?

24   A.  I was one of the captains, commanders, responsible for the

25   civil disturbance unit.

1    Q.   Okay.  And focusing on January 6, 2021, in your role as

2    captain or commander of the civil disturbance unit, did you

3    respond to the U.S. Capitol on January 6th, 2021?

4    A.   I did.

5    Q.   And I'd like to talk to you about your familiarity with the

6    U.S. Capitol.  During your time with the Capitol Police, have

7    you had occasion that you've had to work in or go to the

8    U.S. Capitol?

9    A.   Generally, I've had to go to the Capitol for meetings and

10   events, yes.

11   Q.   And have you had training at the Capitol?

12   A.   Some training, yes.

13   Q.   Okay.  Thank you.

14        And can you tell us, in January of 2021, was the Capitol

15   open to the public?

16   A.   It was not.

17   Q.   And I'm not talking about just on January 6th.  I'm just

18   talking about, in general, the whole month of January.  Why was

19   it closed to the public?

20   A.   The building was closed due to COVID restrictions.

21   Q.   Okay.  And then on January 6th, 2021, specifically, was

22   there another reason why the Capitol was closed to the public?

23   A.   Yes, sir.  We had restrictions due to the certification of

24   the electoral votes.

25   Q.   Okay.  Thank you.

1        On January 6th, 2021, who was allowed into the Capitol

2  Building?

3  A.  Members of Congress, authorized staff with business inside

4  the Capitol Building itself, and Capitol Police.

5  Q.  What about people who might be there on official business?

6  A.  Yes, official business.

7  Q.  Okay.  And was everyone who entered into the Capitol

8  required to provide some sort of identification?

9  A.  Yes, sir.

10  Q.  And can you tell us the type of security screening that

11  was -- that took place in the Capitol on January 6th, 2021?

12  A.  Yes.  So in order to get into the building, you would have

13  to go through a magnetometer or a metal detector, and then you

14  would have to have your bag screened on the X-ray machine.

15  And, of course, you have to have identification.

16  Q.  So identification.  And then go through the metal detectors

17  and the screening?

18  A.  Yes.

19  Q.  And was there anyone who could get in without going through

20  screening?

21  A.  Members of Congress and preapproved dignitaries that were

22  escorted by security details.

23  Q.  Okay.  So, for instance, the Vice President would not have

24  had to go through security?

25  A.  Correct.

1    Q.  Okay.  You talked about staff and people who were there on

2    official business without security detail.  Did they have to go

3    through security?

4    A.  Yes, sir.

5    Q.  So if someone worked at the Capitol day in and day out for

6    20 years, every day they had to go through security?

7    A.  Yes, sir.

8    Q.  X-ray machine?  The whole thing?

9    A.  Yes, sir.

10   Q.  And as -- can you tell us why the use of the X-ray machine

11   and the searching like that is important in providing

12   protection at the Capitol?

13   A.  We want to make sure no contraband gets in, no type of

14   weapons, or anything that could harm anybody in the building.

15   Q.  Okay.  Now, I want to ask you about members of the media.

16   Could -- is there a credentialing process that members of the

17   media have to go through to enter the Capitol?

18   A.  Yes, sir, there is.

19   Q.  Can you tell us about that.

20   A.  In order to be credentialed media, you would have to go

21   through either the Senate media gallery or the House media

22   gallery.  They vet the personnel who apply for a media pass,

23   and they give them an ID similar to our staff ID, and those

24   individuals are then treated like staff.

25   Q.  And when you say "they vet" them, what does that mean?

1    A.   They go through a security process where -- some sort of

2    background check.

3    Q.   So once a member of the media has applied and been vetted,

4    they could then receive credentials?

5    A.   Yes, sir.  But they're also vetted by their respective

6    agencies.

7    Q.   Okay.  But there's a process that they could receive

8    credentials?

9    A.   Yes.  So it's not just general media off the street.  It's

10   people who were vetted by their company, and then also they're

11   vetted by the respective galleries.

12   Q.   And -- and then if a person -- if a member of the media had

13   gone through this process and had received their credentials,

14   you say then they are treated, essentially, like staff?

15   A.   Correct.

16   Q.   Does that mean that they still had to go through the

17   screening, just like the staff did?

18   A.   Yes, sir; that's correct.

19   Q.   And what about all the equipment they carry?

20   A.   It all goes through an X-ray machine.

21   Q.   So every day we see some reporter coming into the Capitol,

22   if he's credentialed -- or he or she is credentialed, they

23   still have to go through the screening?

24   A.   Yes, sir.

25   Q.   Now, what about if there's a member of the media who did

1    not have congressional credentials, could they enter the

2    Capitol on January 6th?

3    A.   No, sir.

4    Q.   And were they, essentially, treated the same as the public?

5    A.   That's correct.

6    Q.   So if my hometown reporter wanted to come up and for one

7    day watch what was going on on January 6th -- treated like

8    public?  Couldn't come in?

