IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 1:21-CR-22-CKK |
| v. | : | |
| **CHRISTOPHER GRIDER,** | : | |
| Defendant. | : | |

### GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files the attached Exhibit List in advance of the bench trial currently scheduled for December 12, 2022, and in accordance with the Court's pretrial scheduling order at Dkt. 100.  The government has added a column entitled "Stipulated?" to this exhibit list in order to provide the Court with an update regarding the parties' ongoing efforts to identify any areas of dispute before trial.  For all exhibits marked with a "Y" in that column, the government provided copies of the exhibits via thumb drive to the Court's chambers.

For all exhibits not marked with a "Y" at this time, the defendant has indicated that he will likely be able to stipulate to some, if not all of these exhibits as well.  The parties are prepared to finalize the status of these remaining exhibits no later than the final pretrial conference scheduled for December 8, 2022.  At that point, the government will file an updated Exhibit List identifying any remaining unstipulated exhibits, and provide the Court with copies of the relevant, additional exhibits.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar Number 481052

By:

                __/s/ Cindy J. Cho_____
                CINDY J. CHO
                Assistant United States Attorney
                Member of NY Bar
                Detailed to the U.S. Attorney's Office for the
                District of Columbia
                10 W. Market St., Ste 2100
                Indianapolis, IN 46204
                (317) 246-0107
                Cindy.Cho@usdoj.gov

                FRANCESCO VALENTINI
                Trial Attorney
                D.C. Bar No. 986769

                MICHAEL BARCLAY
                Assistant United States Attorney
                Member of NY Bar

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 28, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

                                                  __/s/ Cindy J. Cho_____
                                                  Cindy J. Cho
                                                  Assistant United States Attorney