| | | | |
|---|---|---|---|
| Government ✔ | | United States | |
| Plaintiff ☐ | VS. | | Criminal No. <u>21-CR-22 (CKK)</u> |
| Defendant ☐ | Christopher Grider | | |
| Joint ☐ | | | |
| Court ☐ | | | |

## GOVERNMENT'S EXHIBIT LIST

| Ex. No. | Description | Marked for ID | Rec'd into evidence | Witness | Stipulated? |
|---|---|---|---|---|---|
| 1 | Transcript of USSS Inspector Lanelle Hawa | | | | Y |
| 2 | Email - USSS Head of State Notification - Vice President Pence, Mrs. Pence and daughter | | | | Y |
| 3 | Worksheet - Notification - Visit of Vice President Michael Pence, Mrs. Pence, and daughter | | | | Y |
| 4 | VP Webster Relocation Video | | | | Y |
| 5 | Montage of Video Footage from the U.S. House and Senate on January 6, 2021 | | | | Y |
| 6 | Transcript of USCP Captain Carneysha Mendoza [redacted] | | | | Y |
| 7 | Peace Circle CCTV RF Northwest Roof | | | | Y |
| 8 | Video CU Img 180 closed sign on fence NW Lawn | | | | Y |
| 9 | Photograph CU IMG 180 closed sign | | | | Y |
| 10 | Video CU Img 181 closed sign on fencing closer to Capitol on NW lawn | | | | Y |
| 11 | Photograph Img 181 CU closed with fence | | | | Y |
| 12 | Peace Circle CCTV Iso time-lapse video | | | | Y |
| 13 | USCP Compilation Video | | | | Y |
| 14 | List of West Front/Interior breaches | | | | Y |
| 15 | Map of restricted perimeter | | | | Y |
| 16 | U.S. Capitol First Floor Map | | | | |
| 17 | U.S. Capitol Second Floor Map | | | | |
| 18 | U.S. Capitol Second Floor [House Chamber] Map | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 19 | "Capitol Protest in Washington DC" video from NW Scaffolding some time before 2:09 p.m. | | | | y |
| 20 | USCP Video of West Terrace Stairs at 2:09 p.m. | | | | y |
| 21 | USCP Video of Senate Wing Door Exterior at 2:14 p.m. | | | | y |
| 22 | "Bill Keen" video from Senate Wing Door Exterior at around 2:14 p.m. | | | | y |
| 23 | USCP Video of Senate Wing Door Interior at 2:14 p.m. | | | | y |
| 24 | USCP Video of Crypt at 2:19 p.m. | | | | y |
| 25 | USCP Video of Crypt push at 2:25 p.m. | | | | y |
| 26 | "BGonthescene" video from Crypt around 2:25 p.m. | | | | y |
| 27 | Photo of electrical closet in Senate Wing | | | | |
| 28 | USCP Video of Hallway from Senate Wing to House Wing at 2:29 p.m. | | | | y |
| 29 | USCP Video of Statuary Hall at 2:32 p.m. | | | | y |
| 30 | Compilation video of Grider's path from outside to Statuary Hall Connector, with highlighting and freeze frames | | | | |
| 31 | USCP Video of Statuary Hall Connector at 2:32 p.m. | | | | y |
| 32 | Exhibit 31 with highlighting, freeze frame, and side-by-side with "JaydenX" video | | | | |
| 33 | "Andrew Bennett" video from Statuary Hall Connector around 2:32 p.m. | | | | y |
| 34 | "JaydenX" video from Statuary Hall Connector to outside House Main Door around 2:32 p.m. to 2:41 p.m. | | | | y |
| 35 | "JaydenX" Video from Outside House Main Door around 2:32 p.m. to 2:41 p.m. | | | | Y |
| 36 | Exhibit 35 with highlighting, freeze frame, and captions | | | | |
| 37 | USCP video of Hallway between House Main Door and Speaker's Lobby at 2:41 p.m. | | | | y |

| # | Description | | | | |
|---|---|---|---|---|---|
| 38 | USCP video of Second Hallway between House Main Door and Speaker's Lobby at 2:41 p.m. | | | | y |
| 39 | "JaydenX" video from Speaker's Lobby around 2:42 p.m. | | | | y |
| 40 | Exhibit 39 with highlighting and freeze frame | | | | |
| 41 | "RMGNews" Video from Speaker's Lobby around 2:42 p.m. | | | | y |
| 42 | Exhibit 41 with highlighting and freeze frame | | | | |
| 43 | "Alex Sheppard" video from Speaker's Lobby Door around 2:42 p.m. | | | | y |
| 44 | USCP Video of Exit Hall Near House Chamber at 2:55 p.m. | | | | y |
| 45 | Video from Kevin McCumber of House Chamber | | | | |
| 46 | Photo from Kevin McCumber of Speaker's Lobby | | | | |
| 47 | 12th Amendment to the U.S. Constitution | | | | |
| 48 | United States Code, Title 3, Section 15 | | | | |
| 49 | United States Code, Title 3, Section 16 | | | | |
| 50 | United States Code, Title 3, Section 17 | | | | |
| 51 | United States Code, Title 3, Section 18 | | | | |
| 52 | House Cong. Rcd | | | | |
| 53 | Senate Cong. Rcd | | | | |
| 54 | Safeway Email re DC Closure | | | | |
| 55 | Safeway interstate shipment record | | | | |
| 56 | Safeway DC store sales | | | | |
| 57 | Grider Facebook Account | | | | |
| 58 | Video from Grider Facebook Account outside Speaker's Lobby | | | | |
| 59 | Video from Grider Facebook Account at Lower West Terrace | | | | |
| 60 | Video from Grider Facebook Account approaching NW scaffolding | | | | |
| 61 | Video provided by Grider outside Speaker's Lobby "IMG_1883" | | | | |
| 62 | KWTX-TV Video of Grider on January 6, 2021 | | | | |
| 63 | Selected text messages from Grider phone | | | | |

4

| | | | | | |
|---|---|---|---|---|---|
| 64 | Selected other items from Grider phone | | | | |
| 65 | "Don't Tread on Me" flag from Grider's spouse | | | | |
| 66 | Black backpack from Grider's home | | | | |
| 67 | Red baseball hat from Grider's spouse | | | | |
| | | | | | |