## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

  *Plaintiff,*

v.

CHRISTOPHER RAY GRIDER.

  *Defendant.*

Criminal Action No. 21-22 (CKK)

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Exhibit Description | Offered | Admitted | Witness | Notes |
|---|---|---|---|---|---|
| 200 | Video (IMG_1878.mp4) | | | | |
| 201 | Video (IMG_1879.mp4) | | | | |
| 202 | Video (IMG_1880.mp4) | | | | |
| 203 | Photo (IMG_1881.jpg) | | | | |
| 204 | Video (IMG_1882.mp4) | | | | |
| 205 | Video (IMG_1884.mp4) | | | | |
| 206 | Photo (IMG_1885.jpg) | | | | |
| 207 | Photo (IMG_1886.jpg) | | | | |
| 208 | Photo (IMG_1888.jpg) | | | | |
| 209 | Photo (IMG_1889.jpg) | | | | |
| 210 | Video (IMG_1890.mp4) | | | | |
| 211 | Photo (IMG_1891.jpg) | | | | |
| 212 | Photo (IMG_1893.jpg) | | | | |
| 213 | Video (IMG_1894.mp4) | | | | |
| 214 | Photo (IMG_1895.jpg) | | | | |
| 215 | Photo (IMG_1896.jpg) | | | | |
| 216 | Photo (IMG_1897.jpg) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 217 | Photo (IMG_1898.jpg) | | | | |
| 218 | Photo (IMG_1899.jpg) | | | | |
| 219 | Photo (IMG_1900.jpg) | | | | |
| 220 | Video (IMG_1902.mp4) | | | | |
| 221 | Video (IMG_1903.mp4) | | | | |
| 222 | Video (IMG_1905.mp4) | | | | |
| 223 | Video (IMG_1906.mp4) | | | | |
| 224 | Video (IMG_1907.mp4) | | | | |
| 225 | Video (IMG_1908.mp4) | | | | |
| 226 | Video (IMG_1909.mp4) | | | | |
| 227 | | | | | |
| 228 | | | | | |
| 229 | | | | | |
| 230 | | | | | |
| 231 | | | | | |
| 232 | | | | | |
| 233 | | | | | |
| 234 | | | | | |
| 235 | | | | | |
| 236 | | | | | |
| 237 | | | | | |
| 238 | | | | | |
| 239 | | | | | |
| 240 | | | | | |