IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

  *Plaintiff*,

v.  Criminal Action No. 21-22 (CKK)

CHRISTOPHER RAY GRIDER.

  *Defendant.*

ORDER ON
DEFENDANT'S MOTION TO PERMIT WITNESSES
TO APPEAR BY VIDEOCONFERENCE

The Court has received and reviewed Defendant's Motion to Permit Witnesses to Appear by Videoconference. After considering the motion and response by the Government, the Court finds that the motion should be GRANTED. It is hereby ORDERED that R.S. and R.F., witnesses for the Defendant, will be permitted to appear by videoconference to give testimony on behalf of the Defendant at his bench trial presently scheduled for December 12, 2022.

SO ORDERED.

Dated: _____

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge