*MOTION TO FILE GRANTED*

/s/ George Kotelly-Judge

Dec 2, 2022

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CHRISTOPHER RAY GRIDER,**<br><br>Defendant. | Case No. 21-cr-22-CKK |

## [PROPOSED] ORDER ON MOTION TO QUASH

Upon consideration of the Motion to Quash filed by non-party Gray Media Group, Inc., any responses thereto, and for good cause shown, it is hereby

**ORDERED** that the Motion to Quash is **GRANTED**.

Date: _____

_____
Hon. Colleen Kollar-Kotelly
United States District Judge