LEAVE TO FILE GRANTED
Judge CKolla-Kotelly
Dec 6, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CHRISTOPHER RAY GRIDER,**<br><br>Defendant. | Case No. 21-cr-22-CKK |

### DECLARATION OF RISSA SHAW

Pursuant to 28 U.S.C. § 1746, Rissa Shaw declares:

1. My name is Rissa Shaw. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. The following statements are made within my personal knowledge and are true and correct.

2. I am a reporter for KWTX-TV, a Waco, Texas-based television station owned and operated by Gray Media Group, Inc. I live in West, Texas and am the mother of a twenty-month-old child.

3. I have been a reporter at KWTX-TV since 2016. Prior to joining KWTX-TV, I served as a reporter at KCEN-TV in Bruceville-Eddy, Texas, and an anchor for KAVU-TV in Victoria, Texas and KIEM-TV in Eureka, California. I am actively involved in the local Texas community and frequently host charity fundraisers and speak at local events. I graduated from the Walter Cronkite School of Journalism and Mass Communication at Arizona State University in Tempe, Arizona.

4. I have known Defendant Christopher Ray Grider ("Defendant") and his wife, Crystal Grider (collectively, "the Griders"), since 2016 when I reported on the opening of their winery, Kissing Tree Vineyards in Bruceville-Eddy, Texas. During the following years, I

maintained a friendly relationship with the Griders and considered them a journalistic source when relevant to my reporting.

5.      On January 6, 2021, I attended an editorial meeting about the attack on the U.S. Capitol and how KWTX-TV could localize the news for our Waco viewers. During the meeting, I received a call from Defendant who told me he was inside the U.S. Capitol and saw a woman shot and killed during the riot. He told me he would send me photos and videos he captured from the Capitol. At that time, my colleagues at KWTX-TV and I believed the presence of a local businessman inside the Capitol and the death of the woman there were newsworthy events. I thus prepared a news report for that evening's newscast based on Defendant's photographs and videos. KWTX-TV aired photographs and videos from Defendant during the newscast and published them online ("Report"). *See* Rissa Shaw, *Central Texas man witnessed deadly shooting as Trump supporters stormed US Capitol*, KWTX-TV, January 6, 2021. Any materials, including photographs, videos, and communications, received on January 6, 2021 concerning Defendant's conduct on that day was obtained from Defendant. I do not have any information about Defendant's conduct on January 6, 2021 that is not already in Defendant's possession or available publicly.

6.      Sometime later in January 2021, Crystal Grider asked me if she could share my contact information with Defendant's counsel. I said yes because I believed Defendant's counsel could be a source for any future reporting on the events of January 6. Defendant's counsel contacted me and asked about the Griders. To foster a source relationship with Defendant's counsel, I spoke with him about my friendly relationship the Griders prior to January 6. Defendant's counsel then asked if I would testify at Defendant's Detention Hearing. I was caught off guard by that question and initially said I was not sure and needed to check with my boss. After

conferring with KWTX-TV, I told Defendant's counsel that I could not begin to contemplate the possibility of testifying on Defendant's behalf without first being served with a subpoena. Defendant's counsel responded by saying that my testimony was unnecessary and that he could submit a "proffer" without me testifying. At the time, I did not know the meaning of "proffer"— or what exactly he intended to "proffer"—and believed I did not have a choice to object. I regret that I did not understand "proffering" to mean that Defendant's attorney would suggest to the Court that I would be willing to testify. Had Defendant's attorney made that clear to me, I would have requested that he not make the proffer about me, as I am not willing to testify.

7. I attended the January 27, 2021 Detention Hearing by Zoom in my capacity as a reporter. I believed the hearing would provide additional information about January 6 that I could use in future reporting. During the hearing, Defendant's counsel "proffered" my testimony. *See* Motion to Quash, Exhibit B at 12-16. *Id.* I did not speak, I was not asked any questions, and I was not sworn in at the hearing. *Id.*

8. On January 27, 2021, I continued to report on the charges against Defendant ("Second Report"). *See* Rissa Shaw,. https://www.kwtx.com/2021/01/28/magistrate-denies-new-hearing-for-local-businessman-charged-in-us-capitol-riot/ On February 22, 2021, I interviewed Defendant's counsel in Waco as a source for the Second Report *Central Texas man charged in US Capitol riot 'relieved and thankful' following federal judges' release*.

9. On November 20, 2022, Defendant's counsel asked me if I would testify at Defendant's trial. I told him I would *only* be willing to testify if a subpoena was issued and I was legally compelled to do so.

10. On November 21, 2022, I received an email containing the subpoena at issue in this case. *See* Motion to Quash, Exhibit A. I told KWTX-TV I did not want to testify. Among other

reasons, I did not want to set a dangerous precedent for myself and other journalists. After 13 years as a reporter, I understand the critical and sensitive nature of trust between reporters and sources. If sources believe I will share information obtained through newsgathering with courts, they will not trust me with sensitive information. By testifying in any capacity, sources would view me as an arm of the judiciary, the government, or criminal defendants when I am, in fact, an independent journalist. This would prevent me from effectively doing my job of sharing information of public concern with the community. In turn, the public would be deprived of important newsworthy information. I further do not want to testify because doing so would not only jeopardize my editorial independence but also the independence of my colleagues at KWTX-TV and all fellow reporters in the industry.

I hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 5th day of December, 2022.

/s/ *Rissa Shaw*
Rissa Shaw