*LEAVE TO FILE GRANTED*
*Judge C Kollar-Kotelly*
*Dec 6, 2022*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | Case No. 21-cr-22-CKK |

**[PROPOSED] ORDER**

Upon consideration of Rissa Shaw's Motion to Join Gray Media Group, Inc.'s Motion to Quash and Memorandum of Points and Authorities in Support Thereof ("Motion to Join"), any responses thereto, and for good cause shown, it is hereby

**ORDERED** that the Motion to Join is **GRANTED**. The subpoena issued to Ms. Shaw is hereby **QUASHED**.

Signed this _____ day of _____ 2022.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge