**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 1:21-cr-00022-CKK** |
| | : | |
| **v.** | : | |
| | : | |
| **CHRISTOPHER RAY GRIDER,** | : | |
| | : | |
| **Defendant** | : | |

**UNITED STATES' NOTICE REGARDING**
**MOTIONS TO QUASH SUBPOENA**

The United States of America takes no position regarding the Motions to Quash Subpoena

submitted by non-parties Gray Media Group, Inc. (ECF No. 135) and Rissa Shaw (ECF No. 137).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:     /s/ Francesco Valentini

FRANCESCO VALENTINI
Trial Attorney
D.C. Bar No. 986769
U.S. Department of Justice, Criminal Division
Detailed to the D.C. U.S. Attorney's Office
601 D Street NW
Washington, D.C.  20530
(202) 598-2337
francesco.valentini@usdoj.gov

CINDY J. CHO
Assistant United States Attorney
Member of NY Bar

MICHAEL BARCLAY
Assistant United States Attorney
Member of NY Bar