IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | Case No. 21-cr-22-CKK |

**RISSA SHAW'S MOTION TO WITHDRAW MOTION TO JOIN GRAY
MEDIA GROUP, INC'S MOTION TO QUASH AND DECLARATION OF RISSA SHAW**

Rissa Shaw ("Ms. Shaw"), through undersigned counsel, respectfully files this Motion to Withdraw the Motion to Join Gray Media Group, Inc's ("Gray") Motion to Quash and Declaration of Rissa Shaw. On December 6, 2022, counsel for Ms. Shaw conferred with counsel for Defendant Grider, and Defendant has agreed to withdraw the subpoena issued to Ms. Shaw with prejudice. In light of this agreement (and with the understanding that Defendant's withdrawal with prejudice of the subpoena will soon follow), Ms. Shaw seeks to withdraw the Motion to Join Gray's Motion to Quash and Memorandum of Points and Authorities in Support Thereof ("Motion to Join") and the Declaration of Rissa Shaw filed on December 5, 2022 (Dkt. 137, 137-1). Ms. Shaw requests that the Court give no weight to the Motion to Join, the representations made therein, or the Declaration of Ms. Shaw. Further, Ms. Shaw does not disavow the representations made by counsel for Mr. Grider by way of a proffer at Mr. Grider's detention hearing before Magistrate Judge Susan Hightower on January 27, 2021.

December 6, 2022                                    **HAYNES AND BOONE LLP**

<u>/s/ *Michael J. Scanlon*</u>
Michael J. Scanlon (D.C. Bar No. 1048644)
800 17th St. NW Suite 500
Washington D.C. 20006
Telephone: (202) 654-4570
michael.scanlon@haynesboone.com
angela.oliver@haynesboone.com

Catherine Robb (Texas Bar No. 2407924)*
Michael J. Lambert (D.C. Bar No. 1028954)*
600 Congress Ave. Suite 1300
Austin, TX 78701
Telephone: (512) 867-8421
catherine.robb@haynesboone.com
michael.lambert@haynesboone.com

**Pro hac vice* motions submitted*

*Attorneys for Movant Rissa Shaw*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2022, I caused true and correct copies of the above Motion to Withdraw Motion to Join Gray's Motion to Quash and Declaration of Rissa Shaw to be served by email and U.S. Mail First Class on the following:

T. Brent Mayr
Mayr Law P.C.
5300 Memorial Dr., Suite 750
Houston, TX 77007
bmayr@mayr-law.com

*Attorney for Defendant*

Charles D. Tobin
Maxwell S. Mishkin
1909 K Street NW, 12th Floor
Washington, D.C. 20006-1157
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

Cindy Jane Cho
Assistant U.S. Attorney
U.S. Attorney's Office for
the District of Columbia (detailed)
10 W. Market St., Ste 2100
Indianapolis, IN 46204
cindy.cho@usdoj.gov

Michael Lawrence Barclay
Assistant U.S. Attorney
U.S. Attorney's Office for
the District of Columbia
601 D Street NW
Washington, DC 20530
michael.barclay@usdoj.gov

*Attorneys for Movants Gray Media Group, Inc.*

        Francesco Valentini
        Criminal Division, Appellate Section
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530
        francesco.valentini@usdoj.gov

        *Attorneys for the United States of America*

        */s/ Michael J. Scanlon*
        Michael J. Scanlon