IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | Case No. 21-cr-22-CKK |

## ORDER

Upon consideration of Rissa Shaw's Motion to Withdraw Motion to Join Gray Media Group, Inc's Motion to Quash and Declaration of Rissa Shaw ("Motion to Withdraw"), any responses thereto, and for good cause shown, it is hereby

**ORDERED** that the Motion to Withdraw is **GRANTED**. The Motion to Join Gray Media Group, Inc's Motion to Quash and Memorandum of Points and Authorities in Support Thereof and Declaration of Rissa Shaw (Dkt. 137, 137-1) are hereby **WITHDRAWN**.

Signed this _____ day of _____ 2022.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge