IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CHRISTOPHER RAY GRIDER. *Defendant*. | Criminal Action No. 21-22 (CKK) |

**DEFENDANT'S NOTICE OF INTENT
TO WITHDRAW SUBPOENA FOR RISSA SHAW**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, hereby gives notice of his intent to withdraw his subpoena for Rissa Shaw served on her on November 23, 2022 and referenced in the Motion to Quash and Memorandum of Points and Authorities in Support Thereof filed by Gray Media Group, Inc. (hereafter Gray) on December 2, 2022. *See* ECF Dkt. 135.

After conferring with counsel for both Gray and Ms. Shaw, Mr. Grider has agreed to withdraw the subpoena served on Ms. Shaw with prejudice and he further agrees to take no further action to subpoena her or anyone else associated with KWTX-TV.

1

Date: <u>December 6, 2022</u>    Respectfully Submitted,

**MAYR LAW, P.C.**

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this notice was sent to Counsel for Gray, Charles Tobin and Maxwell Mishkin, counsel for Ms. Shaw, Michael Scanlon, Michael Lambert, and Catherine Robb, and counsel for the Government, Cindy Cho, Francesco Valentini, and Michael Barclay, on December 6, 2022, via ECF and email.

<u>/s/ T. Brent Mayr</u>
T. BRENT MAYR

2