IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 1:21-CR-22-CKK |
| v. | : | |
| **CHRISTOPHER GRIDER,** | : | |
| Defendant. | : | |

## UPDATED STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Christopher Grider, with the concurrence of his attorney, agree and stipulate to the following:

### *Trial Testimony and Transcript of Inspector Lanelle Hawa*

Government Exhibit 1 is a transcript of testimony given by Lanelle Hawa in the trial of *United States v. Jesus D. Rivera,* No. 1:21-cr-00060-CKK-1 on June 14, 2022 (also attached hereto as "Appendix A"). The parties agree that this transcript accurately reflects Inspector Hawa's testimony in the *Rivera* trial, and that she would offer the same testimony again here if questioned on the same subject, and that her testimony from the *Rivera* trial is admissible in this trial.

The transcript of the testimony given by Lanelle Hawa in *Rivera* refers to exhibits admitted during the *Rivera* trial:

Government Exhibit 204 in *Rivera* is a document entitled Head of State Worksheet concerning then Vice President Michael Pence's visit to the U.S. Capitol on January 6, 2021. It includes information pertaining to the location of the Vice-Presidential motorcade upon arrival,

Page **1** of **10**

and the anticipated locations of former Vice President Michael Pence while he was in the U.S. Capitol building. This same exhibit is numbered as Government Exhibit 3 for this trial.

Government Exhibit 203 in *Rivera* is an email dated January 5, 2021, entitled Head of State Notification, from the United States Secret Service to the United States Capitol Police, serving notice that then Vice President Michael Pence would be at the U.S. Capitol on January 6, 2021. This same exhibit is numbered as Government Exhibit 2 for this trial.

Government Exhibit 100 in *Rivera* is an aerial map with an outline illustrating the restricted area perimeter around the U.S. Capitol building and grounds on January 6, 2021. A substantially similar exhibit is numbered as Government Exhibit 15 for this trial.[1]

Government Exhibit 327 in *Rivera* is a video of then Vice President Michael Pence evacuating from his ceremonial office within the U.S. Capitol at 2:25 p.m. after learning that the U.S. Capitol building had been breached on January 6, 2021. This same exhibit is numbered as Government Exhibit 4 for this trial.

Government Exhibit 301 in *Rivera* is a montage of video footage from the U.S. House and Senate on January 6, 2021. This same exhibit is numbered as Government Exhibit 5 for this trial.

### ***Trial Testimony and Transcript of Captain Carneysha Mendoza***

Government Exhibit 6 is a transcript of testimony given by Carneysha Mendoza in *United States v. Jesus D. Rivera,* No. 1:21-cr-00060-CKK-1 on June 14, 2022 (also attached hereto as "Appendix B"). With the exceptions noted below, the parties agree that this transcript accurately reflects Captain Mendoza's testimony in the *Rivera* trial, and that she would offer the same testimony again here if questioned on the same subject, and that her testimony from the *Rivera* trial is admissible in this trial. Notwithstanding the above, the parties do not stipulate to the

---

[1] Government Exhibit 15 rectifies a slight deviation between the restricted perimeter line shown in the northeast corner of the previous version of the exhibit and the actual perimeter line on January 6, 2021.

admissibility of Captain Mendoza's testimony in the *Rivera* trial reflected in the transcript at 69:14-77:2, 77:24-78:14, and 88:1-11. This testimony has been redacted accordingly in Appendix B.

The transcript of the testimony given by Carneysha Mendoza in *Rivera* refers to exhibits admitted during the *Rivera* trial:

Government Exhibit 302 in *Rivera* is a CCTV video of the Peace Circle from January 6, 2021. This same exhibit is numbered as Government Exhibit 7 for this trial.

Government Exhibit 101 in *Rivera* is a video from January 6, 2021, showing an "Area Closed" sign on the perimeter fence near the Peace Circle. This same exhibit is numbered as Government Exhibit 8 for this trial.

Government Exhibit 101a in *Rivera* is a photograph from January 6, 2021, showing an "Area Closed" sign on the perimeter fence near the Peace Circle. This same exhibit is numbered as Government Exhibit 9 for this trial.

Government Exhibit 102 in *Rivera* is a video from January 6, 2021, from the Northwest Lawn showing an "Area Closed" sign on the perimeter fence. This same exhibit is numbered as Government Exhibit 10 for this trial.

Government Exhibit 102a in *Rivera* is a photograph from January 6, 2021, from the Northwest lawn showing an "Area Closed" sign on the perimeter fence. This same exhibit is numbered as Government Exhibit 11 for this trial.

