| | | |
|---|---|---|
| **Government** ✔ | United States | |
| **Plaintiff** ☐ | VS. | Criminal No. <u>21-CR-22 (CKK)</u> |
| **Defendant** ☐ | Christopher Grider | |
| **Joint** ☐ | | |
| **Court** ☐ | | |

# GOVERNMENT'S EXHIBIT LIST

| Ex. No. | Description | Marked for ID | Rec'd into evidence | Witness | Exhibits sent into jury (date/time) |
|---|---|---|---|---|---|
| 1 | Transcript of USSS Inspector Lanelle Hawa | | | | |
| 2 | Email - USSS Head of State Notification - Vice President Pence, Mrs. Pence and daughter | | | | |
| 3 | Worksheet - Notification - Visit of Vice President Michael Pence, Mrs. Pence, and daughter | | | | |
| 4 | VP Webster Relocation Video | | | | |
| 5 | Montage of Video Footage from the U.S. House and Senate on January 6, 2021 | | | | |
| 6 | Transcript of USCP Captain Carneysha Mendoza [redacted] | | | | |
| 7 | Peace Circle CCTV RF Northwest Roof | | | | |
| 8 | Video CU Img 180 closed sign on fence NW Lawn | | | | |
| 9 | Photograph CU IMG 180 closed sign | | | | |
| 10 | Video CU Img 181 closed sign on fencing closer to Capitol on NW lawn | | | | |

| Ex. No. | Description | Marked for ID | Rec'd into evidence | Witness | Exhibits sent into jury (date/time) |
|---|---|---|---|---|---|
| 11 | Photograph Img 181 CU closed with fence | | | | |
| 12 | Peace Circle CCTV Iso time-lapse video | | | | |
| 13 | USCP Compilation Video | | | | |
| 14 | List of West Front/Interior breaches | | | | |
| 15 | Map of restricted perimeter | | | | |
| 16 | U.S. Capitol First Floor Map | | | | |
| 17 | U.S. Capitol Second Floor Map | | | | |
| 18 | U.S. Capitol Second Floor [House Chamber] Map | | | | |
| 19 | "Capitol Protest in Washington DC" video from NW Scaffolding some time before 2:09 p.m. | | | | |
| 20 | USCP Video of West Terrace Stairs at 2:09 p.m. | | | | |
| 21 | USCP Video of Senate Wing Door Exterior at 2:14 p.m. | | | | |
| 22 | "Bill Keen" video from Senate Wing Door Exterior at around 2:14 p.m. | | | | |
| 23 | USCP Video of Senate Wing Door Interior at 2:14 p.m. | | | | |
| 24 | USCP Video of Crypt at 2:19 p.m. | | | | |
| 25 | USCP Video of Crypt push at 2:25 p.m. | | | | |
| 26 | "BGonthescene" video from Crypt around 2:25 p.m. | | | | |
| 27 | Photo of electrical closet in Senate Wing | | | | |
| 28 | USCP Video of Hallway from Senate Wing to House Wing at 2:29 p.m. | | | | |
| 29 | USCP Video of Statuary Hall at 2:32 p.m. | | | | |

| Ex. No. | Description | Marked for ID | Rec'd into evidence | Witness | Exhibits sent into jury (date/time) |
|---|---|---|---|---|---|
| 30 | Compilation video of Grider's path from outside to Statuary Hall Connector, with highlighting and freeze frames | | | | |
| 31 | USCP Video of Statuary Hall Connector at 2:32 p.m. | | | | |
| 32 | Exhibit 31 with highlighting, freeze frame, and side-by-side with "Andrew Bennett" video | | | | |
| 33 | "Andrew Bennett" video from Statuary Hall Connector around 2:32 p.m. | | | | |
| 34 | "JaydenX" video from Statuary Hall Connector to outside House Main Door around 2:32 p.m. to 2:41 p.m. | | | | |
| 35 | "JaydenX" Video from Outside House Main Door around 2:32 p.m. to 2:41 p.m. | | | | |
| 36 | Exhibit 35 with highlighting, freeze frame, and captions | | | | |
| 37 | USCP video of Hallway between House Main Door and Speaker's Lobby at 2:41 p.m. | | | | |
| 38 | USCP video of Second Hallway between House Main Door and Speaker's Lobby at 2:41 p.m. | | | | |
| 39 | "JaydenX" video from Speaker's Lobby around 2:42 p.m. | | | | |
| 40 | Exhibit 39 with highlighting and freeze frame | | | | |
| 41 | "RMGNews" Video from Speaker's Lobby around 2:42 p.m. | | | | |
| 42 | Exhibit 41 with highlighting and freeze frame | | | | |
| 43 | "Alex Sheppard" video from Speaker's Lobby Door around 2:42 p.m. | | | | |

