**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | Criminal Action No. 21-022 (CKK) |

**JUDGMENT AND VERDICT**
(December 21, 2022)

For the reasons stated in the accompanying Findings of Fact and Conclusions of Law, the Court finds Defendant Christopher Ray Grider,

On Count One of the Superseding Indictment, Obstructing Officers During a Civil Disorder, in violation of 18 U.S.C. § 231(a)(3), **GUILTY**;

On Count Two of the Superseding Indictment, Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2), **GUILTY**;

On Count Three of the Superseding Indictment, Injuring, Damaging, or Destroying Government Property and Aiding and Abetting, in violation of 18 U.S.C. §§ 1361 and 2, **GUILTY**;

On Count Five of the Superseding Indictment, Disorderly and Disruptive Conduct in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(2), **GUILTY**;

On Count Six of the Superseding Indictment, Engaging in Physical Violence in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(4), **GUILTY**;

On Count Seven of the Superseding Indictment, Violent Entry and Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D), **GUILTY**;

On Count Eight of the Superseding Indictment, Act of Physical Violence in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(F), **GUILTY**;

The Court having already accepted Defendant's plea of guilty to Count Four of the Superseding Indictment, Entering and Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1), and Count Nine of the Indictment, Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

Dated: December 21, 2022

*Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge