UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER,<br><br>Defendant. | Criminal Action No. 21-022 (CKK) |

**ORDER**
(December 21, 2022)

For the reasons stated in the accompanying Findings of Fact and Conclusions of Law, it is hereby

**ORDERED**, that Defendant's oral Rule 29 motion for judgment of acquittal is **DENIED**.

**SO ORDERED**.

Dated: December 21, 2022

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge