UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
vs.                          ) Criminal Action No. 21-022 (CKK)
                             ) Washington, DC
CHRISTOPHER RAY GRIDER,      ) Thursday, December 15, 2022
                             ) 10:02 o'clock a.m.
          Defendant.         ) Volume 4 of 5

Before the
HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY

TRANSCRIPT OF BENCH TRIAL, DAY 4

APPEARANCES:
FOR THE GOVERNMENT:    United States Attorney's Office
                       By:  Cindy J. Cho
                       Detailed to the U.S. Attorney's Office
                       for the District of Columbia
                       10 West Market Street, Suite 2100
                       Indianapolis, Indiana 46204

                       Department of Justice
                       Criminal Division, Appellate Section
                       By:  Francesco Valentini
                       950 Pennsylvania Avenue NW
                       Washington, DC 20530

FOR THE DEFENDANT:     Mayr Law P.C.
                       By:  Brent Mayr
                       5300 Memorial Drive, Suite 750
                       Houston, Texas 77007

ALSO PRESENT:          The Defendant in person.

COURT REPORTER:        Jean A. Knepley, RDR, CRR, CRC, FCRR
                       Detailed to the U.S. District Court
                       for the District of Columbia
                       46 East Ohio Street, Room 301
                       Indianapolis, Indiana 46204

PROCEEDINGS TAKEN BY MACHINE SHORTHAND
COMPUTER-AIDED TRANSCRIPTION

Vol. 4 – 492

I  N  D  E  X

CHRISTOPHER RAY GRIDER

Direct Examination (Continued) by Mr. Mayr ....494
Cross-Examination by Ms. Cho ..................632

        Certificate of Court Reporter ............674

I N D E X   O F   E X H I B I T S

DESCRIPTION                              RECEIVED

 (There were no exhibits produced or marked.)

1    *(In open court.)*

2          THE COURT:  Good morning, everyone.

3          MR. MAYR:  Good morning, Your Honor.

4          THE COURT:  All right.  Go ahead and call the case.

5          (Call to the order of the Court.)

6          THE CLERK:  Counsel, would you please identify

7    yourself for the record, starting with the Government.

8          MS. CHO:  Cindy Cho for the United States, Your Honor.

9    My cocounsel, Mr. Valentini, will be here momentarily, but we

10   can begin without him.  Also at counsel table is Special Agent

11   Ball with the FBI and Paralegal Tiffany Robinson.

12         THE COURT:  Good morning, all of you.

13         MR. MAYR:  Good morning, Your Honor.  Brent Mayr on

14   behalf of Mr. Grider.

15         THE COURT:  Good morning, Mr. Mayr, Mr. Grider.

16         THE DEFENDANT:  Good morning, Your Honor.

17         THE COURT:  I just want to put on the record, after we

18   broke yesterday, I did issue a minute order relating to the

19   exhibits that we were looking at and excluded the metadata

20   based on Rules 901 and 702.  So we will proceed with — the

21   videos and the photos, I don't have any problem with.  We had

22   already admitted that.

23         MR. MAYR:  Okay.  The Government and I, prior to you

24   issuing that, agreed that we are not going to refer any further

25   of any of the metadata.  So there will be no reference to that.

 1          THE COURT:  All right.  Mr. Grider, if you want to

 2   come back up.

 3          (Complied.)

 4          THE COURT:  All right.  Mr. Grider, you are still

 5   under oath, and we are resuming with the direct testimony.

 6          MR. MAYR:  Thank you, Your Honor.

 7   **CHRISTOPHER RAY GRIDER, DEFENDANT'S WITNESS, RESUMES**

 8                **DIRECT EXAMINATION CONTINUED**

 9   BY MR. MAYR:

10   Q   Yesterday we left off here with Defendant's Exhibit 215.

11   Before we continue to move forward on your progress into the

12   Capitol, I would like to stop and put some — put some things

13   into perspective for the Court.

14          These photographs and videos, prior to today, how many

15   times, roughly, would you say that you have watched or viewed

16   these videos?

17   A   Between two and four times, depending on the video.

18   Q   Okay.  What has been your experience in watching these

19   photos and videos?  What has it been like for you?

20   A   Disorienting but it has been difficult.  I — it is not

21   something I want to do on my own.

22   Q   Why is it difficult for you to watch, look at these photos

23   and watch these videos?

24   A   It is definitely — it kind of brings me back, I guess,

25   there.  And you know, it is probably one of the worst, you

1   know, not probably, it is the worst day of my life.

2   Q   In watching these videos, has it — you say it is

3   disorienting.  Could you explain a little bit more about that

4   and why you think you feel that way?

5   A   I don't know.  I just know what I feel.  I just — it is

6   hard to breathe whenever I watch the videos.  You know, get

7   nauseous.

8   Q   In watching these videos and looking at these photographs,

9   are you able to definitively say what you were thinking or what

10  was on your mind at every point in each one of these

11  photographs and videos?

12  A   No, sir.

13  Q   What are — does that add to the frustration?

14  A   Yes, sir.

15  Q   Why does that add to the frustration?

16  A   I just, you know, I feel like I have lacked, I guess,

17  control.  But now, of course, in the future, I — I don't know.

18  Q   Are you — do you feel frustrated by not being able to

19  remember certain things that are depicted in each one of these

20  photographs and videos?

21  A   Yes, sir.

22  Q   Watching them over and over again, have you — watching

23  them over and over again, have you — why are you doing that?

24  What do you think you can accomplish from that?

25  A   I haven't watched them I wouldn't say over and over again.

1  Q   But in the times that you have watched them, has that
2  helped you remember certain things or not?
3  A   It, it — it doesn't.  It almost makes it worst, I would
4  think.  I think it makes it worse.
5  Q   For you to watch?
6  A   Yes, sir.
7  Q   With that in mind, I am going to be asking you these
8  questions in terms of what is depicted but what you remember
9  and what you don't remember.  So looking at 215, I don't
10  know — I can't remember exactly if I asked this question.  But
11  reflecting back on that day and at this particular moment when
12  you are standing — you are there.  You are right in front of
13  the Capitol steps, you are right here at the scaffolding.  Do
14  you remember — let's talk about what you remember thinking to
15  yourself at that moment.
16  A   I don't know exactly what I was thinking at that moment.
17  Q   Are there any feelings or any emotions that you, that you
18  can remember feeling at that time?
19  A   Generally, in — outside, in front of the building?
20  Q   Right.
21  A   I can remember being curious.  I can remember being kind of
22  excited and confused.
23  Q   Okay.  Let's go through each one of those.  What were you
24  curious about?
25  A   Everything.  I, I had never been to any — I didn't know —

1   I had no idea what to expect.

2   Q   Okay.

3       What were you excited about?

4   A   It was just a different environment.  I have never been in

5   this type of environment before.  It looked to be, becoming

6   like a protest rather than — rather than a typical Trump

7   rally.

8   Q   Okay.  Up until the point when the tear gas comes, did it

9   feel like a rally, or did it feel like a protest?

10  A   Up until I think the tear gas came, it felt like — it did

11  feel like a rally, and you know, there was — I remember, I

12  can't tell you where or what they looked like or exactly what

13  they are doing.  I just remember there being, you know,

14  agitators, of people being, yelling crazy stuff.

15  Q   The third thing that you remember, feeling nervousness, why

16  were you feeling nervous?

17  A   I was feeling nervous.  I think I, what I said was — did I

18  say nervous earlier?

19  Q   You know, now that you bring it up that way, I am doubting

20  myself.

21  A   I think I said confused.

22  Q   Confused.  Thank you.  Why were you confused?

23  A   I just, I didn't know — I thought I was going to the

24  second half of the Trump rally, and this was not looking like a

25  Trump rally.  It was looking more like a protest.  I had seen

1  protests on TV, I had never seen a protest in person.

2  Q  Okay.  Did you think at any point that President Trump was

3  going to appear or show up there at the Capitol?

4  A  Yes, sir.  They had —

5  Q  Why did you think that?

6  A  Well, they had, like, looked to be like an elevated stage

7  area, and there was a police line there.  And I assumed that is

8  where he or any other guests he had would be appearing.

9  Q  Was there anything else?

10      THE COURT:  Mr. Mayr?

11      MR. MAYR:  Yes.

12      THE COURT:  Although the Government has not objected,

13  you're asking a lot of leading questions.

14      MR. MAYR:  I know.

15      THE COURT:  And I, you know, the background questions

16  I don't have any problem.  It moves it along in terms of his,

17  you know, growing up, those kinds of things.  But we are now at

18  a point where I think leading questions are not appropriate.

19      MR. MAYR:  I am mindful of that, Your Honor.  I

20  definitely will scale it back.  I will.

21      THE COURT:  Your direct.

22      MR. MAYR:  I know.  I understand, Your Honor.  I will

23  yield back.  Okay.

24  BY MR. MAYR:

25  Q  Was there anything — was there anything else that you were

1  thinking or that led you to believe whether President Trump was

2  going to be appearing here or not?

3  A   He told us he was.

4  Q   Where did he say that?

5  A   I guess it was down at the Washington Monument or Ellipse

6  or wherever he was having his rally.

7  Q   And where did you hear — you were not present when that

8  happened so where did you hear that?

9  A   Over the YouTube live broadcast thing on the phone.

10 Q   Let's turn back to the exhibits now for a moment, and let's

11 go to Defendant's Exhibit 216.  What is this?

12 A   It is a photograph.

13 Q   And what is depicted here?

14 A   A crowd in front of what looks like the scaffolding.

15 Q   Okay.  Defendant's Exhibit 217, what is this?

16 A   A crowd —

17 Q   And —

18 A   — a photograph of the crowd.

19 Q   What is depicted here —

20      THE COURT:  You are cutting each other off.  You need

21 to speak up, Mr. Grider, so we can make sure that I can hear

22 you.  I know that the court reporter is having a little

23 struggle here.

24      THE WITNESS:  Yes, Your Honor.

25

1   BY MR. MAYR:

2   Q   What is depicted here?

3   A   A crowd, a photograph of the crowd with a scaffolding.

4   Q   Let's go to Exhibit 218.  What is this?

5   A   It is a photograph of the crowd.

6   Q   What is depicted here?

7   A   A crowd, back behind the, I guess, leading away from the

8   capitol.

9   Q   Okay.  Is this -- where in proximity to the other photos

10  are you when you take this photograph?

11  A   I can't say for certain.  It appears that I am standing in

12  the same place.

13  Q   Okay.  Let's go to Exhibit 219.  What is this?

14  A   A video.

15      (The video was played for the Court.)

16      MR. MAYR:  All right.  Let me stop for a second, make

17  sure.

18  BY MR. MAYR:

19  Q   Do you remember anything specifically about what was taking

20  place at this point, Mr. Grider, here today?

21  A   Can you rephrase the question.

22  Q   Here, sitting in the courtroom today, and looking at this

23  video and reflecting back on what you can remember, is there

24  anything that you can remember about this particular moment?

25  A   No.

1  Q   Okay.  Why are you video recording and taking these

2  photographs at this point?

3  A   During this time I remember being just curious, and I don't

4  know, felt compelled to photograph and video.

5  Q   Okay.  Let's go to Exhibit 220.  What is this?

6  A   Looks like door hinges.

7  Q   Do you remember taking this photograph?

8  A   No.

9  Q   Do you know why you took this photograph?

10  A   No.

11       MR. MAYR:  Exhibit 221.

12     (The video was played for the Court.)

13  BY MR. MAYR:

14  Q   What was that that we just watched, Mr. Grider?

15  A   A video.

16  Q   First question.  Sitting here in the courtroom today, do

17  you remember anything about this moment that you're video

18  recording?

19  A   I remember wanting to see what was going on at the front.

20  Q   When you say "at the front," where specifically are you

21  talking about?

22  A   When the crowd stops.

23  Q   All right.  What else do your remember, sitting here today,

24  about when you took this video about what was taking place here

25  as, that is depicted in the video?

1   A   I remember eventually — I don't know if I captured it in

2   the videos.  I can remember law enforcement, the front of that

3   crowd using heavy force to push the crowd back.

4   Q   At the top of these stairs or where?

5   A   At the top of those stairs.

6   Q   All right.

7   A   Physical force.

8   Q   Is there anything else that you remember about this point?

9   A   No.

10  Q   Okay.  Now, let's talk about what is depicted in the video.

11  At some point do you see yourself doing anything, or does the

12  video capture you doing anything in this video?

13  A   Yes, sir.

14  Q   What does it capture?

15  A   It captures me grabbing this bicycle rack and moving it out

16  of the way of the doorway.

17  Q   And do you hear yourself talking at any point during this

18  video?

19  A   It appears to be me.

20  Q   You say "it appears."  Let me — to make this clear, do you

21  recognize the sound of your voice?

22  A   It does sound like my voice.

23  Q   All right.  And what do — what do you hear yourself saying

24  at any point during this video?

25  A   Sounds like I am saying, "It is a ladder" or "It is a

1    ladder now," something to that effect.

2            MR. MAYR:  Okay.  I am going to go back on this video.

3        (The video was played for the Court.)

4            MR. MAYR:  For the record, I am going to start at the

5    eight-second mark of this video, which is Defendant's

6    Exhibit 221.

7        (The video was played for the Court.)

8    BY MR. MAYR:

9    Q   For the record, Mr. Grider, I published the remainder of

10   that video.  Do you hear your voice at any other point in that

11   video?

12   A   Not that I can say.

13   Q   Are you able to hear other people yelling, shouting, saying

14   various things?

15   A   I can.

16           MR. MAYR:  Let's go to Exhibit 222.

17       (The video was played for the Court.)

18   BY MR. MAYR:

19   Q   Before I publish it, what is this, Mr. Grider?

20   A   A video.

21   Q   All right.  And where do you — where — do you remember

22   here in court today, do you remember taking this video?

23   A   Not specifically but...

24   Q   But —

25   A   I need — I haven't seen the whole video.

1        MR. MAYR:  All right.  Let me publish Defendant's 222.

2      (The video was played for the Court.)

3  BY MR. MAYR:

4  Q    Okay.  Let's start with what is depicted in this video.

5  What is — what do you see depicted in this video?

6  A    I see a crowd of people on, on stairs, people chanting,

7  people climbing inside of the scaffolding structure.

8  Q    Do you remember anything else about what is depicted here

9  in the video at that moment?

10 A    No.

11 Q    Do you recall hearing your voice on this video saying

12 anything or shouting anything?

13 A    No.

14 Q    All right.

15        MR. MAYR:  Let's go to Exhibit 2 — oh, back up, 223.

16      (The video was played for the Court.)

17 BY MR. MAYR:

18 Q    What is that exhibit, Mr. Grider?

19 A    A video.

20 Q    And what is depicted in the video?

21 A    People on stairs, crowd.

22 Q    Are you-all — are you-all still in the same location, or

23 where are you at?

24 A    Appears in the same location.

25 Q    And what do you remember, sitting here today, what do you

1    remember about what you were thinking at this moment as you are

2    taking this video?

3    A    I think it is very similar to what I expressed previously.

4    Q    Okay.

5    A    Sense of excitement, being in this kind of interesting

6    situation that, you know, I have never been in before.

7    Curiosity, I think, was definitely ruling my time outside.  I

8    wanted to be — I wanted to get the, I wanted to get the, the

9    footage, or the shot.  I don't know exactly, you know, what I

10   was planning to do with the, with the video, probably put it on

11   social media, or you know, put it on — put it on social media.

12   I believe I was live streaming before this.

13   Q    Okay.  Why did you want to share it on social media?

14   A    Because it was unique and different, visually.  It was

15   something happening, I don't — at the time, I felt

16   significant, like it might be a significant something.  I don't

17   have, I didn't have a, I didn't have a specific goal at the

18   time.  I just wanted to get, like, a meaningful, interesting

19   video, photograph.

20   Q    Okay.

21   A    It is what I have been doing for years.

22   Q    Okay.

23        THE COURT:  You need to keep your voice up.

24        THE WITNESS:  I am sorry, Your Honor.

25        MR. MAYR:  Thank you, Your Honor.

1          Let's go to Exhibit 224.

2  BY MR. MAYR:

3  Q    What is Exhibit 224?

4  A    It is a photograph.

5  Q    And what is depicted here?

6  A    A crowd at the Capitol but looking away from the Capitol.

7  Q    What direction are you facing when you take this

8  photograph?

9  A    Facing towards the Washington Monument.

10  Q    And do you — where, generally speaking, were you when you

11  took this photograph?

12  A    I don't know the exact — I can't say exactly, but I think

13  I am maybe on some type of stairs or something.  So it is like

14  I am elevated.

15  Q    Now, let's talk about your memory of what, what was

16  happening here and what you thought was happening or occurring

17  at this moment.  Seeing this photograph, did it spark any

18  memories about what occurred or what was occurring there?

19  A    At one point, at one point I think whenever I saw a real

20  robust physical use of force by a law enforcement on the

21  stairs, I turned around and went down the stairs and walked

22  away from the Capitol and went out onto the lawn.

23  Q    Why did you do that?

24  A    I didn't want to be, I didn't want to be on the receiving

25  end of the, of the use of force.  Did not look pleasant.

1   Didn't — this was, at the time, I remember thinking, I wanted

2   to find my friend, who was getting, as he told me, a kosher hot

3   dog.  Yeah, I think I, you know.  I, I was contemplating kind

4   of being done, like, leaving, time to go to the cigar bar.

5   Q   So at this particular point where do you go?  Where do you

6   remember going after taking this photograph?

7   A   I remember going to the lawn, to the right.  From this

8   vantage point would be to the right, or I guess it would be, I

9   guess it would be looking on a map, northwest, northwest of the

10  Capitol in the grass there.

11        MR. MAYR:  Let me, for a moment, go back to

12  Government's exhibits, and let's look at Government's Exhibit

13  15.

14  BY MR. MAYR:

15  Q   Do you recognize this exhibit, Mr. Grider?

16  A   Yes, sir.

17  Q   Could you kind of, using the pointer on your screen, draw

18  the area where you remember — let me zoom in a little bit —

19  draw the area, the route that you remember sort of going

20  through at that point.

21  A   (Indicating.)

22  Q   As best as you can, of course.

23  A   Yes, sir.  I remember getting to grass.

24  Q   Okay.  There is a lot of grass depicted here.  Can you sort

25  of circle the general area where you remember going?

1   A   (Indicating.)

2   Q   Oh.  Okay -- sorry.  There we go.

3       Are you able to find Jesse Bowen, your friend that was with

4   you?

5   A   No.

6   Q   What do you remember doing at that point as you are

7   standing out there on the lawn?

8   A   My back was turned to the Capitol.  I heard a really loud

9   cheer.

10  Q   When you hear this loud cheer, what do you think?

11  A   I don't remember, but I heard the cheer.  I -- it made me

12  want to turn around and look.

13  Q   Okay.  What did you do after that?

14  A   I saw that all the Capitol Police officers had left.

15  Q   When you say "the Capitol Police officers had left," left

16  from where?

17  A   Everywhere.

18  Q   Is that how you -- "everywhere," meaning what?

19  A   I guess if I want to be very precise, left my field of

20  vision that I remember having, as I am sitting here.

21  Q   Okay.  So previously, I think you had testified, but have

22  -- to this -- but have you seen police officers sort of holding

23  the line in front of the steps?

24  A   Yes, sir.

25  Q   Okay.  And so at this point, is it that you don't see those

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 509

1  officers any further?

2  A   My recollection —

3        MR. MAYR:  I will withdraw the question.  I apologize.

4        MS. CHO:  Leading.

5        MR. MAYR:  Yeah.

6  BY MR. MAYR:

7  Q   Let's go on.  When you see the officers moving, what do you

8  do at that point?

9  A   I didn't see the officers moving.

10 Q   I am sorry.  When you saw that the officers were not there,

11 what did you do next?

12 A   I went back to the steps.

13 Q   Okay.

14       MR. MAYR:  Chris, if you could please hit the top

15 right-hand corner and clear out the screen for me, please.

16 Thank you.

17       Let's go back to Defendant's exhibits, and we will go

18 to the next exhibit, 225.

19 BY MR. MAYR:

20 Q   What is depicted — first of all, what is Exhibit 225?

21 A   A photograph.

22 Q   A photograph, and what is depicted in this photograph?

23 A   I am not sure.

24 Q   Okay.  What can you tell us, looking at it today, what is

25 depicted here?

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 510

1   A   A man is distributing what looks like bolts.

2   Q   Why did you take -- do you remember why you took this

3   photograph?

4   A   I do.

5   Q   Tell the Court why you took this particular photograph.

6   A   I thought it was highly suspicious.

7   Q   You thought it was highly suspicious, and so do you

8   remember talking with these individuals or asking them what

9   they were doing?

10  A   I did not.

11  Q   Other than it being suspicious, was there any other reason

12  why you took this photograph?

13  A   I thought it might, if we found out that they did something

14  with these, that it might be useful.

15  Q   Okay.  Useful to who?

16  A   Law enforcement.

17  Q   Okay.  And why do you, Christopher Grider, as a private

18  citizen, think that that might be helpful to law enforcement?

19  A   I was worried they would use them in some type of assault

20  on someone or something.  I didn't really know.

21  Q   Okay.

22  A   I just felt it was important for me to take that photo.

23  Q   All right.  Exhibit 226, what is this?

24  A   A time-lapse video, it appears.

25  Q   Can you explain to the Court what a time-lapse video is?

1    A    In making -- the way videos work, the way a video camera

2    works, it takes a series of still images and puts them together

3    in an extremely fast sequence.  So for example, most videos

4    that we look at, one second of video sometimes is 60 frames

5    every second.  Time-lapse works in a different sense.  It slows

6    things down.  It takes fewer, fewer images over a longer period

7    of time.

8    Q    Now, in all the times that you have reviewed this video,

9    has -- is this how it has always appeared to you from the first

10   time today in watching this?

11   A    The few times I watched this video, it has always looked

12   like this.

13   Q    Okay.  Let's go to 227.  What is this exhibit?

14   A    A photograph.

15   Q    And what is depicted here?

16   A    Like a cement structure or stone structure, people climbing

17   on bike racks.

18   Q    In the background, this white and these things over here,

19   what are these things (indicating)?

20   A    Scaffolding.

21   Q    Is this the same scaffolding that you had been at earlier

22   where we, where the other exhibits were depicted, or do you

23   remember where this was at?

24   A    Yes, sir.

25   Q    This, this is the same scaffolding?

1   A    Yes, sir.

2   Q    Now, what do you remember, sitting here today, about what

3   is depicted here in this photograph?

4   A    This was after the, the police officers had left, and I was

5   returning from the lawn.  And people were climbing on the

6   railing.

7   Q    Okay.  Do you remember what you did after this?

8   A    I climbed up on the railing.

9   Q    Using what?

10  A    These racks, bicycle racks.

11  Q    Let's go to Exhibit 228.  What is this?

12  A    A photograph.

13  Q    Does it depict anything?

14  A    Every photograph depicts something.

15  Q    I am sorry?

16  A    Every photograph depicts something.

17  Q    Can you tell what is depicted here?

18  A    No, sir.

19  Q    All right.  Is this one of the — did you take this

20  photograph?

21  A    I assume that I did.

22  Q    Okay.  You don't have any recollection of taking it, do

23  you?

24  A    No, sir.

25  Q    Where did this, where did this image, where did it come

1  from?

2  A   My cell phone.

3  Q   And how do you know that?

4  A   Because I copied a number of images from my cell — or all

5  my images from that day from my cell phone onto my personal

6  computer, and those — that is the body of images we are

7  looking at today.

8  Q   Let's go to Exhibit 229.  Is this the same thing?

9  A   No, sir.

10  Q   What is it?

11  A   A photograph.

12  Q   Are you able to tell what it depicts?

13  A   No, sir.

14  Q   Did this also come from your cell phone?

15  A   I believe it did, sir.

16  Q   Why do you say you believe that it did?

17  A   Because we are looking at photos and videos from my cell

18  phone today.

19  Q   All right.  Exhibit 230, what is this?

20  A   A photograph.

21  Q   Does it depict anything?

22  A   Yes, sir.

23  Q   Can you tell what it depicts?

24  A   No, sir.

25  Q   I am going to show you Exhibit 231.  What is this?

1  A   A video.

2  Q   All right.  This is one of the videos — where is this

3  taken from?

4  A   Are you asking where did the file come from?

5  Q   That is correct, yes.

6  A   From my phone, sir.

7       MR. MAYR:  I am going to publish 231 at this time.

8       (The video was played for the Court.)

