```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )
vs.                          ) CAUSE NO. 1:21-CR-00022-CKK
                             ) Washington, DC
CHRISTOPHER RAY GRIDER,      ) Thursday, December 15, 2022
                             )
        Defendant.           )

                            Before the
               HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY

        EXCERPT TRANSCRIPT OF DEFENDANT'S CROSS EXAMINATION


APPEARANCES:
FOR THE GOVERNMENT:    United States Attorney's Office
                       By:  Cindy J. Cho
                       Detailed to the U.S. Attorney's Office
                       for the District of Columbia
                       10 West Market Street, Suite 2100
                       Indianapolis, Indiana 46204

                       Department of Justice
                       Criminal Division, Appellate Section
                       By:  Francesco Valentini
                       950 Pennsylvania Avenue NW
                       Washington, DC 20530

FOR THE DEFENDANT:     Mayr Law P.C.
                       By:  Brent Mayr
                       5300 Memorial Drive, Suite 750
                       Houston, Texas 77007

ALSO PRESENT:          The Defendant in person.

COURT REPORTER:        Jean A. Knepley, RDR, CRR, CRC, FCRR
                       46 East Ohio Street, Room 301
                       Indianapolis, Indiana 46204
                       Detailed to the U.S. District Court
                       for the District of Columbia


              PROCEEDINGS TAKEN BY MACHINE SHORTHAND
                    COMPUTER-AIDED TRANSCRIPTION
```

**Christopher Ray Grider excerpt**

CROSS EXAMINATION

BY MS. CHO:

Q   But you knew you had unlawfully entered that day, right? You said that?

A   Yes, ma'am.

Q   So at what point -- let's pick this apart. At what point did you know you had unlawfully entered?

A   I know for sure -- going back to my reflections with the -- at different times, maybe, let me step back. I felt different, different ways at different times. So sometimes I felt like there was some serious questions and doubts and at other times I felt less doubtful. Other times I felt sure.

Q   So you have talked a lot about your feelings today, right?

A   Yes, ma'am.

Q   And your feelings yesterday, right?

A   Yes, ma'am.

Q   My question was, when you knew for sure that you were in, unlawfully in a restricted area.

A   I, I think different times I felt -- I seen, seen Nancy Pelosi's office and people going into that office. I, I think at that point I felt that this was -- is not okay for us. This was -- if it was, if we were supposed to be there, it spiraled out of control. And now, it, it is a problem.

It did seem, you know, the police lines inside, inside the

building made me think, oh, this is where people, we are going to be spoken to. And then, you start wondering, well, maybe we are supposed to be here. You know, the police said that we -- I felt it was the police at the time, that we are going to be allowed to be in. They are going to have us come into the balcony. So then, you start feeling, mmm, you, you -- you start doubting, but anyway.

Q   So do I understand correctly when you first saw people going in Nancy Pelosi's office, that is when you thought you were unlawfully in a restricted area, yes or no?

A   No.

Q   Then, when was the first time --

A   I --

Q   -- that you believe that you were unlawfully in a restricted area? Because a few minutes ago you said it was then, right?

A   I think I knew for certain at that time, this was -- this was wrong.

Q   So I will ask my question for the third time. When was it that you first realized you were not lawfully in a restricted area -- you pleaded guilty on Monday, right?

A   Let me re- -- let me answer in a different way. I apologize.

   Maybe a more exact answer is, upon hindsight in reviewing all my behavior, my place -- the whole weight of everything I,

1  that occurred that day; and then, reading the definitions of
2  the, some of these counts, I felt like this particular -- that
3  I had violated this particular count.
4      So I guess a more precise and exact -- the most exact is
5  upon careful examination of the count against me when comparing
6  that to my -- the entirety of my behavior that day.
7  Q   So do I take --
8          THE COURT:  Excuse me a minute.  Mr. Grider, the
9  question has to do with at the time, not what you decided at a
10 later date.
11         THE WITNESS:  Your Honor, she asked me when did I feel
12 like I had, I knew that I had --
13         THE COURT:  Right.  And not now, not afterwards or
14 hindsight.  She was asking you in the context --
15         THE WITNESS:  Okay.
16         THE COURT:  -- of that day; am I correct?
17         MS. CHO:  Yes, Your Honor.
18         THE COURT:  I bring that up because it was couched in
19 the terms of a plea.
20         THE WITNESS:  Give me a moment to reflect.  I would
21 say most accurate, the most probably exact parts after the
22 stampede, the first stampede in the Crypt, was reinforced in
23 seeing Nancy Pelosi's office.  Doubt was thrown on it at other
24 times, but I think that is maybe a more exact description.
25

1  BY MS. CHO:
2  Q    So thank you.  I understand correctly, then, the first
3  moment you knew you had unlawfully entered was the stampede in
4  the Crypt?
5  A    Felt, knew.
6  Q    You knew, or you felt, which one?
7  A    Knew, knew.  Yeah.
8                               - - -
9                    CERTIFICATE OF COURT REPORTER
10
11         I, Jean A. Knepley, hereby certify that the
12  foregoing is a true and correct excerpt transcript from
13  reported proceedings in the above-entitled matter.
14
15
16  /S/ Jean A. Knepley                  December 16, 2022
    JEAN A. KNEPLEY, RDR/CRR/CRC/FCRR    Date
17  Official Court Reporter
    Southern District of Indiana
18  Indianapolis Division
    Detailed to the U.S. District Court
19  for the District of Columbia
20
21
22
23
24
25