IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CHRISTOPHER RAY GRIDER. *Defendant.* | Criminal Action No. 21-22 (CKK) |

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, moves this Court to, as an exception to his conditions of release, permit him to travel as requested below.

1. As this Court is aware, Mr. Grider subject to a condition of release that requires him to participate in a location restriction/monitoring program with a GPS leg monitor and a curfew of 10:00 pm to 6:00 am. ECF Dkt. No. 14. Furthermore, Mr. Grider's travel is restricted to within the Western District of Texas where he resides and the Southern District of Texas where undersigned counsel has his primary place of practice. *Id*.

2. Mr. Grider is requesting permission to travel to Miami Beach, Florida and be away from his home from March 6 – 9, 2023 for a vacation with his wife and children. As with previous requests to travel, Mr. Grider would take his location monitoring

1

equipment with him to monitor his movement while on this trip and provide the details of his travel to his supervision officer.

3. Undersigned counsel conferred with the attorney for the Government, Francesco Valentini, and he is not opposed to this motion. Undersigned counsel also conferred with Mr. Grider's pretrial supervision officer regarding this request and confirmed that Mr. Grider has been compliant and she has no objections to this requested travel.

WHEREFORE, PREMISES CONSIDERED, Mr. Grider respectfully requests this Honorable Court permit him to travel as set out in this motion.

Date: <u>March 1, 2023</u>　　　　　　　　　Respectfully Submitted,

**MAYR LAW, P.C.**

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Counsel for the Government, Francesco Valentini, and he is not opposed to this motion. I further certify that I conferred with Kit Meyers, U.S. Probation Officer for the Western District of Texas, and she is also not opposed to this motion.

/s/ T. Brent Mayr
T. BRENT MAYR

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Francesco Valentini and Cindy Cho, on March 1, 2023, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR