**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No.: 21-CR-22** |
| **CHRISTOPHER GRIDER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S NOTICE OF WITHDRAWAL**

The United States of America by and through its attorney, the United States Attorney

for the District of Columbia, informs the Court that Assistant United States Attorney

Michael L. Barclay, as counsel for the United States, is terminating his appearance as

counsel of record in this matter. All other government counsel noted on the docket at the

time of this filing will remain counsel for the United States

Respectfully Submitted,

DATED:      March 9, 2023           MATTHEW M. GRAVES
                                    UNITED STATES ATTORNEY
                                    D.C. Bar No. 481052


                          BY:    __/s/_____
                                    Michael L. Barclay
                                    Assistant United States Attorney
                                    Member of NY Bar
                                    United States Attorney's Office
                                    District of Columbia
                                    202-252-7669
                                    Michael.Barclay@usdoj.gov

## CERTIFICATE OF SERVICE

On this 9th day of March 2023, a copy of the foregoing was served upon all parties listed

on the Electronic Case Filing (ECF) System.


BY:   _____
                Michael L. Barclay
                Assistant United States Attorney