# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| V.  : | Case No.: 21-CR-00022 |
|  : | |
| **CHRISTOPHER RAY GRIDER,**  : | |
|  : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Cindy Cho, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ *Cindy Cho*
Member of NY Bar
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001
317-229-2425
CCho@usa.doj.gov