**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:21-cr-22 (CKK) |
| CHRISTOPHER GRIDER, | |
| Defendant. | |

### ORDER

Upon consideration of the United States' unopposed motion for an extension of time to file its sentencing memorandum, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the government shall file its sentencing memorandum by April 14, 2023.

It is further ORDERED that the defendant shall file his sentencing memorandum by May 5, 2023.

Dated this ___4ᵗʰ___ day of April 2023.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA