IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER.<br><br>*Defendant*. | Criminal Action No. 21-22 (CKK) |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO
EXTEND DEADLINE TO FILE SENTENCING MEMORADUM**

Upon consideration of the Defendant's unopposed motion for an extension of time to file his sentencing memorandum, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the defendant shall file his sentencing memorandum by May 8, 2023.

SIGNED this _____ day of _____, 2023.

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

1