9    A.   Right.

10   Q.   Thank you.

11        I want to talk to you now about the layout of the

12   Capitol Grounds and Capitol Building.  And we have on the

13   screen a -- Exhibit 100.  Can you, first of all, orient the

14   Court to --

15        Well, let's start on here.  Can you show us where -- the

16   U.S. courthouse that we're in now, about where its approximate

17   location is?

18             THE COURT:  Hold on one second.  Dorothy, do we have

19   it set up that it shows up if they touch the screen?

20             THE COURTROOM DEPUTY:  I'm sorry.  What did you say?

21             MR. DISNEY:  Yes.

22             THE COURT:  If you touch the screen -- you know, they

23   can do it so if you touch the screen, it shows up.  Can you fix

24   that?

25             THE COURTROOM DEPUTY:  They should be able to do it.

1          THE WITNESS:  It looks like it works.

2          THE COURT:  Okay.

3    BY MR. DISNEY:

4    Q.  Let me just -- let me just clear that.  And then can you

5    just put an X in the approximate location of the U.S.

6    courthouse.

7          THE COURT:  Okay.

8    BY MR. DISNEY:

9    Q.  Thank you.

10         And the witness has put an X on the top left of the

11   screen where -- of the photo where there's a round circle.

12         And then can you tell us the street there that runs

13   along -- you don't need to draw -- but runs along the top of

14   the photo?  What street is that?

15   A.  That's Constitution Avenue.

16   Q.  And the street, then, that comes straight down from the

17   courthouse in front of the Reflecting Pool?

18   A.  That's 3rd Street.

19   Q.  And what's the street that makes up the bottom of the

20   photo?

21   A.  From -- from 3rd Street, you have Pennsylvania Avenue.

22   Q.  I'm sorry.  All the way down at the bottom.  I'm trying --

23   A.  Okay.  Independence Avenue.

24   Q.  And then the street that makes up the right-hand side of

25   the Capitol?

1    A.   That's First Street in the east.

2    Q.   And can you draw a circle around the Peace -- just circle

3    the Peace Monument.

4    A.   Sure.

5    Q.   What's the road that goes from 3rd Street to Peace

6    Monument?

7    A.   That's Pennsylvania Avenue, Northwest.

8    Q.   Thank you.

9         Now, the -- just to get some terminology.  Do you see

10   the grassy area just to the right of the Peace Circle?

11   A.   Yes, sir, I do.

12   Q.   What is that area called?

13   A.   That is the west front.

14   Q.   Can you just write west lawn or something on there, just so

15   we'll know.

16   A.   Sure.

17   Q.   And some people call that the west lawn.  Some people call

18   it the west front.  But it's the west side, the grassy area on

19   the west side, of the Capitol; correct?

20   A.   Yes, sir, it is.

21   Q.   And in this photograph -- I didn't cover this -- but north

22   is to the top and west is to the left?

23   A.   That's correct.

24   Q.   And then are you familiar with an area called the lower

25   west terrace?

1    A.   Yes, sir.

2    Q.   And can you just maybe put a circle around that?

3    A.   Sure.

4    Q.   And then there is an upper west terrace?

5    A.   Yes, sir, there is.

6    Q.   And can you just circle that.  Thank you.

7         I'm going to clear all that now.

8         MR. DISNEY:  And the witness has complied by putting

9    circles and labeling them as --

10        THE COURT:  Can I just ask in terms of the lower west

11   terrace, the lawn area that's in front of that, what is that

12   called?  Is that the west front?

13        THE WITNESS:  That's also the west front, ma'am.

14   That would be -- so we have, like, the middle -- we call it the

15   middle of the west front, the Senate side of the west front,

16   and the House side of the west front.

17        THE COURT:  Okay.  Thank you.

18        MR. DISNEY:  And I'm going to -- Your Honor, if it's

19   okay, I'd like to clear this.

20        THE COURT:  Yes.  Go ahead.

21   BY MR. DISNEY:

22   Q.   Can we just do this:  Right in front of the stage, there's

23   a grassy area.  Would you put the number 1 there.

24   A.   Right here?

25   Q.   Yes.

1    A.  Okay.

2    Q.  And then the area above it on the sidewalk, can you put the

3    number 2.

4    A.  Up on the sidewalk?

5    Q.  Just straight up, crossing over Pennsylvania Avenue.  I'm

6    sorry.  I wanted to -- I wanted -- yeah, I wanted to

7    distinguish that there's -- looks to be three lawn sections

8    that are cut off by sidewalks; correct?

9    A.  Correct.

10   Q.  And all that's called the west front or the west lawn?

11   A.  Yes, sir, it is.

12   Q.  Okay.  That's what I wanted to clear up.  Thank you.  I'm

13   going to clear this.