Government Exhibit 336 in *Rivera* is a list of the breaches on the West Lawn and Northwest Upper Terrace on January 6, 2021. This same exhibit is numbered as Government Exhibit 14 for this trial.

Government Exhibit 300 in *Rivera* is a montage of video footage on January 6, 2021, from U.S. Capitol Police security. This same exhibit is numbered as Government Exhibit 13 for this trial.

Government Exhibit 304 in *Rivera* is a time lapse of CCTV footage from the West Front on January 6, 2021. This same exhibit is numbered as Government Exhibit 12 for this trial.

### *The Capitol Building and Grounds*

By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol. At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point. The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol. On the west side of the Capitol building is the West Front, which includes variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage scaffolding was on the West Front of the Capitol building. On the East Front are three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public. *See* Map Outlining Restricted Area on January 6, 2021, contained in Government Exhibit 15. These security barriers included bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the

west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street. Within the West Front of the Restricted Area, there were additional temporary barriers due to preparations and ongoing construction for the Inauguration which was scheduled for January 20, 2021, including green snow fencing and signs stating "Area Closed By order of the United States Capitol Police Board."

On January 6, 2021, the Restricted Area described above and depicted in Government Exhibit 15 was a posted, cordoned off, or otherwise restricted area where the Vice President and members of his immediate family were and would be temporarily visiting.

### *Certification of the Electoral College Vote*

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President

Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber.

The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

The certification of the vote count of the Electoral College amounted to "Government business or official functions" as those terms are used in Title 18, United States Code, Section 1752(a)(2). It also amounted to a "session of Congress or either House of Congress," and a "hearing before, or . . . deliberations of, a committee of Congress or either House of Congress," as those terms are used in Title 40, United States Code, Section 5104(e)(2)(D).

### *Damage Amount*

The glass in the doors depicted below was damaged on January 6, 2021. The cost to repair the damaged glass was $3,044. The wooden glass stops that held the glass in place were damaged and the repair cost was included in the cost above.



### *United States Capitol Police Closed Circuit Video Monitoring*

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage contained within Government Exhibits 20, 21, 23, 24, 25, 28, 29, 31, 37, 38, and 44 are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, and the timestamps on the recordings are accurate. The video footage is authentic in that it is what it purports to be.

### *Videos Recorded By Third Parties*

Individuals who were present at the U.S. Capitol building and on the Capitol grounds also recorded videos and took photographs. Many of these videos and photos are publicly available and show the same events recorded by USCP-controlled video equipment. These videos, including the "Capitol Protest in Washington DC" video, the "JaydenX" video, the "RMGNews" video, the "BGonthescene" video, the video from Alex Sheppard, the video from Andrew Bennett, the video from Youtube "Huey Long Admirer," the video from Bill Keen, and the video from Stephen Horn, located within Government Exhibits 19, 22, 26, 33, 34, 35, 39, 40, 41, 43, 82, and 83 are all fair and accurate depictions of the events at the U.S. Capitol on January 6, 2021. The video footage is authentic in that it is what it purports to be.

### *Christopher Grider's Cell Phone*

The Federal Bureau of Investigation (FBI) lawfully obtained Christopher Grider's cell phone on January 21, 2021. The FBI maintained proper chain of custody for Christopher Grider's cell phone throughout the pendency of this case. The FBI employed proper and reliable techniques to extract the data from Christopher Grider's cell phone. Government Exhibits 63 through 81 are accurate and authentic copies of digital content extracted from Christopher Grider's cell phone.

*Identity of the Defendant*

The photos below depict the defendant, Christopher Grider, at the U.S. Capitol in Washington, D.C., on January 6, 2021.





|  |  |
|---|---|
|  | Respectfully submitted, |
| FOR THE DEFENDANT | FOR THE UNITED STATES<br>MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| /s/ T. Brent Mayr<br>Brent Mayr<br>Counsel for Defendant<br>5300 Memorial Drive #750<br>Houston, TX 77007 | /s/ Cindy J. Cho<br>Cindy J. Cho<br>Assistant United States Attorney<br>Detailee, Member of NY Bar<br>601 D Street, N.W.<br>Washington, DC 20001<br>Phone: 317-246-0107<br>E-mail: Cindy.Cho@usdoj.gov |
|  | FRANCESCO VALENTINI<br>Trial Attorney<br>D.C. Bar No. 986769 |
|  | MICHAEL BARCLAY<br>Assistant United States Attorney<br>Member of NY Bar |