| Ex. No. | Description | Marked for ID | Rec'd into evidence | Witness | Exhibits sent into jury (date/time) |
|---|---|---|---|---|---|
| 44 | USCP Video of Exit Hall Near House Chamber at 2:55 p.m. | | | | |
| 45 | Video from Kevin McCumber of House Chamber | | | | |
| 46 | Photo from Kevin McCumber of Speaker's Lobby | | | | |
| 47 | 12th Amendment to the U.S. Constitution | | | | |
| 48 | United States Code, Title 3, Section 15 | | | | |
| 49 | United States Code, Title 3, Section 16 | | | | |
| 50 | United States Code, Title 3, Section 17 | | | | |
| 51 | United States Code, Title 3, Section 18 | | | | |
| 52 | House Cong. Rcd | | | | |
| 53 | Senate Cong. Rcd | | | | |
| 54 | Safeway Email re DC Closure | | | | |
| 55 | Safeway interstate shipment record | | | | |
| 56 | Safeway DC store sales | | | | |
| 57 | Safeway Business Records Certification | | | | |
| 58 | Video from Grider Facebook Account outside Speaker's Lobby | | | | |
| 59 | Video from Grider Facebook Account at Lower West Terrace | | | | |
| 60 | Video from Grider Facebook Account approaching NW scaffolding | | | | |
| 61 | Video provided by Grider outside Speaker's Lobby "IMG_1883" | | | | |
| 62 | Facebook Records Encompassing Exhibits 58-60 | | | | |
| 63 | Grider Phone: January 5, 2021 Proud Boys Antifa Clip | | | | |

| Ex. No. | Description | Marked for ID | Rec'd into evidence | Witness | Exhibits sent into jury (date/time) |
|---|---|---|---|---|---|
| 64 | Grider Phone: January 6, 2021 Proud Boys DC Search | | | | |
| 65 | Grider Phone: January 6, 2021 Proud Boys Contact Page | | | | |
| 66 | Grider Phone: January 6, 2021 DC Concealed Carry Laws Page | | | | |
| 67 | Grider Phone: January 6, 2021 Gun Carry DC Search | | | | |
| 68 | Grider Phone: January 6-7, 2021 Calendar Entries | | | | |
| 69 | Grider Phone: January 5, 2021 Text Messages with David McLean | | | | |
| 70 | Grider Phone: January 5, 2021 Text Messages with Jesse Bowen - A | | | | |
| 71 | Grider Phone: January 5, 2021 Text Messages with Jesse Bowen - B | | | | |
| 72 | Grider Phone: January 5-6, 2021 Text Messages with Jesse Bowen - C | | | | |
| 73 | Grider Phone: January 6, 2021 Text Messages with Crystal Grider - A | | | | |
| 74 | Grider Phone: January 6, 2021 Text Messages with Crystal Grider - B | | | | |
| 75 | Grider Phone: January 6, 2021 Text Messages with Crystal Grider - C | | | | |
| 76 | Grider Phone: January 7, 2021 Text Messages with Crystal Grider | | | | |
| 77 | Grider Phone: January 21, 2021 Text Messages with Crystal Grider | | | | |
| 78 | Grider Phone: IMG_1886.PDF | | | | |
| 79 | Grider Phone: IMG_1888.PDF | | | | |
| 80 | Grider Phone: IMG_1887.PDF | | | | |

| Ex. No. | Description | Marked for ID | Rec'd into evidence | Witness | Exhibits sent into jury (date/time) |
|---|---|---|---|---|---|
| 81 | Grider Phone: IMG_1849.PDF | | | | |
| 82 | Clip of Youtube Huey Long Admirer Video | | | | |
| 83 | Clip of Stephen Horn Facebook video | | | | |
| 84 | Ex. 40 Screenshot 1.jpg | | | | |
| 85 | Ex. 40 Screenshot 2.jpg | | | | |
| 86 | Ex. 40 Screenshot 3.jpg | | | | |
| 87 | Ex. 40 Screenshot 4.jpg | | | | |
| 88 | Ex. 40 Screenshot 5.jpg | | | | |
| 89 | Ex. 42 Screenshot.jpg | | | | |
| 90 | Ex. 22 Screenshot.jpg | | | | |
| 91 | Ex. 30 Screenshot 1.jpg | | | | |
| 92 | Ex. 30 Screenshot 2.jpg | | | | |
| 93 | Ex. 30 Screenshot 3.jpg | | | | |
| 94 | Ex. 30 Screenshot 4.jpg | | | | |
| 95 | Ex. 30 Screenshot 5.jpg | | | | |
| 96 | Ex. 30 Screenshot 6.jpg | | | | |
| 97 | Ex. 30 Screenshot 7.jpg | | | | |
| 98 | Ex. 30 Screenshot 8.jpg | | | | |
| 99 | Ex. 32 Screenshot.jpg | | | | |
| 100 | Ex. 36 Screenshot 1.jpg | | | | |
| 101 | Ex. 36 Screenshot 2.jpg | | | | |
| 102 | Ex. 36 Screenshot 3.jpg | | | | |
| 103 | Ex. 36 Screenshot 4.jpg | | | | |
| 104 | Ex. 36 Screenshot 5.jpg | | | | |
| 105 | Ex. 36 Screenshot 6.jpg | | | | |
| 106 | Ex. 36 Screenshot 7.jpg | | | | |

| Ex. No. | Description | Marked for ID | Rec'd into evidence | Witness | Exhibits sent into jury (date/time) |
|---|---|---|---|---|---|
| 107 | KWTX Television interview with Grider | | | | |
| 108 | Model of US Capitol | | | | |
| 109 | Grider phone: IMG_1902.MOV | | | | |
| 110 | Grider phone: IMG_1903.MOV | | | | |
| 111 | Grider phone: IMG_1905.MOV | | | | |
| 112 | Grider phone: IMG_1906.MOV | | | | |
| 113 | Grider phone: IMG_1907.MOV | | | | |
| 114 | Grider phone: IMG_1908.MOV | | | | |
| 115 | "Don't Tread on Me" flag from Grider's spouse | | | | |
| 116 | Black backpack from Grider's home | | | | |
| 117 | Red baseball hat from Grider's spouse | | | | |