9  BY MR. MAYR:

10  Q   What do you see depicted in that video, Mr. Grider?

11  A   You see myself climbing.  You see a crowd of people leading

12  away from the Capitol, meaning — not that the people were

13  leading away, but you see a crowd of people in the distance,

14  radiating out from the Capitol.  You see it is a bicycle rack

15  type — you see, looked like some blood on the —

16       THE COURT:  You are dropping.

17       MR. MAYR:  Yeah, you are dropping again.

18       THE WITNESS:  I am sorry, some blood on the railing,

19  well, what appears to be blood on the railing.  You see a

20  number of other people just kind of in the foreground of the

21  video as the video moves around erratically.

22  BY MR. MAYR:

23  Q   Now, let's talk about what you were able to recall about

24  this moment, sitting here in the courtroom today.  What are you

25  able to recall about this moment and what was occurring and

1    what you were doing?

2    A   I was climbing that rack, and this is after I had been,

3    left the building, and I was returning, had returned to the

4    building after the police officers had been in my field of

5    vision previously had all left.

6    Q   What can you remember in terms of what you were thinking

7    about at this point?

8    A   I don't know.

9    Q   Why are you unable to remember what you were thinking, Mr.

10   Grider?

11   A   I don't — I don't know.  I am not a doctor, you know, or

12   anything like that.  Or I just — I don't know.  I don't know

13   why.

14   Q   Sitting here —

15   A   I was — it was the worst day of my life.  I, I can guess

16   maybe it had something to do with that.

17   Q   Sitting here and looking at yourself doing this, how does

18   that make you feel?

19   A   Regretful.

20   Q   Okay.

21           THE COURT:  At the time, or are you talking about now?

22           THE WITNESS:  Now, Your Honor.

23           MR. MAYR:  About what he had done at that point.

24           THE WITNESS:  I would — just the hindsight, knowing

25   what the day ended up being.  Hindsight now, I definitely feel

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 516

1   shame.

2   BY MR. MAYR:

3   Q   But going back to that moment and trying to reflect on what

4   you were thinking, you have — is there anything that you can

5   tell the Court about what you were thinking at that moment on

6   January 6th when you are doing what is depicted here in this

7   video?

8   A   In this precise moment in this precise video I cannot tell

9   you.

10  Q   Okay.  Let's go to Exhibit 232.  What is depicted here?

11  A   It is a blurry image of a crowd.  Looks like they are on

12  stairs.

13  Q   Do you remember anything about this moment when you took

14  this photograph?

15  A   Not particularly.

16  Q   Let's go to Exhibit 233.  What is this?

17  A   Looks like some stairs, a blurry image of stairs and people

18  in the foreground of the photograph.  It is a photograph.

19  Q   Exhibit 234?

20  A   It is a photograph.

21  Q   Can you describe it for us?

22  A   It is a blurry image of what appears to be possibly human

23  figures in the foreground and a building in the background.

24  Q   Do you remember taking this photograph or why you took this

25  photograph?

1    A   No, sir.

2    Q   Let's go to Exhibit 235.  What is this?

3    A   A photograph.

4    Q   And what is depicted here?

5    A   It is a blurry image of — looks like part of the flag I

6    was wearing that day.

7    Q   Do you know why you took this photograph?

8    A   No, sir.

9         THE COURT:  Is this your flag?

10        THE WITNESS:  It appears, I would assume, since it is

11   my phone and it is that close to me.  I would assume it is my

12   flag, Your Honor.

13   BY MR. MAYR:

14   Q   236.  What is this?

15   A   It is a photograph.

16   Q   Do you remember taking this photograph?

17   A   No, sir.

18   Q   237.  What is this?

19   A   A photograph.

20   Q   Do you remember taking this photograph?

21   A   No, sir.

22        (The video was played for the Court.)

23   BY MR. MAYR:

24   Q   Defendant's Exhibit 238, what is this?

25   A   A video.

1   Q   Did you take this video?

2   A   I assume I took the video.  It resembles events that look

3   familiar to me, and it came from my phone.

4   Q   Do you remember taking this video?

5   A   I do not.

6   Q   Do you remember anything, sitting here in court today, do

7   you remember anything specifically — well, let me let you

8   watch the exhibit one more time.

9        MR. MAYR:  I am going to publish 238.

10       (The video was played for the Court.)

11   BY MR. MAYR:

12   Q   Okay, Mr. Grider.  Having watched Exhibit 238, what can you

13   tell this Court about what you remember about this moment when

14   you are recording this video?

15   A   I don't remember recording the video, but I do remember

16   that moment.

17   Q   What can you tell the Court — what can you tell the Court

18   about what you remember about that moment?

19   A   I remember seeing the water.  I remember, I remember seeing

20   the water, bags of water bottles, bags of water bottles.  I

21   remember picking those up and handing water out to people, and

22   I threw some over the edge, over the railing to folks down for

23   people that were out in the crowd that had been, you know,

24   indiscriminately or discriminately, I guess, sprayed by tear

25   gas and pepper spray.

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 519

1   Q   Why did you throw the water bottles?

2   A   So they could alleviate the pain that they were going

3   through.

4   Q   Do you remember anything else from earlier in that video?

5   Is there anything else you remember about what occurred, what

6   was depicted?

7   A   It was depicting — looks like I jumped off of a railing

8   and onto a landing and walked up some stairs.

9   Q   Do you remember doing that?

10  A   Yes, sir.

11  Q   Is there anything else that you remember?

12  A   No, sir.

13  Q   I asked, is there anything that you remember as far as an

14  occurrence.  Let me ask you at this point in watching the

15  video, are you able to give the Court any insight into what you

16  were thinking and feeling emotionally at this point?

17  A   I think it is similar to how I was thinking and feeling, I

18  was curious about just what is going to happen.  I didn't

19  really know exactly what was going on.  Still, this, this sense

20  of excitement with this big crowd here, and I had expected

21  maybe a crowd of 2,000 people to show up to the, Trump's rally

22  because it is in Washington, DC.

23      And I was just, felt kind of surprised that there were so

24  many people.  I think at the time I probably felt a sense of

25  pride looking at the crowd, the, you know, a sense of, I think,

1   just general excitement, but nothing tied to anything
2   specifically.
3   Q   Okay.  What do you remember doing shortly after this once
4   you're up there, you have made it to the terrace or this area
5   that you are in and you have thrown these water bottles, what
6   are you thinking is going to happen next?
7   A   I didn't know.  I saw the crowd headed towards the
8   building, and so I thought that that is where, I guess, maybe
9   there was going to be maybe some speakers inside.  I, I mean, I
10  just, I didn't know.  I was, at this point, I had no idea what
11  was really happening specifically at this point.  I know this
12  was some type, some type of protest that had — or rally that
13  had changed into, like, a civil disobedience protest.
14      Or if this is how the rally was going according to a
15  script, like this is what the permit — you know, everything
16  was permitted and it was maybe a specific time that maybe the
17  officers had said, hey, the rally is starting or Trump is
18  speaking inside, the right time to let people, you know, let
19  people in now.  I just — I didn't know what was happening.  At
20  this moment, I also, you asked me if there is anything else I
21  remember.  At this moment I found a helmet there at the top of
22  the stairs.
23  Q   Okay.  Let's talk about that helmet for a moment.  Take us
24  through what you are thinking when you see this helmet, and
25  then, tell us what you do.

1  A   I saw this helmet, just hundreds of people there.  No idea

2  to know whose helmet this is.  I figured one of these

3  protesters had left their helmet, dropped their helmet.  And,

4  you know, I had -- you know, researched previous to coming,

5  these, these, looked at some of the things that the Antifa and

6  counterprotesters have done to, to people in the past and

7  thought that possibly, when I left, this helmet might be useful

8  to, to protect me.

9  Q   So what did you do?

10  A   I didn't need it then so I just put -- I just picked it up

11  and put it in the crook of my arm, the chin strap or whatever

12  the straps were.

13  Q   And then, what did you do after that?

14  A   I don't know if I grabbed the water before or after.

15  Q   All right.  And then, what did you do next?

16  A   I went with the crowd of people, followed them, got in line

17  to enter the building.

18  Q   Let's go to Exhibit 239.  What is this exhibit, Mr. Grider?

19  A   A video.

20  Q   Okay.

21       MR. MAYR:  Publishing 239 at this point.

22      (The video was played for the Court.)

23       MR. MAYR:  I am going to pause it right there at the

24  1:22 mark.

25  BY MR. MAYR:

1  Q   Take us through your memory of what was taking place at

2  this point.  What is depicted here in this particular exhibit?

3  A   Up at this point I had got into the line to go inside.  As

4  I was going through the line, I noticed there was — I heard

5  glass and looked over and saw a window was broken.

6  Q   What did you think when you saw the broken window and you

7  saw the glass there?

8  A   This is a moment I remember.  I remember seeing the doors

9  wide open, obviously, propped open.  Everyone is walking in,

10 and I thought to myself, you know, who the hell is breaking a

11 window?  And you look and you see the window is broken because

12 from the inside, glass is on the outside, and it was just —

13 what, what is happening here?  I thought it was odd.

14 Q   That is what you thought at the time, correct?

15 A   Yes, sir, I remember that.

16 Q   In hindsight, having looked at these videos and seeing

17 this, what can you tell the Court about what you see happening

18 here and what you think about it?

19 A   You say in hindsight?

20 Q   Right.

21 A   I, help me with — under — be more specific.

22 Q   Thinking today, looking at this today and thinking back on

23 what is depicted here.

24 A   Uh-huh.

25 Q   What are you able to tell the Court about what, what you

1    see and what you think about what is depicted here?

2            MS. CHO:  Objection.  Relevance.

3            THE COURT:  I would agree.  I mean, what he thinks at

4    this point, relating to it, I am not sure how relevant it is.

5    The issue is at the time.

6            MR. MAYR:  Okay.

7            THE COURT:  I will sustain it.

8            MR. MAYR:  Thank you, Your Honor.

9    BY MR. MAYR:

10   Q   Once you make it inside the Capitol, do you remember what

11   you did right when you went through the doors?

12   A   I just remember looking around and, and in my memory, I had

13   my phone.  I was just wildly videotaping, just panning.

14   Q   Where were you -- once you were inside the building, where

15   did you think that you were going to go?

16   A   I, I had no idea.

17   Q   Are you able to remember where you wanted to go at this

18   point?

19   A   I wanted to go wherever Donald Trump is going to speak or

20   wherever surrogates of his were going to be speaking.

21   Q   Did you remember anything else about where you wanted to

22   go?

23   A   I wanted to -- no.

24   Q   To put some things into context, Mr. Grider, have you ever

25   been inside of the Capitol Building prior to this date?

1    A    No, sir.

2    Q    Had you looked at any maps or done anything else to

3    familiarize yourself with the layout of the Capitol?

4    A    No, sir.

5          MR. MAYR:  I am going to continue publishing

6    Exhibit 239 at the 1:22 mark.

7       (The video was played for the Court.)

8          MR. MAYR:  I am going to stop it right there at the

9    1:39 mark.

10   BY MR. MAYR:

11   Q    Are you able to hear things in this video?

12   A    Yes, sir.

13   Q    Okay.  What do you hear in this video?

14   A    I hear a crowd chanting.

15   Q    What else do you hear?

16   A    Can you play it some more?

17          MR. MAYR:  Let me back it up.

18       (The video was played for the Court.)

19   BY MR. MAYR:

20   Q    Do you hear anything else, Mr. Grider, that stands out to

21   you?

22   A    I hear yelling.  I hear the chanting.  I hear an

23   identifiable thumping.  I hear, like, says, like, a ringing

24   sound, like, like a high-pitched ringing.

25   Q    Do you hear your voice saying or shouting anything at any

1  point during this video?

2  A   I hear a voice that sounds like it could be my voice.

3  Q   What is it saying?

4  A   Seemed to be saying, "Hold the line."

5  Q   Okay.  What are you thinking now at this point?  Let me ask

6  you this.  What do you remember here today about what you were

7  thinking at this particular moment inside of the Capitol

8  Building?

9  A   I don't know.  I wouldn't say thinking.  I don't know what

10 thinking -- I can remember emotions.

11 Q   What sort of emotions?

12 A   Curiosity.  I think at this point maybe a little

13 trepidation, kind of being unsure, kind of really, what is

14 going on here?  Is this a part of, of, of approved scheduled

15 events?  Wondering if, or is this something that is -- you

16 know, some type of chaos that has spiraled out of this.

17 Q   You are thinking that at this particular moment?

18 A   Yes, sir.

19 Q   Okay.

20      MR. MAYR:  Let's continue playing at the 1:40 mark,

21 Exhibit 239.

22      (The video was played for the Court.)

23 BY MR. MAYR:

24 Q   Tell us what you see depicted here as the video comes to a

25 conclusion, Mr. Grider.

1  A   As this video comes to a conclusion, I see a hand, looks

2  like a man's hand flipping switches.

3  Q   All right.  Leading up to this point, what has the video

4  shown?

5  A   It has shown — I think it was all one video that showed —

6         THE WITNESS:  Can you bring it back to the beginning

7  so I know when this video starts, when this one ends?

8      (The video was played for the Court.)

9         MR. MAYR:  Going to start here at the 1:51 mark again.

10 BY MR. MAYR:

11 Q   Right here at this, what do you see?  What is depicted here

12 in the video?

13 A   It looks like some type of a closet, some, looks like

14 cement buckets, a sheet of maybe cardboard, a sticky note on

15 it.

16 Q   What are these — are you able to tell what these things

17 are right here in the upper left-hand corner of the video?

18 A   Those appear to be electric breaker boxes.

19 Q   The doors to both this closet area, as well as the breaker

20 boxes, are they closed or are they open?

21 A   They are open.

22 Q   Do you know how they were opened?

23 A   No, sir.

24        MR. MAYR:  I am going to play from the 1:51 mark.

25      (The video was played for the Court.)

1   BY MR. MAYR:

2   Q   What can you tell the Court about what is taking place at

3   this moment?

4   A   I don't know exactly, don't exactly remember.

5   Q   What does it show — what does it depict, or what does it

6   show?

7   A   It shows a man's hand clicking these breaker switches.

8   Q   Okay.  Do you remember being up here at these breaker

9   switches and doing something to them?

10  A   Yes, sir.

11  Q   What do you remember?  What do you remember about what you

12  were doing?

13  A   I don't remember what I did or was doing, but I do remember

14  the end.

15  Q   Do you — is there anything you can tell the Court as to

16  why you're video recording this and doing the things or — why

17  are you video recording this?  Let me start there.

18  A   I think at this point it was still an outshoot of what I

19  explained earlier, the purpose of my videos earlier.  I was

20  recording almost out of compulsion, curiosity, and I had wanted

21  to Facebook live stream, you know, the rally.  But cell phone

22  service had stopped, and so I was recording videos of varying

23  degrees of success.

24  Q   The actions that are depicted, though, here at these

25  breaker boxes, is there anything else that you can tell us

1  about what you remember about this particular moment that is
2  depicted on this video?
3  A   I remember there being an elderly man there with me.  It
4  may have been this man here to my, looks like to my left.  He
5  and I — there was a crowd, I think, of people — not a crowd
6  but several individuals, I think, behind us trying to yell at
7  us and tell us what we should do.  And the, the man and I
8  decided to — we didn't know if the power was on or off and if
9  this — what its state should be.  So we just decided to try to
10  put everything exactly the way it was when we found it.
11  Q   We see you flip — is that you flipping switches back and
12  forth at some point?
13  A   I think at the very —
14          MR. MAYR:  Can you, can you rewind the video?
15      (The video was played for the Court.)
16          THE WITNESS:  Can you take the video back?  Can you
17  take the video back to —
18      (The video was played for the Court.)
19          THE WITNESS:  Thank you.
20          The first hand on the right side appears to be my
21  hand.
22  BY MR. MAYR:
23  Q   Do you —
24  A   Go ahead.
25  Q   Do you remember doing that?

1  A   I do remember.

2  Q   And do you remember why you were doing that?

3  A   Not specifically.

4  Q   Okay.

5          MR. MAYR:  Let's go to Exhibit 240.

6          (The video was played for the Court.)

7  BY MR. MAYR:

8  Q   What is this, Mr. Grider?

9  A   It is a video.

10 Q   And do you remember when this video was taken, Mr. Grider?

11 A   I assume it is in the chronological order of -- it appears

12 to be from a previous time, though.  You and I watched this set

13 of videos.  It appears to be the time from leaving the, where

14 the breaker was, had -- or the door, and in the Crypt, headed

15 to the Crypt.

16 Q   Now, at this point do you know that you are headed to the

17 Crypt?

18 A   No, sir.  I, I didn't know that the Crypt existed.

19          MR. MAYR:  Let's publish Exhibit 240.

20     (The video was played for the Court.)

21          MR. MAYR:  Going to pause at the 34-second mark.

22 BY MR. MAYR:

23 Q   Are you able to hear voices and things that are being said

24 on this video right before I paused it there at the 34-second

25 mark?

1    A    Yes, sir.

2    Q    What do you hear?

3    A    I hear, just — you hear just kind of, like, a general hum

4    of voices in the background, like a crowd.  You hear different

5    people from, individuals from the crowd yelling, "Don't break

6    anything."

7    Q    Do you say anything up until this point in the video?

8    A    It appears to be my voice at one point.

9    Q    And what are you saying in that video?

10   A    The voice that appears to be mine is saying, "Don't break

11   anything."

12   Q    Do you say it — did you say it just once, or how many

13   times did you say it?

14            THE WITNESS:  I am going to have to ask you to rewind.

15   I am sorry.

16            MR. MAYR:  We will do that.

17            THE WITNESS:  From my, from my memory of that day?

18            MR. MAYR:  Right.

19            THE WITNESS:  I do remember saying it.  I remember, I

20   remember saying it multiple, multiple times.

21            MR. MAYR:  Let's start at the 14-second mark.

22       (The video was played for the Court.)

23            MR. MAYR:  I am going to pause at the 28-second mark.

24   BY MR. MAYR:

25   Q    Was that you that just said that, or is that someone else?

1  A   That appears to be me.

2         MR. MAYR:  I am going to continue playing at the

3  28-second mark.

4     (The video was played for the Court.)

5         MR. MAYR:  I will stop at the 37-second mark.

6  BY MR. MAYR:

7  Q   Did you hear yourself say anything else?

8  A   It sounded like the voice that sounded like myself said,

9  "Don't break anything."  I think I said it a total of three

10  times in that span.

11        MR. MAYR:  Let me go back to the — I am sorry, the

12  28-second mark.

13     (The video was played for the Court.)

14        MR. MAYR:  I will stop there at the 39-second mark.

15  BY MR. MAYR:

16  Q   Did you hear yourself say anything else?

17  A   I said, in addition to "Don't break anything," the voice

18  that sounds like it is my voice said, "Don't touch anything,"

19  in addition.

20  Q   Now, I think you said earlier that you actually remembered

21  saying that, that day.  So my question is this, why did you say

22  that?  Why were you shouting that out?

23  A   I was worried that after seeing some damage, very

24  superficial damage, like some, what do you call it, easels

25  with, like, signs and something like velvet ropes or stanchions

1  having been knocked over — well, easels with some type of,

2  like, signs, some, like, velvet ropes, stanchions, the window

3  that we previously saw.  I started feeling that, you know,

4  there was definitely a, some type of disruptive group that had

5  come in ahead of us.

6      When I say "us," I am referring to the people that walked

7  in at the time I walked in, and the — I was worried that, that

8  I would be blamed, to be honest with you.  And I was worried

9  that just overall, this was going to make Trump supporters'

10  rally attendees look bad.

11  Q   Why did you care?  Why did you care about the destructive

12  acts that other people appeared to have engaged in?

13  A   A lot of, like, Trump rallies, conservative call it,

14  events, they pride themselves on cleaning an area after they

15  leave instead of leaving debris and stuff like that and trash,

16  and it, the, I felt like this is, they are leaving debris and

17  trash.  And it looks like they, they are knocking some things

18  over and damaged some things, and I thought that this, this is

19  counter to what I had read and seen in the news, social media,

20  and what I experienced the two previous events I, I had

21  attended.

22  Q   How did it make you feel when you saw some of these signs

23  of destruction like the, the windows being broken and signs

24  being knocked down and other signs of damage that you talked

25  about?

1   A   It gave me pause, made me wonder, is this a legitimate —

2   is this legitimate?  Is it not legitimate?  You know —

3   Q   When you say it was legitimate or illegitimate, what are

4   you talking about?

5   A   The, this, this being inside the building, being I think

6   that, you know, specifically, yes.

7   Q   Okay.  Did you know at this point that your presence in the

8   Capitol was not authorized?

9   A   I can't say that I knew 100 percent, but the longer I was

10  there, the more that feeling of that it might not be, that this

11  might be some sort of civil disobedience rather than a, a

12  permitted, you know, a permitted, you know, event with a permit

13  issued and permission.

14  Q   It did what?  You said that as you — as you went on, you

15  said, is it growing?  Is it minimizing?

16  A   The feeling is growing at times, and then, there are times

17  where it abated, and then, there are times that it ebbed and

18  flowed, that feeling throughout the whole day, to be honest

19  with you.

20  Q   Okay.

21      MR. MAYR:  Let's continue publishing at Exhibit 240 at

22  the 39-second mark.

23      (The video was played for the Court.)

24  BY MR. MAYR:

25  Q   Okay.  Now that we have reached the end of Exhibit 240, let

1   me first ask, Mr. Grider, did you hear yourself shouting or

2   saying anything in, in this particular video?

3   A   Is appears to be my voice, sir.

4   Q   What do you hear yourself saying?

5   A   The voice that sounds like mine says, "Whose house?  Our

6   house."

7   Q   We hear that continue -- do you hear that for an extended

8   period of time or how often?  What can you tell us about that

9   because we hear lots of different voices saying the same thing.

10  How do you know when you are saying that?  How do you know that

11  your voice is saying that?

12  A   There seemed to be a voice that resembled mine that sounded

13  like I was saying that.

14  Q   Okay.  Backing up to walking through the hallways, do you

15  hear yourself saying anything or shouting anything?

16  A   You will have to play the video for me again.

17  Q   Okay.

18      (The video was played for the Court.)

19          MR. MAYR:  I am going to do this to help you and to

20  help the Court, Mr. Grider.  If at some point you hear your

21  voice, will you raise your hand, and I will stop the video.

22  BY MR. MAYR:

23  Q   Is that fair?  Do you understand what I am asking?

24  A   Are you saying -- are you saying any point that I know for

25  sure, like, like, I can remember, hey, yeah, I said that?  Or

1  are you saying anytime I hear a voice that might, could be my

2  voice?

3  Q   You know what your voice sounds like on video?

4  A   I don't have a habit of watching videos of myself, sir, but

5  I do have a good idea.

6  Q   All right.  So when you think that you hear yourself

7  speaking, please raise your hand, and I will have you identify

8  that on this exhibit, okay?

9        MR. MAYR:  I am going to go back to the -- let me go

10 back to the 1:10 mark, and I am going to publish from there.

11    (The video was played for the Court.)

12        MR. MAYR:  Paused at the 2:33 mark.

13 BY MR. MAYR:

14 Q   Do you recognize your voice saying, "Our house" at that

15 moment?

16 A   I believe that was my voice.

17        MR. MAYR:  Let me continue at the 2:33 mark.

18    (The video was played for the Court.)

19        MR. MAYR:  I will stop again at the 2:44 mark.

20 BY MR. MAYR:

21 Q   Did you hear your voice again there?

22 A   I believe that was my voice.

23 Q   What is it saying?

24 A   "Our house."

25        MR. MAYR:  I am going to continue there at the 2:44

1    mark.

2        (The video was played for the Court.)

3    BY MR. MAYR:

4    Q    Okay.  As this video comes to a conclusion, at that time

5    did you know where you were at inside of the Capitol?

6    A    No, sir.

7    Q    Having watched this video and examined other evidence, do

8    you know where you are at at this point?

9    A    At this point?  Yes, sir.  After examining other evidence,

10   the Crypt, the area —

11   Q    Now, when — let's start when you first arrive in this

12   area.

13       THE COURT:  Let me stop you for a second.

14       MR. MAYR:  Sure.

15       THE COURT:  Have you finished with the videos?  What I

16   am trying to do is I believe the Court Reporter could probably

17   use a morning break at this point.  She is nodding her head.