14        On January 6th was there some construction going on on

15   the west lawn?

16   A.  Yes, sir, there was construction on the west -- the west

17   side of the Capitol.

18   Q.  What was being built?

19   A.  The inaugural stage was being built.

20   Q.  Okay.  Now, we've heard testimony from a Secret Service

21   agent about this perimeter that's shown in red on this

22   photograph.  I'd like to talk to you about the construction of

23   that perimeter.  Are you familiar with how that perimeter is

24   constructed?

25   A.  Yes.

1   Q.  Can you just tell the Court, then, what is the makeup of

2   what we see represented by the red line here?

3   A.  So, basically, the red line dictates the restricted

4   perimeter.

5   Q.  Yes.

6   A.  And the restricted perimeter is -- we usually put that in

7   place for any type of event that we would deem a secure event.

8   Q.  What's it made up of?  What's the construction?

9   A.  Bike rack and some mesh fencing --

10  Q.  Okay.

11  A.  -- and signs.

12  Q.  Can you describe the bike rack?

13  A.  Yes.  Bike racks, like metal -- it's actually, literally, a

14  bike rack used to secure bikes, but it's made up of metal.  And

15  then we generally -- we always have police signs on the bike

16  racks.

17  Q.  And can the bike racks be interlocked together, then, to

18  make a continuous fence?

19  A.  Yes, they can.

20  Q.  And you say that this perimeter that's shown in the red,

21  was it on January 6th marked with signs that showed it to be a

22  restricted area?

23  A.  Yes, sir, it was.

24  Q.  And within the restricted area, was there -- you had an

25  outer perimeter; correct?  And that's shown by the red line?

```
1    A.  Correct.  Yes, sir.

2    Q.  Was there also some fencing that was in place inside the

3    red lines for various purposes?

4    A.  Yes, sir.

5    Q.  Can you tell us about that.

6    A.  So inside the bike rack, we had snow fencing, which is like

7    a green mesh fencing, and there were also additional layers of

8    bike rack within the perimeter.

9    Q.  Thank you.

10        Just a couple more questions while we are on the -- on

11   this photograph.  Do you see the U.S. Capitol Building in the

12   photograph?

13   A.  I do.

14   Q.  And to the right, what is that area called?

15   A.  That is the east front plaza.

16   Q.  And there looks to be two gray rectangle squares.  Can you

17   tell us what those are.

18   A.  The Senate Chamber and the House Chamber.

19   Q.  Oh, I'm sorry.  I'm talking about on the east front.

20   A.  Oh, the --

21   Q.  I'm talking --

22   A.  Those are skylights.

23   Q.  Can you circle those.

24   A.  Sure.

25   Q.  And what -- what are those skylights for?
```

1   A.   Those are -- they're just skylights that go to the Capitol

2   visitors center.

3   Q.   Okay.   That's what I wanted to get to, the visitors center.

4        So the public -- if they were -- when the public is

5   allowed to visit the Capitol when it does open or if it's open,

6   where do they go in?

7   A.   They would go in through the Capitol visitors center.

8   There are doors if you -- to the left.   They actually go

9   underground.   You can't really see them on this.

10   Q.   That's fine.

11   A.   But, yeah, there are doors that go to the Capitol visitors

12   center.

13   Q.   Okay.   And so that area with the visitors center, what's

14   that typically called?

15   A.   The Capitol visitors center.

16   Q.   All right.   Is that the east lawn or the east side of the

17   Capitol?

18   A.   The -- yes.

19   Q.   Okay.   I want to show you a video -- and I don't want to

20   play it, but I just want to pull it up.   I don't want to play

21   it right yet, but it's 302.   And we can just start it and then

22   stop it.

23            (A video recording was played.)

24   BY MR. DISNEY:

25   Q.   Do you recognize what's depicted in this photograph -- on

1    this video?

2    A.  Yes, sir, I do.

3    Q.  And just a little bit louder.

4         THE COURT:  Speak into the microphone.

5         THE WITNESS:  Sure.

6         MR. DISNEY:  It's hard.

7    BY MR. DISNEY:

8    Q.  Can you tell us what we're seeing here?

9    A.  So you -- to the west you can see the Peace Monument, and

10   then the grassy area is the Senate side of the west front.

11   Q.  Up at the top in the middle, that's the Peace Monument?

12   A.  Yes, sir, it is.

13   Q.  And then the area that we've been talking about, part of it

14   is -- is the area right in the middle of the picture?

15   A.  That's correct.

16   Q.  You talked about this area being under construction.  Can

17   you identify some of the construction material in this

18   photograph?

19   A.  Yes.  So we have some snow fencing in the middle that was

20   set up for the construction.  There's a construction trailer

21   and various construction equipment from construction crews.

22   Q.  And it's hard to see from where we are, but can you draw a

23   line along where that snow fencing is?