18       MR. MAYR:  Now is a better time than any.

19       THE COURT:  Yes.  It is about an hour and a half, if

20   this is good in terms of your questions.

21       MR. MAYR:  It is a good breaking point, Your Honor.

22       THE COURT:  All right.  So it is 11-, almost 11:30.

23   We will make it 11:45.  We will come back at that point.

24       MR. MAYR:  Wonderful.  Thank you.

25       (Brief recess, 11:28 a.m. – 11:47 a.m.)

1                        AFTER RECESS

2            THE COURT:  Good morning, again.  Mr. Grider, come on

3   up.

4            (Complied.)

5            THE COURT:  Go ahead, sir.

6            MR. MAYR:  May I proceed, Your Honor?

7            THE COURT:  Still morning.

8            MR. MAYR:  Yes.

9            THE COURT:  Go ahead.

10            MR. MAYR:  Thank you.

11   BY MR. MAYR:

12   Q   Mr. Grider, I am now showing you what has been admitted as

13   Exhibit 241.  What is this?

14   A   A video.

15   Q   And where, where is this video taken?

16   A   The Crypt.

17   Q   Is it the same area that you were — that was depicted in

18   Exhibit 240?

19   A   If 240 is the video we watched previously.

20   Q   Yes.

21   A   Yes.  Okay.

22            (The video was played for the Court.)

23            MR. MAYR:  I am going to ask you like we did with the

24   last video, if you would, when you hear your voice or what you

25   recognize to be your voice, raise your hand so that I can stop

1  the video and ask you questions about that, okay?  For the

2  record, I am going to publish 241.

3       (The video was played for the Court.)

4           MR. MAYR:  I am going to stop.  I have stopped the

5  video here at the 19-second mark.

6  BY MR. MAYR:

7  Q   Did you hear yourself?

8  A   Yes.

9  Q   What did you hear yourself say?

10 A   It sounds like I said, "Reinforcements."

11 Q   All right.

12          MR. MAYR:  I am going to continue playing at the

13 19-second mark.

14      (The video was played for the Court.)

15          MR. MAYR:  And I am just stopping it very shortly

16 thereafter.

17 BY MR. MAYR:

18 Q   Did you hear yourself?

19 A   Yes, sir.

20 Q   And what did you hear yourself say?

21 A   Something about "People in here."

22 Q   Okay.

23          MR. MAYR:  I will continue publishing at —

24          THE COURT:  I am sorry, could you say that again.  I

25 missed it.

1      THE WITNESS:  Sounded like I said something about,

2   "People in here."

3      MR. MAYR:  I will continue publishing at 22 seconds.

4      (The video was played for the Court.)

5      MR. MAYR:  And I am going to stop at the 27-second

6   mark.

7   BY MR. MAYR:

8   Q   What did you hear yourself say?

9   A   Something about "reinforcements."

10      MR. MAYR:  I will continue at the 27-second mark.

11      (The video was played for the Court.)

12      MR. MAYR:  I will stop at the 1:14 mark.

13   BY MR. MAYR:

14   Q   Did you hear yourself say something?

15   A   Yes.

16   Q   What did you hear yourself say?

17   A   Right at this mark right here?

18   Q   Right.

19   A   I don't -- it is unintelligible.

20      MR. MAYR:  Let's continue on at the 1:14 mark.

21      (The video was played for the Court.)

22      MR. MAYR:  Stopping at the 1:51 mark.

23   BY MR. MAYR:

24   Q   Did you hear yourself say something?

25   A   Yes, sir.

1   Q   What did you hear?

2   A   "U.S.A."

3   Q   Okay.  Was it just that one time, or had you heard it prior

4   to that?

5   A   Are you asking did I hear?

6   Q   Yourself saying that.

7   A   Prior to that in the day or prior, on this particular —

8   Q   In this particular video.

9   A   This seemed to be the first time.  It sounds like I said it

10  about three times, two times right here.

11  Q   Right before the 1:51 mark?

12  A   Yes, sir.

13        MR. MAYR:  Let's continue playing from that point.

14        (The video was played for the Court.)

15        MR. MAYR:  Stopping at the 2:04 mark.

16  BY MR. MAYR:

17  Q   Did you hear your voice?

18  A   Yes, sir.  It sounded like my voice.

19  Q   And what did you say?

20  A   "They are pushing me."

21  Q   Do you — why did you say that?  Let me ask it more

22  specifically.  Do you remember why you said it at that point?

23  A   No, sir.

24  Q   What were other people —

25        MR. MAYR:  Let me back this up just a second and ask

1    some questions about where we are at.

2        (The video was played for the Court.)

3        MR. MAYR:  For the record, I am just going to let it

4    continue playing, and then, I will indicate where I am going to

5    stop.

6        (The video was played for the Court.)

7        MR. MAYR:  Okay.  I am going to stop it here at the

8    2:18 mark.

9    BY MR. MAYR:

10   Q    Are you able to see who this individual is standing right

11   here in front of you?

12   A    Yes, sir.

13   Q    Who is it, or who does it appear to be?

14   A    It appeared to be — are you talking now or at the time did

15   it appear to me?

16   Q    Sure, as it appeared to you at the time.  What did you see?

17   A    He seemed to be the Capitol Police supervisor.

18   Q    Did you see other Capitol Police officers standing there in

19   the middle of the Crypt as is depicted here in Exhibit 241?

20   A    Yes, sir.

21   Q    All right.  Anyone standing behind them?

22   A    Yes, sir.

23   Q    Who?

24   A    I believe other Capitol Police officers were behind them.

25   Q    Any non-officers standing behind them?

1   A   Not to my memory.

2   Q   And behind them, were they up against — the video kind of

3   shows it, but what do you remember else about being behind

4   them?

5   A   From my memory, that room was, there is a police line, and

6   going through approximately the center point of the room and

7   behind them, it was empty.  And there seemed to be, like, a

8   hallway or some type of passageway behind them —

9   Q   Now —

10  A   — the center.

11  Q   Sorry.  Now, at this point, as they are standing there

12  holding — there is, this line, what do you think is going to

13  be happening, or what do you think is taking place at this very

14  moment?

15  A   At this point, I started to think that this was a planned,

16  orchestrated event by — a permitted event by, by the rally

17  organizers, by the, you know, the Government; that this was the

18  designated spot that Trump or one of Trump's supporters or

19  maybe like a Senator or someone important was going to come and

20  address the crowd and be, be a continuance of the, continuance

21  of the rally.

22  Q   At this particular point, is that what you were thinking

23  that day?

24  A   That is my recollection of the day.

25  Q   All right.  What else were you thinking — well, let me ask

1   this.  What else were you thinking or feeling at this

2   particular point?

3   A   Some sense of excitement or anticipation, curiosity about

4   who it is going to be that is going to come out.  It might be

5   Trump himself, I might get my hat signed.  It — you know, I

6   didn't really know exactly what was going to happen, but I

7   wanted to, you know, I might get a selfie, a photograph with

8   the President or Ted Cruz or something of that nature.

9   Q   Okay.

10          MR. MAYR:  Let's continue playing at the 2:18 mark,

11   Defendant's Exhibit 241.

12          (The video was played for the Court.)

13   BY MR. MAYR:

14   Q   I will ask you again, Mr. Grider, as we are publishing from

15   this point forward, raise your hand if you hear or recognize

16   your voice saying something, okay?

17          MR. MAYR:  Publishing at the 2:22 mark.

18      (The video was played for the Court.)

19          MR. MAYR:  Stop there at the 4:39 mark.

20   BY MR. MAYR:

21   Q   Let me first ask you, did you hear yourself say something?

22   A   I didn't say something, but I did hear my voice.

23   Q   Could you hear what you were saying?

24   A   It just sounded like a grunt, like I had been — like a

25   grunt or like a, just, ugh, like that.

1  Q   What can you tell the Court about what you remember

2  happening at this particular moment?

3  A   I remember that people would shove me, push me towards the,

4  you know, as I got up to the front to, to maybe be the, the

5  first in line to see who was going to speak, maybe — I

6  remember people would shove me towards the, into the person in

7  front of me or almost into a Capitol Police officer, and can

8  you repeat the question.  I apologize.

9  Q   It is okay.  I asked what you were thinking.  Let me change

10 it now and ask what you are feeling at this point.

11 A   Panic, definite panic.

12        MR. MAYR:  I am going to continue playing —

13        THE COURT:  I am sorry, what was your answer?

14        THE WITNESS:  Panic.

15        THE COURT:  Okay.

16        MR. MAYR:  I am going to continue playing —

17        THE WITNESS:  I — maybe not this exact second, but in

18 just a few seconds, definite panic.

19        MR. MAYR:  I will continue playing at the 4:39 mark —

20 BY MR. MAYR:

21 Q   Mr. Grider, are you okay?

22 A   Uh-huh.

23 Q   All right.

24        MR. MAYR:  Publishing at 4:39.

25      (The video was played for the Court.)

1  BY MR. MAYR:

2  Q   Okay.  Did you hear your voice at that point, Mr. Grider?

3  A   Yes, sir.

4  Q   What did you hear yourself saying?

5  A   A number of things.

6  Q   Tell the Court what you heard yourself saying.

7  A   Can you replay it for me.

8  Q   I can.

9          MR. MAYR:  I will start at the 5:09 mark.

10     (The video was played for the Court.)

11         MR. MAYR:  I have stopped at the 5:20 mark.

12  BY MS. MAYR:

13  Q   What did you hear yourself say?

14  A   I believe it was — I remember something to the, to the

15  same from being there, but in this video, I — after watching

16  what sounds to be my voice saying "sorry" and then, something

17  unintelligible.

18  Q   Okay.  Who are you saying "sorry" to at this point?

19  A   The Capitol Police officer.

20  Q   Is this — this is who we have subsequently come to — is

21  this who we have subsequently learned is Sgt. Cereesa, as

22  testified to by Mr. McKenna?

23  A   Yes, sir.

24         MR. MAYR:  I will continue at 5:20 seconds.

25         (The video was played for the Court.)

1          MR. MAYR:  I am going to pause it hear at 5:32 and ask

2     you about what is happening to you.

3     BY MR. MAYR:

4     Q    What do you remember happening to you at this point?

5     A    I can't breathe.  I am being crushed up against a wall and

6     this officer.

7     Q    Crushed by who?

8     A    The hundreds of people in the crowd behind.

9     Q    What do you — what are you thinking about in terms of this

10    Capitol Police officer that is right there in front of you?

11    A    I don't hear it on the video, but my memory of that day, he

12    looked at me and told me that he could not breathe.

13    Q    And how did you respond to that?

14    A    I don't know.  I believe I was trying to — I don't know

15    that I had a verbal response is what I —

16    Q    Did you have any other sort of response?

17    A    I tried to get him through the — out of that space he was

18    pinned in next to the statue, and I was trying to make it to

19    where he could come into the hallway.

20         MR. MAYR:  I will continue at the 5:32 mark.

21       (The video was played for the Court.)

22         MR. MAYR:  Stopping at 5:39.

23    BY MR. MAYR:

24    Q    Did you hear yourself say something?

25    A    Yes, sir.

1   Q   What did you hear yourself say?

2   A   "Let him through.  Let him through.  He is going to get

3   hurt."

4   Q   Are there others saying — do you hear others saying

5   something differently?

6   A   Yes, sir.

7   Q   What do you hear?

8   A   There is a man with the yellow cloth around his face

9   yelling at me to leave him, to leave him.

10  Q   How did that make you feel at that point?

11  A   I was, I was scared.

12  Q   Scared for what?

13  A   I was scared for that officer's safety, and then, I came to

14  fear for my safety because I didn't really know who this

15  person, I guess, that — I didn't know who he was.  What is

16  next.

17  Q   Earlier, you talked about when you were in the Crypt how

18  you were kind of curious and excited.  Are you still feeling

19  curious and excited at this particular point?

20  A   At this particular point I am panicked, and I think I was

21  worried about the police officer at that second.  I think,

22  like, maybe one or two seconds later I, I was afraid that I was

23  going to be trampled.  I don't think I was — I don't know that

24  I was standing at the moment in this, in this frame that is

25  freezed.

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 548

1  Q   This change in emotions and feelings that you are having,

2  is it just taking place here, or is it taking place other times

3  when you are in and about the Capitol?

4  A   I, I — this entire, through the entirety of the day,

5  things are completely fluid.  I think, at times, I am almost

6  pretending, you know.  Even grown adults — at times, you are

7  almost pretending, you know, as grown or imagining as grown

8  adults even do, if they admit it, like, I am some type of

9  journalist.  And I, I am documenting, you know.  At times, you

10  know, I, I feel, you know, I am a political rally attendee, and

11  at times, I feel like a protester.

12  Q   Okay.

13  A   And I, I feel at times of, different feelings throughout

14  the day of excitement, curiosity, patriotism, fear, confusion.

15  It is not one fluid, static theme.

16  Q   Okay.

17  A   Fluid — it, it didn't make sense.  It, it is fluid.  It is

18  not one theme.  I feel the same way every time all the time,

19  and it is not even in any given moment that I feel the same at

20  any — at any particular moment, you know.  In one moment, I

21  feel varying agrees of different emotions.

22       MR. MAYR:  Let's continue publishing 241 at the 5:39

23  mark.

24     (The video was played for the Court.)

25       MR. MAYR:  Stopping at the 5:49 mark.

1  BY MR. MAYR:

2  Q   Did you hear yourself say something there?

3  A   Yes, sir.

4  Q   What did you hear yourself say?

5  A   I said, "I can't breathe."

6  Q   Do you remember — why did you say that?

7  A   Because I couldn't breathe, sir.

8       MR. MAYR:  I will continue publishing at 5:49.

9     (The video was played for the Court.)

10      MR. MAYR:  Stopping at the 6:22 mark.

11  BY MR. MAYR:

12  Q   Did you hear yourself say something?

13  A   Sounded like I was gasping, or you know, just trying to

14  catch my breath.  You know, I said, "Whew."

15  Q   Now, prior to that, did you hear other individuals

16  shouting, "Stop the Steal"?

17  A   Yes, sir.

18  Q   Did you ever shout that in this video?

19  A   I need to see the rest of the video, sir.

20  Q   Okay.

21      MR. MAYR:  Publishing at 6:21, Exhibit 241.

22     (The video was played for the Court.)

23      MR. MAYR:  I will stop it at the 6:28 mark.

24  BY MR. MAYR:

25  Q   Did you hear yourself say something?

 1   A   Yes, sir.

 2   Q   What did you hear yourself say?

 3   A   I said, "What is upstairs?"

 4   Q   Did you know what was upstairs?

 5   A   No, sir.

 6   Q   Did you know where you were at in the Capitol at this

 7   particular moment?

 8   A   No, sir.

 9   Q   Okay.

10        MR. MAYR:  I will continue publishing at 6:28.

11        (The video was played for the Court.)

12        MR. MAYR:  Stopped at 7:11.

13   BY MR. MAYR:

14   Q   Did you hear yourself?

15   A   Yes, sir.

16   Q   What did you say?

17   A   "Stairs."

18        MR. MAYR:  I will continue at 7:11.

19        (The video was played for the Court.)

20        MR. MAYR:  Stopping there at the 7:36 mark.

21   BY MR. MAYR:

22   Q   Did you hear yourself?

23   A   It sounds like me.

24   Q   And what are you saying?

25   A   Sounds like I said, "Stop the Steal."

1    Q    Did you want to stop the steal, Mr. Grider?

2    A    You need to — what do you mean by "stop the steal"?

3    Q    Did you want —

4    A    You mean — hindsight, I know that means different things

5    to different people.

6    Q    Sure.  Why were you saying "Stop the Steal" at that point?

7    A    Because the crowd was saying it.

8    Q    Did you want to stop the electoral certification

9    proceedings?

10   A    No, sir.

11        MR. MAYR:  Let's continue on from 7:36.

12        (The video was played for the Court.)

13        MR. MAYR:  Let's stop there at the 7:57 mark.

14   BY MR. MAYR:

15   Q    Do you recognize what is depicted in the video, Mr. Grider?

16   A    Yes, sir.

17   Q    What, what do you recognize that to be?

18   A    I remember seeing, seeing Stan Hoyer's office and

19   videotaping that.

20   Q    And do you see people going in or not into his office?

21   A    Yes, sir.

22   Q    What did you think at that point when you saw people going

23   into a legislator's office?

24   A    I thought two things.  We are not supposed to do that, and,

25   well, I thought that it was going to bring — I didn't want to

1    be blamed for someone going into that office or be blamed

2    for — recused, rather, sir, of going into that office.  So I

3    made sure to document who did.

4              MR. MAYR:  I will continue at the 7:57 mark.

5         (The video was played for the Court.)

6              MR. MAYR:  The video has come to an end in

7    Exhibit 241, and I will now go to and publish Defendant's

8    Exhibit 242.

9    BY MR. MAYR:

10   Q    What is Defendant's Exhibit 242?

11   A    Sir?

12   Q    Can you tell us what Exhibit 242 is?

13   A    It appears to be a map of the, the Capitol.

14   Q    Okay.

15             MR. MAYR:  Going back to the Government's Exhibits for

16   just a quick moment.  I am going to publish Government's

17   Exhibit 25 — no, I apologize.  I am going to publish

18   Government's Exhibit 30 — Government's 37, I believe.  No —

19   sorry, I thought I had this.  I apologize, Your Honor.  If I

20   may have just one moment?

21             THE COURT:  Take your time.

22             MR. MAYR:  Okay.  Here we go.  Sorry about that.  For

23   the record, I am going to publish Government's Exhibit 28.

24   BY MR. MAYR:

25   Q    Mr. Grider, do you remember seeing this video being

1  published earlier in this trial?

2  A    Yes, sir.

3  Q    Okay.

4         MR. MAYR:  I am going to fast-forward up to the

5  1:45 — oh, where did it go?  I am going to publish at the 1:45

6  mark.

7  BY MR. MAYR:

8  Q    You see yourself over here walking down that hallway,

9  correct (indicating)?

10  A    Yes, sir.

11  Q    What do you see yourself doing right here?

12  A    Stopping, sir.

13  Q    And do you remember what you were doing at this point?

14  A    It appears that I am stopped where the map was.

15  Q    Okay.  And when you say "the map," are you talking about

16  the map that was previously shown to you and which I am now

17  publishing as Defendant's Exhibit 242?

18  A    Yes, sir.

19  Q    Why did you take this picture of the map at that point, Mr.

20  Grider?

21  A    I didn't know where I was.  I didn't know — I, I just had

22  a feeling — I had no — I thought I might need, need it at

23  some point because I didn't know where I was or exactly how I

24  got there, or you know, exactly, you know.  I felt like it

25  might be a point I might need this map.

1    Q    For what reason?

2    A    I have no — I, I can't tell you.  I don't know.  Need them

3    for exiting or for — I don't know.

4    Q    Okay.

5         MR. MAYR:  Let's go to Defendant's Exhibit 243.

6    BY MR. MAYR:

7    Q    And what is this exhibit?

8    A    A video.

9    Q    Okay.

10        MR. MAYR:  Same as before.  Raise your hand when you

11   hear yourself or when you recognize hearing your voice.  Go

12   ahead and start at the beginning of this video.

13      (The video was played for the Court.)

14        MR. MAYR:  I am going to stop there at the 37-second

15   mark.

16   BY MR. MAYR:

17   Q    Do you see what is depicted in that video, Mr. Grider?

18   A    Yes, sir.

19   Q    What is it?

20   A    It is a crowd of people going through a hallway, crowd of

21   people going up the staircase.  There is a, a rally goer,

22   protester that was standing and commenting about the statue and

23   protecting it.

24   Q    Do you remember this, and did you think anything of this

25   person standing there next to the bust or the statue that is

1   depicted here in the video?

2   A   What do you, can you —

3   Q   Do you remember any — do you remember this moment?

4   A   Yes, sir.

5   Q   Okay.  That particular day you remember seeing this?

6   A   Yes, sir.

7   Q   Okay.  What did you think about that?

8   A   Well, I was — it seemed more like what you would expect

9   at — what you would expect from a Trump rally goer.

10   Q   In what sense?

11   A   He is protecting the statue.

12   Q   Okay.

13   A   From just the size of the crowd or trying to protect it, at

14   least.  At least, that is he — from my memory, not from what I

15   have seen so far in the video, that he was, that he professed

16   to the crowd.

17   Q   Professed what?

18   A   That he was standing to protect the statue.

19        MR. MAYR:  I will continue playing at the 31-second

20   mark, Exhibit 243.

21      (The video was played for the Court.)

22        MR. MAYR:  I will stop it there at the 58-second mark.

23   BY MR. MAYR:

24   Q   Did you hear yourself?

25   A   Yes, sir.

1    Q    What were you saying?

2    A    "U.S.A."

3              MR. MAYR:   I will continue playing at the 58-second

4    mark.

5         (The video was played for the Court.)

6              MR. MAYR:   I will stop at the 1:11 mark.

7    BY MR. MAYR:

8    Q    Tell us what you — do you hear yourself?

9    A    It sounds like me, sir.

10   Q    What did you hear?

11   A    Something "door," but the rest was unintelligible.

12             MR. MAYR:   I will continue at the 1:11 mark.

13        (The video was played for the Court.)

14             MR. MAYR:   I will stop at the 1:35 mark.

15   BY MR. MAYR:

16   Q    Do you recognize your voice?

17   A    It sounds like me, sir.

18   Q    What do you hear?

19   A    Sounds like I said, "We have got to get to the Chamber."  I

20   said, "This way."

21   Q    Why did you think that you needed to get to the Chamber?

22   A    Because there wasn't — I looked in the Rotunda, what I

23   know now to be the Rotunda.  I knew, then, that would be

24   referred to as the Rotunda.  I didn't see any type of stage or

25   podium or anything set up like there was going to be a speaker

1   there.

2   Q    So why the Chamber?  What do you think is going to happen,

3   or what is your intent in wanting to go to the Chamber?

4   A    I thought I was going to go — I was going to go to the

5   Senate or where the Senate Chamber is, and I thought that is

6   probably likely to, to where the, we'd be spoken to.  And you

7   know, our voices would be heard.

8   Q    Where in the Chamber did you think you were going to go

9   hear others speak to you?

10   A    Outside of the door of the Chamber.

11   Q    At —

12   A    Or if there was a lobby, or if, I don't — see, I had no

13   clue.  I had never been there before.

14   Q    But that moment, that is what you were thinking, right?

15   A    Yes, sir.

16        MR. MAYR:  Let's continue publishing 243 at the 1:35

17   mark.

18      (The video was played for the Court.)

19        THE WITNESS:  May I revise my last statement?

20        MR. MAYR:  For the record, I stopped at 1:40.

21        THE WITNESS:  I remember thinking it that day, is it

22   that moment?  I don't know, but it comports with what it sounds

23   like I am saying on the video.

24   BY MR. MAYR:

25   Q    What, what exactly is that, just so that we are all clear?

1   A   I said, "We need to get to the Chamber."

2   Q   Okay.

3   A   "This way, this way."

4   Q   And you hear yourself saying that on the video at this

5   point, shortly before 1:40 mark?

6   A   From — yes, sir, from — I believe it is me, sir.

7          MR. MAYR:  I will continue now publishing from the

8   1:40 mark.

9      (The video was played for the Court.)

10         MR. MAYR:  I am stopping here at the 2:03 mark.

11  BY MR. MAYR:

12  Q   Do you recognize where you are at now, Mr. Grider?

13  A   I have now come to — I learned that this is called

14  Statuary Hall.

15  Q   Did you know that at the time?

16  A   No, sir.

17  Q   All right.

18         MR. MAYR:  I will continue publishing at the 2:03

19  mark.

20     (The video was played for the Court.)

21         MR. MAYR:  I am going to pause now at the 2:43 mark.

22  BY MR. MAYR:

23  Q   Mr. Grider, do you recognize where you — what is depicted

24  here in the video, where you are at?

25  A   It is, what I have learned, since learned that it is called

1  the, the Statuary Hall Connector, and what is depicted is a

2  crowd.  Looks like I was periscoping with my phone.

3  Q   Now, when you come in, are you able to hear someone

4  speaking?

5  A   Yes, sir.

6  Q   What did you hear that person say?

7  A   Something to the effect — can you re- — let me rehear it.

8  You want me to tell you my recollection from memory, or do you

9  want me to say what I heard in the video?