24   A.  Sure.

25   Q.  And so if one would look really close, they would see this

1    green mesh fencing at that spot?

2    A.  Yes, sir; that's correct.

3    Q.  And, now, you talked about the outside perimeter.  Can you,

4    as far as you can on this photograph, trace the outside

5    perimeter that represents that red line we saw in Exhibit 100?

6    A.  Sure.

7    Q.  And does it continue on off the -- thank you.

8         And we see about -- at the bottom of the Peace Monument,

9    underneath the fencing that you've just shown, some -- some

10   rectangles in -- in this area that I've just circled in red.

11   A.  Yes, sir.

12   Q.  And what are those?

13   A.  Those are police -- it says police, restricted by -- I

14   think it says --

15   Q.  We'll get to that.

16   A.  -- restricted ". . . By order of the . . . Capitol Police

17   Board."

18   Q.  Okay.  But I just wanted to say, those are the signs that

19   you were talking about?

20   A.  Yes.

21   Q.  Okay.  Thank you.

22        In this photograph, you talked about Pennsylvania -- you

23   had talked about Pennsylvania Avenue.  And does Pennsylvania

24   Avenue end at the Peace Monument?

25   A.  Yes, it does.

1    Q.  And then where does -- is there a sidewalk that continues

2    on up to the Capitol?

3    A.  Yes.

4    Q.  That would normally be Peace Monument?

5    A.  Yes.  Yes, sir.

6    Q.  And where is that shown in this picture?

7    A.  The sidewalk starts over here and then comes up this way.

8    Q.  And is there also just a big sidewalk to the left, that big

9    brick sidewalk?

10   A.  Yes.  That one -- that's the sidewalk that goes straight to

11   the lower west terrace.

12   Q.  Thank you.  I'm going to clear so that so we can see that.

13        In addition to -- is -- is this a true and accurate

14   picture of how the perimeter was set up at 12:53 p.m. on

15   January 6th?

16   A.  Yes, sir.

17   Q.  And in addition to the fencing, was there also a presence

18   by the Capitol Police along this perimeter?

19   A.  Yes, sir.

20   Q.  And do you see any of the police presence shown in this

21   video?

22   A.  Yes, sir.

23   Q.  Can you just maybe draw a circle around what you see.  And

24   on the far left is -- yeah.  Thank you.  The witness has

25   complied.

1          Thank you.  And I'll clear that now.

2          I would like -- are you familiar, Officer Mendoza, with

3     this area right around the Peace Circle?

4     A.  Yes, sir, I am.

5     Q.  This video that we're seeing now doesn't show the signs

6     from the street level.  And I'd like to show you a video marked

7     State's [sic] Exhibit 101 for the purpose of showing the signs

8     along the perimeter at Peace Monument on January 6th.

9               (A video recording was played.)

10    BY MR. DISNEY:

11    Q.  And I'll show you next -- did you recognize that area as --

12    that video as being taken from outside Peace Circle looking

13    into the Capitol?

14    A.  Yes, sir.

15    Q.  And I'll show you a -- I want to focus on a photograph,

16    which is a still clip from that picture; and I'll show you

17    what's been marked as State's -- I'm sorry, Government's 101A.

18    And if we could zoom in on the sign that's shown in the middle

19    here.  Can you tell us what this sign is showing?

20    A.  The sign is dictating that the area is closed.

21    Q.  And when you had talked earlier about signs being shown

22    along the perimeter fencing, is this the type of signage you're

23    talking about?

24    A.  Yes.

25    Q.  Thank you.

1              Now, I'd like to show you one other video that shows the

2      same area.  And before we play it, let me just make sure

3      Mr. Womack has no objection.

4              I want to show you another video that is, essentially,

5      of the Peace Circle.  I want to focus on the signs on that

6      video.

7                   MR. DISNEY:  Any objection?

8                   MR. WOMACK:  Which one is that?

9                   MR. DISNEY:  It's 102.

10                  MR. WOMACK:  102?

11                  MR. DISNEY:  It's just a short video, similar to the

12     one we just showed.  You don't have it in there, Mr. Womack.

13     It's just -- it's just, essentially, what we saw but from a

14     different angle.

15                  MR. WOMACK:  That's fine.

16                  MR. DISNEY:  If we could play Government's 102.

17                  (A video recording was played.)

18                  MR. DISNEY:  And if we could now go to Exhibit 102A.

19     BY MR. DISNEY:

20     Q.  And, Captain Mendoza, does this 102A also show the fencing

21     and signage that was in place around the Peace Monument?