10  Q   I would like for you to tell us what you recall hearing in

11  your mind that particular day as you are entering the Statuary

12  Hall Connector.

13  A   From my memory, I remember them saying, we are going to let

14  you in the — something to that effect, and you have to be, be

15  quiet and peaceful and no violence.  And we are going to let

16  you in.

17  Q   What did you think when you heard this person yelling that

18  out?  Well, first of all, did you know who was yelling that

19  out?

20  A   As, like, factually did I know?  No, but I, at the time, I,

21  I thought I knew — I thought I knew who was yelling it.

22  Q   At the time, who did you think was yelling that out?

23  A   Capitol Police.

24  Q   All right.  When you hear that, what do you — how does

25  that make you feel?

1   A   Prior to this?  I felt, I began to feel that we were not
2   supposed to be there, especially — it was — maybe if we were,
3   let me rephrase it.  I mean, it was not, has not unfolded as it
4   should have probably have been unfolded, and, and the event
5   that was planned or, or permitted, you know, by the Government,
6   is not unfolding according to the permit.  I think at that
7   point I, I could safely say and felt as if I was participating
8   in some type of civil disobedience, a protest, and I — I
9   wasn't — probably wasn't supposed to be there at that point.
10  Q   Okay.
11  A   I — there was some — you know, I saw in the Statuary
12  Hall, I saw police officers, though, that didn't say anything
13  to me.  So I still had a little doubt as to whether or not, but
14  I think at that point I knew that if there was a previous
15  permission to be there, that it was probably revoked at this
16  point.
17  Q   Okay.
18  A   And I saw the police line, especially when I saw Nancy
19  Pelosi's office and people going into it, I think I definitely
20  knew that something is wrong here.  Selfishly, I think I still
21  wanted to go and get a picture with, with maybe my Senator or
22  if Trump still is coming, but I thought more likely a Senator,
23  you know, my Senator, Ted Cruz.  So you know, I still wanted to
24  maybe go to the door, see if they are still standing at the
25  podium or something like that to speak.

1    When I saw the police line outside of what looked liked a
2    door, I thought here it is.  This is the spot.  This is where
3    we were supposed to go, but there are idiots going into law
4    makers' offices and pounding on things, and I thought, you
5    know, protesting is one thing.  But I thought that was — yeah.
6    You shouldn't be going into restricted areas.  Let me rephrase
7    it, private areas.
8    Q    Okay.  At this point, though, you are in the Statuary Hall
9    Connector.  Let's — the door that the police are guarding,
10   what do you think is behind that door?
11   A    I thought it might be the Senate.
12   Q    What part of the Senate?  Floor?  Gallery?
13   A    Like, we, we had gone up some stairs.  I thought I was on
14   the second floor of, like, you know, second floor of the
15   building.  And I thought, being on the second floor, you would
16   be in the balcony.  That made sense to me.
17   Q    Okay.  Thinking that that door led to the Senate Gallery,
18   what did you think was going to happen once you were allowed in
19   there?
20   A    You say "Gallery," you mean balcony or —
21   Q    You refer to it as the Gallery?
22   A    Balcony.  What do you —
23   Q    Let me give you moment, Mr. Grider.
24        What do you think the Senate Gallery is?
25   A    You are referring — now that you and I are having this

1 conversation, this back and forth.

2 Q   I know.

3 A   I assume that you feel like the Senate Gallery is the

4 balcony, or I maybe am not calling it by its official name.

5 Q   Sure.

6 A   And so is, is the Gallery the, the balcony for --

7 Q   Let me ask it this way.

8        THE COURT:  He can't answer the question for you.

9        MR. MAYR:  And I am not going to.

10        THE COURT:  It is whatever is behind the door,

11 whatever you think is behind the door.

12        THE WITNESS:  I think, I think there is a balcony

13 behind the door.  I don't know at what point I felt that.  I

14 think the, the moment I heard we are going to let you in, I

15 instantly thought, this is a balcony of the Senate.

16 BY MR. MAYR:

17 Q   And what do you think is going to happen in that, to use

18 your words, the balcony of the Senate?

19 A   I thought that we, we would be sitting there.  I, kind of

20 like spectators watching what was happening.

21 Q   What did you think was going to be happening there in the

22 Senate Chambers?

23 A   I -- they were certifying the election, having heard --

24 well, I was hoping would happen is that my Senator would raise

25 objections to some of the votes that were suspicious or, and

1    possibly send it back to the states for a review before it was

2    later certified.

3    Q   Okay.  And so your, your thought was, you will be sitting

4    in the balcony watching this.  Did you think that you would do

5    anything else while you were there?

6    A   Well, I definitely would be taking some photos and videos,

7    you know.  I thought it was a pretty full opportunity.  I

8    wanted to make sure I got in.  There is only finite, I am sure,

9    a finite amount of --

10   Q   Okay.

11   A   -- space in there.  I, I knew there were thousands of

12   people.

13   Q   Did you really believe that you were going to be able to go

14   in there and sit down?

15   A   I did.  I was a little, you know, the crowd started -- I

16   was really excited about it.  I never dreamed it, that wow.  I

17   was excited just to be, get to see the, you know, be that close

18   to the speaker.  But we, when I say "speaker," I don't want you

19   to think I am talking about Speaker Pelosi.  I am speaking of

20   whoever was going to come out and address the, you know, the

21   group, the rally.

22   Q   Okay.

23   A   And so I was, I was just excited about that alone to be --

24   I am going to get to see it.  I am maybe going to get a video

25   or a photo, but to get to go, I never imagined we would get to

1  go in and actually, you know, that I would be one of the few

2  people that get to go in and see whatever was going to happen.

3  Q   The proceedings?

4  A   The proceedings, right.

5  Q   Okay.

6       MR. MAYR:  Let's go back to 243, and I will publish at

7  the 2:43 mark.

8      (The video was played for the Court.)

9  BY MR. MAYR:

10  Q   3:03 mark, did you hear yourself say something?

11  A   Yes, sir.

12  Q   What did you hear yourself say?

13  A   It sounded like it was me.  I said, "Let us in, or we will

14  go in."

15  Q   Why did you say that at that point?

16  A   A lot of the people around me were, looks like we are

17  expressing doubt.  But I, I don't remember saying it.

18  Q   Did you want to get in there?

19  A   After I was told I was allowed, we were going to be allowed

20  to get in there, well, yeah, I did.

21       MR. MAYR:  Let's continue watching at the 3:03 mark,

22  Exhibit 243.

23      (The video was played for the Court.)

24       MR. MAYR:  Let's stop at the 4:28 mark.

25  BY MR. MAYR:

1    Q    Did you see yourself doing something in the video, Mr.
2    Grider?
3    A    It looked like my phone was moving back and forth in
4    motion.
5    Q    Do you remember doing anything?  Do you remember doing
6    anything at that point, trying to communicate something to the
7    crowd?
8    A    I don't remember doing anything at all.
9    Q    Okay.  We have seen in other videos — do you recall having
10   seen in other videos that have been published where you are
11   waving other people to come in?
12   A    I do remember seeing that video.
13   Q    Do you remember why you were doing that?
14   A    I don't remember doing it so I don't know why.
15   Q    Fair enough.
16           MR. MAYR:  I am going to continue publishing 243 at
17   the 4:28 mark.
18       (The video was played for the Court.)
19           MR. MAYR:  I am stopping at the 4:48 mark.
20   BY MR. MAYR:
21   Q    Did you hear your voice?
22   A    Yes, sir.
23   Q    What did you say?
24   A    It sounds like I said, "Let us in, let us in."
25   Q    Why did you say that?

1  A   I don't know.  I don't remember saying it.  I, I can assume

2  because I wanted to go in.  I was excited, but I mean, it —

3           MR. MAYR:  I will continue publishing.

4           THE WITNESS:  It looks to me, like, I am trying to, to

5  look big, you know, in front of these other — big in front of

6  these other people that are, that are there.

7  BY MR. MAYR:

8  Q   Do you, did you think about trying to push yourself forward

9  at this point trying to get closer up to the line where the

10  police were?

11  A   I don't remember.

12  Q   Okay.

13           MR. MAYR:  Let's publish here at the 4:48 mark on

14  Exhibit 243.

15      (The video was played for the Court.)

16           MR. MAYR:  I am going to stop at the 5:13 mark.

17  BY MR. MAYR:

18  Q   Did you hear yourself?

19  A   Yes, sir.

20  Q   What did you hear yourself say?

21  A   "I don't want to" — sounds like, "break anything," and

22  then I said, "Or damage doors."

23  Q   Was that consistent with what you had —

24           MR. MAYR:  Well, I will strike that question.

25           THE WITNESS:  Excuse me?

1          MR. MAYR:  Let me continue publishing at the 5:13

2     mark.

3          (The video was played for the Court.)

4          MR. MAYR:  I am going to stop now at the 5:30 mark.

5     BY MR. MAYR:

6     Q    First of all, what is happening on the video?

7     A    I know from memory what is happening, but you know, it is

8     black.  I can't see.

9     Q    Let's take it one step at a time for the Court and opposing

10    counsel.  What does the video show is happening at this point?

11    A    Can you replay the video or —

12    Q    What is the video showing at this point?

13    A    At this point it is a black screen.

14    Q    All right.  What do you remember happening at this point?

15    A    There was a stampede.

16    Q    Describe for us what you mean.  What is happening in this

17    stampede?

18    A    There were people pushing — it was very similar to the

19    Crypt, and they — the crowd, there was a lot of people, and

20    they started pushing from behind, and I don't know how.  I have

21    been at rock concerts before, where similar — I was much

22    younger.  I listened to rock, but I have been to rock concerts

23    in my youth and been in a crowd like this to where it is just

24    there are so many people.

25         I, it almost feels like if you have ever been, ever been in

1    a river there is, like, rushing water or a flood and you get

2    swept — you get knocked down by the current, and then you are

3    going.  It is — it feels like that.  I remembered feeling,

4    feeling that in the, in the Crypt.  Here, I was just doing what

5    I could.  I didn't, I didn't want to fall and get, and get

6    trampled.

7    Q   Do you remember whether or not you were pushing to try to

8    get in at that point?

9    A   I don't remember pushing.

10   Q   Okay.

11           MR. MAYR:  Let's continue publishing the exhibit at

12   the 5:30 mark.

13       (The video was played for the Court.)

14           MR. MAYR:  Stop it here at the 6:13 mark.

15   BY MR. MAYR:

16   Q   Mr. Grider, what can you describe for us based on your

17   memory of what is happening at this point?

18   A   What is that?

19   Q   Describe for us, based on your memory, what is happening at

20   this point.

21   A   This is where there is a stampede.

22   Q   And do you know where you are at, at this point in the

23   video?

24   A   Yes, sir.  Just beyond where the police line was, and I

25   think at this point I was funneled into this — it is like a

1    hallway with some stairs in it and a door at the end of the

2    stairs.

3    Q    And what are you thinking at this particular moment?

4    A    I don't know, sir.

5              MR. MAYR:  Let's continue watching at the 6:13 mark.

6         (The video was played for the Court.)

7              MR. MAYR:  I am going to stop here at the 6:35 mark.

8    BY MR. MAYR:

9    Q    On your video, can you see what — can you see what is

10   depicted here?

11   A    In the foreground there is a guy with a gray bandanna and

12   looks like a piece of —

13   Q    Mr. Grider, could you speak up for me?  Sorry.

14   A    In the foreground, it looks like there is a man with a —

15   Q    Hold on, Mr. Grider.  Give me a second.  Trying to find a

16   balance because I am having trouble hearing you —

17   A    Yes, sir.

18   Q    Hold on.  I am worried about the Court being able to hear

19   you, but at the same time, I don't want you to be so close to

20   the microphone.

21             THE COURT:  There is an echo if you get too close, for

22   the court reporter.  It echos in and creates a problem.  So we

23   need to have you speak as if you are talking to somebody at the

24   door, okay?  You can move it back just a little bit.  You do

25   need to speak into it.  That is probably fine.  Is that all

1    right from the court reporter's perspective?

2              THE COURT REPORTER:  Yes.

3              THE COURT:  Yes.  That is perfect.

4              MR. MAYR:  Thank you, Your Honor.

5    BY MR. MAYR:

6    Q   Now, again, can you describe for us what, what you see here

7    in the video at the 6:35 mark.

8    A   In the, in the foreground, in the foreground, I see a, I

9    see a man with a gray bandanna-looking thing over his face.  I

10   see -- it looks like a PVC pipe of some, a piece of plastic

11   tuning or something sticking up.  There is other people beyond

12   that, and then, looks like against the wall of the -- excuse

13   me, against the wall of the hallway.  There seems to be a, a

14   Capitol Police officer against the wall.

15   Q   Okay.  What is -- what does it feel like to be in this

16   space at that particular moment from just a physical sense?

17   A   I remember from being in that space, being pushed and, and

18   starting to be compacted.  As more time went on it felt like I

19   was being pushed and compacted into there.  It was, like, being

20   in a funnel, and that, that -- or do you -- did you mean, like,

21   emotional feeling or physical feeling?

22   Q   Just the physical feeling is what I am asking for just

23   right now.

24   A   Yes, sir.

25   Q   Was there anything else about it?

1   A    About what, the video?  The photo?

2   Q    Just the feeling of being there.

3   A    Well, as you get more compacted, it is hard to breathe.

4   Physical, you know, yeah.  Getting crushed.

5   Q    Okay.

6        MR. MAYR:  Let's continue publishing at the 6:35 mark.

7        (The video was played for the Court.)

8        MR. MAYR:  I stopped at the 6:54 mark.

9   BY MR. MAYR:

10  Q    Did you hear your voice?

11  A    Yes, sir.

12  Q    What did you hear?

13  A    If they don't open the door or something about the door,

14  we — they're or we're not going to be able to breathe.

15  Q    I will continue at the 6:54 mark.

16        (The video was played for the Court.)

17        MR. MAYR:  Pause at the 7:04 mark.

18  BY MR. MAYR:

19  Q    Did you hear your voice again?

20  A    Yes, sir.

21  Q    What did you hear?

22  A    Sounded like I was grunting or maybe in pain.

23  Q    Do you — okay.  Do you know why you were grunting or you

24  were in pain?

25  A    I, I can assume based off of, you know, the, the time

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 572

1    there, or in the context of the video.  But since I am off

2    camera, I, I don't know.

3    Q    All right.

4            MR. MAYR:  I will continue at the --

5            THE WITNESS:  I don't remember.  I just don't

6    remember.

7            MR. MAYR:  Okay.  I will continue at the 7:04 mark.

8         (The video was played for the Court.)

9            MR. MAYR:  I am going to stop there at the 8:14 mark.

10   BY MR. MAYR:

11   Q    Mr. Grider, did you hear someone say, "Use the Kevlar"?

12   A    Yes, sir.

13   Q    Was that your voice?

14   A    I don't believe it was my voice.  It didn't sound like me.

15   Q    Do you remember anyone saying that at that particular

16   moment?

17   A    Yes, sir.

18   Q    Did you want someone to use Kevlar or anything else like

19   that to force entry into that room?

20   A    No, sir.

21           MR. MAYR:  I am going to continue publishing at 8:14.

22        (The video was played for the Court.)

23   BY MR. MAYR:

24   Q    Even though it is not shown in this video, Mr. Grider, we

25   have seen other videos where you hold up the helmet at one

 1    point.  Do you remember seeing the videos of you holding up the

 2    helmet?

 3    A    Yes, sir.

 4    Q    Going back to that day and this moment, do you remember

 5    holding up that helmet at one particular moment?

 6    A    From the video, sir.

 7    Q    Now, I want you to go back to that day.  Do you have any

 8    independent recollection or memory of you holding up that

 9    helmet?

10    A    No, sir.

11    Q    Having no memory of it, do you have any reason to think,

12    any reason to know why you would have raised that helmet up?

13              MS. CHO:  Objection, Your Honor.  He said he doesn't

14    remember holding it up.

15              MR. MAYR:  Fair enough.  I know.

16              THE COURT:  He is guessing now.

17              MR. MAYR:  I figure.  Thank you, Your Honor.  I

18    apologize.  I will strike the question.

19              Let's go to Exhibit 244.  Actually, before we go to

20    Exhibit 244, let's go back to 243.

21         (The video was played for the Court.)

22    BY MR. MAYR:

23    Q    As the video comes to an end and you stop recording, Mr.

24    Grider, what do you remember happening at that point?

25    A    I remember someone off camera to my left, someone smaller

1   than me.  I can't remember if it was a man or a woman, them

2   pleading with me for me to get off them.  I remember them

3   pleading with me to get off them.  I remember them — I think

4   that is basically it.  I don't remember exactly what they said.

5   They wanted me to get off.

6   Q   What happened after that?

7   A   I don't know.  I don't remember at that point — if it,

8   when I first was in there in that hallway or if it was at the

9   end.  I don't remember at what point this person, you know, is

10  pleading for me to get off them — they, they couldn't breathe.

11  Q   So where — do you stay there, or what do you do?

12  A   The, there was people at the, the door, and they were

13  shouting back that they couldn't — they said that there was

14  elderly people up here that are getting crushed, and police —

15  you know, the police officers, if they are getting crushed, the

16  police officers, I could see them, were up against at that door

17  as well.  In addition to the person I guess I was crushing, but

18  not that I was doing it myself, like, I wasn't — I was being

19  pushed into that person.

20  Q   So what did you do next?

21  A   I decided I needed to do something, and so I left that,

22  that hallway to see if there — just, I don't know, to A, to

23  get off that person, but also to see if there was something

24  else that could be done.

25  Q   How were you feeling at that particular moment as you get

1  out of that hallway?

2  A   I don't remember.  I, I don't remember how I, I do know —

3  I do — you know, I wanted to get off.  The reason why I left,

4  I know.

5  Q   Why was that?

6  A   I wanted to get off that person and see if there was

7  something, some help or something I could do.

8  Q   Okay.  Did you still have a desire to want to get into what

9  you thought was the, to use your words, the Senate balcony at

10 that point?

11 A   No, sir.

12 Q   Okay.  We have seen the videos of you running down the

13 hallway, rounding the corner over to the Speaker's Lobby Door.

14 Do you remember — do you remember that moment?

15          THE WITNESS:  May I have a moment — may I apologize

16 to the Court?  I do have my phone in airplane mode, but I have

17 a, a reminder on here.  It is Thursday.  I am supposed to call

18 my parole officer or probation — it is making a notification,

19 and I apologize, Your Honor.

20          THE COURT:  No problem.  It is actually 1:00 o'clock,

21 I think it is a few minutes after 1:00.  Why don't we stop here

22 at this point, and let me ask you to come back at five after

23 2:00, okay?

24          MR. MAYR:  Five after 2:00?

25          THE COURT:  Five after 2:00.  I am giving you a full

1  hour.

2          MR. MAYR:  Thank you.

3          THE COURT:  All right?  Parties are excused.

4          (Lunch recess, 1:01 p.m. - 2:12 p.m.)

5                    AFTER RECESS

6                **AFTERNOON SESSION**

7          THE COURT:  Good afternoon.

8          MR. MAYR:  Good afternoon, Your Honor.

9          THE COURT:  Mr. Grider, you want to come on up?

10         MR. MAYR:  May I proceed, Your Honor?

11         THE COURT:  Yes.  Go ahead.

12         MR. MAYR:  Thank you, Your Honor.

13         (Witness resumes.)

14  BY MR. MAYR:

15  Q   After you leave this area where everything was cramped in

16  and people were trying to get through the door, you know from

17  watching other videos that you go running towards the Speaker's

18  Lobby Door; do you remember that?

19  A   Yes, sir.

20  Q   What can you tell the Court about what you were thinking at

21  that moment as you're running over towards the Speaker's Lobby

22  Door?

23  A   I do remember that I can't -- I can't go back because all

24  those people that are -- there is no passage through.  But I

25  also remember thinking I need to, to do something, you know, to

1   get, to help do something about the people that are in that

2   corridor or that hallway or I don't know what you want to call

3   it.

4   Q   Okay.

5   A   The stairs, the hallway stairs, the, you know, the —

6   anyway, that corridor.

7   Q   Did you at that point still think or desire to go into what

8   you thought was the Senate balcony to be able to observe the

9   certification proceedings?

10  A   No.

11        MR. MAYR:  I am going to publish for you now

12  Exhibit 244.

13     (The video was played for the Court.)

14        MR. MAYR:  For the record, I have stopped the video at

15  the 18-second mark on 244.

16  BY MR. MAYR:

17  Q   Mr. Grider, first of all, what are we looking at here?

18  A   A video.

19  Q   And what specifically is this video?

20  A   It is a video I made in the Capitol.

21  Q   Okay.  Where specifically in the Capitol?

22  A   I now know that it is what is referred to as the Speaker's

23  Lobby Door.

24  Q   Did you know at the time that that was the Speaker's Lobby

25  Door?

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 578

1  A    Only because — I don't know if I knew it that exact

2  second, but at some point I did realize that is what it was

3  because it is written above the door very large.

4  Q    All right.  When you approached them, you see these three

5  officers there; is that correct?

6  A    Yes, sir.

7  Q    There is another individual here who is in a suit and a

8  walky-talky.  Do you remember seeing that person?

9  A    Yes, sir.

10  Q    Okay.  As before, raise your hand when you hear what you

11  recognize to be your voice.

12  A    Yes, sir.

13      (The video was played for the Court.)

14          MR. MAYR:  Stopping at the 23-second mark.

15  BY MR. MAYR:

16  Q    Did you hear yourself?

17  A    Yes, sir.

18  Q    What did you hear yourself saying?

19  A    "There is people that are going to be crushed on the other

20  side."

21  Q    Okay.  What were you referring to at that point?

22  A    That hallway with the steps that had the police officers

23  and elderly people up by the, the door.

24  Q    Okay.

25  A    At the top of the stairs.

1           MR. MAYR:  I am going to continue publishing

2   Exhibit 244 at the 23-second mark.

3       (The video was played for the Court.)

4           MR. MAYR:  I will stop at the 32-second mark.

5   BY MR. MAYR:

6   Q   Did you hear yourself again?

7   A   Yes, sir.

8   Q   What did you say?

9   A   It sounds like, "We got to open the door" or "doors because

10  the people are getting crushed."

11  Q   Who are you referring to there?

12  A   The same people as before, seemed to be two, at least two

13  Capitol Police officers, from my memory, and some elderly folks

14  from my memory at the front of the, at the front of the crowd

15  that went into that, that, got pushed up into that, the stair

16  hallway to the —

17          MR. MAYR:  I will continue publishing at the 32-second

18  mark.

19      (The video was played for the Court.)

20          MR. MAYR:  I am going to stop at the 41-second mark.

21  BY MR. MAYR:

22  Q   Did you hear your voice?

23  A   Yes, sir.

24  Q   What did you say?

25  A   There are people —— I think I repeated several times "there

1  are people that are getting crushed over there," that "there

2  were cops" —

3  Q   Did you, did you —

4  A   — "getting crushed."

5  Q   — did you specify how many?

6  A   Yeah.  I don't know.  You have to replay it.

7         THE COURT:  Don't drop your voice.

8         THE WITNESS:  I am sorry, Your Honor.  I, I am trying

9  to, to, to remember to speak to the person at the back of the

10  door.  I apologize.

11     (The video was played for the Court.)

12         MR. MAYR:  Stop at the 42-second mark.

13  BY MR. MAYR:

14  Q   Did you hear what you said?

15  A   Yes, sir.

16  Q   What did you say?

17  A   "There are people that are getting crushed over there,"

18  over and over.  I say that "there are two cops."

19  Q   Okay.  Because is that what you remember being over there?

20  A   Yes, sir.

21         MR. MAYR:  Let's continue watching at the 42-second

22  mark.

23     (The video was played for the Court.)

24         MR. MAYR:  I am going to stop at the 54-second mark.

25  BY MR. MAYR:

1   Q   In this few seconds that we have watched to, where is your

2   focus at?  What, what are you doing, or where is your focus at,

3   at this particular point?

4   A   I am trying to speak with the, the plainclothes police

5   officer and the other police officers in front.  I think I have

6   come to know that it was Officer Lanciano, I think is his name.

7   Q   Okay.  Now, on the video, are you able to hear other noises

8   and other people that are around you?

9   A   Yes, sir.

10  Q   Now, going back to that day, and going back to this moment

11  where you are standing at the Speaker's Lobby Door, do you

12  remember being aware of what these other people were saying and

13  doing?