22     A.  Yes, sir, it does.

23     Q.  And can you just describe it into the record.

24     A.  The fencing that's being shown right now is actual snow

25     fencing notated --

```
1              THE COURT:  Can you speak up.  You need to hit the
2     front of the microphone.  It's a -- you have to talk well into
3     the headset.  You have to turn a little bit.
4     A.  So it's also -- I'm sorry.  It's notated with signing that
5     says, "Area Closed By order of the Capitol Police Board."
6     BY MR. DISNEY:
7     Q.  Thank you.
8              And now I'd like to talk to you about the -- a model
9     that we have used and want to drill down a little bit on some
10    specific locations on the U.S. Capitol.
11             MR. DISNEY:  And if we could bring up Government's
12    Exhibit 106.
13    BY MR. DISNEY:
14    ████████████████████████████████████████████
15    █████████████████
16    ██████████████████████████████████████████████████████
17    ███████████████████████████
18    ████████
19    ███████████████████████████████████████████████████
20    ██████████████
21    ███████████
22    ██████████████████
23        █████████████████████████████████
24    █████████████████████████████████████
25    ████████████████████
```















1     ████████

2     ████████████████████████████████████ I want to talk

3 to you now, Captain Mendoza, about the breaches.  You've told

4 us on January 6th there was this outer perimeter that was

5 established.  I want to talk to you about the breaches of the

6 perimeters.  And are you -- did you work on January 6th, 2021?

7 A.  Yes, I did.

8 Q.  And are you familiar with the events that took place

9 from personally being there and also from reviewing the --

10 the closed-circuit TV that the Senate -- or that the Capitol

11 has?

12 A.  Yes.

13 Q.  On --

14         THE COURT:  If you could talk more in front of the

15 microphone or just move it.

16         MR. DISNEY:  Okay.  Thank you, Your Honor.

17 BY MR. DISNEY:

18 Q.  On January 6th was the perimeter around Peace Circle

19 breached?

20 A.  Yes, it was.

21 Q.  And did unauthorized individuals get to the west lawn of

22 the Capitol?

23 A.  Yes.

24     ██████████████████████████████

25         ████████████████████████████████████████████



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15          MR. DISNEY:  And, Your Honor, at this time we would

16   move to show you State's -- I mean Government's 336, which is a

17   summary of the breaches that occurred at Peace Circle, and the

18   stairway, the parliamentarian door, and the Senate wing door.

19          THE COURT:  All right.  Is there any objection,

20   Mr. Womack?

21          MR. WOMACK:  None.

22          THE COURT:  All right.

23          MR. DISNEY:  This is approximately 9 minutes -- or

24   I'm sorry -- 14 minutes long.

25          THE COURT:  Okay.

```
 1              MR. DISNEY:  It's --

 2    BY MR. DISNEY:

 3    Q.  Before we do that, let me just ask you, Captain Mendoza,

 4    does -- I'm showing you Exhibit 336.  Is this a summary of the

 5    breaches that we just talked about?

 6    A.  Yes, sir, it is.

 7    Q.  And do these show the times that the breaches occurred?

 8    A.  Yes, sir.

 9    Q.  Peace Circle was breached at what time?

10    A.  12:54 p.m.

11    Q.  And the stairway at what time?

12    A.  2:09 p.m.

13    Q.  And the Senate wing -- the first breach of the Senate wing

14    door?

15    A.  2:13 p.m.

16    Q.  And the breach of the parliamentarian door?

17    A.  2:42 p.m.

18    Q.  And the breach -- the second breach of the Senate wing

19    door?

20    A.  2:49 p.m.

21    Q.  And were those breaches captioned -- or captured on

22    closed-circuit TV?

23    A.  They were.

24              MR. DISNEY:  And, Your Honor, I misspoke.  I said 336

25    was the video.  The video is Exhibit 300.
```

```
1              MR. WOMACK:  No objection.

2              THE COURT:  If I could just clarify.  336 sets the

3    timeline out; right?

4              MR. DISNEY:  Yes.  And in 300 is the actual exhibit.

5              THE COURT:  Okay.  Mr. Womack.

6              MR. WOMACK:  I see it's 11 o'clock.  Would this be an

7    appropriate time to take the morning break?

8              THE COURT:  I don't have a problem with that.  Why

9    don't we do the morning break if it's going to be 14 minutes.

10             MR. DISNEY:  That's fine.

11             THE COURT:  So it's 11 o'clock.  Come back at 11:15

12   and we'll resume.

13             MR. DISNEY:  Thank you.

14             THE COURT:  Captain Mendoza, don't talk about your

15   testimony while you're on break.

16             THE WITNESS:  Yes, ma'am.

17             THE COURT:  All right.  The parties are excused until

18   11:15.

19             (Recess taken.)

20             THE COURT:  All right.  Good morning again.  And

21   we're resuming the direct examination of Captain Mendoza.

22             MR. DISNEY:  Thank you.

23   BY MR. DISNEY:

24   Q.  Captain Mendoza, we had just shown the Court Exhibit 336,

25   which was a summary of the breaches.  And I'd like to now play
```

81

1   for the Court Exhibit 300, which is a montage showing the

2   breaches that are described in Exhibit 336.