14  A   I mean, there — I am sure I was.  I don't remember

15  specifically right now, but I remember trying to, to convey to

16  these police officers.  I do remember that specifically and

17  kind of in desperation.  From my memory, I remember I want to

18  say it was Officer Lanciano telling me that he can't.  We just

19  can't, but it could have been — that is just, that is the only

20  thing I remember —

21  Q   What are you feeling?

22  A   — for them saying.

23  Q   What are you feeling at that point?  What emotions are you

24  feeling and experiencing as you are talking or trying to talk

25  to Officer Lanciano and the others that are there?

1  A   Desperation.  I am starting to kind of — the film — the,

2  the, the, the, I don't know if you call it a room or a hallway

3  or whatever it is, starts to fill up.  I start wondering, you

4  know, am I going to be the next person, you know, trapped up

5  against these doors, maybe.

6  Q   Okay.

7       MR. MAYR:  Let's continue watching at the 54-second

8  mark, Exhibit 244.

9     (The video was played for the Court.)

10      MR. MAYR:  I am going to stop there at the 1:08 mark.

11 BY MR. MAYR:

12 Q   I saw you raise your hand.  Did you hear yourself say

13 something at that point?

14 A   It sounds like a point that I made, almost sounded like I

15 was in pain, but I don't know, or grunting or something.

16 Q   Do you remember —

17 A   Something about doors, the doors, or doors.  You have to

18 rewind it for me to be able to tell you precisely.

19 Q   Okay.

20      MR. MAYR:  Back it up to the one-minute mark.

21     (The video was played for the Court.)

22      MR. MAYR:  Stopping at the 1:09 mark.

23 BY MR. MAYR:

24 Q   Did you hear yourself?

25 A   Yes, sir.

1   Q   What did you hear yourself say?

2   A   Sounds like I said people — "the people are going to get

3   hurt if they don't open the door."

4   Q   Is that what you believed at the time?

5   A   Yes, sir.

6        MR. MAYR:  I am going to continue on at the 1:09 mark.

7        (The video was played for the Court.)

8        MR. MAYR:  I am going to stop it there at the 1:19

9   mark.

10  BY MR. MAYR:

11  Q   This black object that we see in the frame; do you know

12  what that is?

13  A   Yes, sir.

14  Q   What is that?

15  A   The helmet I found outside.

16  Q   Are you thinking about the helmet at that point, at that

17  moment?  That moment in the Speaker's Lobby Door, are you

18  thinking about the helmet?

19  A   I don't recall, sir.

20       MR. MAYR:  I will continue playing at the 1:19 mark.

21       (The video was played for the Court.)

22       MR. MAYR:  I am going to stop there at the 1:54 mark.

23  BY MR. MAYR:

24  Q   At this particular point in the video, is anything shown

25  here?

1   A   No, sir.

2   Q   Okay.  Do you know why there is nothing, there is no video

3   images being captured at this point?

4   A   No, sir.

5   Q   Okay.  But it is still able to capture — is it still able

6   to capture the audio recordings — let me ask you this.  Do you

7   remember where your phone was at this point?

8   A   I don't want to sound sarcastic, sir, but in my hand.

9   Q   You had not put it into your pocket or put it down or

10  anything else like that, right?

11  A   I don't think so, no.

12  Q   Okay.  But in terms of specifically where it was, you don't

13  remember where it was?

14  A   No, sir.

15  Q   Is it still capturing audio of what is taking place out

16  there?

17  A   It appears to be, sir.

18  Q   All right.  Up until this point, have you heard your voice

19  saying anything?

20  A   Yes, sir.

21  Q   I am sorry.  From the last part that we — from the point

22  that you were, we stopped and — we saw the picture of the

23  helmet.  Have we heard you say anything at this point?

24  A   No, sir, not to my knowledge.

25  Q   All right.

1        MR. MAYR:  Let's continue at the 1:54 mark.

2     (The video was played for the Court.)

3        MR. MAYR:  Stopping at the 2:47 mark.

4  BY MR. MAYR:

5  Q    In that entire span from the last time we stopped to now,

6  have you heard your voice at any point?

7  A    No, sir.

8  Q    Have you — do you recall having said anything as you are

9  standing there in the Speaker's Lobby Door — the Speaker's, at

10 the Speaker's Lobby Door?

11 A    I recall having talked to Officer Lanciano and that

12 plainclothes police officer, and you know, trying to get them

13 to maybe do something about the plight of the people that, that

14 are crushed on the, where I came from.

15 Q    Now, do you know from other videos — well, let me ask you

16 this.  Do you know from your memory, do you remember giving

17 your helmet to the other individual who was in the furry hat?

18 A    Yes, sir.

19 Q    What do you remember about what took place at that very

20 moment?

21 A    I don't recall exactly from my own recollections.  I have

22 seen videos.  I remember what I felt.

23 Q    What did you feel?

24 A    I wanted to — I started to, to fear for my own safety

25 because I thought I might be crushed by the, in the same way.

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 586

1   I was — I contemplated maybe going down those stairs, and I

2   was afraid that I would find myself at the bottom of a thousand

3   people and suffocate or, or be some other way injured.

4        So I, I noticed the police officers preparing to leave, and

5   I thought that that might be a possibility that when they leave

6   I can go with them.  Because they might — if there is a door

7   or something at the bottom of the stairs, you know, I didn't

8   want to be crushed down there and trapped.  But I might be able

9   to leave with them.

10  Q    And so what did you do with the helmet?

11  A    From the video, I gave it to another individual —

12  Q    Okay.

13  A    — with the furry hat or whatever.

14  Q    And again, let me ask it this way.  Why not take the helmet

15  with you?

16  A    You know, maybe the police officers wouldn't let me go with

17  them if I had it.

18  Q    Is that what you were thinking at that time?

19  A    That was one thought.

20  Q    Do you remember when you — do you remember whether the

21  other individual, whether, what he did when you gave him the

22  helmet immediately after you gave it to him?

23  A    Not from my, my own memory, sir, but from watching videos

24  —

25  Q    Okay.

1  A   -- specifically, in the court.

2  Q   So —

3  A   I see him take his own hat off and prepare to put the

4  helmet on.

5  Q   Did you — again, going back to that moment, Mr. Grider,

6  and thinking to the best of your recollection, did you ever

7  think that he was going to take that helmet and use it to

8  destroy or to damage the cap, the Speaker's Lobby Doors?

9  A   I don't remember thinking that.

10  Q   Is it possible that you thought that?

11  A   I don't remember, sir.

12  Q   If you knew that he was going to do that, would you have

13  given him the helmet?

14  A   No, sir.

15  Q   Why not?

16  A   I didn't want to break anything.

17  Q   What did you want to do at that point?

18  A   At that point I, I guess, some selfish, self-preservation

19  had kicked in.  I just — I was, I wanted to leave.

20  Q   Okay.

21  A   I thought the police officers might be my best route.

22  Q   Okay.  So now, let's look at, turning over to Government's

23  exhibits, we are going to look at Government Exhibit 41.

24      (The video was played for the Court.)

25          MR. MAYR:  Strike that.  I am going to publish

1   Defendant's Exhibit 273, which was admitted previously.

2        (The video was played for the Court.)

3            MR. MAYR:  Stopping here at the 26-second mark.

4   BY MR. MAYR:

5   Q   Mr. Grider, do you recognize yourself in this video?

6   A   Yes, sir.

7   Q   Where are you at in this video?

8   A   I am the far right of the frame, sir.

9   Q   In the yellow flag and the red hat?

10  A   Yes, sir.

11  Q   What did we just see you doing at that point?

12  A   Looks like back to the, to the edge of the stairs, and that

13  plainclothes police officer put his arm around me.

14  Q   I am sorry, the plainclothes officer is what?

15  A   Looks like, back — maybe a step to the stairs, looks like

16  that plainclothes police officer put his arm around me.

17  Q   I am missing that last part, Mr. Grider.

18  A   It looked like the plainclothes police officer put his arm

19  around me.

20  Q   Okay.

21           MR. MAYR:  I am going to continue at the 26-second

22  mark.

23       (The video was played for the Court.)

24           MR. MAYR:  Stopping at the 57-second mark.

25  BY MR. MAYR:

1  Q   What did you just see yourself doing there?

2  A   Can you rewind?  I was watching the plainclothes police

3  officer.  I wasn't looking — I apologize.

4       MR. MAYR:  Right here at the 54-second mark.

5       (The video was played for the Court.)

6  BY MR. MAYR:

7  Q   What did you just do at that point?

8  A   It appears that was the point that I handed the helmet off.

9  Q   Now, once you have done that —

10      MR. MAYR:  Let's continue.  Let me continue publishing

11  at the one-minute mark.

12      (The video was played for the Court.)

13      MR. MAYR:  I am going to stop here at the 1:15 mark.

14  BY MR. MAYR:

15  Q   Do you see what is depicted here?

16  A   It is, it is a group of, of SWAT team police officers.  I

17  remember this.  I think this gentleman that we see paused right

18  here at — is the, the one that wouldn't let me leave.

19  Q   Mr. Grider, I am sorry, I can't hear you.

20  A   This is the gentleman that wouldn't let me leave with him.

21      MR. MAYR:  Okay.

22      THE COURT:  Was there some communication, something

23  the Government wants to bring to my attention?

24      MS. CHO:  Oh, we just wanted to let the Court know

25  that the video isn't working on the public screen right there.

1      THE COURT:  Thank you.

2      THE CLERK:  273 was not admitted.

3      MS. CHO:  Oh, that's right.

4      MR. MAYR:  It has not.

5      THE CLERK:  Yesterday you indicated you wanted 200

6  through 265 admitted.

7      THE COURT:  I do remember that.

8      MR. MAYR:  But 273 was admitted during the

9  Government's case in chief on Tuesday, I believe.  Let me

10  check.  It was previously published.  If we can confirm that.

11      THE COURT:  They did it during the Government's case,

12  Dorothy.  I don't remember what day.  I have it listed at the

13  end of my — there was a discussion about what was going to be

14  used from it, but I have it listed as being admitted.  We can

15  go back and double-check but —

16      MR. MAYR:  It was.

17      THE COURT:  It was during the Government's.

18      MR. MAYR:  Agent Yetter.

19      THE COURT:  Yes.  It, it was not with Mr. Grider — I

20  can't remember which — it was with, it was with Yetter, yes,

21  Special Agent Yetter.  That is what my note is.  At any rate, I

22  take it you don't have an objection to it being admitted just

23  in case?

24      MS. CHO:  No.  We have no objection.

25      THE COURT:  All right.

1          MR. MAYR:  May I proceed, Your Honor?

2          THE COURT:  It is on.

3          MR. MAYR:  Okay.  Thank you.  All right.

4    BY MR. MAYR:

5    Q   So this particular officer depicted here at the 1:17, you

6    remember seeing him that day; is that right?

7    A   Yes, sir.

8          MR. MAYR:  I am going to continue publishing this

9    exhibit at the 1:17 mark.

10         (The video was played for the Court.)

11         MR. MAYR:  Now, let me stop here at the 1:31 mark.

12   BY MR. MAYR:

13   Q   You are able to see the individual with the helmet is now

14   smashing the doors; is that fair to say?

15   A   You have to replay it.  I wasn't looking there.

16   Q   Let me ask you this.  Forget about the video for a second.

17   Do you remember the individual with the furry hat, then, using

18   the helmet to smash the windows to the Speaker's Lobby Door?

19   A   Yes, sir.

20   Q   Immediately prior to that, do you remember placing your

21   hand on the door?

22   A   Yes, sir.

23   Q   Can you tell the Court what it was that you were thinking

24   when you walked up and you placed your hand on the door?

25   A   I don't recall specifically, sir.

1  Q   All right.  Were you trying to damage the doors at that
2  point?
3  A   No, sir.
4  Q   Other than putting your hand on the door, do you remember
5  kicking the door?
6  A   No, sir.
7  Q   When you, then, see these individuals kicking and punching
8  and breaking the glass, what are you thinking at that point?
9  A   I don't know exactly at that exact moment what I am
10 thinking, but I do remember wanting to leave.
11 Q   Just wanting to get out of there?
12 A   Yes, sir.
13 Q   Okay.
14       MR. MAYR:  I am going to continue publishing
15 Defendant's 273 at the 1:31 mark.
16     (The video was played for the Court.)
17       MR. MAYR:   Okay.  I have stopped the video at the
18 1:00 — let's stop the video at the 1:48 mark and go frame by
19 frame, Mr. Grider.
20 BY MR. MAYR:
21 Q   And as I do this, explain to us what you see yourself
22 doing, okay?
23     (The video was played for the Court.)
24 BY MR. MAYR:
25 Q   Is that you right there?

1   A   On the left side of the frame, sir.

2   Q   What are you doing at this point?

3   A   I believe I have just turned from being discouraged from

4   going to the, with the police officers.

5   Q   Go where?

6   A   Down the stairs.

7   Q   And so what do you do then?

8   A   I remember thinking, I never played football, but here,

9   here it goes.

10  Q   Here what goes?

11  A   I, I was going to try and, try and do my best to muscle my

12  way through this crowd.

13  Q   And continuing to go frame by frame, what are you doing?

14  A   I was pushing this guy out of the way.

15  Q   Now, we see here on the video behind you, the woman who has

16  now climbed up into the open window or the broken window frame;

17  is that correct?

18  A   Yes, sir.

19  Q   Did you know that she was climbing -- did you remember her

20  climbing up into or trying to get through that window?

21  A   After seeing the videos and -- it mixed with my

22  recollections.  It is hard for me to separate the two on some

23  things.

24  Q   Okay.

25  A   But I, I, I think she -- I just saw her looking through the

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 594

1  window.

2  Q   Okay.

3        MS. CHO:  Objection, speculation.  Objection,

4  speculation.

5        THE COURT:  I will sustain it the way he has worded

6  it.

7  BY MR. MAYR:

8  Q   Based on your recollection, do you — from that — at that

9  particular moment, do you remember seeing her try to get up and

10 into that window?

11 A   No, sir.

12 Q   All right.  I am going to continue going frame by frame.

13 You said you have tried to push someone out of the way, and I

14 am going to continue publishing.  Tell us what you are doing.

15     (The video was played for the Court.)

16 BY MR. MAYR:

17 Q   What has happened at this point, Mr. Grider?

18 A   A gun has been fired.

19 Q   What are you thinking when you hear the gunshot fired?

20 A   I, I, the exact moment or sometime after, I was just afraid

21 for my life, that I thought it was possible that someone from

22 the other side was just going to start, maybe indiscriminately

23 firing.  I didn't know.  I —

24     (The video was played for the Court.)

25

1    BY MR. MAYR:

2    Q   Where do you remember immediately going after the gunshot,

3    you heard the gunshot?

4    A   I don't know where I went right afterwards.

5    Q   What —

6    A   I don't know if I — I just don't know.

7    Q   What were you — what was your intent at that point?  What

8    were you trying to do?

9    A   Not die.

10   Q   Take us through what you did next.

11   A   I don't know at what point or specifically what my — I

12   don't know my, my thoughts were.  I don't remember.  I, I do

13   remember being back at the Speaker's Lobby at some point, door

14   area, what we are calling this space.  I, I don't remember

15   where I went specifically.  I don't remember — I don't

16   remember.

17   Q   Did you make any attempts to get out of that area, to get

18   out of that hallway that you were in?

19         MS. CHO:  Objection, speculation.  He has already

20   answered that he doesn't remember.

21         THE WITNESS:  I don't remember.

22         THE COURT:  Yeah.  If he doesn't remember, he suddenly

23   can't conjure a memory up.

24         MR. MAYR:  Sure.  No worries.

25

1   BY MR. MAYR:

2   Q   What is the next thing you remember about that moment right

3   after the shot has been fired?

4   A   I remember smelling the gun powder.

5   Q   What was the next thing that you remember?

6   A   I remember the -- I remember other people in the room

7   yelling and saying that, he said, "Who is next?  Who else wants

8   some?"

9   Q   Do you know who said that?

10  A   I don't know which -- you mean, which protester said that

11  or who they are referring to?

12  Q   Do you know who said that?

13  A   The, the protesters were referring to what -- who I have

14  now come to know is named Lt. Bird.

15  Q   What is the next thing that you remember about that moment?

16  A   I, I don't remember, sir.  I -- the next thing I remember

17  from my memory, sir?

18  Q   Yes.

19  A   Independent of videos that I have seen today or other days

20  or whatever, I remember leaning over the rail and speaking to

21  police officers.  I think I spoke to Officer Lanciano.  I felt

22  like maybe I built some type of connection with him, you know,

23  I don't know if he felt that way at all.  I don't know, it was

24  something about Officer Lanciano that I felt was -- I don't

25  know.  I just felt drawn to him.  I believe I spoke to him at

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 597

1    some point.

2            MS. CHO:  Objection, speculation.  Either he did or he

3    didn't.

4            THE COURT:  I will sustain it.

5            MR. MAYR:  Well, he is saying he — the next thing he

6    remembered.

7            THE WITNESS:  I will continue that.  I remember

8    speaking to police officers.  I remember speaking to the SWAT

9    team officer with the helmet.  I remembered I was now — had

10   reshifted gears, and I felt obligated.  I have got to let them

11   know that this is — several things, actually.  I felt

12   obligated, A, to document what happened because now I felt like

13   I witnessed a, you know, a major crime.  I also felt compelled

14   to warn the police officers, the good police officers that I

15   had been with this whole time.

16           I felt compelled to warn them that the hallways were

17   full of people.  In my — what I believed was, we were on the

18   second floor.  We can't jump out a window, you know.  So they

19   are going to have — the only door that I know to, to come out

20   of is the door I came in.  And so, in my imagination at that

21   point I saw them trying to carry this person through all the

22   crowds, all the way through the, this taking the same path that

23   I took to get her out.  I didn't know.  I did not think that

24   they knew that there was that many people, and so I wanted to

25   make sure they knew that.

BY MR. MAYR:

Q   Was there any other -- was there anything else that you remember about wanting to stay there?

A   The, the main, my main goal at that moment, when I returned, the main thing I remember is trying to plead with them, you know, take her down the stairs, or, or take -- pass her through the window to the people that shot her, you know. Take her -- you guys got here somehow, you know, without having to go through all the crowds.  Is there an exit that way?  Take her out that way.  I, I tried to help them understand that, the -- almost impossibility of, of taking her out the other direction.

Q   As you're standing there, do you remember if any of the officers tried to get you to leave that area?

A   Yes, sir.

Q   Do you remember anything else the officers told you to do at that point?

A   I remember somebody shouting, "Make a hole.  Make a path." I don't know if it was an officer or a protester.  I think a path, from my memory, you know, there was an attempt to make a pathway.  But you know, looky-loos from the hallway would just fill it as soon as there was a path try to be made.  Other -- I say looky-loos, I apologize -- other protesters.  Other protesters would fill the, fill the hole, and it just further reinforced my impression of the futility of taking her out that

1   way.  I, I wanted — I wanted to convey that to them.

2   Q   Did you ever think that you being there was interfering or

3   impeding their ability to care and take care of the woman who

4   was shot?

5   A   No, sir.  I made sure to stay back from the area for

6   several reasons.  I knew that I wanted to give them space to do

7   what they needed to do.  Other protesters had already tried to

8   help render aid immediately.  I, I don't remember if it was

9   Yetter or Lanciano, I think, told them to get back.  And so I,

10  I wasn't going to go over there and try to help the, the — can

11  you, can you repeat your question.  I am sorry.

12  Q   I am asking you what you remember about wanting to stay

13  there, wanting to stay there and whether or not you thought

14  your actions were impeding or interfering with the officers?

15  You said no, you said, because of —

16  A   No, right.  I, I felt that my, my presence was vital to

17  helping them accomplish what they were trying to do to get her

18  out.

19  Q   In what way?

20  A   I don't — I did not believe because of their, this, the,

21  it seemed to be, like, they were trying — they were planning

22  the best to make the hole to take her out that way.  I, I just,

23  I knew — I don't know, specifically, how I knew.  I just knew

24  they were planning to take her out that way and that it was not

25  going to work, and I felt that it was — me being there and

1    trying to, to get that across to them was essential to helping

2    her get aid as fast as possible, helping them help get her aid

3    as fast as possible.

4        I do remember one police officer, the, the same one that we

5    saw coming up the stairs, and I said, the one that wouldn't let

6    me leave with them earlier.  He specifically said to me or the

7    crowd, maybe —

8            MS. CHO:  Objection, hearsay.

9            MR. MAYR:  Not offered for the truth of the matter

10   asserted, Your Honor.

11           THE COURT:  So what is it offered for?  He is

12   basically saying, you know, if — as I understand it, you want

13   me to consider what the officer said, right?

14           MR. MAYR:  Correct.

15           THE COURT:  That, then —

16           MR. MAYR:  It was a command, it was a directive, and

17   he was not stating — he wasn't representing a fact that we are

18   trying to offer for the truth of the matter.  It is being

19   offered to show why Mr. Grider remained where he did.

20           THE COURT:  Counsel?  We can always listen to it, and

21   then it can be stricken.

22           MS. CHO:  Yes.

23           THE COURT:  So why don't we do that.

24           MR. MAYR:  Okay.

25

1   BY MR. MAYR:

2   Q   What do you remember at that point, about this officer,

3   what they told you?

4   A   This officer told me that they are not going to move her

5   until everyone is, every single protester is out of the

6   building.

7   Q   Okay.  And so at that point did you make — what did you do

8   after that?

9   A   I continued to plead with them.

10  Q   Okay.  Why did you continue to plead with them?

11  A   I, I, I, at this point, I, I was worried that — that,

12  that, that he was going to do what he said.

13  Q   Now, were you — did you continue?

14          THE COURT:  I am sorry, I missed the last part.  What

15  did you say at the end?

16          THE WITNESS:  I was worried he was going to do exactly

17  what he said, let her lay there until every single person was

18  out of that building.

19  BY MR. MAYR:

20  Q   Why was that such a concern to you, Mr. Grider?

21  A   I, I thought she was going to die.

22  Q   Do you remember taking photographs or filming what was,

23  what continued to take place there?

24  A   I believe after they — I don't know at what point they

25  came to a conclusion that, hey, we can't take her out that way

1    and they decided to take her down the —

2              MS. CHO:  Objection, hearsay.

3              MR. MAYR:  Let me reask the question if I may, Your

4    Honor.  I will strike the question.

5              THE COURT:  We are getting into a lot of hearsay here.

6              MR. MAYR:  I know.  I am trying to —

7    BY MR. MAYR:

8    Q   Chris, is this difficult to recount what is happening here?

9    A   Yes, sir.

10   Q   Why?

11   A   I mean, it was the worst thing I ever, you know, ever — I

12   ever witnessed, you know.  It is the worst day in my life.  You

13   know, I — you know, I almost felt like, you know, betrayed.

14   Q   Were you angry after you saw what had occurred?

15   A   I don't think the anger came right away.  I think it came

16   later.

17   Q   So it did come at some point, correct?

18   A   Yes, sir.

19             MR. MAYR:  Let's go to Exhibit 245.

20        (The video was played for the Court.)

21             MR. MAYR:  Now going to Exhibit 246.

22   BY MR. MAYR:

23   Q   What is this?

24   A   That is the stairs outside the Speaker's Lobby Door.  It is

25   a photograph of the stairs outside.

1   Q   What do you remember about when you took this photograph?

2   A   Can you repeat the question.

3   Q   What do you remember about this particular photograph?

4   A   I don't know.  I don't remember.

5   Q   Let's go to 247.  Is this the next image that you remember

6   taking?

7   A   No, sir.

8   Q   Okay.  There were other photographs that you took; is that

9   correct?

10  A   Yes, sir.

11  Q   Were you able to recover those other photographs off of

12  your computer?

13  A   I, I don't know, sir.  I, I don't — I don't know.

14  Q   Okay.

15  A   I mean, you —

16  Q   Do you remember?

17  A   I don't want to sound disrespectful to you, sir.  I feel

18  like that is my, my line, you know, I am trying to — where is

19  my photo at, sir?

20          MS. CHO:  Objection.  Objection.  I really don't know

21  what is happening, the conversation between counsel and —

22          THE COURT:  You need to, yeah.  You can't have a

23  conversation with him.  This is questions and answers.  He has

24  asked you if there is other videos or photographs or whatever,

25  and then, or not appearing here.  You have indicated you do or

1    do not know or you don't remember?