3                    (A video recording was played.)

4                    MR. DISNEY:  Thank you.

5   BY MR. DISNEY:

6   Q.  Officer, I want to talk to you about the crowd size on the

7   west lawn after those breaches occurred.  You had noted the

8   inauguration stage and the media tower that was in the middle.

9   Can you just maybe put an X where that inauguration -- where

10  that media tower was.

11  A.  Yes.  My screen went black.

12                   THE COURT:  The screen went out?

13                   MR. DISNEY:  So did mine.  We'll try to pull that

14  back up again.

15                   THE COURT:  There you go.

16  BY MR. DISNEY:

17  Q.  Try it now.  Okay.  And that was that media tower that was

18  right there?

19  A.  Yes, sir.

20  Q.  I'd like to show you what's been marked as Government's

21  Exhibit 304, a time lapse video constructed from the CCTV to

22  show the Court the crowd size after that breach of Peace

23  Circle.

24                   MR. DISNEY:  So if we could show 304.

25                   (A video recording was played.)

```
1            MR. DISNEY:  I'll note on the times, on the bottom

2      right is military time.  So it's approximately 1:03 right now.

3            (A video recording was played.)

4      BY MR. DISNEY:

5      Q.  Officer, I noted that at approximately the 2:45 or 14:45

6      period, there was a plume of red smoke that came up from the

7      crowd.  Can you -- are you familiar with what that means?

8      A.  Yes, sir, I am.

9      Q.  What does that mean?

10     A.  Officers deploy red smoke when they need additional

11     assistance or they're calling for emergency help.

12     Q.  Thank you.

13            Now, you told us that you were working on January 6th;

14     is that correct?

15            THE COURT:  Let me make sure the court reporter is

16     okay.

17            THE COURT REPORTER:  I just need a cough drop.

18            (Off the record.)

19     BY MR. DISNEY:

20     Q.  Officer Mendoza, you told us you were working on

21     January 6th.

22     A.  Yes, sir, I was.

23     Q.  And what -- were you aware that there were some protests

24     planned that may require your civil disturbance unit to come

25     into work?
```

1   A.  Yes, sir.

2   Q.  And do you have any idea what those protests centered

3   around?

4   A.  Yes.

5   Q.  And what was that?

6   A.  Around the certification of the electoral votes, the Stop

7   the Steal rally.

8   Q.  And which --

9           MR. DISNEY:  You're fine.

10          THE COURT:  Do you want to take a break?

11          THE COURT REPORTER:  Yes.

12          (Recess taken.)

13          THE COURT:  I believe our court reporter is all right

14  at this point; so we'll resume.  We'll pick up on the direct

15  with Captain Mendoza.

16  BY MR. DISNEY:

17  Q.  Captain Mendoza, what time did you plan on going to work?

18  A.  I'm sorry.  I planned to arrive around 15:00, 3:00 p.m.

19  Q.  3:00 p.m.?

20  A.  Yes.

21  Q.  And what, in fact, occurred?

22  A.  I received a call from a fellow commander asking me where

23  my SWAT team was at.  I told her that.  She called me back and

24  basically told me I might want to come in.  So I proceeded to

25  work.

1   Q.  When you say "proceeded to work," what physical location

2   did you go to?

3   A.  I went to my -- one of my offices, which is in the

4   Fairchild Building, 399 [sic] South Capitol Street.

5   Q.  Okay.  And then what time did you, I guess for lack of

6   better words, get out on the street?

7   A.  By the time I changed my clothes and everything, I think it

8   was around 14:00 hours, or 2 o'clock.

9   Q.  What was your intention when you hit the street in your

10  uniform?  What were you going to do?

11  A.  I was going to respond to the DNC for the explosive device

12  that was at that location.

13  Q.  And did something change your mind and you go somewhere

14  else?

15  A.  Yes.

16  Q.  Tell us about that.

17  A.  I heard an officer call 10-33 for officer -- or a 10-33 for

18  officer in trouble.  So I proceeded to the Capitol.

19  Q.  Okay.  And tell us about what happened when you arrived at

20  the Capitol.

21  A.  Once I arrived, I arrived on the east front plaza.

22  Q.  Can -- we have the screen in front of us.  Can you just

23  draw an X about -- on your -- we have a screen of -- I'm sorry.

24  We have Exhibit 100, which is a photograph of the U.S. Capitol.

25  Can you draw an X on this where you arrived.

1    A.  I arrived on the House side.  So probably somewhere around

2    here.  I parked right down there.

3    Q.  Okay.  And that's the lower right side of the Capitol --

4    A.  Yes.

5    Q.  -- shown on the photograph?

6    A.  Yes.

7    Q.  And tell us what you did from there.

8    A.  Well, when I arrived, I saw, you know, people on the plaza.

9    So my plan was to enter the Rotunda door, but it was

10   inaccessible.  So I entered through a separate door at the

11   bottom of the building.