2           THE WITNESS:  Can you repeat the question, sir.

3           MR. MAYR:  Sure.  Let me do it this way.

4    BY MR. MAYR:

5    Q    Do you remember taking other photographs?

6    A    Yes, sir.

7    Q    All right.  I am going to back out to Government's

8    exhibits.

9           THE WITNESS:  I apologize, Your Honor, if I did

10   something.

11          THE COURT:  It is all right.  You just need to

12   clarify.  Other photographs when?

13          MR. MAYR:  If I may, Your Honor.

14          THE COURT:  No.  He, he answered it.  So I want him to

15   tell me when he says there were other photographs taken, when

16   in the sequence that we just talked about were there other

17   photographs taken?

18          THE WITNESS:  Your Honor, there was other photographs

19   between the photograph, around the time of the photograph — we

20   were — before this photograph, there were, I think, maybe two

21   other photographs I can think of, specifically, that were taken

22   back at the stairwell for the Speaker's Lobby.

23   BY MR. MAYR:

24   Q    Okay.  So let's back up for a second.  Just say — walk

25   with me here for a second, Mr. Grider.

1   A   It is not that I remember —

2   Q   Hold on.

3   A   I have seen them.

4   Q   Mr. Grider, just listen to my question.  I am going to help

5   you get here, okay?  Exhibit 246, what is the title of this —

6   what is the title or the filename for this image?

7   A   IMG_1885.JPG.

8   Q   I am going to step away from the Defendant's exhibits, and

9   I am going to go back to the Government's Exhibits.  I am

10  showing you what was previously admitted as Government's

11  Exhibit 78.

12  A   Okay, okay.

13  Q   Do you recognize this?

14  A   Yes, sir.

15  Q   What is it?

16  A   It is a photo that I took.

17  Q   And the filename for this is IMG_what?

18  A   1886.

19  Q   Was this the next photograph that you took?

20  A   Yes, sir.

21  Q   All right.  Now, I am going to show you Government's

22  Exhibit 79, which was previously admitted.  What is the title

23  of this file — hold on one second, Mr. Grider.

24          THE COURT:  You know, the filenames are metadata.

25  Aren't we having issues with that?  It seems to me that that is

1  not the way to try and show whatever his photographs, if they

2  were or were not taken.  Frankly, I am a little confused as to

3  whether these are his photographs, Government photographs from

4  their sources or what.  So he has said there are other

5  photographs —

6           MR. MAYR:  Right.

7           THE COURT:  — between the one you did show that was

8  his where the officers are on the stairway.  The next we see is

9  somebody with a helmet, presumably going out.  Now, he has said

10 that there were some in between ones.

11          MR. MAYR:  Right.

12          THE COURT:  I don't think you can fill it in by doing

13 metadata.

14          MR. MAYR:  I will — this is the Government's exhibit.

15          THE COURT:  But you are comparing it with — you are

16 taking the Government's exhibit, if I understood you, and you

17 are taking it with his to try and show a comparison.  I have

18 not allowed you to use his in terms of the metadata.  So it is

19 not going to work.

20          MR. MAYR:  I apologize.  This was just a filename, and

21 in my mind I was thinking there was a distinction between the

22 two.  I understand that you are treating them as the same, and

23 so I will not —

24          THE COURT:  Yes.

25          MR. MAYR:  — make any further reference to it.  Fair

1  enough.  Okay.

2        So then, let me just ask it this way, Mr. Grider.

3  BY MR. MAYR:

4  Q   What has been previously admitted as Government's No. 78

5  was this —

6        MR. MAYR:  I don't want there to be any confusion

7  about this.  Let me back up.  All right.

8  BY MR. MAYR:

9  Q   I am back on Defendant's 246.  You remember taking this

10 photograph?

11 A   Not specifically, sir, but I believe it is my photograph.

12 Q   Okay.  Now, I am going to show you what has been previously

13 admitted as Government's 78.  Do you remember when that, when

14 this — first of all, this photograph, do you remember it being

15 taken by you?

16 A   Not specifically, but I do believe it is my photograph that

17 I took.

18 Q   Do you remember when you took this photograph?

19 A   Well, sir, I don't remember specifically taking this

20 photograph, but it would be the exact — immediately following

21 or some moments following the gunshot.

22        MS. CHO:  Objection.  If he doesn't specifically

23 remember, then, I don't understand.

24        THE COURT:  I, you know —

25        MR. MAYR:  That is fine.

1          THE COURT:  — in terms of we know the three officers

2    that were in front of the door at some point left, but in terms

3    of the timing of this, when they came and left, I — it is

4    getting a murky record for what I am not sure is a major point.

5          MR. MAYR:  Sure.

6    BY MR. MAYR:

7    Q    Do you recognize Government's Exhibit 79, Mr. Grider?

8    A    Yes, sir.

9    Q    What is it?

10   A    It is a photograph.

11   Q    Of what?

12   A    Of blood on the ground.

13   Q    All right.  Do you remember taking this photograph?

14   A    Yes, sir.

15   Q    All right.  Let's look at Government's Exhibit 80.  Do you

16   recognize this exhibit?

17   A    Yes, sir.

18   Q    What is it?

19   A    It is them carrying her down the stairs, sir.

20   Q    Is it a picture of her?

21   A    Sorry.  It is a photograph.

22   Q    Do you remember taking this photograph?

23   A    Yes, sir.

24   Q    I am going to show you — and that is — okay.  Now, I am

25   going to go back to Defendant's Exhibit 247.  What is depicted

1    here?

2    A    This is a, a police officer from the city of Washington,

3    DC.  I was following this police officer out.  She, she

4    detained me for a moment, and, well, I say detained.  She told

5    me to — I, I, I felt like I, I was being detained at the

6    moment by her.  I also tried, I think, if I am not mistaken —

7    I, I know the other — Washington, city of Washington, DC

8    police officers — I tried to tell them what I had saw.  I was,

9    like, trying to report the crime.

10           MR. MAYR:  Let me go to — let me go to Defendant's

11   248.

12       (The video was played for the Court.)

13   BY MR. MAYR:

14   Q    What is this exhibit?

15   A    It is a video, sir.

16   Q    And do you remember taking this video?

17   A    Yes, sir.

18   Q    Okay.

19           MR. MAYR:  And let's watch this video.  Publishing 248

20   from the beginning.

21       (The video was played for the Court.)

22           MR. MAYR:  I will stop at the 53-second mark.

23   BY MR. MAYR:

24   Q    Did you hear yourself, Mr. Grider?

25   A    Yes, sir.

1   Q   What did you say?

2   A   I said a number of things.  I believe I was telling the

3   officers to report the crime.  The one female officer I

4   referenced earlier pointed kind of off to the side, like, by a

5   corner or something like that and told me, "I want you to stand

6   right here."  So I stood right there, and then, another

7   Washington, DC police officer, it was a man, told me to leave,

8   you know, was telling me to leave with the crowd.

9       And I told — I, I was trying to explain to him.  I felt

10   like I was in a predicament because I didn't want to disobey

11   her, but I also didn't want to disobey him.  I believe I was

12   telling him that.

13           MR. MAYR:  I am going to continue playing at the

14   53-second mark.

15       (The video was played for the Court.)

16   BY MR. MAYR:

17   Q   What happens at the end of that video, Mr. Grider?

18   A   I exit the building.

19   Q   I am going to go to Exhibit 249.  What is this?

20   A   A photograph.

21   Q   What does it show?

22   A   Excuse me?

23   Q   What does it show?

24   A   It shows a crowd of people around a door.

25       (The video was played for the Court.)

1    BY MR. MAYR:

2    Q    Exhibit 250, what was that?

3    A    A video.

4    Q    How long was it?

5    A    One second.

6    Q    Does it show anything of any significance?

7    A    No, sir.

8    Q    Exhibit 251, what is this?

9    A    A photograph.

10   Q    Do you remember taking this photograph?

11   A    No, sir.

12   Q    Exhibit 252.

13        (The video was played for the Court.)

14   BY MR. MAYR:

15   Q    What is this?

16   A    A video.

17   Q    Do you remember taking this?

18   A    Yes, sir.

19   Q    And what do you remember about this video?

20   A    I don't.  I remember taking the video, but I don't remember

21   anything, specifically.

22   Q    253, Exhibit 253.  What is this?

23   A    A photograph.

24   Q    And what is it a photograph of?

25   A    The Capitol.

1    Q    Which side of the Capitol?

2    A    I now know it to be the east side of the Capitol.

3    Q    Did you realize that you were on the east side of the

4    Capitol at this point — on that date, at this moment that you

5    took the photograph, did you, did you recognize or realize that

6    you were on the east side of the Capitol?

7    A    No, sir.

8    Q    All right.  254, what is this?

9    A    A photograph.

10   Q    Of what?

11   A    The Capitol in the background, myself in the foreground.

12   Q    Did you take this photograph?

13   A    Yes, sir.

14   Q    255, what is this?

15   A    Photograph.

16   Q    256?

17   A    A photograph.

18   Q    Same thing?

19   A    Yes, sir.

20   Q    257, what is this?

21   A    A photograph.

22   Q    Now, is this — these previous exhibits that we have looked

23   at, 254, 255, 256, you testified that you have come to know

24   that as the east side of the Capitol.  Are we looking at the

25   east side of the Capitol here in Exhibit 257?

1   A    No, sir.

2   Q    Where are you at when you take this photograph?

3   A    I am in the lawn outside the — what I now know to be the

4   west side of the Capitol.

5   Q    Do you — how did you get from the east side of the Capitol

6   back over here to the west side?

7   A    I walked around the north side of the Capitol — well, let

8   me rephrase it.  Originally, I walked just straight out

9   directly east — I went down, I went down some stairs, then, I

10  went directly straight east.  And then, kind of circled around

11  the crowds and people that are out there, kind of around the

12  edges of the area, around the north, north side and out into

13  the grass.

14  Q    What do you remember about taking this picture?

15  A    Nothing.

16  Q    Okay.  What, what is depicted here, or what do you see here

17  at this point?

18  A    I see large crowds.  I see people sitting in what looks

19  like some type of, like, stadium seats or bleachers or

20  something like that.

21  Q    Was there anything else that you remembered about this

22  photograph?

23  A    No.

24  Q    Okay.  Let's go to 258.  What is this?

25  A    A photograph.

1  Q   Same thing that we looked at in 257?  Same general area, in
2  other words?
3  A   Yes, sir.
4  Q   Okay.  I am going to talk to you about the exhibits that
5  have been previously admitted.  Let me unplug this.  The
6  exhibits that have been admitted previously as 259 through 265,
7  from that last scene of you back on the west side of the
8  Capitol, what was the next thing that you remember happening at
9  that point?
10 A   I looked for, looked for a friend of mine.
11 Q   Would that be -- which friend?  Which friend were you
12 looking for?
13 A   Jesse Bowen.
14 Q   This was the person that you had come to the Capitol with
15 earlier?
16 A   Yes, sir.
17 Q   Have you had any contact or communication with him at any
18 of this period of time from when you initially separate and
19 then, you go into the Capitol and you come out?  Have you had
20 any text message, telephone calls, any sort of communication
21 with one another?
22 A   Not that I know of, sir.
23 Q   All right.  So you start going to look for your friend
24 Jesse.  What is the next thing you remember happening?
25 A   I, I don't -- I found him, and there, there was a news crew

1   there.  And I told the news crew what, what had happened.

2   Q   What specifically — when you say "what had happened," what

3   did you mean by that?

4   A   I told them that, that someone had been shot inside.

5   Q   What was the next thing that you remember happening after

6   that?

7   A   Walking away from the Capitol.

8   Q   At some point do you think about reaching out to anyone

9   about anyone else that is not there with you?

10  A   Yes, sir.

11  Q   Who?

12  A   I reach out to Rissa Shaw.  She is a friend of mine but

13  also a reporter for a local news station in Waco, Texas.

14  Q   Do you remember when it was that you first reached out to

15  her?

16  A   I believe it was after I had come down the steps on the

17  east side and walked further — I don't know, a football field,

18  two football fields east from the east steps.  I was — that is

19  when.

20  Q   Did you text her, call her?  How did you communicate with

21  her?

22  A   I don't specifically remember at what point I did what on

23  communicating with her.  I believe — I remember doing, I

24  think, a mixture.  Cell phone service was very light, and so I,

25  I couldn't tell you what I did first or what.  I think I

1   used — communicated a mixture of text message, phone call,

2   and, and Facebook.

3   Q   Why were you reaching out to her immediately after you left

4   the Capitol?

5   A   I was worried that — I had witnessed a major — I feel

6   like I am in a George Floyd-type incident, and I was, I didn't

7   know what was going to happen.  I didn't know if there was a

8   coverup other than, I think, you know, some of the Washington,

9   I think it might — that Washington, Washington, DC police

10  officer.  I, there just didn't seem to be an interest in

11  collecting statements or evidence, and I didn't, I didn't know

12  specifically why.

13      I thought maybe it was because of the chaos, but I was also

14  worried there was maybe some type of coverup.  Also, I began to

15  fear for my own safety that something might happen to me and

16  because I, I witnessed what I witnessed.

17  Q   And so you reached out to her?

18  A   I was also worried that you could drop a phone at any time.

19  You never know.  I, you know, I still was, this time, was still

20  also worried about, you know, I haven't left yet, but I was

21  worried about running into some Antifa protesters, being beaten

22  and robbed by them.  They might take my phone from me.

23      I thought if I would call her, and the sooner I could get

24  something, get some of this evidence into someone else's hands,

25  it would be safer and I would be safer.  I felt like if, if —

1    you know, someone knew that, that I had already — I had

2    already reported it, there would be no, no — I don't know what

3    you say, motive, you know, to do something — I don't know

4    what, something to me.

5    Q    Did — why did you fear for your safety at that point?

6    A    From, from — because there seemed to be — I was worried

7    maybe there was an active coverup of it and being a witness.

8    If there is — willing to cover, cover this up, the behavior

9    was not — to me, it was not what should have been done by law

10   enforcement in a situation like that.  If there is a homicide,

11   you get everybody, and no one leaves that spot if you can.

12       And the, the fact that they were — that they didn't seem

13   to be interested made me be concerned, and I was also, yes, I

14   think the question was, why was I afraid for my safety?  So in

15   addition to that angle, I was also still — I was still afraid

16   of being beaten by counterprotesters on the side streets as I

17   left.

18   Q    Okay.  Did you think at that point that you had done

19   anything wrong or that you had broken the law?

20   A    At that point I wasn't really dwelling on that.  I don't

21   really know.  I mean, what — the entire — the full space of

22   time, you know?  I, I don't remember exactly what I was

23   dwelling upon.

24   Q    Okay.

25   A    I do know that, for example, on the way out the door?  I

1    thought to myself, you know, I mean, she is not listening.  She
2    wants me — she is detaining me because she wants to hear my
3    story, or I am being detained for trespassing.
4    Q   Okay.
5    A   I, I was — sorry, a little concerned about after I was
6    pushed out the door that she would think that I was fleeing or
7    leaving or dis-, disregarding her order.
8    Q   Okay.  Let's talk about the dialogue.
9              THE COURT:  Excuse me.  Go ahead.
10             MS. CHO:  Your Honor, could we just clarify who we are
11   talking about?
12             THE COURT:  That would be helpful.  Who is the "she"
13   you are discussing?
14             THE WITNESS:  There is a metro — DC police
15   department, police officer.  She told me, "You stand right
16   here," right inside the Capitol door as I was leaving.
17   BY MR. MAYR:
18   Q   Where was that, that that occurred?
19   A   East door, east steps right as we were leaving.  I, I
20   don't — I don't know the name of it.
21   Q   Did we see a video?
22   A   Yes, sir.  She is in the video, sir.
23   Q   All right.  Let's move past it, and let's talk about your
24   communications with Miss Shaw.  She — does she ask to
25   interview you?

1  A   Yes, sir.

2  Q   Okay.  And how was that interview conducted?

3  A   From my —

4  Q   How was that interview conducted?

5  A   To my best — just my memory, sitting here, we might have

6  talked on the phone; and then, she sent me some questions via,

7  like, text message or something.

8  Q   Okay.

9  A   And she says — she wanted me to make a recording on my

10 phone, a video recording, answering each message, each question

11 in the message.

12 Q   And are those videos responding to each one of those

13 questions, are those the Exhibits 259 through 265 that have

14 been previously admitted and we have also seen from the

15 Government as well?  Do I kneed need to show you the exhibits

16 to refresh your memory?

17 A   What I am seeing — no.  From my memory, those — that is

18 exactly what those videos are —

19 Q   Okay.

20 A   — of, of me in the hallway.

21 Q   Okay.  And those are admitted, and I am not going to ask

22 you any questions about those.

23     After you send those, there is some dialogue that takes

24 place between you and your wife, and take us through what

25 you're thinking and what you're communicating, about what you

1   are communicating with her.

2   A   I don't specifically remember the dialogue.  I don't — I

3   remember at some point seeing some text messages between us.  I

4   can't remember if it was here in court yesterday or if it was

5   something you showed me previously.

6   Q   Let me ask you this.  Do you remember — you have seen the

7   text messages, and we have talked about your communications

8   with Miss Shaw.  Do you remember talking with anyone else about

9   your experience or what you observed at the Capitol?  You

10   remember talking with them that night?

11   A   I mean, as I left the Capitol I, I, I told everybody that I

12   could see.

13   Q   Okay.  Was there anyone that you were familiar with and

14   that you had a relationship that you had talked to about what

15   you had experienced inside the Capitol?

16   A   I do believe I talked to my wife.

17   Q   Okay.

18   A   I talked to Jesse Bowen.

19   Q   Okay.

20   A   I talked to Rissa Shaw.  I might have, might have talked to

21   my mother.  I, I can't say, though, for sure.  I think I am

22   already thinking of that because of what I saw depicted either

23   by you or here in court yesterday.

24   Q   Okay.  Where did you stay that night?

25   A   I stayed in an Airbnb.

1  Q   Was it one that you obtained yourself, or did you stay with
2  other people?
3  A   No, sir.  It was other people.
4  Q   Do you know who those other people were that you stayed
5  with?
6  A   No, sir.
7  Q   How did you come to find yourself to staying at an Airbnb
8  with people that you didn't know?
9  A   My friend Jesse is very charismatic and very friendly, and
10 he had struck up a conversation with some people.  And we
11 hadn't decided on a hotel we were going to stay, and Jesse
12 talking with these people, he got them to allow him to stay at
13 their Airbnb.
14 Q   Okay.  You go to bed that night.  You wake up the next
15 morning, and what is the first thought that comes to your mind
16 January 7?
17 A   You know, I think the airline might have called and offered
18 to see — you know, can you change your — some automated
19 thing.  I was like, yeah, you know, what?  I want to change my
20 flight.
21 Q   To move it up?
22 A   To move it up.
23 Q   Did you do that?
24 A   Yes, sir.
25 Q   And so what did you do next?

1  A   Called an Uber, sir.

2  Q   And did you -- did both you and Jesse leave to get on this

3  flight?

4  A   Yes, sir.

5  Q   And once you are on the flight, what do you -- take us

6  through or tell the Court what you're thinking as you are

7  flying out of Washington, DC.

8  A   Well, in the Uber, I heard that -- the gentleman had the

9  radio on, and I heard --

10  Q   Don't -- without referring -- hold on a second.

11  A   This is part of my thought.

12  Q   I understand that, but I don't want you to say what you

13  heard someone else said.  What can you remember thinking, just,

14  don't -- just tell us what you thought, and if I need to ask

15  you why you thought that, then, I will ask that.

16  A   Okay.  Sorry.

17  Q   What do you remember thinking as you were getting ready to

18  depart in leaving Washington, DC?

19  A   I need to get these -- the copies of this, I need to hand

20  it over to the authorities.

21  Q   All right.  Why did you think that?

22  A   Because I heard a radio report where it said that FBI was

23  asking for anyone that has photos, videos of that date, please

24  turn it over.

25  Q   Okay.  Were you worried about reaching out to them, knowing

1   that you had gone into the Capitol unlawfully?

2   A    Yes, sir.

3   Q    Okay.  Did that — what impact did that have on your

4   decision to want to reach out to them?

5   A    Of course, you — I felt a little bit nervous about it, but

6   I felt I needed to do it anyway, a duty to.

7   Q    All right.  So what steps did you — take us through the

8   steps you go to to try to reach out to the FBI or the

9   Government.  What do you do?

10  A    I normally don't do this, but I bought the in-air Wi-Fi and

11  started sending e-mails to different law firms.

12  Q    Okay.  Are these lawyers that you knew or how did that, how

13  —

14  A    No, sir.  I believe I searched, just Google searched for

15  attorneys in — different ways in Texas, I think Dallas.  I

16  think I might have narrowed, maybe searched for conservative

17  attorneys or —

18  Q    Christian attorneys?

19  A    Okay, yes, sir.

20  Q    All right.

21       Did you actually make contact with one of the attorneys

22  that you reached out to?

23  A    Yes, sir.

24  Q    And who was that?

25  A    Nick Oberheiden.

CHRISTOPHER RAY GRIDER - DIRECT/MAYR   Vol. 4 - 624

1  Q   Oberheiden?

2  A   I believe that is the, the proper pronunciation, sir.

3  Q   When you reached out to him, what happens next after you

4  connect with him?

5  A   He told me he was —

6          MS. CHO:  Objection.  Hearsay.  Relevance.

7          THE COURT:  Yeah.  You are not going to be able to get

8  into a conversation with your attorney.

9          MR. MAYR:  Thank you, Your Honor.

10  BY MR. MAYR:

11  Q   Tell us what takes place, not what is said, but what takes

12  place after you made contact with Mr. Oberheiden.

13  A   I go home.  I, I made sure to preserve my photos and videos

14  on my phone, and you know, make sure nothing happens.

15  Q   Okay.

16  A   Jesse and I had scheduled a, a plane trip later on.  Is

17  there a narrow — I, I can keep telling you the rest of my

18  life.  I don't know what —

19  Q   Let's just focus on your dealings with Mr. Oberheiden

20  without going into what he told you, okay?  So in talking with

21  him, you went home, you preserved everything.  Was there

22  anything else that you did at that point?

23  A   Well, the local Democrat party published my, my address and

24  encouraged people to go to my house.

25  Q   And what — what impact did that have on you?

1  A   I, I was worried that there would be some people come to my

2  house and do something to me or my family.

3  Q   Okay.  I want to talk about the — you said that you had

4  preserved the evidence after, after talking with

5  Mr. Oberheiden.  What specifically did you do to preserve the

6  evidence that you had?

7  A   I just made sure to keep my phone with me, make sure it

8  didn't get damaged, or you know, made sure I didn't do anything

9  to the files.  I, I don't know what, everything, just keep my

10 phone safe.

11 Q   What about the clothes and the hat and the jacket and the

12 backpack that you had that day?  What did do you with those

13 items?

14 A   I wasn't focused on that.  I was focused on these photos

15 and videos that I had on my phone —

16 Q   Okay.

17 A   — as evidence.

18 Q   Now, we heard some testimony about —

19 A   Can, can I say that Mr. Oberheiden didn't tell me, or is

20 that hearsay?

21      MR. MAYR:  Yeah, that is hearsay, so let's not go

22 there.

23 BY MR. MAYR:

24 Q   Let's talk about the flag and the hat, the flag that you

25 were wearing, the Make America Great hat that you had.  We

1  heard about how this hat made its way over to your next-door
2  neighbor in court; you remember hearing that?
3  A   Yes, sir.
4  Q   What can you tell the Court about the circumstances under
5  which the hat and the flag made its way over to your friend and
6  your next-door neighbor Mr. McLean?
7  A   I don't know that I can do that without getting into
8  hearsay.
9  Q   You can say what you told him, you just can't say anything
10 that he said.
11          MS. CHO:  Objection, Your Honor.  That would still be
12 hearsay.
13          THE COURT:  Probably would be.
14          THE WITNESS:  Can you — I have forgotten the
15 question, as well, by now.
16 BY MR. MAYR:
17 Q   If you can explain to us how the hat and the flag gets over
18 to Mr. —
19          MR. MAYR:  Actually, Your Honor, this is being offered
20 to impeach.  It is being offered to impeach.  So it is excluded
21 from — it is not considered hearsay.  It is being offered to
22 exclude what was previously presented to the Court.
23          MS. CHO:  I am unaware of that provision in the
24 Federal Rules of Evidence regarding hearsay.  What citation
25 would we be talking about?