12   Q.  And when you arrived, can you tell us, just briefly -- you

13   said you saw people on the Rotunda door.  What are you talking

14   about?

15   A.  There's stairs -- you know, there's stairs -- there's

16   stairs leading here up to the Rotunda, and so there were people

17   there.  So I was not able to access the Rotunda door.

18   Q.  And the witness has drawn a circle right where the words

19   Capitol Grounds are.

20        When you say "there were people," can you tell us about

21   the crowd size that you're seeing on the east part of the

22   Capitol?

23   A.  I would say -- I don't know if I could accurately say how

24   many people, but maybe hundreds of people.

25   Q.  And about what time is it that you're arriving at the

1    Capitol?

2    A.  I believe I arrived around 14:00 --

3    Q.  Which is 2 o'clock?

4    A.  -- hours.  Correct.

5    Q.  And so where -- you went into the Capitol through that door

6    down at the lower right.  Is that correct?

7    A.  Lower -- lower -- on my screen, it's the lower -- it's

8    right around here, the Memorial Door.

9    Q.  You went in what's known as the Memorial Door?

10   A.  Correct.

11   Q.  And where did you go from there?

12   A.  I proceeded to the hallway, past the Memorial Door, where I

13   saw a group of my officers holding back unauthorized people.

14   Q.  When you entered the Memorial Door of the Capitol, did you

15   see anything that concerned you?

16   A.  Yes.

17   Q.  And tell the Court what you saw.

18   A.  Immediately when I walked in, there was a group of what

19   appeared to be a couple hundred people in the area of that

20   door.  I actually was going to turn around and go back out the

21   door because I didn't think I could get through that group, but

22   I heard banging on the door that I came in.  So I had to end up

23   just proceeding through the crowd.

24   Q.  And where did you go to?

25   A.  I went to the hallway right past the Memorial Door.

1    Q.  And what did you encounter there?

2    A.  I encountered a line of officers holding back unauthorized

3    people in the building.

4    Q.  And -- and kind of describe the scene to the -- for the

5    Court.  You said people.  I mean --

6    A.  Well, angry people.  So there were, you know, people in the

7    building.  Obviously, they were angry; chanting, yelling at the

8    officers, that type of thing.  And the officers were,

9    basically, trying to hold them from penetrating further into

10   the building.

11   Q.  And what did you do then?

12   A.  I jumped on the line with my officers.

13   Q.  Trying to hold the crowd back?

14   A.  Yes.

15   Q.  Were you successful in doing that?

16   A.  Not for long, no.

17   Q.  What -- what happened next?

18   A.  Eventually they -- the crowd overran myself and the

19   officers on the line.

20   Q.  When you were in the -- in line trying to hold the crowd

21   back, was there any -- was it very loud in there or not?

22   A.  Yes, it was very loud.

23   Q.  And because of what?

24   A.  People yelling, chanting.  Officers trying to communicate

25   with the crowd.  The crowd yelling at the officers.



Q.  Thank you.

What was -- could you smell anything in the air?

A.  I smelled chemicals, like C- -- they say CS is odorless, but it's not.  I'm an instructor.  It's not odorless.  So I smelled that.

Q.  Do you know what that was coming from?

A.  Chemicals were deployed by both rioters and officers in the building.

Q.  Okay.  Did you see any of your officers assaulted?

A.  I did.

Q.  And tell us about what -- just give us a flavor of what you were seeing.

A.  From my perspective, I saw officers trampled, knocked down, hit with various objects.

```
 1                    MR. WOMACK:  At this point I'll object; only that,
 2          really, this is well before Mr. Rivera got to the Capitol or
 3          inside.  So at this point this is completely irrelevant.
 4                    MR. DISNEY:  I'll move on, Your Honor.
 5                    THE COURT:  All right.
 6          BY MR. DISNEY:
 7          Q.  So you said you arrived at the Capitol at -- right around
 8          2 o'clock; correct?
 9          A.  Correct.
10          Q.  And how long were you in the Capitol?
11          A.  How long was I inside the building?
12          Q.  Total, yeah.
13          A.  Maybe six hours.
14          Q.  From about 2 o'clock until?
15          A.  Until later that night, so...
16          Q.  Okay.  How long were you and your officers actively
17          involved in conflict with the crowd?
18          A.  About four hours, maybe.  Four or five hours.
19          Q.  So that would be from approximately 2 o'clock until
20          approximately 6 o'clock?
21          A.  Yes.
22          Q.  Thank you.
23                    And during that time, can you tell the Court what kind
24          of struggle you were having with the crowd, your officers were?
25          A.  Yes.  Mainly just getting compliance and -- and getting the
```

```
 1    crowd to leave the building, so...
 2    Q.  Thank you.
 3         Would it be correct that, specifically, between
 4    2:59 p.m. and 3:40 p.m., that during that time period, your
 5    officers, as a whole, were engaged in combat with rioters in
 6    the building?
 7    A.  Yes, sir; that would be correct.
 8              MR. DISNEY:  Your Honor, I have no other questions.
 9              THE COURT:  All right.  Cross?
10              MR. WOMACK:  Thank you.
11                        CROSS-EXAMINATION
12    BY MR. WOMACK:
13    Q.  Captain Mendoza --
14    A.  Yes, sir.
15    Q.  -- in the video that you watched, which I think is
16    Exhibit 302 -- the montage that -- the government called it --
17    it showed that about 2:26, 2:28 -- 14:26, 14:28 hours --
18    protesters left the Senate door peacefully.  They were walking
19    out.  It looks like the officers had restored order and
20    everybody was leaving that door.  Do you remember seeing that?
21    A.  I remember seeing people leaving; correct.
22    Q.  Okay.  And it looked like everyone had left that area and
23    had gone completely -- all the protesters had gone outside.  Do
24    you recall that?
25    A.  Yes.
```