1          MR. MAYR:  It is not —

2          THE COURT:  You want to bring, according to you,

3    different testimony than what was, than what was said?

4          MR. MAYR:  That is correct.

5          THE COURT:  It is not a direct impeachment anyway

6    because we did not have the neighbors testify.

7          MR. MAYR:  Right.

8          THE COURT:  What we had was somebody who discussed

9    with the neighbor.  So his impeachment isn't going to work.

10          MR. MAYR:  It is —

11          THE COURT:  He is — at least not a direct

12    impeachment.

13          MR. MAYR:  Okay.

14          THE COURT:  Let me — let's make a suggestion this

15    way.  I have a feeling the court reporter is getting tired.  We

16    are at the point for an afternoon break.  Let's take a break.

17    You think about how his —

18          MR. MAYR:  Okay.

19          THE COURT:  — how it is considered, as will I.

20          MR. MAYR:  Thank you, Your Honor.

21          THE COURT:  According to my watch, it is 25 of.  So

22    ten of 4:00, okay?

23          MR. MAYR:  Wonderful.

24          THE COURT:  We will come back at that point.  Parties

25    are excused.

1          (Brief recess, 3:36 p.m. - 3:54 p.m.)

2                          AFTER RECESS

3          THE COURT:  It is hearsay.  I could not think of any

4    way that you could get it in.  It is out.

5          MR. MAYR:  I think I will try to get to the point with

6    just a few simple questions that don't call for my hearsay,

7    Your Honor.  If I may proceed?

8          THE COURT:  Go ahead.

9          MR. MAYR:  Thank you.

10   BY MR. MAYR:

11   Q    Mr. Grider, when you went — do you remember learning that

12   an arrest warrant had been issued for you on the 21st of

13   January?

14   A    Yes, sir.

15   Q    When you learned about that, what do you remember doing

16   before you left to Austin?

17   A    I, I downloaded my copies of my photos to my computer.

18   Q    After that, did you, then, drive yourself down to Austin?

19   A    Yes, sir.

20   Q    What did you take with you?

21   A    I took my cell phone.

22   Q    And I believe you testified to this earlier, but why did

23   you take your cell phone with you?

24   A    Because I wanted to give them my photos and my videos,

25   along with a proffer letter.

1  Q   Now, I had asked about the other, the clothing that you

2  were wearing, the flag, the hat, the backpack.  Did you take

3  that with you to Austin?

4  A   No, sir.

5  Q   And you did not take that to Austin because?

6  A   I, I didn't think it was necessary.

7  Q   Had anyone asked you to take those items with you to Austin

8  when you went to turn yourself in?

9          MS. CHO:  Objection, hearsay.

10         THE COURT:  Sustained.

11         MR. MAYR:  Okay.

12  BY MR. MAYR:

13  Q   If someone would have asked you to take those items, would

14  you have taken —

15         THE COURT:  That, that is also a supposition.  You

16  can't ask it that way.

17         MR. MAYR:  All right.  Fair enough.

18  BY MR. MAYR:

19  Q   When you left for Austin, were the flag, the hat, the

20  backpack, where were all of those items?

21  A   At my home.

22  Q   And when you left the home, had you done anything with them

23  to preserve them or do anything to hide them?

24  A   No, sir.

25  Q   All right.  In reflecting back on your actions on

1  January 6, Mr. Grider, what efforts have you made to help

2  remember everything that happened and took place that day over

3  these past, almost two years?

4  A   When I very first returned home, I watched some of the

5  videos, looked at some of the photos on my phone, but until we

6  started preparing for this trial, I have done very little.

7  Q   Has it been easy or hard for you to remember, specifically,

8  what you were doing that day?

9  A   Some things, very easy, I will never forget.  Other things,

10 very, very difficult.  If you mean by difficult — I mean, I

11 guess clarification?  Are you talking about emotionally easy or

12 easy to recall?

13 Q   Easy to recall.

14 A   Some things I will never forget.  It would be very easy.

15 Some things, difficult, and some things just gone.

16 Q   I want to talk to you about the things that are easy for

17 you to remember.  When you came here to Washington, DC, did you

18 come here with the intent to --

19             THE COURT:  Came when?

20             MR. MAYR:  Pardon?

21             THE COURT:  When?  When?  What trip are we talking

22 about?

23 BY MR. MAYR:

24 Q   When you came here to Washington, DC, when you flew in the

25 morning of January 6th, did you come here knowing that you were

1    going to go to the United States Capitol?

2    A    No, sir.

3    Q    Did you come here knowing that you were going to — did you

4    come here with the intent to do anything to obstruct or

5    interfere with the certification proceedings of the Electoral

6    College vote?

7    A    No, sir.

8    Q    Did you come here intending to interfere with or impede

9    police officers in their duties?

10   A    No, sir.

11   Q    Did you come here intending to do any damage to any

12   property anywhere here in the Washington, DC area?

13   A    No, sir.

14   Q    Having thought and reflected on all of your actions in and

15   about the Capitol, do you believe that you entered the Capitol

16   without lawful permission?

17   A    Yes, sir.

18   Q    Do you believe that you unlawfully paraded and protested

19   throughout the Capitol?

20   A    Yes, sir.

21          MR. MAYR:  That is all that I have, Your Honor.  I

22   will pass the witness.

23          THE COURT:  All right.  Cross?

24

25

1                        **CROSS-EXAMINATION**

2    BY MS. CHO:

3    Q    Good afternoon, Mr. Grider.

4    A    Good afternoon, ma'am.

5    Q    You told us a lot about your background over the past two

6    days; is that right?

7    A    Yes, ma'am.

8    Q    You talked about some of the jobs you have held in the

9    past; is that right?

10   A    Yes, ma'am.

11   Q    You talked about your experience working security at a

12   couple of different places?

13   A    Yes, ma'am.

14   Q    I would like to talk a little bit about that more.  So in

15   going through your testimony on direct, you talked about

16   starting with the Army National Guard at age 17?

17   A    Yes, ma'am.

18   Q    Then, you started working at a department store as an

19   undercover security officer; is that right?

20   A    Yes, ma'am, at 18.

21   Q    You also worked for the Air Force?

22   A    Yes, ma'am.

23   Q    You worked at Lackland Air Force Base in San Antonio?

24   A    Yes, ma'am.

25   Q    I think you said you were entry control officer; is that

1    right?

2    A    Yes, ma'am.

3    Q    Tell me a little bit more about that.

4    A    I manned the base gates at different times when vehicles

5    would come up, just depending on what the status was for that,

6    the instructions were during that time.  Sometimes we were at a

7    threat level to where we were just able to wave and salute cars

8    through.  Other times we were — had to stop and check every

9    ID.

10   Q    So it is fair to say your job was to make sure that people

11   didn't get into an area they weren't supposed to be in, right?

12   A    That was very much.

13   Q    There were people who were authorized, and there were

14   people who weren't authorized?

15   A    Yes, ma'am.

16   Q    Would you agree that a military base is one of the most

17   secure and restricted areas in the country?

18   A    Yes, ma'am.

19   Q    And your job was to enforce that security and make sure

20   that the wrong people didn't get in, right?

21   A    Yes, ma'am.

22   Q    You were trained in recognizing when the wrong people were

23   getting into a restricted area?

24   A    Yes, ma'am.

25   Q    You had that experience for over two and a half years?

1    A    Yes, ma'am.

2    Q    You also worked corporate security for an insurance

3    company?

4    A    Yes, ma'am.

5    Q    Evening courtesy officer at an apartment building?

6    A    Yes, ma'am.

7    Q    In those roles, did you also have training in sort of

8    understanding when people were not in the place they were

9    supposed to be?

10   A    With the corporate security, yes, ma'am.  With the

11   apartment security, no, ma'am.

12   Q    You worked at Neiman Marcus, right, in loss prevention?

13   A    Yes, ma'am.

14   Q    I think you said you also dealt with theft, people who were

15   taking things when they weren't supposed to be?

16   A    Yes, ma'am.

17   Q    Now, I think you just said a few moments ago that —— let me

18   make sure I get this right —— that you knew you entered the

19   Capitol on January 6th without lawful permission; is that

20   right?

21   A    Yes, ma'am.

22   Q    I would like to go back a little bit more, and I want to

23   put up Defense Exhibit 212.

24        I am sure you remember this exhibit?

25   A    Yes, ma'am.

1    Q    There is an area closed sign on a bike rack?

2    A    Yes, ma'am.

3    Q    The two bike racks look like they had been connected, are

4    now not connected?

5    A    Yes, ma'am.

6    Q    So you agree it looked like they had been connected?

7    A    Yes, ma'am.

8    Q    And we have got rioters on the Peace Monument; you see

9    them?

10   A    No, ma'am.

11   Q    You see — you see people on the Peace Monument, right?

12   A    Yes, ma'am.

13   Q    And they are right past the two bike racks that look like

14   they had been connected?

15   A    Yes, ma'am.

16   Q    You took this picture, right?

17   A    Yes, ma'am.

18   Q    I think you said you are a photography major?

19   A    Yes, ma'am.

20   Q    You have an MFA?

21   A    Yes, ma'am.

22   Q    I think you also said that every picture depicts something;

23   is that correct?

24   A    Yes, ma'am.

25   Q    So this picture depicts two gates that used to be together?

1   A   Yes, ma'am.

2   Q   That say area closed?

3   A   Yes, ma'am.

4   Q   I think you said you didn't think much of this when you

5   walked past; is that right?

6   A   I thought this was the area that was reserved for the

7   rally.

8   Q   So you're saying that you thought that you were allowed in

9   this area even though there is a sign that says area closed,

10  yes or no?

11  A   Yes, ma'am.

12  Q   And you're saying that you understood that these bike racks

13  look like they used to be connected and aren't anymore?

14  A   Yes, ma'am.

15  Q   And that you still were allowed inside that area?

16  A   Yes, ma'am.

17  Q   You are saying that as a person who trained in entry

18  control at a U.S. military base?

19  A   Yes, ma'am.

20  Q   Okay.  Once you got to the Lower West Terrace outside of

21  the building, you knew police wanted you to leave, right?

22  A   Not necessarily.

23  Q   But you knew you had unlawfully entered that day, right?

24  You said that?

25  A   Yes, ma'am.

1    Q    So at what point — let's pick this apart.  At what point

2    did you know you had unlawfully entered?

3    A    I know for sure — going back to my reflections with the —

4    at different times, maybe let me step back.  I felt different,

5    different ways at different times.  So sometimes I felt like

6    there was some serious questions and doubts, and at other times

7    I felt less doubtful.  Other times I felt sure.

8    Q    So you have talked a lot about your feelings today, right?

9    A    Yes, ma'am.

10   Q    And your feelings yesterday, right?

11   A    Yes, ma'am.

12   Q    My question was, when you knew for sure that you were in,

13   unlawfully in a restricted area.

14   A    I, I think different times I felt — I seen, seen Nancy

15   Pelosi's office and people going into that office.  I, I think

16   at that point I felt that this was — is not okay for us.  This

17   was — if it was, if we were supposed to be there, it spiraled

18   out of control.  And now, it, it is a problem.

19        It did seem, you know, the police lines inside, inside the

20   building made me think, oh, this is where people, we are going

21   to be spoken to.  And then, you start wondering, well, maybe we

22   are supposed to be here.  You know, the police said that we —

23   I felt it was the police at the time, that we are going to be

24   allowed to be in.  They are going to have us come into the

25   balcony.  So then, you start feeling, mmm, you, you — I start

1    doubting, but anyway.

2    Q    So do I understand correctly when you first saw people

3    going in Nancy Pelosi's office, that is when you thought you

4    were unlawfully in a restricted area, yes or no?

5    A    No.

6    Q    Okay.  Then, when was the first time --

7    A    I --

8    Q    -- that you believed that you were unlawfully in a

9    restricted area?  Because a few minutes ago you said it was

10   then, right?

11   A    I think I knew for certain at that time, this was -- this

12   was wrong.

13   Q    So I will ask my question for the third time.  When was it

14   that you first realized you were not lawfully in a restricted

15   area?  You pleaded guilty --

16   A    Yes.

17   Q    -- on Monday, right?

18   A    Let me re- -- let me answer in a different way.  I

19   apologize.

20        Maybe a more exact answer is, upon hindsight in reviewing

21   all my behavior, my place -- the whole weight of everything I,

22   that occurred that day; and then, reading the definitions of

23   the, some of these counts, I felt like this particular -- that

24   I had violated this particular count.

25        So I guess a more precise and exact -- the most exact is

1  upon careful examination of the count against me when comparing

2  that to my — the entirety of my behavior that day.

3  Q   So do I take —

4        THE COURT:  Excuse me a minute.  Mr. Grider, the

5  question has to do with at the time, not what you decided at a

6  later date.

7        THE WITNESS:  Your Honor, she asked me when did I feel

8  like I had, I knew that I had —

9        THE COURT:  Right.  And not now, not afterwards or

10 hindsight.  She was asking you in the context —

11        THE WITNESS:  Okay.

12        THE COURT:  — of that day; am I correct?

13        MS. CHO:  Yes, Your Honor.

14        THE COURT:  I bring that up because it — she couched

15 it in terms of the plea.

16        THE WITNESS:  Give me a moment to reflect.  I would

17 say most accurate, the most probably exact parts after the

18 stampede, the first stampede in the Crypt was reinforced in

19 seeing Nancy Pelosi's office.  Doubt was thrown on it at other

20 times, but I think that is maybe a more exact description.

21        MS. CHO:  So thank you.

22 BY MS. CHO:

23 Q   I understand correctly, then, the first moment you knew

24 that you had unlawfully entered was the stampede in the Crypt?

25 A   Felt, knew.

1   Q   You knew, or you felt, which one?

2   A   Knew, knew.  Yeah.

3   Q   Now, I want to talk a little bit about -- I want to go

4   through and go by your testimony here.  Let's talk about the

5   scaffolding first.  You testified that you entered that

6   scaffolding, right?

7   A   Yes, ma'am.

8   Q   So you're admitting today that you entered a scaffolding

9   with a bunch of other rioters, right?

10  A   I would not say that, no.

11  Q   You didn't enter the scaffolding with a bunch of other

12  rioters?

13  A   No, ma'am.

14  Q   Did you enter the scaffolding?

15  A   Yes, ma'am.

16  Q   Did you enter the scaffolding with the other people around

17  you?

18  A   Yes, ma'am.

19  Q   Were some of them yelling, "Stop the Steal"?

20  A   I don't remember exactly what they were yelling, ma'am.

21  Q   Were some of them holding bike racks?

22  A   Yes, ma'am.

23  Q   Were you holding a bike rack?

24  A   Yes, ma'am.

25  Q   Did you remove a bike rack?

1    A    Yes, ma'am.

2    Q    You are admitting that you entered a scaffolding and

3    removed a bike rack, right?

4    A    Yes, ma'am.

5    Q    Previously you had seen bike racks with area closed signs

6    on them, right?

7    A    Yes, ma'am.

8    Q    You understood that the bike racks are connected

9    previously?

10   A    Yes, ma'am.

11   Q    And, then, you moved one out of the way?

12   A    I wanted to get through the doorway.

13   Q    You wanted to get into the scaffolding?

14   A    I wanted to get a better, better angle on the recording I

15   was making.

16   Q    What were you recording?

17   A    I was recording the, the front, I guess, of, of where the

18   police and the protesters were.

19        MS. CHO:  Let's look at Defense Exhibit 221.  Let's

20   play from the beginning until about 40 seconds.

21   BY MS. CHO:

22   Q    You said, just so that I am clear, you wanted to get a

23   recording of the police inside the scaffolding; is that right?

24   A    Yes, ma'am.

25        (The video was played for the Court.)

 1   BY MS. CHO:

 2   Q    You zoomed in on the police officers, right, Mr. Grider?

 3   A    Yes, ma'am.

 4   Q    So you saw them?

 5   A    Yes, ma'am.

 6              THE COURT:  Can you slow down just a little bit?

 7              MS. CHO:  Yes.  I am sorry, Your Honor.

 8              THE COURT:  It is the end of the day for all of us.

 9              MS. CHO:  Yes.

10   BY MS. CHO:

11   Q    And you also were with these people, you have removed the

12   bike rack, and they were talking about a ladder, right?

13   A    Yes, ma'am.

14   Q    Before we get to the ladder, bike rack, let me back up.  I

15   want to talk a little bit about before you get to the

16   scaffolding when you are in front of the building; do you

17   remember that?

18   A    Yes, ma'am.

19   Q    Police were pepper spraying the crowd, right?

20   A    Yes, ma'am.

21   Q    They were throwing tear gas at the crowd?

22   A    Yes, ma'am.

23   Q    You got tear gassed?

24   A    Yes, ma'am.

25   Q    Now, you didn't take that as a sign that the police were

1  welcoming you to the Capitol, did you?

2  A   No, ma'am.

3  Q   You knew that they were doing that to get you to disperse?

4  A   I wasn't sure, ma'am.

5  Q   You weren't sure.  What did you think they were doing?

6  A   I was a little bit confused.

7  Q   You were confused?  And I remember correctly, tell me if I

8  am wrong, that you, you served in the military, right?

9  A   Yes, ma'am.

10 Q   And you didn't understand what it meant when police were

11 pepper spraying a crowd?

12 A   I do, ma'am.  I do remember.

13 Q   So what is it that you thought that they were trying to do?

14 A   I, I, I know what it means.  I didn't understand why they

15 were doing it.

16 Q   You, you know, but you, you didn't understand.  Let's take

17 that apart.  Tell me what you know.

18 A   I know that we were told to go to the Capitol.

19 Q   And what did you understand?

20 A   That the President was going to speak to us there.

21 Q   So that is not responsive to my question.  Let me ask it

22 one more time.  What did you understand, since you didn't

23 understand it as a message to disperse, the polices' intentions

24 in pepper spraying the crowd were?

25 A   They tended to focus on people that were not active.

1    Q    How did you know that?

2    A    With the pepper spray — excuse me, with the tear gas and

3    some of the rubber bullets.

4    Q    Did you speak to them about why they were pepper spraying

5    the crowd?

6    A    No, ma'am.  I was speaking to just, at this moment, the

7    tear gas and rubber bullets.  They seem to be firing that at

8    patiently waiting rally goers.  The pepper spray was directed

9    at people who were yelling at them.

10   Q    So —

11   A    At the police.

12   Q    So you, you don't — you think that they wanted you to be

13   there?

14   A    No, ma'am.

15   Q    You think that they didn't want you to be there, then?

16   A    I didn't understand why they didn't want us there.

17   Q    Didn't understand.

18   A    We were, we were told to go there, and there was a permit.

19   Q    Were you told by the police?

20   A    No, their boss.

21   Q    Who, who is the boss you are referring to?  Is that former

22   President Trump?

23   A    The President of the United States.

24   Q    So you didn't know why they were tear gassing you?

25   A    No, ma'am.

1   Q   Why — did you ask a police officer why are you tear

2   gassing us?  We were told to come here by your boss.

3   A   No, ma'am.  I didn't want to be pepper-sprayed.

4   Q   I am sorry?

5   A   No, ma'am.  I did not want to be pepper-sprayed.

6   Q   I want to talk a little bit more about something you said

7   about the pepper spray.  I think you said you felt betrayed; is

8   that right?

9   A   I don't recall if I said I was betrayed by pepper spray.

10  Q   You felt betrayed by the police officers who tear gassed

11  you; is that right?

12  A   I remember saying that earlier, that I felt betrayed, but I

13  don't remember — I don't remember saying it specifically about

14  being tear gassed or pepper-sprayed.  I do remember —

15  Q   I asked a very specific question.

16  A   Yeah.

17  Q   So if you don't remember, that was in the past 24 hours,

18  right?  You have only been testifying for 24 hours?

19          MR. MAYR:  Objection, argumentative.  He did specify

20  that he didn't remember saying that in his testimony.

21          THE COURT:  This is cross.  She gets to do a little

22  bit but not much.  Go ahead.

23  BY MS. CHO:

24  Q   You don't remember specifically what you said in the past

25  24 hours?

 1  A    This is difficult for me.  I don't.  I apologize.

 2  Q    I understand, but it does call for a yes-or-no answer, and

 3  I am sorry that it is difficult for you.

 4  A    No, ma'am.

 5  Q    Would you have -- I think you also said that the police

 6  made poor and awful choices; do you remember that?

 7  A    Yes, ma'am.

 8  Q    Would you have --

 9  A    I --

10  Q    -- would you have --

11  A    I --

12  Q    Excuse me.  I do get to ask the questions.

13          THE COURT:  You have to -- you have to answer the

14  question.  He will have redirect if there is a reason for you

15  to say something more.  She asked a very direct question.

16          THE WITNESS:  Yes.

17  BY MS. CHO:

18  Q    Would you had preferred that the police had made other

19  decisions that day, other choices?

20  A    Globally?  Yes, ma'am.

21  Q    Would you had preferred that they escort you into the

22  Capitol?

23  A    Sure.

24  Q    Would you have preferred that they put down the pepper

25  spray and tear gas and walk away?

1   A    As opposed to what?

2   Q    It is just a yes-or-no question.

3   A    I, I don't know.  I would have to sit and think about the

4   question.  Okay.  I, I — yeah, yes.  Not being tear gassed is

5   better than being tear gassed.

6   Q    You understand that they had a job to do that day, right?

7   A    Yes, ma'am.

8   Q    You have had jobs?

9   A    Yes, ma'am.

10  Q    But you didn't think their jobs were important that day,

11  did you?

12  A    I did, ma'am.

13       MS. CHO:  Well, let's take a look.  Let's go to the

14  PowerPoint, Mrs. Robinson.

15  BY MS. CHO:

16  Q    So I am showing you Defense Exhibit 214.  It is a close-up

17  of that exhibit, a portion of it.  This is one of the officers

18  you pushed past in the Crypt, right?

19  A    No, ma'am.

20  Q    Is this your video?

21  A    Yes, ma'am.

22  Q    Do you recognize that officer?

23  A    I saw him in the Crypt.

24  Q    But you didn't push past him?

25  A    I was pushed past him.

1    Q    So you went past him?

2    A    Yes, ma'am.

3    Q    Did you stop and say "sorry" to this officer?

4    A    I remember him.  I don't know if I spoke to him or not, but

5    I know I spoke to another officer.  I don't think I was there

6    close enough or long enough, I think.

7    Q    And you said that he was part of a police line that day,

8    right?

9    A    Yes, ma'am.

10   Q    But you walked past him; isn't that correct?

11   A    I believe I was pushed past him.

12   Q    You didn't care that you had been pushed past a police

13   line, as you put it?

14   A    I did care.

15   Q    Did you go back and say, "Hey, sorry I went past the police

16   line"?

17   A    I would have —

18            MR. MAYR:  Asked and answered, as well as

19   argumentative.

20            THE COURT:  I will allow a certain amount of, in terms

21   of the question in terms of refining what his answers are up to

22   a point.  You haven't crossed the line, but be careful.

23            THE WITNESS:  I — there is no going back.

24   BY MS. CHO:

25   Q    So you didn't go back?

 1   A   I couldn't go back.

 2   Q   You couldn't go back?

 3   A   No, ma'am.

 4   Q   Did you leave after that since you had pushed past a police

 5   line?

 6   A   I could not leave.

 7   Q   You couldn't leave?

 8          MS. CHO:  Let's go to the next slide.

 9   BY MS. CHO:

10   Q   What about this officer?  You pushed this officer, right?

11   A   No, ma'am.

12   Q   You said, "Sorry for pushing," didn't you?

13   A   I was pushed.

14   Q   Didn't you say, "Sorry for pushing"?

15   A   No, I did not.  I said, "Sorry."

16          MS. CHO:  Let's, let's take a look at Exhibit 214,

17   defense exhibit.

18          Just a moment, Your Honor.  I am sorry — well, you

19   know what?  Let's talk about the Crypt in a moment.  We, we

20   will get there.

21          Let's go back.  We can talk about the Crypt

22   momentarily.  We were talking about your respect for what the

23   police were doing that day.

24   BY MS. CHO:

25   Q   So you had pushed past that police line, right?  You had

 1  been pushed past it?  Sorry.

 2  A   I had been pushed past it, yes, ma'am.

 3  Q   You didn't go back?

 4  A   I could not go back.

 5  Q   Yes or no?

 6  A   No.

 7  Q   Okay.  And then, you heard from Officer Kyle Yetter

 8  yesterday, right?