1    Q.  And then it was about -- so 20 minutes later or so that

2    they came back again.  Do you know what happened in the

3    interim?

4    A.  No.

5    Q.  If you don't know, you don't know.

6    A.  No.

7    Q.  Okay.  And that's not an area you were working, was it?

8    A.  No, it was not.

9    Q.  Okay.  In that time frame, from around 2:30, 2:25, until,

10   say, 3:30 p.m., 15:30, what area of the Capitol were you in?

11   A.  I was in various areas of the Capitol Building at that

12   time.

13   Q.  Okay.  Were you back in the area of the Senate door, the

14   west -- the west Senate door that we were talking about?

15   A.  Yeah, I can't tell you exactly what area I was in at what

16   time because I visited various areas throughout the Capitol

17   Building.  There were not -- only so many commanders available.

18   So I tried to visit different locations.  So I couldn't tell

19   you what time I was around that area.

20   Q.  Did you remain on that floor of the building, or did you go

21   up on the second floor, or where did you stay?

22   A.  I was on the first floor, second floor, and also near the

23   chambers.

24   Q.  Okay.  And the floor that had the parliamentarian door and

25   the west Senate door, is that the first floor?

1    A.  That is the second floor.

2    Q.  Second floor.

3    A.  Uh-huh.

4    Q.  Okay.  And the first floor, is that down on the -- even

5    with the lower terrace, more or less?

6    A.  Yeah, I'm not -- I can't answer those questions a hundred

7    percent.  I'm not sure.

8    Q.  I gotcha.

9    A.  Yeah, I -- I don't generally work inside the building.  So

10   there's a floor under the -- if what you're asking me is if

11   there's a floor under there, there is.  So there's a floor

12   underneath, and it could be the basement.  I don't -- I'm not

13   familiar with the exact floors, the name of the floors.

14   Q.  The actions that were depicted in that montage video on the

15   second floor going through the Senate -- west Senate door and

16   the parliamentarian door, would it be fair to say, you didn't

17   see any of that?

18   A.  I didn't see any of that, no.

19   Q.  Thank you.

20           MR. WOMACK:  No further questions, Your Honor.

21           THE COURT:  Redirect?

22           MR. DISNEY:  No, Your Honor.

23           THE COURT:  All right.  You can step down.

24           THE WITNESS:  All right.  Thank you.

25           MR. DISNEY:  Your Honor, subject to recall, if

```
 1    needed, can Capitol Mendoza leave the building?
 2                    THE COURT:  Yes.
 3                    MR. DISNEY:  Thank you.
 4                    (Witness excused.)
 5                    THE COURT:  Your next witness.  I usually take a
 6    lunch break between 1:00 and 2:00, if that works for you.
 7                    MR. DISNEY:  Whatever -- yeah, that's fine.
 8                    MR. WOMACK:  That's fine.
 9                    MR. DISNEY:  That's fine.
10                    THE COURT:  Okay.  So your next witness.
11                    MS. FURST:  Your Honor, we call Agent Nicholas Alex
12    Chan.
13            And, Your Honor, may I remove my mask while I speak with
14    the witness?
15                    THE COURT:  Yes.  And you can as well, sir.  We're
16    going to swear you in.
17                    THE COURTROOM DEPUTY:  Raise your right hand, please.
18                    (Oath administered.)
19                    THE WITNESS:  Yes, ma'am, I do.
20                    THE COURTROOM DEPUTY:  Please be seated.
21                    THE COURT:  All right.  And if you could speak --
22    make sure you speak into the microphone.  You already heard my
23    instructions about objections, if they stand, you know, not to
24    answer, and also to let people finish their questions before
25    you start to answer.  And they should wait for you too.
```