 9  A   Yes, ma'am.

10  Q   The one who is now an FBI agent?

11  A   Yes, ma'am.

12  Q   You heard that he got sprayed in the face with a fire

13  extinguisher?

14  A   I remember him saying he got sprayed.  I do –– I remember

15  reading it.

16  Q   You heard that he got shoved to the ground by rioters that

17  day?

18  A   Yes, ma'am.

19  Q   And you saw that he had the glass shattered right behind

20  his head, right?

21  A   Yes, ma'am.

22  Q   And you heard people screaming things like "Fuck the blue"

23  at him, right?

24  A   Yes, ma'am.

25  Q   You think he made poor choices that day?

1   A   No, ma'am.

2   Q   Wouldn't you agree that the only poor choice he made was

3   coming in to work that day?

4   A   No, ma'am — I, I don't understand your question.  Sorry.

5          THE COURT:  You can explain this one.  Go ahead.

6          THE WITNESS:  I thought there was multiple negatives.

7   Can she repeat the question?

8   BY MS. CHO:

9   Q   Wouldn't you agree that the only poor choice that Officer

10  Yetter made was coming in to work that day?

11         MR. MAYR:  I think that is argumentative, Your Honor.

12         THE COURT:  This is cross-examination.  I will allow a

13  certain amount of —

14         MR. MAYR:  But she, as far as — oh, that is fine.

15         THE WITNESS:  I don't believe — you are asking me to

16  imply that him — he made a poor choice by coming to work.

17  BY MS. CHO:

18  Q   So let's talk about the scaffolding.  We already talked

19  about the bike rack ladder.  You climbed up a wall, right?

20  A   I believe it was a railing.

21  Q   So you didn't climb up a wall?

22  A   I believe it was a, a railing.

23  Q   Didn't you use a bike rack as a ladder to climb up a wall?

24  A   I believe it was a railing.

25  Q   Okay.

1          MS. CHO:  Let's take a look at Defense Exhibit 231.

2      (The video was played for the Court.)

3          MS. CHO:  Thank you, Miss Robinson.

4  BY MS. CHO:

5  Q   This is your video, right?

6  A   Yes, ma'am.

7          MS. CHO:  Let's hit play.

8      (The video was played for the Court.)

9  BY MS. CHO:

10 Q   So that wasn't you climbing up a wall?

11 A   No, ma'am.

12 Q   You're saying that that was climbing up a railing?

13 A   Yes, ma'am.

14 Q   Okay.  So you were climbing up a railing to get to a

15 railing; is that right?

16 A   No, ma'am.  I was climbing onto the railing.

17 Q   So what did the railing lead —

18 A   Excuse me?

19 Q   You were climbing onto a railing.  If you are climbing onto

20 something, you are coming off of something else.  So what were

21 you coming off of?

22 A   The ground.

23 Q   Isn't the railing above the ground by several feet?

24 A   Yes, ma'am.

25 Q   Okay.  You would agree that climbing onto a railing isn't a

1  typical way of getting into a building, right?

2  A   No.  I would agree.

3  Q   You climbed past a bloodstain?

4  A   Yes, ma'am.

5  Q   But you kept going?

6  A   Yes, ma'am.

7  Q   You walked up the railing of the terrace stairs?

8  A   Yes, ma'am.

9  Q   You were proud of yourself?

10  A   I wouldn't say that.

11  Q   You raised your arms in the air.

12  A   I saw that yesterday.

13  Q   Did you not raise your arms in the air?

14  A   I did.

15  Q   Because you were proud of yourself?

16  A   I don't remember why.

17  Q   You don't know why?  You just went like this (indicating)

18  because you don't know why?

19  A   I don't remember doing it.

20  Q   You don't remember doing it?

21  A   I remembered because you showed a photo, a video, or

22  something like that yesterday.  I want to be precise.  I am

23  sorry.

24  Q   But you don't actually remember putting your arms in the

25  air?

1   A   No.

2   Q   So then, you went into the building, right?

3   A   Yes, ma'am.

4   Q   Before you went into the building, you grabbed water that

5   was at the top of the stairs, right?

6   A   Yes, ma'am.

7   Q   You threw some over the edge to other people?

8   A   Yes, ma'am.

9   Q   You said they were indiscriminately sprayed by tear gas and

10  pepper spray?

11  A   At times, ma'am.

12  Q   That is what you said earlier, right?

13  A   Yes, ma'am.

14  Q   But then, earlier in your testimony just now on

15  cross-examination, you said that some people were targeted in

16  the pepper spray, right?

17  A   Yes, ma'am.

18  Q   So was it indiscriminate, or was it targeted?

19  A   Both.

20  Q   Okay.  I also want to return to the video of -- you took

21  some video while you were walking up the railing of the terrace

22  stairs, right?

23  A   Yes, ma'am.

24  Q   And you said, "I assume I took the video, but I do not

25  remember taking the video"; do you remember that?

1  A   Yes, ma'am.

2  Q   And I want to walk through that a little bit.  So you are

3  walking the railing, right?

4  A   Yes, ma'am.

5  Q   You are holding your phone in one hand, right?

6  A   Yes, ma'am.

7  Q   And you are balancing walking on a railing; is that

8  correct?

9  A   Yes, ma'am.

10 Q   You are holding the phone the entire time, you are even

11 panning around behind you and in front of you, right?

12 A   Yes, ma'am.

13 Q   But you don't remember taking that video?

14 A   No, ma'am.

15 Q   You don't remember certain things from that day you said,

16 right?

17 A   Yes, ma'am.

18 Q   But you remember other things?

19 A   Yes, ma'am.

20 Q   You remembered easels with signs inside the building; is

21 that right?

22 A   Yes, ma'am.

23 Q   You remembered velvet rope stanchions, right?

24 A   Yes, ma'am.

25 Q   You remember Jesse wanted a kosher hot dog, right?

1  A   Yes, ma'am.

2  Q   Remembered debris and trash?

3  A   Yes, ma'am.

4  Q   You remembered a Trump impersonator?

5  A   Yes, ma'am.

6  Q   You remembered wondering about permitting for the event,

7  right?

8  A   Could you better explain?

9  Q   You testified earlier that at various points you had been

10  thinking about permitting, right?

11  A   Yes, ma'am.

12  Q   But you don't remember climbing up the railing of the

13  terrace stairs of the U.S. Capitol Building, walking with one

14  hand holding up a phone all the way up to the top?

15  A   I remember climbing the terrace railing.

16  Q   Okay.

17  A   Or the terrace stair railing, to be more precise.

18  Apologize.

19  Q   So after you took the water, did it ever occur to you, Mr.

20  Grider, that that water was for police officers who had been

21  sprayed in the face by rioters with pepper spray?

22          MR. MAYR:  Objection.  Calls for — well, actually, I

23  will withdraw, Your Honor.

24          THE WITNESS:  Can you repeat the question.

25

1    BY MS. CHO:

2    Q   Did it ever occur to you that those bottles of water were

3    for police officers who had been pepper-sprayed by rioters?

4    A   It did not.

5    Q   You were thinking about the rioters, right?

6    A   I was thinking about people that had been sprayed by pepper

7    spray or tear gas.

8    Q   At some points in the day you are thinking about the law

9    enforcement, right?  You are worried?

10   A   Yes, ma'am.

11   Q   At other points in the day you are thinking about, we will

12   use your word, "your fellow protesters," right?

13   A   Yes, ma'am.

14   Q   You take off one hat, and you put the other one on at

15   different times, right?

16   A   Yes, ma'am.

17   Q   So after you throw the water over the stairs, you get a

18   helmet, right?

19   A   Yes, ma'am.

20   Q   And you said that is because you were worried about Antifa

21   and you thought you could use the helmet?

22   A   Yes, ma'am.

23   Q   And you go into the building?

24   A   Yes, ma'am.

25   Q   You knew that the building had already been broken into?

1    A    At what time are you referring to?

2    Q    When you walked in.

3    A    At the — it didn't occur to me for sure until I was

4    inside.

5          MS. CHO:  Let's play Defense Exhibit 239.

6        (The video was played for the Court.)

7    BY MS. CHO:

8    Q    This is a video you took, right?

9    A    Yes, ma'am.

10          MS. CHO:  Let's hit play.

11        (The video was played for the Court.)

12    BY MS. CHO:

13    Q    So you already said earlier that you heard glass breaking,

14    right?

15    A    Yes, ma'am.

16    Q    There is also an alarm going off, right, a high-pitched

17    alarm?

18    A    Yes, ma'am.

19    Q    But you still went inside?

20    A    Yes, ma'am.

21    Q    In fact, you testified that you said, "Hold the line,"

22    right?

23    A    Yes, ma'am.  It sounded like my voice.  I don't remember

24    saying it.

25    Q    And there was an alarm going off because you weren't

1 supposed to be in the building?

2 A   I don't, I — you asked me this.  I didn't know why the

3 alarm is going off.

4 Q   What was your understanding of why the alarm was going off?

5 A   I didn't have an understanding.

6 Q   No understanding?

7 A   I did not.

8 Q   You have worked in security for, I think, over a decade,

9 right?

10 A   Yes, ma'am.

11 Q   And you don't understand what it means when an alarm goes

12 off?

13 A   I didn't know where it was coming from, where it was, or

14 what it was about.

15 Q   So the significance of alarms going off depends on where

16 the alarm is coming from?

17 A   Yes, ma'am.

18 Q   So you kept on walking in despite the alarms and the glass

19 breaking?

20 A   Yes, ma'am.

21 Q   When you first got into the building you went to the left,

22 right, if we are going based on this last video?

23 A   Can you replay it for me?

24 Q   We don't need to.  Did you head towards the Senate Wing of

25 the building?

1    A    At the time I had no idea what wing was what or that there

2    were wings or —

3    Q    Sitting here now, are you able to say which direction you

4    headed?

5    A    Yes, I think — can you play the video?

6    Q    We will get to the video in just a moment.

7    A    Okay.

8    Q    How about this.  You remember the picture of you at the

9    utility box?

10   A    Yes, ma'am.

11            MS. CHO:  Let's look at Exhibit 27.

12   BY MS. CHO:

13   Q    That is you, right, Mr. Grider?

14   A    Yes, ma'am.

15   Q    You are leaning over, and you're in front of the utility

16   box?

17   A    Yes, ma'am.

18   Q    You weren't just looking at it, were you?

19   A    No, ma'am.

20   Q    You were touching it, right?

21   A    Yes, ma'am.

22   Q    You were trying to turn off the power?

23   A    I don't remember what I was doing.

24   Q    You don't remember what you were doing?

25   A    No, ma'am.

1  Q   I think earlier you said that you were there because you

2  were going to put everything back the way it was; do you

3  remember that?

4  A   No, ma'am.

5  Q   You don't remember saying that?

6  A   No.  I said something different.

7  Q   What did you say?

8  A   I said, I remembered upon leaving, there was an older man,

9  and we decided to put everything back the way it was.

10  Q   So are you saying that you put everything back the way it

11  was?  That is what you were doing when you touched these

12  buttons?

13  A   At the end.  I don't know what I am doing at this moment,

14  but I know at the end.

15  Q   So you're inside the U.S. Capitol Building.  You are at a

16  utility box.  You are pressing buttons, and your testimony here

17  today is that you don't know –– you don't remember what you

18  were doing there?

19  A   Yes, ma'am.

20        MS. CHO:  Let's play Defense Exhibit 239.

21     (The video was played for the Court.)

22  BY MS. CHO:

23  Q   Mr. Grider, did you just hear someone yell, "Turn the power

24  off"?

25  A   Yes, ma'am.

1  Q   Okay.

2            MS. CHO:  Let's keep going.

3       (The video was played for the Court.)

4  BY MS. CHO:

5  Q   Did you hear someone say, "Cut the main.  Cut the whole

6  fucking main"?

7  A   Yes, ma'am.

8            MS. CHO:  Let's keep going.

9       (The video was played for the Court.)

10 BY MS. CHO:

11 Q   And at the end, did you hear, "Are they on or off?  I don't

12 know"?

13 A   Yes, ma'am.

14 Q   And you, I think earlier testified, that that was your

15 hand, right?

16 A   Yes, ma'am.

17 Q   You did admit that?  Okay.

18     You were at that utility box to disrupt what was going on

19 in the building, right?

20 A   I don't know, ma'am.  I wasn't trying to disrupt.

21 Q   Have you ever gone in to somebody's house, and — let me

22 put it this way.  Would you agree that it is disruptive to turn

23 the power off somewhere?

24 A   Yes, ma'am.

25 Q   At a business?

1    A    Yes, ma'am.

2    Q    At a home?

3    A    Yes, ma'am.

4    Q    It is hard to get work done where there is no power?

5    A    Yes, ma'am.

6    Q    Hard to continue business when there is no power?

7    A    Yes, ma'am.

8    Q    Probably can't hold a Joint Session without power, right?

9    A    Yes, ma'am.

10   Q    Now, let's talk a little bit about the Crypt.  You were

11   right up front in the Crypt, right?

12   A    Yes, ma'am.

13   Q    The police officers were right in front of you?

14   A    Yes, ma'am.

15   Q    And you saw them, and you walked past them, right?

16   A    I was pushed past.

17   Q    Okay.  So you went past them?

18   A    Yes, ma'am.

19            MS. CHO:  Let's take a look at Defense 241.  Let's

20   start at 2:20, please.

21        (The video was played for the Court.)

22   BY MS. CHO:

23   Q    You testified earlier that you were saying, "Our house"

24   multiple times in the Crypt?

25   A    Yes, ma'am.

1   Q   Why were you saying, "Our house"?

2   A   It is called the People's House.

3   Q   Why were you chanting, "Our house" there?

4   A   Because it is the People's House.

5   Q   Sure, but I am sure you don't go into your house, it being

6   your house and chant, "My house," right?

7   A   No.

8   Q   So what is the reason for your yelling "Our house" at that

9   moment?  I understand that you view that as the People's House,

10  but unless that is your —— is that your personal practice to,

11  to yell "My house," "Our house" whenever you go into a building

12  that you have ownership over?

13  A   I apologize.  This was my first protest.

14  Q   So why were you saying "Our house"?

15  A   Because it is the People's House.

16  Q   You are saying "Our house" because you, you viewed it as

17  yours, right?

18  A   No, because the name of it is the People's House.

19  Q   So whenever something is named something house, you yell

20  that when you go inside?

21  A   No.  It is the, the People's House.  I —— that is why the,

22  the crowd was, was yelling.

23  Q   Well, let's talk a little bit about some other things you

24  said, then.

25  A   Yes, ma'am.

1   Q    You said, "Reinforcements"?

2   A    Yes, ma'am.

3   Q    More than once, right?

4   A    Yes, ma'am.

5   Q    As that Crypt area filled with other protesters, right?

6   A    Yes, ma'am.

7   Q    As you saw a police line in front of you?

8   A    I believe I was speaking about the police.

9   Q    You believe or you were?

10  A    Actually, I, I believe, but I -- I believe.

11  Q    Okay.

12  A    You are right.

13       MS. CHO:  Let's keep playing.

14   (The video was played for the Court.)

15  BY MS. CHO:

16  Q    I think that you said that at this point you started to

17  think this was a planned permitted event, right?

18  A    I was starting to wonder if we were going to have someone

19  come and speak to us, like, a Senator or maybe even the

20  President.

21  Q    I am sorry to interrupt you, but my question is very

22  specific.  And if you could just answer the question I have

23  asked.

24  A    Okay.

25  Q    At this point you thought, you said that you thought this

1  was a planned permitted event, right?

2  A   Yes, ma'am.

3  Q   You thought that it was organized by the Government, right?

4  A   The President, yes, ma'am.

5  Q   The Government or the President?

6  A   Same thing.

7  Q   Okay.  So you thought this was a designated spot for Trump

8  supporters?

9  A   Yes, ma'am.

10 Q   A continuation of the rally?

11 A   Yes, ma'am.

12 Q   But of course, a few minutes or maybe one minute later

13 there is a push past this police line, right?

14 A   Yes, ma'am.

15 Q   You said you grunted?

16 A   I think I did.

17 Q   You said you couldn't breathe, right?

18 A   Yes, ma'am.

19 Q   You were very concerned for your safety at that point.

20 A   Yes, ma'am, yes, ma'am.

21 Q   So at that point did you ask, "Hey, where are the

22 speakers?"

23 A   I don't remember.

24 Q   Oh, but it is possible you did?

25 A   It is possible.

1    Q    Would that be on any of the videos we have reviewed?

2    A    It was not.

3    Q    Oh, so it wasn't on any videos?

4    A    I didn't hear myself say that.

5    Q    Okay.  Did you ask anyone why a permitted event would be so

6    violent?

7    A    I did not.

8    Q    And then, you talked about Officer Cereesa; do you remember

9    that?

10   A    Yes, ma'am.

11        MS. CHO:  Let's go to 4:39, please.  Sorry.  We stay

12   with the same exhibit, which was 241, and if we could -- yes.

13   Thank you.

14        (The video was played for the Court.)

15        MS. CHO:  And go to 4:39, please.

16        (The video was played for the Court.)

17   BY MS. CHO:

18   Q    Did you just hear someone say, "Sorry for pushing, man"?

19   A    No, ma'am.

20        MS. CHO:  Let's play it again, then.  Let's go back

21   about ten seconds -- 15, just to be safe.

22        (The video was played for the Court.)

23   BY MS. CHO:

24   Q    Did you hear it this time?

25   A    No, ma'am.  I heard something else.

1  Q   So earlier you testified that what you had heard was

2  "Sorry"; do you remember that?

3  A   Yes, ma'am.

4  Q   Okay.  And you're saying now that you don't hear "Sorry for

5  pushing, man"?

6  A   I hear, "I'm sorry.  They are pushing me, man."

7  Q   Okay.  So it is not just "Sorry," right?

8  A   Yes, ma'am.

9  Q   So you feel bad for this police officer, I take it?

10 A   Yes, ma'am.

11 Q   You talked about being panicked at this moment?

12 A   Yes, ma'am.

13 Q   You feared for his safety?

14 A   Yes, ma'am.

15 Q   You are worried about this officer?

16 A   Yes, ma'am.

17        MS. CHO:  Let's keep playing the video.

18     (The video was played for the Court.)

19 BY MS. CHO:

20 Q   Before we play through the end, let me just ask you, did

21 you go back and inquire about that officer?

22 A   I could not.

23 Q   Did you go back?

24 A   I could not.

25 Q   The answer is a yes-or-no answer.

1    A    No, ma'am.

2    Q    Did you go to another police officer or even to another

3    protester and say, "I am really concerned with this officer's

4    safety"?

5    A    I did not use those words.

6    Q    Did you go inform somebody about his safety and how you

7    were concerned?

8    A    Yes, ma'am.  It was in the video.

9    Q    Okay.

10           MS. CHO:  Let's keep playing.

11   BY MS. CHO:

12   Q    Well, let me ask you this.  What happened after that?

13           THE COURT:  After what?

14   BY MS. CHO:

15   Q    After you say that you informed another person about your

16   concerns for this officer's safety.

17   A    He told me to leave several — twice, once or twice, twice.

18   Q    Was that something that we heard someone saying "Leave him"

19   on the video?

20   A    Yes, ma'am.

21   Q    You are saying that you were having a conversation with him

22   about how you were concerned before that?

23   A    I believe I was yelling at him.

24   Q    Yelling, "I am concerned about this officer's safety"?

25   A    No.  I yelled, trying to remember exactly what the video or

1  the — I think I said, "Let him through.  He is going to get

2  hurt."  I think, I think I started out yelling, "Let him

3  through, let him through.  He is going to get hurt" or

4  something.  But if you like, well, you can replay the video, if

5  you want.

6  Q   So let me, let me ask — what I was asking about was after

7  you got out of this entryway, did you go back and check on the

8  officer?  You said no, and then, I was asking — this may have

9  been my fault.  I was asking whether you had told anyone after

10  you got through the entryway about this officer getting crushed

11  and your concerns.

12  A   I didn't think it was possible to get back.

13  Q   It is a yes-or-no question.

14  A   No, ma'am.

15  Q   So you didn't tell anybody about your concerns over this

16  officer once you got through the entryway.

17  A   No, ma'am.

18  Q   And you pressed forward, right?

19  A   It is the only way I could press.

20  Q   Yes or no?

21  A   Yes, ma'am.

22  Q   In fact, you kept going, and you asked, "What is upstairs?"

23  A   Yes, ma'am.

24  Q   I think you testified earlier that you were so panicked,

25  and you couldn't breathe right before that, right?

1    A    You could hear me, ma'am.  Yes, ma'am.

2    Q    But you could breathe enough to say, "What is upstairs?"

3    A    I think I caught my breath by that time.

4           THE COURT:  You have to keep your voice up.  I know it

5    is at the end of the day.

6           THE WITNESS:  Sorry.  I apologize, ma'am.

7           THE COURT:  Just speak louder.

8           THE WITNESS:  Yes, ma'am.

9    BY MS. CHO:

10   Q    How long do you think it took from not being able to

11   breathe to being able to say, "What is upstairs?"

12   A    Thirty seconds.

13   Q    Okay.  And then, after you said, "What is upstairs?"  You

14   said, "Stop the Steal"?

15   A    I, I believe I did.

16   Q    How long do you think it took you to catch your breath

17   enough to say "Stop the Steal"?

18   A    I — probably 20 seconds, maybe ten seconds.

19          THE COURT:  We are going to have to stop soon, if you

20   can figure out in your questioning where you want to stop in

21   the near future.

22          MS. CHO:  This is probably a good point.  We are

23   through the Crypt.

24          THE COURT:  Mr. Grider, you can go ahead and sit down.

25          THE WITNESS:  Thank you.

1        *(Witness excused.)*

2            THE COURT:  All right.  We are, obviously, continuing

3    with the cross-examination tomorrow morning.  I understand the

4    weather is going to be fine.  We should be able to start on

5    time and not have an issue.  So if we would start at

6    9:00 o'clock.  I do — unfortunately, I had to put an

7    appointment at the end of the day.  So I am going to have to

8    leave at 3:30.

9            So we will see where we are.  We will see where we

10   are.  Are you thinking or giving any thought to any rebuttal

11   witness?  I won't hold you to it, but I just want to know if

12   there are any thoughts of that.

13           MS. CHO:  At this point we don't think so, but we

14   would also like to see how the rest of this witness plays out.

15           THE COURT:  That is fine.  Sometimes people have

16   already made up their mind.  If you have not, then, that is

17   fine.

18           In terms of closing, it is my thought that we would

19   have no more than 45 minutes for each side with an additional

20   15 for rebuttal.  You don't have to use all of it, but I prefer

21   — I don't stop you, but I would prefer you sort of pay

22   attention to it in terms of doing it.  At the point that we get

23   there, and at this point I am not sure when that is going to

24   be.  I, I may have some, one or two sort of legal issues that I

25   would like you to weave into your closings, but I — I will

1    give them to you in advance.

2              MR. MAYR:  Okay.

3              THE COURT:  But I am waiting to see when this is all

4    going to happen, okay?

5              Is there anything else that you wanted to raise at

6    this point?  Anything else we need to talk about for this

7    evening or for tomorrow?

8              MR. MAYR:  Nothing further.  I think I have made this

9    clear, but I don't intend on calling any witnesses after Mr.

10   Grider.

11             THE COURT:  That was my understanding.

12             MR. MAYR:  Okay.

13             THE COURT:  Anything else from the Government?

14             MR. VALENTINI:  Nothing from the Government.

15             THE COURT:  All right.  Parties are excused.

16             I haven't seen what it is like outside.  It wasn't

17   looking great earlier, but supposedly it was going to stop.

18   Tomorrow is supposed to be nice.

19             MR. MAYR:  Thank you, Your Honor.  Have a good

20   evening.

21             THE COURT:  You too.  Take care.

22             (Adjourned, 4:57 p.m.)

23                              - - -

24

25

Vol. 4 – 674

1      CERTIFICATE OF COURT REPORTER

2

3          I, Jean A. Knepley, hereby certify that the

4   foregoing is a true and correct transcript from reported

5   proceedings in the above-entitled matter.

6

7   /S/ Jean A. Knepley          January 2, 2023
    JEAN A. KNEPLEY, RDR/CRR/CRC/FCRR   Date
8   Official Court Reporter
    Southern District of Indiana
9   Indianapolis Division
    Detailed to the U.S. District Court
10  for the District of Columbia

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25