**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

 *Plaintiff*,

v.

CHRISTOPHER RAY GRIDER

 *Defendant*.

Criminal Action No. 21-22 (CKK)

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING MEMORANDUM
AND REQUEST FOR DOWNWARD VARIANCE**

**EXHIBIT 1**        Character Reference Letters

Crystal Grider

830 FM 1950
Eddy, TX 76524
214-850-8529
crystalagrider@yahoo.com

April 10, 2023

In Reference to Christopher Ray Grider

Case No.21-cr-22-CKK

To The Honorable Colleen Kollar-Kotelly,

My name is Crystal Grider and I am the wife of Christopher Grider. I have known him for over 25 years. We started dating as High School Freshmen and we have been married for 21 years now. If anyone knows Chris Grider, his strengths, weaknesses, and complexities it would be me. I will be the first to admit he is far from perfect. Nevertheless, he is also the most kindhearted, sincere, hardworking, thoughtful, unselfish, loving individual I have ever encountered. For starters, he married me, fully knowing that I would probably be completely deaf by the age of 30. His patience, long-suffering, protection, and endurance has been a lifeline for me. He has been my window into the world of the hearing. I read lips, especially his, and he has translated what others have said to me for years and taken every phone call for both our family and our business. Without his support, kindness, and constant patience I would not be able to function in society or even in our family as I do today. We have 4 children (our youngest will be born any day now) whom he is the most patient, warm hearted, amazing father to. He works tirelessly to provide for us, love us, and spend time with each individual child. Every year he takes each child on a trip to make them feel special and give them his undivided attention. Every week he gets or makes something for each child to make sure they know he listens to them, he cares about their needs, and he thinks about them even when he is not home. He is the

father and husband that takes his 5 year old to the emergency room, spends half the night with him in the hospital, comes home for a little nap before he is up to take his older two boys to school, and comes home and cooks his very pregnant wife breakfast in bed.

He has taught me many things throughout life. When I was focused on doing service projects to boost my college resume in high school, he was selflessly working full time earning money to help his Mom and Step Dad make ends meet and keep food on the table for his three little sisters. As long as I have known him he has been "Santa Clause" for his little sisters. While other High Schoolers were concerned about getting the newest video game system for Christmas he secretly would buy the Christmas Tree, decorations, and almost all of the presents for his family. He has continued to work hard maintaining at least one full time and at many times multiple part time jobs all while going to school full time all of the way through College and Grad School. He currently works tirelessly running our business, the farm, caring for our animals, our home, may parents, me, and raising our children. Chris often works all night long to finish production tasks, finish planting a field before it rains, or finish a harvest before the Texas heat ruins a crop.

Chris has also been devoted to my family as well. My father was in a car accident shortly after we got married. My dad was in a coma for over 3 months and suffered extensive brain injuries. He has survived, but requires much special care. Chris has stood by and helped my mother and I care for him for over 21 years now. With my Dad's brain injury comes many social challenges. Chris has a talent for bringing peace to my dad, calming him in his fits of rage, and redirecting him. We even moved back to Dallas to help my mother  care for my Dad and my grandmother when her health was declining. My mother and father will be moving in with us because they are both requiring more care as their health continues to decline.

Chris Grider taught me that true service to others should take place on a daily basis, not just at "community service" events. He has a gift of being able to spot someone in need. It doesn't matter where we are, how busy he is, or how long helping someone will take, he is going to help. On our

honeymoon, we were riding bikes, when we came across a farmer whose truck was stuck in the mud. He spent hours brainstorming with the man, pushing, building ramps, and digging in the mud before they finally got the truck out! Since then he has dropped everything to help strangers, friends, neighbors, and family in need countless times.

When he worked in Downtown Dallas, he knew all of the homeless by name. They knew him, respected him, and knew that he would listen to them. Chris was brave enough to speak to those society had rejected, had a way of communicating with them and helping them in ways they truly needed. Maybe it was a kind word, a warm meal, a jacket, or a drink, but he always knew how to help those who were less fortunate. This extended to when he ran our restaurant in Waco as well. He employed several homeless gentlemen, made them feel valuable, counseled them, and supported them. My husband also employed disabled veterans, immigrants, recovering drug addicts, a schizophrenic woman, and people who just needed a second (or third or fourth) chance at making something of their lives. Chris' success has not only been measured in the success of the business, but in the number of people he was able to help along the way. When our restaurant went out of business due to COVID it affected him most because he knew he was letting down his employees that depended on it not only financially but also emotionally and mentally.

Another thing most people won't know is the countless hours he has spent counseling, encouraging, and simply listening to those suffering from PTSD and other disorders. One local man says that Chris has a way of talking to him that just simply brings him peace. He helps him to see what the right decision is in times of crisis. Another guy who had half of his face blown off in war, calls Chris at all hours of the night, sometimes in distress, sometimes crying, sometimes he just needs someone to listen to him. Chris always answers, always listens, always encourages him, and he truly worries about him if too much time passes between phone calls. I truly believe Chris is a key factor in sustaining this man's mental health, and is one of the reasons he is still alive and functioning in society today. My husband serves is an unofficial counselor

who probably does more good for these people than those that are being paid to help them.

He keeps a chain in the back of his truck and a gas can, because he is a constant good samaritan to anyone whose car breaks down. One day a homeless gentleman's truck broke down just across the street from our business. I was too afraid to even speak to the man. Chris struck up a conversation with him, learned his life story, his extreme attachment to his truck (which he lived in), and wound up towing him all of the way to Austin (over 90 miles away). On another occasion, a lady's car had overheated and broken down in the middle of the Texas summer heat. She had two little dogs with her. Chris helped her carry her dogs into our business, got her and the dogs cold water, something to eat, towed her car to the nearest mechanic, took her to the nearest dog friendly hotel, and went to pick her up the next day when the mechanic had finished fixing her car.

Most business owners call the police or shoo homeless away from their property. Chris always introduces himself, talks to them kindly, feeds them, and finds out where they would like to go. He has given numerous homeless individuals rides to meet up with family or friends, shelters, or he has gotten many hotel rooms so they can feel human again. One time we were caught in a blizzard. There was a homeless man that was sitting outside literally freezing. The hotel staff callously would not even let him in the lobby. Chris immediately got him a room and dinner. Even though we left the next day he made sure the man would be taken care of for at least another night until someone could come get him.

He has used our business to contribute to the community for years in numerous ways. One of his favorite events he has participated in since 2016 is a large event in Texarkana that benefits the Alzheimer's Alliance. He also helps with the Jr./Sr. Forum fundraiser yearly, donated the food and cooked for a large fundraiser at the Baylor club for the Humane Society while our restaurant was still in business, donated and prepared all of the food for the Bruceville Eddy Sports Association fundraiser, sponsors the sports association, participates in baseball field cleanup days, sponsored the Waco farmers market, and donated numerous

auction items to pretty much every cause ranging from personal fundraisers for families in need, to Care Net, to multiple cancer fundraisers, to local volunteer fire departments.

If anything Chris has become an even greater asset to his community since January 6. He not only continues to be the good samaritan he has always been, but he has become even more involved in our church. Every Wednesday he cooks a meal for our church and community often paying for the food from his own pocket, he cooks for a Bible study that meets at our business on Thursdays, and he donates his time to cook for multiple other church fund raising and community events. A 10 year old boy who lives in our town was recently diagnosed with stage 4 cancer. Chris immediately went into action and planning mode on how we could help the family, The result was a fund raiser that brought in thousands of dollars to help this precious little boy and his family.

These are but a small fraction of stories of how Chris has helped his community, neighbors, friends, and family. I am his wife and I don't even know half of the things he has done to help others. He is not the kind of person to brag about his good deeds. Wherever he goes he is able to see people in need that many of us would ignore in our busy daily lives. It is just who he is and how he sees the world.

I pray continuously that you will somehow find it in your heart to please have mercy on my husband. He has shown great remorse and humility regarding the events of January 6. It was simply supposed to be a fun last minute "guy trip" that turned into a devastating, life altering catastrophe. He has stated, many times, that if he had it to do over again that he definitely would not have gone. Please, take into consideration that he truly is a good person who is an incredible asset to his community, church, and even to absolute strangers in need. Most of all he is crucial to our family and to me. It will be a devastating blow to our small business, farm, and home if he is not here. I can't afford to hire someone to work 7 days a week tirelessly helping me run the business, care for the farm animals, my parents, our home, protect us all, and raise our children. He greatly respects you, your wisdom, and your decision. I want you to know he has learned his lesson and will do his utmost to

uphold the law in every way. The fate of not only my husband, but also our employees, a community supported by our business, the many lives he touches on a daily basis, our four children, and our family all lies within your decision. Again, I beg you to please find it in your heart to have mercy on my husband.

Sincerely Yours,

Crystal Grider

DANA MICHELE BARRY

101 West Fourth Street, Waxahachie, Texas  75165 |
972-674-0767 |
angelteacher07@yahoo.com

April 18, 2023

Honorable Judge Kollar-Kotelly
United States District Judge
Washington D.C

Re: Christopher Ray Grider
Case No. 21-cr-22-CKK

Dear Honorable Judge Kollar-Kotelly:

As Christopher Ray **Grider's** mother, I have raised him to be a God-fearing, honest, and humble man. I give witness that these good character traits remain. Examples named in this letter include his faithfulness to our Lord Jesus Christ in serving his family, church, and community with self-sacrificing acts of loyalty, hard work, and devotion. His wife, three sons, and soon to be delivered daughter are secure, provided for, and educated to follow excellent standards accepted by society.

As a good steward in membership at his Methodist Church, he attends regularly, serves in prayer at the altar, as well as gifting time and resources to this body of believers in forwarding their mission to minister to the local community.

His business, Kissing Tree Vineyards, provides citizens near and far with great entertainment, meals, and warm fellowship- a reprise from the  work-a-day lives some might lead. During his time away**, a harsh sentence would create a 'black hole'** for so many people.

The charges he has been convicted of, I guarantee, were never in his mind or heart. As a veteran of the United States Air Force, love of country is his deep motive. In attendance at his trial in December, 2022, **I was crushed to see my son's** shame **–** even to his gasping speechlessness. I could feel his loss of words, the emploding of his soul. The nauseating reality of broken law staring him in the face. His silent regret these past six months have been piercing my ears.

Love of God, love of family, love of country, these traits have been bourne throughout **Christopher's life. My child will be greatly** missed, enrichment of community will be lost during

his absence, and his children will have an eternal gap in their lives. Please consider mercifully his sentence.

With great hope and deep prayer, I thank you.

Sincerely,

DANA Michele Barry

**Hannah Barry-Smart**

4442 Oak Hollow Circle
Midlothian, Tx 76065
817-600-2108
hmb8675@gmail.com

April 18, 2023

**Honorable Colleen Kollar-Kotelly**

United States District Judge
Washington, DC

Re: Christopher Ray Grider
Case No. 21-cc-22CKK

Dear Honorable Colleen Kollar-Kotelly:

My name is Hannah, and I am Christopher's younger sister. Christopher is one of the greatest lights of my life. He has always inspired me to work hard for my own dreams and to always lift others up; to be humble and kind. I became a hairstylist who owns and runs her own successful business because I saw him become a success from nothing. My brother always treated people with respect. He has saved my life on multiple occasions and never mentions his heroism.

Christopher Grider is the type of man anyone would want to befriend. A man of integrity, selflessness, great faith, and honesty. Always lending others a helping hand or making someone smile; his energy is bright and his warmth is genuine. During this time of trial in his life; he has never once said an ugly word. I believe my brother has entered into a new chapter where politics and problems outside his family simply do not matter. Christopher accepts responsibility for his actions and knows that his relationship with Christ makes his spirit free.

In January of 2021, I wrote a letter testifying to his character. After being in trial, I was forced to see him in a different light; yet his golden heart and gentle nature shines through. I believe he was duped into thinking he was doing the right thing and that he could change something, but he is so regretful and embarrassed he was even seen in such a way. Today, Christopher is still the cornerstone of our family and he keeps us all together. I am so grateful to have him in my life, and I look forward to raising our families side by side.

Thank you,

Hannah Barry-Smart

# LINDA BARRY-RODDEY

1231 US 287 Bypass, Apt. 120, Waxahachie, Texas  75165  |

817-946-1762  |

barry.linda20@gmail.com

April 19, 2023

Honorable Colleen Kollar-Kotelly
United States District Judge
Washington D.C
Christopher Ray Grider
Case No. 21-cr-22-CKK

Dear Honorable Colleen Kollar-Kotelly:

My name is Linda, I am Christopher's younger sister. I have always looked up to my brother as he has been a good example of success, love, and a well-rounded person; the care he shows for his family runs deep to his core. Chris shows this every day, but my earliest fondest memory of my brother is when he and I would dance in the living room of our childhood home while we listened to our favorite songs. There has never been a time while I was growing up – and even now – that he hasn't made me smile.

When I attended the trial in December 2022, seeing the events that took place on January 6th. and the impact it had on Chris was heartbreaking. I saw a man whose actions were twisted to represent an agenda that he does not support. Since before the trial, even more so now, he has been focused on his family, raising his three beautiful sons, preparing for the birth of his daughter, and working on the success of his business. Chris' strength in character has not changed and his belief in God has strengthened. He has been humbled by this experience and accepted responsibility for his actions with grace.

Christopher's actions on that day do not reflect the man he is. He is a God-fearing family man who is honest, charismatic, driven, and respectful to the leaders in his community and his country. He is a unique person that anyone would be happy to meet and know.

Thank you for taking the time to read this letter,

Linda Barry-Roddey

**Michele Payne**

549 River Oaks Blvd. #8107
Waxahachie, TX 75165
214-723-3569
gingy.barry@gmail.com

April 20, 2023

Honorable Colleen Kollar-Kotelly
United States District Judge
Washington D.C.
Christopher Ray Grider
Case No. 21-cr-22

To Honorable Colleen Kollar-Kotelly:

I am Chris' youngest sister, Michele. I am a stay-at-home-mom and homemaker. During this season in Chris' life, I have seen him evolve into a more chaste man. His priority is to live a simple life focused on his family and Christ.

Since January 2021, he has abandoned strong political affiliation, humbling his views. He spends his time developing and deepening his relationships with his three sons and wife. They are also expecting their fourth child, their first daughter. Chris has longed for a daughter, having played a prominent role in raising myself and my sisters. He would cherish the opportunity to raise his daughter - he would raise her to be a joy to those around her, to be content and see the light through dark times - just as he taught me growing up.

Seeing Chris' emotions throughout the trial told me that he is remorseful and discomposed over traveling to Washington D.C. Throughout the trial he felt foolish and embarrassed that he went and that his family saw footage of him acting out of character. It was heart-wrenching to see my brother so distraught and broken.

Through it all though, Chris has remained graceful and meek. His relationship with Christ has been renewed through this season in his life. He is heavily involved with his local church.

Chris has followed every rule and obligation set forth by the court. He is mindful of his boundaries and adheres to them.

My prayer is that he is given the opportunity to continue to raise his family in Christ, following the parameters set by the court.

Thank you,

**Mrs. Michele Payne**



**NATIONAL OILWELL VARCO**

**Pressure Control Group**
6390 N. Eldridge Parkway
Houston, Texas 77041
(832) 424-6000

From:                                                                                                    4/17/2023
Chris D. Johnson
Senior Engineering Advisor

To:
The Honorable Colleen Kollar-Kotelly

Subject:       Christopher Ray Grider, Case No. 21-cr-22-CKK

Your Honor,

My name is Chris Johnson, and I would like to take this opportunity to provide a witness, in writing, to you concerning the character and nature of Christopher Ray Grider.

First, however, I would like to tell you a little about myself so you know who this is coming from. I am a mechanical engineer with National Oilwell Varco(NOV), as noted by the letterhead I'm using. On May 19th of this year, I will celebrate my 26th year with this company, which hopefully gives you a reading on my stability. In my time with NOV, I have moved up the ranks and held the positions of Associate Engineer, Design Engineer, Engineering Supervisor, Project Engineer, Engineering Manager, Global Product Engineer, Director of Engineering, Senior Engineering Manager, and now Senior Engineering Advisor. Over the years, I've created many technological advances for the company and have gathered many patents. In my current role, I act as a mentor and force of guidance for our entire engineering staff. My judgment on technical, philosophical, ethical, and political factors in our work is relied upon by the whole company to ensure we meet the needs of our customer by providing quality equipment while also maximizing our profits. So, hopefully, if my company has put so much stock into my judgment, you will see value in it as well. When I'm not working, I spend my time working in our local church on the Audio/Visual team as well as working as a leader with the youth group. I also have the joy of coaching on my daughter's 14U travel softball team. So, all in all, I'm a busy man who loves to serve people.

I met Chris Grider when I was in college at Texas A&M University. He and my sister had met and started dating during high school. So, my first interactions with him were those of a suspicious big brother who didn't want any boy to have anything to do with my little sister. In my role as the protective brother, I made sure to covertly intimidate him and make sure he knew that any pain my sister experienced because of him would be reflected on him to the best of my ability. To be clear, Chris gave me no particular reason to distrust him besides being a male spending time with my sister. In fact, he made it hard to dislike him. He treated her well and seemed to make her a better version of herself, supporting her in all her endeavors and serving her with a gentle love that any woman would be envious of. So, over time, as he proved himself loving, loyal, and trustworthy, I was forced to drop my forced dislike of him and accept him as the young man he was. A significant amount of water has passed under the proverbial bridge since that time, and Chris has remained that man. He loves my sister better than I could have wished for, being a great provider, both financially and emotionally. As Crystal and Chris have had their three boys, I've seen him be a great dad, making sure he takes part in his boys' adventures alongside of them, whether it be camping in the rain together or building a fort in the living room and pretending to fight off a horde of

imagined invaders.  Chris is always there for his family in many ways.  His work ethic, in particular, is awe inspiring for sure.  I'm not sure I've ever seen a man work so hard to provide monetarily for his family while simultaneously working so hard to provide emotionally for his family.  Chris makes time for everything, never leaving his family by the wayside while doing the difficult work required to keep a small business up and running.  In the end, if anyone had motivation to be suspicious of Chris Grider, it was me.  But, he proved himself to be worthy of my trust time and time again.

Perhaps you're wondering how one so supposedly trustworthy could get tied up in the events of January 6th in Washington, DC.  If so, you're not alone.  I've wondered the same thing, and I know from talking to Chris after that day he wonders the same thing.  He wonders how he could have been so blind to the signs that this wasn't going to be like the previous rallies he'd been to.  He wonders how he could have continued to go along with the crowd that day as things progressed into the Capitol building.  And, he's communicated to me the stress associated with watching the videos from that day.  It's something like a nightmare to him every time he watches them.  The answer to how, in my opinion, is that he was an honest man seeing things through honest lenses that day, and he couldn't see the signs that the things his honest lenses were telling him weren't the truth of the situation.  He believed that when Trump invited them all to gather at the Capitol building that obviously everything had been set up for them to be there.  And, his choices that day were clouded by that one assumption, that one belief, so much so that he couldn't see the signs around him that were oh so clear when watching the videos.  At the end of the day, however, Trump hadn't provided appropriately for the actions he urged others to take, leaving Chris and many others holding the bag for the actions they took at his behest.  I know Chris, and I know he regrets his actions that day.  He's never wanted to be anything but a law-abiding servant of the United States of America.

I believe to the core of my being that Chris Grider is a good man, that he simply got caught up in something that was bigger than him and was moved by the momentum of the day to be in places, both physically and mentally, that he would never trod otherwise.  He never actively called for any violence that day.  As such, I would request that Your Honor would grant as much mercy as you can upon this man with respect to his sentencing.  The ordeals he's been through and lived since that day have more than corrected his behavior.  He no longer wishes to hear or talk about anything political.  Chris just wants to live his life and love his family, and I have no doubt from my discussions with him that he will absolutely not be drawn into any situation like that in the future.  Thus, it is clear to me that his behavior has been corrected and no further correction is needed.  Given that fact, I beg of you, dear Judge, to alleviate further stress on this man and his family by giving him a sentence of time served both in the penitentiary as well as the significant time he has spent under house arrest.

Thank you, Your Honor, for taking the time to read this request.

Sincerely,

Chris D. Johnson
Senior Engineering Advisor
Cell:  713-385-1127

Dorothy Johnson

6316  Rock Canyon Trail
Dallas, TX 76524
214-213-6853
dwuebkerjohnson@yahoo.com

April 17, 2023

Ref: Christopher Ray Grider
Case No: 21-cr-22-CKK

To the Honorable Colleen Kollar-Kotelly,

My name is Dorothy Johnson. I am Chris Grider's Mother-in-law. I am retired from
General Electric, where I worked as a customer service/sales representative for the water
purification devision. I have known Chris since he was a teenager. He and my daughter
Crystal Ann Johnson Grider met and started dating and fell in love and eventually got
married. They have 3 sons and a daughter due any time now. From the day I met him I
have admired him because he has been a respectable, honest, outstanding, hard working,
Christian young man. He has been a wonderful husband and father. He loves his family
and they need him very much. My daughter is deaf  and he is extremely supportive,
protective, and helpful for her. He manages to find time for each of his children, making
them each feel very special. His parental responsibility is extremely great and would suffer
immensely if he were to be separated from them. They are expecting the baby girl that
they have prayed for for years. It would be a tragedy if he cannot be there for his wife and
to have time with his baby girl.

He is an incredibly talented chef and does the cooking for both the family small business,
the church and the church's community events. He has taken his older sons under his
wing, bonded with them, and taught them how to cook. Patiently he walks them through
the steps of cooking different meals, providing caring customer service, and nurtures their
love for serving others in the community.

He is a loyal and respectable neighbor, friend, and business owner. I have seen him drop
everything to help neighbors and even complete strangers fix plumbing, heard animals
back into their pins, find out who a lost dog belongs to, push vehicles out of mud, and
much more. Chris also has much more patience than I do with employees. He is always
trying to help people out. This has led him to hiring many people who would otherwise
have a difficult time getting a job. One lady was a recovering drug addict who helped in
the kitchen. He gave her a chance nobody else would. Chris has also hired many disabled
veterans. One guy had multiple head injuries and it was not until after he cost the
business a sizable amount of money that we figured out how many difficulties he had

from his injuries. But still Chris worked with him and found jobs that he could effectively perform within the business. His patience with this veteran gave him confidence and helped him support his family. Helping people in need is something he does every single day in whatever situation he is in.

Unfortunately, he decided to attend the rally to support President Trump in DC and he was caught up in the crowd that was there. I was one of the supporters who attended the trial in DC, where he tried to present the reason for being in DC. He has been very regretful that he was caught up in what happened. He has been very sorry that he was there. Being the kind of man he is, he is willing to accept whatever the court feels necessary as a punishment. However, with all due respect I beg you to consider the type of respectable, kindhearted, hardworking man who is an extremely important part of his family, neighborhood, church, and community, and please do not punish him any more for this mistake.

Lovingly Submitted,

Dorothy Johnson

To:  The Honorable Judge Colleen Kollar-Kotelly

Reference:  Christopher Ray Grider
Case Number:  21-cr-22-CKK

Hello, my name is Elizabeth Gray, I am the aunt of Christopher Grider and have known him for 42 of my 50 years.

I am a business owner, operating a Scooter's Coffee franchise in the states of Missouri, Arkansas, and Kentucky. We are a drive through only, specialty coffee store focusing on speed of service and customer experience. By year end, our company will employ approximately 80 people. I am the CEO and am active in the day to day operations and store development.

Christopher and I, being only 8 years apart in age, spent many of our summer days together with our grandmother. We grew up around each other, attending family functions and spending many holidays together.  My memories of us as children are pleasant and fond.  He was a sweet little boy, much like a younger brother to me.  Chrisotpher was very intelligent and well mannered – much like he is now.  As adults, we don't see each other in person as often but have maintained our relationship via phone calls, text, and social media.  I was honored to attend his wedding to his wife, Crystal, many years ago.  They have set a fine example of marriage and parenthood.

In relation to the events now before the court, Christopher has spoken about them to me over the phone.  He has expressed much remorse for his action on that terrible day.  He has accepted his responsibility in the events and admitted as much.  Aside from this conversation, we have not discussed politics or the events of January 6, 2021.

Christopher is a man of great character; he is a dedicated businessman and a good citizen of his community. He is a wonderful father to his children and a faithful husband.  As an extended family member, I know I could call him at any time, any day and he would come to my aid, if needed.  He is a reliable and dependable member of our family. I trust Christopher explicitly and value his council in business and personal life.

Sincerely,

Elizabeth Gray
CEO – Operations and Business Development
The Adventurous Bean
perksofcoffee@gmail.com

Rev. Gaylon Wayne Johnson

1917 Kerry Drive

Arlington, Texas  76013

682-201-7679 or 817-944-0101

The Honorable Judge  Colleen Kollar-Kotelly

Christopher Ray Grider  Case # 21-cr-22-CKK

I am a retired and disabled minister and the uncle of Mr. Christopher Ray Grider # 21-cr-22-CKK . I have known him for at least 20 yrs. I have never known him to be irresponsible. He has always shown to me that he loves this country, himself being a vet. He has never turned down  those who are in need. Both personally and in the commuty and church.

He has been the best husband and father, making a living example of how it should be. He has always believed in God , country and family . In that order. Working hard to put food on the table and pay the bills.

He has expressed his regrets for showing up that day. He thought that it was going to be something different, than what it turned out to be. He has said that he has made an oath to stay away from political activities. I dont think that he has much trust in that avenue any longer.

Because he is a man of honor, he is willing to accept the responsibility for  his actions ,for any involvement , he may have had , concerning the events  that occurded on the day of Jan 6th.

Everyone has made a mistake or laps in judgement at some point in their lives, noone is immune to it, this is Mr. Griders' moment. Mr. Grider will live with this for the rest of his life, as will his family.

Justice Colleen Kollar-Kotelly, please accept this letter in your consideration of Christopher Ray Grider  Case # 21-cr-22-CKK  character.

Thank  you.

Rev.Gaylon Johnson(retired)

1

**Karen Murphy**
298 Shady Shores Dr.
Mabank, TX 75156
(972) 922-4010
karenm363@gmail.com

April 17, 2023

**The Honorable Colleen Kollar-Kotelly**
U. S. District Court for the District of Columbia

RE: Christopher Ray Grider, Case No. 21-cr-22-CKK

Dear Judge Kollar-Kotelly,

My name is Karen Murphy. I am a retired Administrative Assistant for Oncor Energy Delivery.. My husband Mike and I have four grown children and five grandchildren.
I came to know Chris when he married my cousin Crystal and have known him for over 20 years. He quickly became such an important and much loved member of our family. He's consistently shown incredible integrity and devotion as a husband and father.

Please allow me to share some information that you may not know about Chris.

Hearing loss is a common trait in our family. Unfortunately, Crystal has been suffering from hearing loss for approximately 15 years. She has adjusted by learning to read lips. However, she relies on Chris to interpret for her  when verbal communication is vital, such as doctors appointments and business meetings.
In addition to running a business and raising their four children, Chris and Crystal are also the primary caregivers for her 82 year old mother and hearing impaired father.

In 2011 a news station ran a story on Chris, while he was teaching middle school in McKinney, TX. The story highlighted one particular project that enriched the lives of his students. He had a unique ability to peak students' interest, keeping them engaged and making learning fun. Although he no longer teaches in the classroom, he continues to mentor other teachers when they call for advice.
As I recently watched the video again, I am struck by a poster Chis had hanging in the classroom; Life is Full of Choices - Choose Carefully.
It is clear to all who know him personally, that Chris regrets the choices he made on Jan 6th. It has taken a tremendous toll on the emotional and financial welfare of his family. However, rather than blame others or deflect responsibility, Chris has relied on his faith in God to guide him through.
He is using this as a teaching moment for his sons. Reminding them that your character defines you. So strive to be your best every day. And when you do make a mistake, take responsibility and do what you can to make things right.
Please consider the character he has demonstrated throughout his lifetime.  And the  positive impact he continues to have in the lives of his family and the lives of so many throughout his community.

Sincerely,

*Karen Murphy*

Marcus E. Winkelman

14900 E. Pacific Pl

Aurora, CO 80014

Winkelman.marcus@gmail.com

050423

To The Honorable Judge Colleen Kollar-Kotelly,

RE: Christopher Ray Grider, Case No. 21-cr-22-CKK

Dear Judge Kollar-Kotelly,

My name is Marcus Winkelman. I am a biotechnology consultant based out of Aurora, Colorado and sponsored disc golfer, actively improving Americans' mental and physical health one round at a time. I am a nephew by marriage to Mr. Christopher Grider. I have known Chris for the better portion of my life, I was a young child (9) when my aunt Crystal and him began dating in their high school years. In years to follow I recall their adventures in the United States Airforce, Chris serving our country valiantly, my aunt Crystal steadfast by his side. As a young teenager, Chris took me for a visit on the Airforce base he worked at, I met multiple service men and women, I gleamed with patriotic pride. I wrote about this experience for months in my 6th grade English class. After the military I recall Chris becoming a Teacher, always one to teach me, it felt natural to see him guide students through their expressive artwork. As my aunt and uncle began their own family, I watched Chris develop into the loving-guiding father he is. I've seen him show them how to live rather than tell them, be honest, work hard, and live for God.

I haven't spoken to Chris since the events of January 6th, I've had my own grieving issues and haven't made it to family events in recent years unfortunately. I do not recognize the person shown, I've never known Chris to show anger in disapproval. He's always been analytical with his emotions, never one to yell but quick to have precise questions. He's always shown the utmost respect for law enforcement and is a proud patriot of this country. The person shown is not the person I've known for 20 years.

I believe Chris was lied to by former president Trump, spewing radical rhetoric inciting the crowd a mere few hundred feet from the Capitol building. The former President unjustly declaring he felt like he won, exciting the crowd on falsities.

From the beginning to the end of this unfortunate affair, Chris has acted with humility and acceptance, I strongly urge you to consider an alternative to the pending sentence.


Respectfully,


Marcus E. Winkelman

May 1, 2023

The Honorable Colleen Kollar-Kotelly

Re: Christopher Grider

Case No. 21-cr-22-CKK

Judge Kollar-Kotelly,

My name is Bellanira Winkelman, and I am Christopher Grider's sister in law.  I met Chris when he was 16 years old and watched as he grew to be an amazing young man. Later, when he became our brother in law, it was evident by his sweet, honest, hardworking nature that he was a great addition to our family. As he matured and became a father himself his selflessness, love for his family and commitment to his community became his strongest traits.

Chris has shown many times how compassionate and supportive he is. He has displayed that by caring for and mentoring my three sons as they grew up, as they are several years younger than Chris is.  He was very active in teaching them outdoor skills on family camping trips. He taught them to appreciate the outdoors while hiking and fishing on the family farm. Chris served in the Air Force and was so positive about his military service that it inspired my middle son to become a member of the United States Marine Corp.  As we, all know military men share a special bond as they do to this day.

Chris now has his own family of three sons, and now my sons act to pass on knowledge, fun times and "boy wisdom" to his young sons. He makes sure to teach them about church and service to his community. They are active in church happenings and community service. He is strong in his beliefs and committed to ensuring the right thing is done. He is a role model for his sons friends, and continues to be for my own sons who are grown men now.

Recently on a family vacation, Chris served as our personal chef and game night organizer. He went out of his way to ensure that not only the family, but also visiting friends were made to feel comfortable and welcomed.  He is a strong pillar of our family and shows that he maintains a high level of support, reliability and genuine love for life.  We are a very close appreciative family, and we believe in and support Chris in every way.

Please consider these facts while considering his case. Please feel free to contact me if I can add any additional information.

Bellanira Winkelman

972-754-4889

Brenda Tharp
5430 Meadow Vista Ln
Garland, Texas 75043

Honorable Judge Colleen Kollar-Kotelly,

I am writing concerning the upcoming sentencing phase of my nephew Christopher Ray Grider, Case No.
21-cr-22-CKK. I met Chris while he was dating my niece Crystal. They met while they were in Trinity
Christian School in Dallas. After dating for a couple of years, Chris joined the service and then upon his
return, he used his GI bill to obtain his college degree. When he graduated, he and Crystal began
teaching in Dallas.

Chris has always been a very kind and respectful person. The entire family considered him a member as
soon as we met him. He just fit in as one of us. One example of Chris' kindness and patience was
evidenced when we were on a trip to New York. My brother had been in an auto accident that left him
with TBI. His meds were not yet regulated, so he could at times become volatile. We were in the NY
Museum of Modern Art viewing the exhibits. Chris was an Art teacher and was giving us the grand tour.
My brother started touching the exhibits and Chris realizing how easily the situation could turn, pulled
him aside and oh so kindly explained to him the rules of the museum. The rest of us were amazed,
because we expected the situation to get out of hand, but Chris with his soft spoken attitude defused
what could have been a very volatile situation.

Chris is also a great father to his three sons. We were on a family trip to Colorado and he was amazing
with the boys. Although there was plenty of recreational activities to do with the boys such as skiing,
sledding and playing in the snow, Chris made up little games for them to play any time there was down
time.

Chris readily admits that he has made mistakes and would do anything to erase the hardships those
mistakes have caused everyone, especially his family. In the past two years I have seen the relationship
with his teenage son, which was on shaky ground before, blossom into a father son relationship that is
enviable by most. These past two years, I have seen Chris, Austin and Houston working side by side in
the family business as he mentors them.

We continue to pray for leniency as his sentence is decided within the next month. He is a good
honorable man who made a mistake and is very repentant. He has a tremendous amount of community
support and is well respected among his family and friends.

Thank you for considering the man Chris is today during his sentencing.

Sincerely,

Brenda Tharp



**AUBURN UNIVERSITY**
AT MONTGOMERY

April 13, 2023

The Honorable Colleen Kollar-Kotelly
Re/Christopher Ray Grider, Case No. 21-cr-22-CKK
c/o Brent Mayr, Attorney and Counselor at Law
5300 Memorial Circle, Suite 200
The Woodlands, TX  77380

Dear Judge Kollar-Kotelly,

I am writing on behalf of my brother-in-law, Christopher Grider, with regard to his upcoming sentencing for the guilty verdicts he received in your court, and to ask for your leniency in this matter.

Christopher's wife, Crystal, is my half-sister and I have known him since they started seriously dating while they were in high school.  I am quite a bit older than either of them, since my mother "took a break" from having children for about 20 years, but, after my parents divorced, she remarried a younger man and the next thing you know, I have a sister.

Crystal has always been a kind, caring, loving young woman and she and Christopher were the 'perfect' couple. They have had 3 sons who are growing up to be incredible young men and she has another baby, a little girl (we think), who is due later this month.  They moved to the Waco area to live on the farm my mother grew up on after my grandparents passed away and began a winery which developed into a couple of restaurants that were the envy of everyone in Waco.

I am telling you this to let you know that the two of them are very loving parents who are an integral part of their community and I believe the events that led up to our current circumstances have greatly caused Christopher to re-examine his life and realize that he should focus on his family and his business and to leave 'politics' behind.

I do believe that he is repentant for his actions.  I believe that Chris is a hardworking, loving individual who fell under the spell of a persona he greatly admired, but I know that he has come to question his fervor and understands the error of his involvement.

I certainly understand, and Chris understands as well, that there will be a period of time that he will be incarcerated for his involvement in this event, but I ask you to show your mercy and look at the way he has lived his life since those incidences to see that society will be better served by letting him return to his wife, his children, and his community as soon as possible.

*Continued……*

AUBURN UNIVERSITY AT MONTGOMERY
College of Liberal Arts and Social Sciences • *Communication and Theatre*
P.O. Box 244023, Montgomery, AL 36124-4023;  Telephone: 334-244-3379
www.class.aum.edu



**AUBURN UNIVERSITY**
AT MONTGOMERY

If you have any other questions about Christopher, or anything else in this matter, please feel free to contact me on my cell phone at (334)303-3068 or via email at 'mwinkelm@aum.edu'

Thank you for your time and consideration,

Mike Winkelman, Professor
Auburn University Montgomery
Department of Theatre and Communication

AUBURN UNIVERSITY AT MONTGOMERY
College of Liberal Arts and Social Sciences • *Communication and Theatre*
P.O. Box 244023, Montgomery, AL 36124-4023; Telephone: 334-244-3379
www.class.aum.edu

# Heidi L. Elliott

Chilton, Texas | (913) 702-5896 | heidi.lee.elliott@gmail.com

April 13, 2023

TheHonorable Colleen Kollar-Kotelly

RE: Christopher Ray Grider, Case No. 21-cr-22-CKK

I am the proud wife of nearly 30 years to a retired US Army Lieutenant Colonel. Our military life required moving every couple of years and embracing all the changes that accompany relocating and seeking community and fellowship. Upon retirement and moving into this rural area over nine years ago, we met the Griders when they began attending our church.

I taught Chris and Crystal's two older boys, Austin and Houston, in Sunday School and now teach their youngest son, Travis, in Wiggle Worship (a worship service for children under 10) each Sunday at church. I lead two different ladies' Bible study groups that Crystal participates in. I also attend a co-ed Bible study once a week with Chris. Their entire family regularly attends our church's mid-week service. Chris often contributes to the family-style meal by providing and preparing the food. He serves on the prayer team each Sunday and attends Sunday School when he is not praying prior to the service. He is deeply rooted in his Christian faith and often shares biblical insights that can only come from someone who has studied the Bible and has a strong relationship with the Lord.

Chris has always spoken candidly with me about his memory of January 6. He is not proud of his actions. He feels embarrassed and ashamed of his gullibility in believing former President Trump's assertions and acting on Trump's rally orders to march to the Capitol. While he has never been overly vocal about his political beliefs, Chris has always been deeply patriotic and has loved this country beyond his time serving in the military. He believes in the goodness of people and always offers grace by assuming the best of them. For example, Chris chose to support an employee who was a veteran with PTSD and a TBI despite losing profits. I have personally witnessed Chris bring food and a hot coffee to a homeless drug addict sitting outside of his business. Chris joined the man on the sidewalk, spoke with him like a human being with dignity, and offered to drive him somewhere for shelter. These are only two examples I have personally witnessed that support my belief in Chris as a man who cares for others less fortunate than himself. More recently, his business held a live auction, silent auction, and 3 course dinner with live music to support a young man in our community fighting stage 4 of a very aggressive and rare cancer. The Griders helped raise over $20,000 to assist with the rising medical costs for Terry Moore and his family.

I was present for Chris's trial in December 2022. I sat in the courtroom each day up until the closing arguments. I regretted having to fly back to Texas before the judgement was announced but I was able to join the private call to listen to the proceedings on the days I missed. I honestly do not know or recognize the Chris Grider that was shown in the video evidence or described by the prosecution and witnesses. It was difficult to reconcile the man on January 6 with the man I've known for nine years. Since the verdict and being blessed to return home awaiting sentencing, Chris has continued to be fully engaged with his growing family, his business, his church, and his community. He has chosen to accept responsibility for his actions and embrace life as he is able to presently live it. His family, business, and employee have been targeted by hate speech and bullies. Chris accepts the full weight of responsibility for his actions on that fateful day in January and continues to do his best to show his family, friends, and community that he is a man who chooses to live each day trying to do better by honoring them and God.

Respectfully,

Heidi Elliott

Heidi Elliott

Evin Price
COO, Ellem Creative

4/20/23

The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW Washington, DC 20001

Dear Judge Kollar-Kotelly,

My Name is Evin Price, I am the Chief of Operations of Ellem Creative a brand, marketing, and events agency that my wife and I own here in Waco Tx. We are recently married and I am a proud stepfather of five amazing teenagers. In addition to entrepreneurship and a full house, I part-time at Waco Moving Co. as a Jr. Forman.

I am writing to express my support for Christopher Grider and endorse his character. I have known Chris since October 2018, and in that time, I have come to know him as a loving family man dedicated to hard work and service.

From teaching at a few schools to serving in our military to owning and operating successful businesses and restaurants, Chris has always put himself in a position to be educated and in the service of others. I first met Chris at his restaurant, Taste by KissingTree, where I immediately found respect for his work ethic as he personally had his sleeves rolled up and was putting in the work and helping with the final touches to open in the coming weeks. Despite his busy schedule, he took the time to personally review my application and saw potential in me that he felt would be better utilized in a higher position. He gave me the opportunity to be his general manager in a few months' time, which allowed me to work closely with him and his family over the next three years. We received an amazing accolade of Waco's Best New Restaurant in 2019. I wasn't the only person he gave opportunities to. I saw him bring on newly graduated chefs to give part work to veterans that need to work.

Throughout our time knowing each other I learned a great deal from Chris about business, entrepreneurship, and how to balance being a strong male role model for your kids and a loving husband to your wife while running multiple businesses. He cared deeply for his employees and customers alike and was always willing to lend a listening ear and offer guidance whenever needed. He never liked to see people in a bad situation, and found it very difficult to turn people away when they needed work, and even more difficult to let them go if they made mistakes that would lead to possible termination. I remember there was a time one of our employees got in a little bit of trouble and not only did Grider pay for his bail he picked him up and made sure he got home safely and still had a job to come to after missing a few shifts due to the situation.

After Taste was closed due to covid, I remained in contact with Chris and his family because to me he was not just a boss, but a mentor, a friend, and a member of my family. We spent time out at his home just hanging together and he was always very hospitable, sharing knowledge about wine and growing grapes, and telling old stories about teaching and being in the service. I got to know him well on a personal level. Chris blessed my family by hosting our wedding at the KissingTree tasting room. He and his family did it

all from the kindness of their hearts they even went as far as personally cooking and serving my family and our guest.

When I saw what happened on the news, I was deeply troubled and saddened. I received a call from Chris's mom with a way to contact him and I reached out to Chris and his wife immediately to offer my support and assistance in any way possible. I know that the events surrounding his case do not reflect the person that Chris is, nor do they negate the countless acts of kindness and service he has performed throughout his life. So I wanted to be there for him like I've seen him show up for me and others over the years. Chris has been candid with me about his legal problems, and I appreciate his willingness to take responsibility for his actions. Despite the current situation, he has continued to show love and support to his family and friends, and I have no doubt that he will continue to make a positive contribution to society in the future.

I would like to acknowledge that the events of January 6, 2021, have caused deep divisions in our society. While I do not condone the actions that occurred that day, I do not believe that Chris should be punished excessively for his involvement. He has demonstrated remorse for his actions and has taken steps to make amends for his mistakes. He admits the 2020 Presidential Election was not stolen and he felt like he was duped into believing that he could do something to change the outcome of the election by then-President Trump with a collective peaceful protest. Chris demonstrated regret over his decisions that day and verbalized how all he wants to do is be home with his wife and kids and focus on the farm and raising them well.

I sincerely hope that you will take into account Chris' unique history, character, and circumstances when considering his sentence. He is a person of good character who has made a positive impact on the lives of many people, and I believe that he has the potential to continue doing so in the future.

I urge you to consider Chris's character, his history of service and dedication, and the positive impact he has had on the lives of those around him. I believe that he is a good person who has made mistakes and owns them. He is a hardworking family man that has a newborn on a way. We just celebrated with a baby shower on April 15th. We can't wait to meet his first baby girl in the world, Chrsti Ann! I hope this letter finds you well and that you will take into account how bright his light s to the people around him and the positive impact he leaves as you make your decision.

Thank you for taking the time to read my letter and consider the impact that Christopher Grider has had on my life and the lives of those around him.

Sincerely,
Evin Price and Family

## Fred Louis Davion

52 Hillsborough Drive
Huntsville, Texas 77340
469-441-4326  LPDAVION@gmail.com

April 14, 2023

Reference: Christopher Ray Grider, Case No. 21-cr-22-CKK

The Honorable Colleen Kollar-Kotelly, Senior Judge
U.S. District Court for the District of Columbia
U.S. Comthouse
3d & Constitution Ave., N.W.
Washington, D.C. 20001

Dear Senior Judge Kollar-Kotelly:

I could probably go on for many pages to share with you what I hope will be helpful as you determine appropriate sentencing in the case of Christpher Grider. I wrote a letter for Chris in 2021, and am glad to be able to again. But let me begin by summarizing what I feel are the most important points before supplying the details of why I feel the way I do about Chris.

Based on a long personal association and, at times, a close friendship, he has proven to me repeatedly and consistently what he is, as well as what he is not. Chris is decent. He is not cunning or sly. He's good, not evil. He's a friend, not an enemy. He's honest, tells the truth. He's not deceitful. Chris is trustworthy. His integrity is never in doubt. He's kind to all, with respect for all. Not in his nature to be mean or cruel. He's steadfastly dependable, true to his word. He's not unreliable. He's hard working, making every effort to accomplish worthwhile achievements with his life. And he's patriotic. He served and defended our country well in uniform. From his upbringing and his time in the service he learned to be compliant to authority, not recusant or disrespectful.

To his God, his family, his friends, his country he is true, willing to commit to what he believes and cares for most. Am I making him sound "too good to be true"? As all of us do, he makes mistakes in judgment, but he does not shrink from the consequences or blame someone else for his faults. He says the events at the U.S. Capitol Building on January 6, 2021 were not at all what he was led to believe or expected them to be, but instead had the most disappointing and disruptive repercussions he has ever experienced. He regrets being there, but most of all, he laments the effects it's had on his family. His behavior as a son, husband, father and to others in his family is truly outstanding. He consistently puts the comfort, welfare and safety of his family above his own. He shows how much he cares for his wife, children and others close to him in every way he can. And, of course, they return his love fully. Family time is their best time. Being separated is tragic loss for them.

Though I'm much older than Chris, and prone to be critical of younger generations, I can say with complete honesty and without fear of exaggeration, he is one of the very best people I've ever known in all the ways I've listed here.

May I submit that I am a qualified and reputable source for this information. Currently my wife, Peggy, and I are retired (75 and 76 yrs old respectively). We live near Huntsville, Texas, which is about 60 miles North of Houston. Peggy was in the mortgage and home sales business, and my career started in 1969 as a computer technician. Later I became a resource and project manager for National Semiconductor, then Hitachi Data Systems and finally, EMC Corp. I was responsible for maintaining and coordinating operations with some of the world's largest computer installations at NASA's Johnson Space Center, Exxon's World Headquarters, VA and IRS Regional Data Centers (Austin) and EDS worldwide. I held a top secret security clearance, when necessary. Before that I attended University of Houston and enlisted in the U.S. Navy, serving as an AG (weatherman) during the Vietnam War.

Following my first retirement in 2001, I worked in the mortgage and real estate industries, then we opened our own business in 2004. That's when we first met Chris and his wife, Crystal. Both were going to school full-time and he was working security at Neman-Marcus. Not long after we opened she came to work for us and later he did, too. The next few years they juggled scheduling for school, work, sometimes working full, sometimes part-time with us. We lived in the same apartment building some of that time. Oh, and during that period, they had their first son, Austin. They were full of energy and interested in everything. You wouldn't have known that Crystal had serious health issues from birth. One is an inoperable condition in her brain, and she was told she would not be able to have children, because of some reproductive organ problems. Neither held her back. She has demonstrated academic excellence, and she and Chris have produced three healthy, great sons, with a fourth child (a girl this time- she's so excited) on the way- due in early May.

I think it's important to note that since Chris and Crystal met in school, in their early teens, they knew they would always be together. Yes, meant for each other, a match made in heaven. He is so caring and protective of her. It's very touching. And she thrives (the children, too) in the loving environment he provides for her (them). Please consider not only his regret for involvement in the unfortunate events of January 6, but the needs of his wife and family in your considerations. They just want to have a meaningful, peaceful life with their friends and family. And I know we all wish that for them.

I've gotten to know Chris over nearly twenty years of shared experiences. We've worked together through many routine days, as well as, extraordinary challenges that required late nights and weekends. We've also been together for picnics, swimming in the river, dinners out with the family, weddings, beers with a ball game and many other occasions. I've also learned about Chris by watching him interact with others. He's always an example of courtesy and kindness. He's never disruptive.

We sincerely hope the requirements and guidelines of sentencing can allow for a minimum penalty in Chris' case, in light of these factors:

1) There is no world in which Chris would ever be involved in anything like January 6 again,

2)  He sincerely regrets being involved in January 6,
3)  Chris' wife's reliance on him,
4)  His children's and family's continued security, stability,
5)  They're expecting a new baby,
6)  They're like family to us, and we want the best future for them.

Finally, Peggy and I equally care for Chris and his family, and are interested in affecting the outcome, so she is signing this document, too. We attest to the accuracy of it with our signatures.  We appreciate your consideration of its content.

And thank you for your service to our great country.


Respectfully,


Peggy Davion


Louis Davion

Madison Elliott

169 County Road 499A
Chilton, Texas 76632

913-702-6621

mads.l.elliott@gmail.com

1 January, 2023

To the Honorable Judge Colleen Kollar-Kotelly,

My name is Madison Elliott. I have known the Grider family for years through our church community, and began working for them at their winery, Kissing Tree Vineyards, just under a year ago. Chris has been a pivotal part of not only the community in which his business is, but also in our church. I have spent countless hours with him at work witnessing what a positive impact he makes, and he is alway in attendance at church and church functions. I respect your decision and findings in this case. I am writing this letter because I want to offer a full picture of the person I know Chris Grider to be. Chris is a generous, hard-working, kind man, and my life has greatly improved with his and his sweet family's presence in it.

Chris Grider has been blessed with an incredible ability to cook, and he gives that gift out generously. He cooks weekly for our mid-week church service, spending hours each Wednesday ensuring we have a delicious meal to share with anyone in the community who is able to come partake. He does all of this and purchases all food out of his own pocket. The winery holds dinners on Saturday nights, and I have only missed one Saturday in the last 11 months. The winery is located directly off of Interstate-35, a major highway in the US. With this placement comes a lot of wanderers and homeless individuals finding themselves on the front patio of the business, just looking for a place to rest. Countless Saturdays when an individual was sitting out front, we informed Chris, and what did he do? Did he call the police? Did he yell and shoo them away? Did he appear disgusted? No. Chris Grider prepared a salad, a full gourmet steak, and potatoes to take out on a plate to a person in need. That is the honorable and kind person I have come to know and love. A person who gives freely and generously regardless if he is lacking himself.

As an employer, I have yet to have had a more hard-working, kind, and thoughtful boss than Chris Grider. I have a connective tissue disorder which is classified as a dynamic disability.
 This means some days I have full body function, while other days I can struggle accomplishing simple tasks, or even the same tasks I did the day before. I am always

nervous to disclose this as I am 24 and do not look like anything is "wrong" with me. People tend to not want to give me a chance, but the Griders did. Not only did Chris take a chance in hiring me, but he is so gracious and understanding. It was never a problem if I had to come in a little  late because of a morning doctor's appointment. On bad days, he helps make accommodations so I am more comfortable. He is protective and considerate of my mental and emotional wellbeing when we have guests who speak aggressively to me or speak to me in an inappropriate manner. He makes it more than clear that I am trusted by the responsibility he allows me to take on. He promotes a culture of family within the winery community and new guests and regulars love when he is there and they get to see him. He is quick to apologize to me if there was a misunderstanding, and always takes the time to listen to my perspective. I really appreciate how I clearly know I am respected by him, and I am so thankful to work for this man and this family.

Chris is also one of the most dedicated and hard workers I have met. He is truly an entrepreneur, and plays a vital role in so many aspects of his business. He spends hours each week doing the grocery shopping for day-to-day needs in addition to shopping for the Saturday dinners and events. He does all of the cooking for church and cooks for the dinners with the help of his oldest son, and  each recipe is his own creation. He does all this while managing his employees with grace and patience from inside a very small kitchen space. Chris and Crystal do all steps of the winemaking process from processing the raw grapes to the bottling process, taking the work home with him. In addition, he is trusted  with and oversees the sale of high-end art that is displayed throughout the business. He uses his platform as a small business to make endless donations, promote local/ church events, and makes an effort to partner with other local small businesses to grow together.

When I think of people who have a servant's heart, Chris Grider is a name that immediately comes to mind. He does not hesitate to jump in and contribute whenever he is able. I have personally witnessed him feeding homeless people lingering around his business. I have seen him give people rides to a safe hotel to sleep for the night. He refused to press charges against a meth addict who broke into the tasting room because she only ate some food out of the fridge and slept inside. He was happy his business could provide her with food and a warm place to rest. He has a gentle and meek heart for every person he meets, and is a person I am confident I can count on to be there for me.

Your honor, thank you for taking the time to read this letter and taking what I have said into consideration. I hope this provided even just a small glimpse into the blessing Chris Grider is to his family, his business, his church, and his community. A big piece of our lives would be missing if he was gone.

Sincerely,

*Madison Elliott*

Madison Elliott

Melanie Bowen, APRN, ANP-BC, AGPCNP-BC
8264 West US Highway 290 Johnson City, TX 78636
**Phone** 817-360-9096 **Fax** 817-394-2404
melaniegnp@gmail.com

APRIL 14, 2023

**Attention: The Honorable Judge Colleen Kollar-Kotelly**
 **Case #21-CR-22-CKK**
**Christopher Ray Grider**

**Dear Honorable Judge Colleen Kollar-Kotelly,**

I am writing this letter on behalf of my friend and fellow winery owner Christopher Ray
Grider in response to Case No. 21-cr-22-CKK. My name is Melanie Bowen and I am a
registered nurse for 10 years and Nurse Practitioner for 16 years and have diligently
worked in providing care to adult and geriatric patients. I have worked in hospital, long
term post acute care settings, hospice, home health, and in multiple clinic settings assisting
patients with mental and physical health issues. In addition to being a Nurse Practitioner in
the state of Texas, my husband and I own Silver Dollar Winery Bedford location since 2015
and a Hill Country location which opened in July 2020. I have the honored privilege of
personally meeting Christopher Grider at a wine festival event dedicated to helping raise
money for the Alzheimer's Association in Texarkana over 7 years ago. When I met
Christopher Grider, his wife Crystal Grider, and his mother Colleen Curtis (Dot), I was
immediately impressed with the love and passion they both have for the wine and grape
growing industry. Crystal Grider, Christophers wife, is deaf and as a nurse practitioner I
was impressed at the strength of their love and the way he adored her despite having a
hearing deficit which at times made it difficult to sell wines when only able to read lips.
Thankfully, Crystal on November 16, 2021 was able to receive a cochlear implant. I
remember seeing her after her cochlear implant and how thankful and she teared up
describing how precious it was to hear Chris tell her how much he loved her.  They
celebrated the day as Christopher Grider has a Master's degree in Fine Arts by taking their
children to the Dallas Museum of Art. Crystal could finally hear their children laugh and the
precious sound of her children's voices telling her they love her. When we met in May 2016,
Christopher Grider came over on his own free will after the festival and volunteered to help
my husband load our wine supplies and our heavy frozen winearita machine back into our
truck. I knew in that moment that Chris is one of the rare honorable kindhearted men who
would gladly give you the shirt off their back to help a friend.  My husband, Richard Bowen
and I became fast friends with Christopher Grider and his family who owns Kissing Tree
Vineyard in Eddy Texas. Despite our winery being located in Bedford and the Texas Hill
Country area, we frequent Eddy, Texas frequently as my husband Richard's father owns 140
acres in Bruceville-Eddy. We frequently travel to the Bruceville-Eddy area and have visited
Kissing Tree Vineyard and have become very close over the years as neighbors and friends.

1 | P a g e



Christopher and Crystal are the proud parents of 3 boys (Austin, Houston and Travis) and currently are expecting their first daughter Christi as Crystal is 37 weeks pregnant at the present time of this letter. I fell in love with their youngest son Travis as that is the name of my father and his mannerisms were similar with the same love of life and humor as my father. Unfortunately, my father passed away in 2019, and in my times of sorrow and grief it brings me joy to frequently follow their social media posts about Christopher and Crystal's son on #babytravisadventures.

Chris and Crystal Grider are very devoted parents and raise their children with the love of church by attending Mooreville Methodist Church. Christopher and Crystal helped sponsor an event Terry's Fight Fundraiser to help Terry Moore a 10 year old with Stage 4 cancer. Christopher hosted a steak dinner and auction to help raise funds as the family became a single income producing family when faced with this devastating diagnosis. Christopher's Fundraiser in March 2023 continues to show his dedication to his church family and to the local community.  He has continuously since we met in May of 2016, shown his dedication of charity and helping community. He is responsible for helping the local SPCA animal fundraiser where his restaurant in the winery cooked for free to help feed abandoned and rehomed animals on a yearly basis.

Christopher makes it a point to help attend wine festivals that help Main Street Association's to fund development and financial incentives to help fellow small town Texas businesses. After the January 6, 2021 incident he has been running his church's kitchen and providing food and free meals for the community to atone for his wrongdoing. In addition, I know that he cooks and pays for a free community meal in Eddy at the Kissing Tree Vineyards every Thursday for about 10-15 people. I have to say it is another one of the reasons that I wanted to write this letter on his behalf. His charity and love of community existed prior to the January 6, 2021 incident, but his humbleness and commitment to church and his community has become even stronger which further shows me his strength and acceptance of his responsibility and atonement for his sins.

Christopher is one of the hardest workers in the Texas Winery industry. I understand that he is possibly facing a prolonged prison sentencing which is one of the reasons I wanted to reach out on Christopher Grider's behalf as he acknowledges his wrongdoing and accepts responsibility for his actions on January 6, 2021. In the seven plus years I have known Christopher Grider, he has never been in any legal trouble nor is he a political activist. Before January 6, 2021 Christopher's only political affiliation was helping support improvement in the Texas Winery Industry. Christopher Grider and his family are dedicated and committed to growing grapes in their vineyard in Eddy, Texas.

Chris was duped as well as many of us into believing we could do something to change the outcome of the election by then-President Trump. I was frustrated also and believed the 2020 Presidential election was stolen, but as Christopher and I both understand now after more than 70 lawsuits have been rejected in both state and federal courts that following the direction of then-President Trump to reject the certification of the election was a terrible mistake. Chris is guilty of believing that he was being a patriot to then President

Trump and is responsible for his actions and continues to be accountable for his crimes by consistently doing community service. Christopher has paid back society and it's children by being a teacher for over 8 years and his service of over two and a half years in the military police shows his dedication and prior service to our democracy and the institution of law. I humbly implore you, Honorable Judge Colleen Kollar-Kotelly, to please grant leniency with Christopher Grider's sentence. He is not a threat to democracy and is continually disgusted to have been a part of the infamous and terrible day of January 6, 2021.

Christopher Grider deserves the opportunity to continue his charity and community service instead of being incarcerated as he has no prior criminal record and continues to show his remorse for his poor decision resulting from his financial distress. I hope that my letter provides greater clarity that Christopher Grider deserves the opportunity to be forgiven for any crime he did out of trying to be a patriot for then-President Trump. I appreciate you Honorable Judge Colleen Kollar-Kotelly in reading my letter and pray for you to grant my friend Christopher Grider mercy and forgiveness.

*4/14/2023*

Warm regards,
**Melanie Deborah Bowen, APRN, ANP-BC, AGPCNP-BC**

ADULT NURSE PRACTITIONER BOARD CERTIFIED
ADULT GERONTOLOGY NURSE PRACTITIONER BOARD CERTIFIED
OWNER SILVER DOLLAR WINERY BEDFORD & HILL COUNTRY

**From:** Macy Kochman
209 Alamosa Dr.
Hewitt, TX 76643

[4-21-2023]

**To:** The Honorable Colleen Kollar-Kotelly

**Re:** Christopher Ray Grider
Case No. 21-cr-22-CKK

**Dear Judge Kollar-Kotelly,**

Hello, my name is Macy Kochman, and I am a school teacher at Bruceville-Eddy ISD. I grew up in the Waco area and have known Chris Grider for nearly 5 years now. I met Chris through the bank I worked at in college, and once I left to pursue teaching, one of his sons was in my first class. Over the last few years, I have gotten to know Chris and his wife Crystal better through their business, Kissing Tree Vineyards, which my friends and I enjoy visiting. Chris and Crystal are great supporters of our community in Bruceville-Eddy, as well as a great example of a selfless and caring family.

When I started teaching in Bruceville-Eddy, Chris and his family were huge supporters of my first classroom. They helped me organize parties as well as contribute to my classroom. Chris was and still is there for the majority of the kids' events at the school such as the aforementioned parties and sporting events, cheering them on and enjoying time with them. I recently noticed Chris at his oldest son's track meet standing by the fence cheering him on and giving him advice as he was about to start. From this display, it is clear that Chris is a great family man and cares about his family deeply.

Chris also owns a vineyard in Bruceville-Eddy that is a great contributor to our community. Recently, Chris and his family, along with their church, held a benefit night to support a local boy who is ill, which was a huge success for this boy and his family. I can tell that Chris and Crystal want to implement compassion as well as respect in their kids through the example they show. The way they treat customers, friends, and even strangers displays these characteristics, and on top of displaying, they have the boys help out with the business where these characteristics are shown in them.

Ever since Chris' trial and the verdict given, I have noticed that Chris is regretful of his actions, and is using the current time he has to continue supporting and giving to his family and community. He has not mentioned much about his wrongdoings publicly, but has accepted the outcome of his verdict.

Overall, Chris, along with his wife and family, are phenomenal individuals and show a great joy in serving others and displaying their love for all. Chris is a hard worker and is loved by many in our community.

Thank you for your time in reading this,
Macy Kochman

Kevin R. Diggs, Senior Pastor
**MOOREVILLE METHODIST CHURCH**
206 FM 2643
Chilton, Texas 76632
(214) 300-8067

April 26, 2023

The Honorable Colleen Kollar-Kotelly

**RE:   CHRISTOPHER RAY GRIDER**
**Case No. 21-cr-22-CKK**

Your Honor,

Thank you for allowing me the opportunity to write on behalf of Christoper Grider.
I am Kevin Diggs, Senior Pastor of Mooreville Methodist Church. My wife and I
arrived in July of 2021 and have come to know Chris and his entire family. We
have walked with them from day one in truth and love. We have celebrated their
joys and victories and have also caught many tears of sadness, pain and
heartache since our arrival. In praying to the Holy Spirit to reveal to me what to
write, there are four areas that have been impressed upon my heart: family,
friends, community and faith.

In getting to know members in a new congregation, my wife and I make time for
coffee, breakfast, lunch and many other opportunities in between. This gives us
time to sit, listen, and learn about the people we shepherd. As we have come to
know the Grider family, we see family as central to their lives – with time being
made in good blocks to be together. In these moments, they are filled with
outings and meals and conversations and even times of just sitting in silence and
truly just being in the presence of one another. At the helm of scheduling,
planning and preparing is Chris. He works in a tireless and effortless manner to
order time around his family. He further makes time in his schedule to have one
on one time with his wife to have a regular, consistent date night as well as one
on one time with each of his three boys. The same will be made for their pending
newest arrival, Christi Ann – due any moment now!

Friendships are another very important aspect of Chris' life. He makes time for a
small, select group to get together on a regular basis. It is here with these select
few that he is able to discuss the good – and hard things of life. He is able to
share the sacred spaces of his heart and sit back and listen to wise counsel. As
he has grown incredibly from the insurrection in January of 2021, this

Christopher Ray Grider
Case No. 21-cr-22-CKK
Page 2 of 3 (Diggs)

friendship base has grown somewhat smaller, and the circle of trust truly does involve a select few. He works diligently at nurturing these relationships as they walk together in rejoicing in the good times and laying in the ditch with one another in the bad times – and not turning their backs on one another – rather they are a source of peace and comfort for each other.

Within our small community here in Falls County and beyond, I have witnessed that the devotion, service and leadership that Chris provides is unparalleled. He, along with his family, go quietly about supporting festivals, parades, auctions, all with the desire of helping those in need. On more than one occasion, I have seen him discreetly invite homeless individuals into his business and feed them, listen and pray with them. In a more recent encounter, Chris offered to partner with our congregation to help raise funds for a ten-year old boy in our community who has cancer. He offered that all proceeds would go to this cause. They even had a silent and live auction. As a result of our community rallying together because of Mr. Grider's leadership and good standing, we raised almost $23,000. By bringing our entire community together, Chris and Crystal organized this entire event and brought many to the table for one cause: to help someone in need.

In regards to his faith, it is rooted deep in the love and grace of the Cross of Christ all by the leading of the Holy Spirit. As I have come to know him and watch him put his faith into action, it is genuine and encouraging, to say the least. The Grider family has many balls in the air and they have much on their calendar – yet they are in church almost every Sunday. They draw deep strength in corporate worship with their church family. Chris also has taken charge in preparing the meal we share each Wednesday evening before our MidWeek Manna service. Chris believed it was imperative to have a meal for the body to come together – and he shared with me that he would like to do that at his own expense. When pressed on the "why", he shared that it was an expression of worship and service – and also a form of tithing back to the Lord. He also was chosen to be an inaugural member of our prayer team. Early in my tenure, I asked our Lay Leader to form a team that prayed every Sunday (and throughout the week) for our church and for God's favor and blessing upon our congregation and community. The caveat was that the Lay Leader had full authority to pick the team as the Holy Spirit led. Chris was one of the first – and he still continues to serve to this day.

Chris is a son, husband, father, father-to-be, son-in-law, friend, and respected member of the community. He has many individuals counting and depending on him. As I look back at my time with him, I have found him to be a man who puts others first – and himself last. His foundation of his faith is the grace of Jesus

Christopher Ray Grider
Case No. 21-cr-22-CKK
Page 3 of 3 (Diggs)

Christ, and he lets that guide him. He practices that faith with the people called
Methodist and in the Wesleyan tradition of grace – and he takes that with him to
his home and the community. It is grace that I pray for you as you consider his
sentence. As his pastor, I have sat with him as he shared in his own words with
me repentance as he poured out his heart. I have caught the tears of sorrow as
he accepted that his life – and the lives of many around him – have been
changed forever. I have often heard that that you cannot un-ring a bell. If Chris
*could* un-ring this bell, he would do so in a heartbeat. As I sat through the trial in
December of last year, I found it is very hard to reconcile his actions of January
2021 with the church member and dear friend that my wife and I have come to
know and love, which had a deep and profound impact upon me. I believe that
Chris has accepted full responsibility for his actions and is ready to move forward
with his life and put this behind him. I pray for the grace and mercy of God to fall
upon him and to sustain him from now and forevermore – and for that same
grace to fall upon you and guide you and for you to have the wisdom and
knowledge of Solomon as you ponder the sentencing in this case.

I again thank you for taking the time to read my letter. I welcome the opportunity
to answer any questions you may have.

With Deep Respect,

Kevin R. Diggs

Kevin R. Diggs
Senior Pastor
Habakkuk 1:5

# Russell B. Easley

986 E Leona Pkwy, Lorena, Texas 76655
russell@eiwaco.com

April 7th, 2023

The Honorable Colleen Kollar-Kotelly

Re: Christopher Ray Grider, CaseNo. 21-cr-22-CKK

Your Honor:

My name is Russell Easley and I have known and worked with Chris and his family for about seven years through our local church, Mooreville Methodist Church, located in Chilton, Texas. I hold current roles within our church as Worship Leader, Finance Committee Chairman, Long Range Planning Committee Chairman, and praise and traditional worship service musician.  Past roles also include Pastor/Parish Relations Committee Chairman and Audit Committee Chairman.  I'm also a small business owner of a local independent insurance agency for 37 years.

My familiarity with Chris has been both observational and project oriented.  He is a very understated personality who cares deeply for his family and friends and church family.  He is generous beyond comparison, especially with his gifts in the kitchen. He is a natural born chef and understands the power of a great meal and fellowship which he shows weekly in his efforts to support a new church ministry, Midweek Manna.  We eat at mostly his expense, have a short praise service and break out into bible study.  He is not boastful in his talents and will accept no compensation for the weekly meals he prepares in our kitchen and grilling space at the church.  I know he works hard in his business of his restaurant and local vineyard.  It's truly a family affair with his wife Crystal and they are a positive addition to the community in many ways.  I have also observed his duty to his family.  He quietly embodies the biblical role of a father guiding his family in all things.  You can see this in how his children behave and interact with others.  He has his oldest helping in the kitchen and sometimes cooks his own dish for the meal.  The kids sit quietly and attentively filling a whole row on Sunday morning with Chris, his wife Crystal, and the rest of their family.

Chris doesn't talk much about his situation or politics and never has, that I have observed. He's had plenty of opportunity to speak out with the time that has elapsed, but I've never even heard a disparaging comment. I can't imagine how I would react in the same situation. He seems to have accepted whatever fate is to come from the January 6th event and I only see regret in his face. I do understand that so much has divided this country and it's understandable that people are confused about what really goes on behind the scenes politically. I suppose that's why it's called POLITICS, good people can be duped into most anything. Especially when you have a servant's heart as Chris does. With a new baby due soon to bless his family, making him a father of four, I can only imagine what he and his family must be feeling and going through. The fact that he even went that day and got caught up in such a foreign experience is truly adverse to what his true character is like. Chris only feels remorse for his actions and appears to have taken responsibility for them. I pray for our country, for you and for Chris and his family in providence. May God Bless you and Chris in the days to come.

Sincerely,

*Russell B. Easley*

Russell B. Easley

Amanda Niemeyer
377 CR 499 A
Chilton, TX 76632

April 14, 2023

The Honorable Colleen Kollar-Kotelly

Re:   Christopher Ray Grider, Case No. 21-cr-22-CKK

Dear Judge Kollar-Kotelly,

My name is Amanda Niemeyer. I have been a teacher for the last 18 years in Lorena, Texas. I reside with my family in Chilton, (the community of Mooreville) Texas. I previously taught Kindergarten, and currently am a Reading Specialist on my campus that serves dyslexic students in small groups. I have known Chris Grider for a number of years. Our families attend Mooreville Methodist Church together. Chris has a truly outstanding reputation in our community and church. I watch him each Sunday serve as a prayer leader, prepare meals for Wednesday night services, and quite simply is someone that you can count on.

It's known that God and his family are the center of his world. He has the qualities of a great father and husband, hard worker, faithful servant, and leader in our community. It isn't often that you see him without one of his children nearby. I have also gotten a chance to witness Chris as a businessman. To have a successful business one must have commitment, patience, and perseverance. I believe he has these qualities.

As a member of the church and friend of the Grider family, I have personally prayed for Chris and his legal problems.I have witnessed Chris return from trial possessing those same qualities as mentioned above. He is very much committed to his family and our church, he seems patient and hopeful, and truly has persevered through this long process and still is a pillar in his family and our community.

Thank you for your time and consideration,

Amanda Niemeyer

**AMANDA R. PAYNE**
**MSN, APRN, AGPCNP-BC**
464 CR 463 S. EDDY, TX 76524

4/14/2023

The Honorable Colleen Kollar-Kotelly

RE: Christopher Ray Grider, Case No. 21-cr-22-CKK

This letter is in support of Christopher Ray Grider.

My name is Amanda Payne. I have been serving the needs of the people in the communities I've lived in for the past nineteen years. Nine of those 19 years I served as a Registered Nurse Patient Care Advocate for the State of Texas Department of Health and Human Services Commission. Currently, I serve the community making house calls in the capacity of an Adult Gerontology Primary Care Nurse Practitioner.

I will never forget sitting in the home of a Vietnam Veteran, nor the look of angst on his face as we watched people scale the walls of our Nation's Capitol on January 6th, 2021. My thoughts in that moment remain unchanged, "God help us all!"

I moved to Eddy, Texas with my family in October of 2020. We began attending Mooreville Methodist Church near the summer of 2021. It was there that I met Christopher Grider and his family for the first time. Chris was nothing like I had anticipated. I'd expected someone proud, cocky, and opinionated. The Chris I met and have become acquainted with over the past 2 years is meek and humble. He is a family man of integrity with a true servant's heart. I have witnessed him spend his free time not secluded with his family as many in his situation would, but rather serving both his church and his community. Within the church, Chris is a leader on the prayer team and serves in the kitchen supplying and cooking meals for the congregation. Most recently within our community, Chris and his wife organized an event that raised over $20,000. All proceeds were donated to the family of Terry Moore, a local 10-year-old boy battling stage IV Rhabdomyosarcoma, a rare form of cancer.

Having been new to the community and genuinely curious, I couldn't help but ask if Chris had always been this involved and selfless or if the circumstances surrounding January 6th, 2021 had changed him. The responses I received from various people both in and outside our congregation were unanimous in that this is who Chris has always been, a man of good intentions and of good character.

**AMANDA R. PAYNE**
**MSN, APRN, AGPCNP-BC**
464 CR 463 S. EDDY, TX 76524

RE: Christopher Ray Grider, Case No. 21-cr-22-CKK

This past year I had the privilege of being one of three on a team tasked with implementing a **children's worship program. Chris' children are an attestation in themselves t**o the type of man their father is. He has a 5-year-old that can out pray most adults with a fierce intensity. His two oldest sons have never turned down an opportunity to serve when able and are mentors to the younger children. In my professional experience, these are attributes of learned behavior. The world would benefit if we had more nuclear families with fathers like Christopher Grider.

As a recent outsider looking in, I believe former President Trump successfully preyed on **Chris'**s love for a country he so willingly served, using **Chris'** spirit of patriotism to advance his own nefarious agenda. Chris has directly admitted to me that he wishes he had never stepped foot in DC that day.

Based on the behaviors, as noted above, and witnessed in Christopher Ray Grider over the past 2 years, I can, before God and Country testify that Chris is not only highly remorseful regarding his personal actions on January 6th, 2021, but he is also an asset to his family, to his church, and to his community.

Thank you for your consideration of **Chris Grider's** good character in your ruling for this case.

Amanda R. Payne, MSN, APRN, AGPCNP-BC

Elizabeth Haak
1469 State Hwy 7 Chilton, TX 76632
254-883-8202
dtjbhaak.1206@yahoo.com

April 15, 2023

The Honorable Colleen Kollar-Kotelly

RE:  Christopher Ray Grider
Case No. 21-cr-22-CKK

My name is Elizabeth Haak, a daycare teacher at Chilton Elementary School.  I have known Chris for approximately 8 years.  He and his family started attending the same church we did. Our families instantly became friends.  They were in the process of opening their own business.  Our son was getting ready to graduate from high school and my husband and I were starting to decide where to have his party.  Chris and his wife Crystal offered us their tasting room before they even had their grand opening and told us they did not expect any payment for it.  This was such a generous offering considering we had not known them for that long.

I see Chris as a very hard-working, caring husband and dad.  One admirable trait of him is his dedication to instilling good work ethics in his sons.  He has taught his oldest, Austin, how to cook and on the weekends, he helps Chris cook for their business.  They are always working together to help their business succeed. Chris can be seen every Wednesday at church cooking for youth nights.  His willingness to give back and help others sets an excellent example for those around him.  I feel he is a true asset to both his family and his community.

Chris was waiting for my husband in our driveway one evening and just wanted to let him know he had it in his heart to pray for him.  Chris, in his current situation and stopping by to pray for my husband shows his faith in God above all else. Since the 2020 election decision, each time I see Chris he is spending time with his family and always caring for his pregnant wife.

I pray that you will see the true goodness in Chris Grider through what I have written in this letter.  Thank you for taking the time to read.


Sincerely,

Elizabeth Haak

Elizabeth Haak

**Constance Easley**
986 E Leona Pkwy,
Lorena, Texas 76655
Connie.easley52@gmail.com

April 14th, 2023

The Honorable Colleen Kollar-Kotelly

Re: Christopher Ray Grider, CaseNo. 21-cr-22-CKK

Your Honor:

My name is Connie Easley. I'm writing to you today to tell you of my knowledge of Chris and his family in hopes that you may have a deeper understanding of the man from a different setting than you have come to know him. I have known and worked with Chris and his family for around seven years through my church, Mooreville Methodist Church, located in Falls county, Texas. It's a rural setting church that cares about the community, families and their relationships with Jesus Christ as I suppose most churches do. I'm a retired business owner, mother, grandmother and wife who serves many roles with our church. I've been a committee chairperson of our Pastor-parish relations committee several times and still serve on that committee. I also coordinate and am responsible for the scheduling and workings of the kitchen for weekly meals and other events. This requires the ability to work with people who don't always think the same, as the phrase "too many cooks in the kitchen" implies. It's my business to know the people in the church and know their hearts as best I can, and it's paramount to be able to work with them and facilitate the Pastor's work and vision for our outreach to the community.

Chris is a pleasure to work with, period. He has got to be one of the most generous and humble of God's servants I have ever met. He requires no praise and doesn't seek it either. We all have gifts, his are many and he shares them eagerly in the kitchen. His meals are some of the most wonderful we've ever eaten. He meal plans, picks up the food, prepares it and teaches his sons about giving back by having them help. This is all volunteer work! We are blessed to have him and his family be such an integral part of our church family. You can see the loving discipline Chris has given his children in the

way that they behave and interact with others and participate in jobs in the church such as collecting the offering or helping with Holy Communion. Chris is an honest man. He's a man that has true admiration for his wife and family. Even under the duress of the past two years, he shows deep love for his child that will be born soon, saying that "kids are a gift."

Chris works hard. He owns and operates, with his wife Crystal, a local restaurant and wine room. They also have a vineyard which produces the wine they serve. This would seem to be a highly stressful environment for an involved owner/operator but Chris's demeanor is always calm and steady. I've never seen him get upset or even raise an eyebrow when things don't go smoothly, he just manages. He is kind. I wish there were more people like that. Chris and his family attend church regularly and he is an important and respected member of the community.

Chris hasn't discussed, to my knowledge, anything of the events of January 6th. I know he has been asked. He's never uttered a word of animosity toward the courts or the ruling that I am aware. The events of that fateful day are appalling at best. As much time as I have worked with Chris I have never heard him be political either, before or after that day. The events that took place are truly unlike anything that Chris would be a part of. He's not a violent man. I know Chris deeply regrets what occurred and is remorseful for his part in any of it. The events that led up to January 6th are reported so differently depending on what news one listens to and sometimes I feel reporting only serves to stir the pot these days. It's no wonder people are misled. Thinking the election was stolen or not and that a rally would actually evolve and then change anything is hard to believe in the United States. But words mean things and good people like Chris and others who love their country and what it stands for while thinking of their families are hurt in the long run. There is no doubt there are crazies out there, but Chris is not one of them from what I can see. I truly believe he was misled and left to be "in the moment" that day. This whole thing is truly unfortunate. Thank you for reading my comments in support of the man that I know. God Bless you.

Sincerely,

Constance Easley

Cynthia S. Barrier
942 Water Well Rd.
 Lorena, TX 76655
254-744-9090

The Honorable Colleen Kollar-Kotelly,

I am writing you in refence to Christopher Ray Grider, Case No. 21-cr-22-CKK.

I am a recently retired teacher, principal, assistant Superintendent, and part-time instructor in
the School of Education at Baylor University. In my decades in education, I have interacted with
hundreds of parents, and I firmly believe that Chris Grider is one of the best parents I've ever
seen. He is a strong component in our church who readily admits he wishes he had never gone
to Washington DC in January, 2021. His mistake was trusting in the word of the President of the
United States who has proven to be a liar, a cheat, and interested only in himself!
I agree that Chris and the hoards of others had no business entering the Capitol that day, but
Chris was not armed and did not assault anyone. He has told us all that he deeply regrets his
decision to follow that crowd. I see the suffering on his face and the faces of his teenage
children every week! He is a great guy who made one mistake that I pray will lead to only a
very, very brief term in prison.

He is a central Texas business owner, a fantastic father with a new baby on the way, and a
strong member of the community. Please, please do not punish his precious family, his business
and our entire community by sending him away for more than a very few months! I have seen
all too often the devastating, permanent effect when a family is ripped apart. These boys need
their father!  I have prayed daily that you find a path to limit the time Chris is away from his
family.

I see no advantage to our country, community, or his family for Chris Grider to be separated
from his family and business for a lengthy amount of time! Please, please recognize that he was
an innocent citizen who was lied to and manipulated by a liar, Donald Trump, who cares only
for himself!

Thank you for your consideration to this matter,
Cynthia Barrier

*Cindy Barrier*
4/13/2023

FROM THE DESK OF

# Dee Elliott

April 8, 2023

Ref:  Christopher Ray Grider, Case No. 21-cr-22-CKK

Dear Honorable Colleen Kollar-Kotelly,

I am writing this letter to share my knowledge of Chris Grider with regard to his sentencing.  In two years time since January 6th, I have seen Chris grow in maturity and faith.  During the trial, Chris mentioned his testimony day as his second worst day in his life.  January 6th was his worst day.  Chris regrets any part he played in what happened that day and and accepts responsibility.  His behavior was out of character from the what I have known and seen before and after  January 6th.  I have witnessed no political talk or discussion from Chris since January 6th.  As Chris testified, he feels duped by Trump and a couple of the senior GOP leaders.

Chris and his family are members of our church, Mooreville Methodist Church.  I have known Chris, Crystal and three sons for over five years.  I was the Sunday school teacher for the middle boy, Houston.  The winery and wine tasting room depend on Chris to function and would struggle immensely without Chris' presence.

Currently, Chris attends a Bible study on Friday in which I am the leader of the Bible study.  He has shared his financial woes with regard to legal fees as being heavy on his heart, yet, there is a 10 year old boy in the community fighting stage 4 cancer.  Chris and Crystal held a fundraiser for him and offered a 100% of the proceeds to the family.  They paid for rib eye steaks, staff, live music and wine.  While it was coordinated through the church, the church only supplied a few volunteers.  All expenses were donated by the Griders.  Chris saw this as a blessing from God that he and Crystal could do this small thing for a family in such a dire circumstance.  This is the true character of Chris.  This is what I have witnessed first hand.

I am praying you will take the into consideration as you develop your rationale for sentencing.

In Christ,

Dee Elliott

189 CR 499A  CHILTON, TX 76632    832-535-0019   ELLIOTT_DEE@ME.COM

April 12, 2023

Frank and Janet Jasek
Retired Staff from Baylor University Libraries
859 Blue Cut Rd N
McGregor, Texas 76657

To **The Honorable Judge Colleen Kollar-Kotelly:**

We are writing regarding Christopher Ray Grider, Case No. 21-cr-22-CKK

Frank and I retired from the Baylor University Libraries last year after 25 years of
service. Frank worked as a book preservationist, and I was in Interlibrary Loan. We met
Chris at The Kissing Tree Vineyards which he and Crystal own together. We have known
Chris and Crystal for around five years. He has always been friendly and genuinely
interested in getting to know us. They are very committed to family. Chris visited with us
about taking one of his sons on a father and son camping trip. Chris enjoys spending time
with his family. We have never witnessed Chris speak of politics. He was and still is a
kind and respectful person. We have never seen him angry or talk ill of anybody. Frank
repaired Chris's personal bible that was well-worn from use. The Grider family regularly
attends church services. Their business used to be open seven days a week. They decided
quite a while ago to close on Sundays and commit this day to church and family.

Sincerely, Frank and Janet Jasek

**Mike & Judy Davis Farms**
**432 FM 2643**
**Chilton, TX   76632**
**254–883–7018**

To:  The Honorable Colleen Kollar-Kotelly

Re:  Christopher Ray Grider, Case No. 21 or 22 CKK

Your honor, I have never written a letter to document a character of a person.  But I feel strongly about this particular case against Chris Grider.  We have known him and his family for several years prior to the January 6, 2021 activity.  It was a surprise that he would be involved in any type of riot and negative behavior on his part.  We were disappointed in hearing of his presence.

Our family goes to the same church as the Grider family.  Chris is very active in many phases of our church's mission.  I am the Treasurer of the Church and serve on the Finance Committee, and in my capacity, I am very familiar with what Chris does for our church.  He has been in charge of preparing and serving many meals for many activities.  He is always eager to help with whatever assignments are given and works with all of the membership.  He is pleasant and cooperative on many committees.  When Chris is in charge of a meal it is a joy to work with him in the kitchen.  His demeanor is always willing to work with anyone assigned to him or whoever volunteers.  Everyone enjoys working with him.

My husband and I have seen how active he is with his family in church activities, as well as his home life.  Raising three sons with his sweet wife Crystal has been a joy and an addition to our church family. He has always been adamant about their being present for each Sunday worship, as well as any mid-week or Sunday School classes.  Their family always sets two rows ahead of us, and to see the love and respect they show each other is refreshing in this day and time. Having been raised in a family which was very active in church. I know this a is not always the case with modern family like.

Chris and Crystal are respected in their business life and community.  They are very giving and volunteer to help others.  Our small community just completed a fund raiser for a 10-year-old boy who has been diagnosed with cancer.  The fund raiser was very successful, as we raised over $22,000 for extra expenses that the boy's family is incurring for the treatment of their son.  It was through the work of Chris and Crystal that many people from the community volunteered and gave money and time.

I feel that Chris got caught up in a situation that he was not supposed to be involved in. Emotions were high and the entire event was not justified.  I understood that he wanted to hear Trump and show his backing.  Hindsight is 20/20 and he realizes his wrongdoing. Our prayer is that a lesson is learned and that God will direct him to be able to continue as an ever-present father and worker for the benefit of others. My family and I are God-fearing, law-abiding working-class people and do not believe we should take the law into our own hands.  We respect the Judicial system and all aspects of it.  It is our wish that Chris will be able to continue to serve his God and community.  Thank you for your attention and God Bless you in your work.

Sincerely,

*Judy Davis*
April 18, 2023

Kasandria Plett
700 4th Street
Eddy, TX 76524


April 13, 2023


Re: Christopher Ray Grider, Case No. 21-cr-22-CKK


To The Honorable Judge Colleen Kollar-Kotelly


My name is Kasandria Plett. I am currently a stay-at-home mom continuing my education to become a Counselor with a focus in Christianity. I have a broad background in anything from education to graphic design. I have known Chris and his family for 8 years, but have built a closer relationship with them through church over the past year and a half.

In the 8 years I have known Chris, he has always been accepting of people in all walks of life. He shows kindness and empathy to everyone he encounters, even when he does not agree with them. During a Bible study, there was a guest who was argumentative and had differing beliefs. Rather than get frustrated and argue back, Chris remained calm and tried to understand what the guest thought. He also corrected the incorrect knowledge the guest had in a respectful manner.

Chris is a great family man. He always ensures his wife and children are taken care of physically and emotionally. When Chris is busy, he will stop whatever it is he is doing to give them his full attention. Chris shows this same attitude toward my family. When I was on complete bedrest, Chris went out of his way to ensure my daughter was still able to attend church. Another example of this is when he included my daughter in fun outings with his kids when I was in need of child care.

Anyone who knows Chris personally would agree that the behavior demonstrated on January 6th was out of the ordinary. Chris has shown regret and acceptance of responsibility for his actions. I hope that this letter is taken into consideration at the time of sentencing. Despite his actions, I strongly believe that Chris is kind-hearted, an important member of our community, and a selfless individual.


Sincerely,

Kasandria Plett

Katelyn and Andrew Pimentel

210 Ashley Eddy TX 76524

April 13th, 2023

Please reference: Christopher Ray Grider, Case No. 21-cr-22-CKK

Dear Honorable Judge Colleen Kollar-Kotelly,

Our names are Katelyn and Andrew Pimentel who live in the same community as Christopher and his family. Katelyn works from home as an implementation consultant for SimpleBills a third party utility billing company and Andrew works as an assembly technician for Free Flight Systems. We have known Christopher for the past year and half from the small winery business that he and his family run in our town and also as a member of our church, Mooreville Methodist Church.

Christopher is a wonderful man to have in our community. He is generous with devoting his time and resources to others. For example, Christopher just put together and hosted an event at their business to raise money for a young boy in our community who is undergoing cancer treatments and was able to donate over $20,000 dollars to this young man's family. Christopher also is heavily involved in church. Some ways we have seen Christopher serve is by participating in the prayer team and being available to pray for people at the end of service every week. He also opens up his family business to offer a meeting place for our small town for bible studies twice a week.

Christopher always has a positive attitude and is devoted to spending time with his wife, sons and soon to be daughter. In our time knowing Christopher we have seen a selfless, calm and caring man to his family and community.

Respectfully,

Katelyn and Andrew Pimentel

Lara Hunt
807 S. Robinson Dr.
Robinson, TX 76706
lara.nhunt@gmail.com

April 13, 2023

The Honorable Colleen Kollar-Kotelly
Re: Christopher Ray Grider, Case No. 21-cr-22-CKK

Your Honor,

My name is Lara Hunt and I am writing you this letter in hopes of providing an account of
my experience with Chris Grider and his family, with whom I attend worship services at
Mooreville Methodist Church. I am a 5th grade teacher at Robinson Intermediate School in
Central Texas, where I have been honored with the title of Teacher of the Year for the
2020-2021 school year. My three children and I have attended Mooreville Methodist for the last
4 years where I have served in various capacities, including Sunday School Superintendent,
VBS Coordinator, Praise Team leader and Children's Worship Director. I am also a member of
the choir and teach Sunday school for the young adult class. My experience in the education
field has provided me with what I believe is a special insight into the nature of relationships,
specifically those between parents and children and their interactions with the community
around them.

Being tremendously involved in our church community has provided me with significant
opportunities to interact with our church members and their kids, and the Grider family is no
exception. Over the past four years I have spent ample time serving and working with Chris
Grider and his family and have always been so impressed by the grace and patience that Chris
displays towards anyone he encounters. Despite the many opportunities for discussion, Chris
has consistently shown me that "what you see is what you get". He never fails to greet you with
a genuine smile, a firm handshake, and a quiet, stoic countenance that puts those around him
at ease. Chris has only ever shown me his giving heart, his love for his family, and a desire to
serve his community. Every Sunday, he joins his family squeezed into a pew with a smile, and
every Wednesday he serves his community through his talents in the kitchen. He and his sons
regularly purchase and prepare the meals that are served at our Wednesday evening service,

and have never asked for help or compensation in return. Chris has modeled and shared his strong belief in serving others with his children, and the Grider family is almost always at the forefront of community service or outreach projects that our church participates in. Because of Chris and Crystal's faithful and consistent example, their children have become leaders in our church as well, serving alongside their father and independently, always with a smile.

I truly cannot imagine the turmoil that their family must be facing through this process, but I have never once heard negative comments come from Chris or his family. I believe, consistent with Chris and the convictions I have seen him live out, that he accepts his part in the events of January 6, and expects to face any consequence with a repentant heart. I can say with confidence that prior to that terrible day, I had no knowledge of Chris's political beliefs, and can say just as assuredly that I do not know them today. To reconcile his participation in the events of that day with the man I have worked alongside is almost inconceivable, and I can only conclude that, like so many others, he was led to believe that his presence mattered and would serve others in doing what was right. That is the man that I know and the only actions I have ever witnessed him live out.

Thank you for taking the time to read my letter and share my heart with you. I admire and thank you for your duty and service to the people of this country, though I do not envy the decisions you are faced with making. Please know that you are in my prayers, as well as this nation that I love.

Sincerely,

Lara Hunt

Lara Hunt

4/12/2023

To: The Honoroble Judge Colleen Kollar-Kotelly

From: Rev. Robert Fortner

Re: Christopher Ray Grider, Case No. 21-cr-22-CKK

---

Dear Honoroble Judge Colleen Kollar-Kotelly,

I am writing on behalf of the character and public influence of Chris Grider.  Chris is a local owner of the Kissing Tree Vineyard, and a consistent sponsor for various community charitable events, and a great asset to Falls County, Texas.

I understand that in the due course of justice, disciplinary sanctions are a necessity to curtail behavior deemed by the court for actions that the court finds in violation of public safety and interest.  With the utmost respect for the court and its processes, I humbly request any leniency that can be afforded to Mr. Grider be considered.  This experience has been most difficult for him and his growing family.  Our church family along with Chris, has shed many tears as we have anticipated the verdict and now the sentencing of this good man for the conduct he was found guilty of by the court.

I know this man to be honest, a loving husband, and involved father.  His separation from his family will be most devastating to his children, and his wife who is with child.  I understand the obligation of the court to render justice.  However, I believe in the Spirit of the Law, and that in this instance rehabilitation, and reintegration of improved character in a criminal justice system, will not be necessary to make him a functioning contributor to the betterment of our society.  He already is an asset to so many, and he perhaps exercised poor judgement…but I hope that a sentence that keeps him with his family somehow is possible.

I know with your Honorable Court, the proper judgement and sentencing will be exercised as consistently as always…with the utmost wisdom and justice.  It is simply my prayer that this man be kept home for whatever term he can.  So many need him, and he has done so much for others.

Thank you in advance for consideration, and your valuable time.

Sincerely,

Rev. Robert Fortner
Associate Pastor
Mooreville Methodist Church
Mooreville, Texas
254.227.4486

Mike & Carol Nehring
182 Fm 147
Marlin, X, 76661
April 14, 2023

The Honorable Colleen Kollar-Kotelly
Re: Christopher Ray Grider
    Case No. 21-cr-22 CKK

I am Carol Nehring and am retired from
Texas Department of Criminal Justice,
holding the position of Mailroom Clerk,
Assistant Mailroom Supervisor and Mailroom
Supervisor at the Hobby Unit in Marlin Texas
for almost 16 years. My husband, Mike
Nehring is also retired from Texas Department
of Criminal Justice serving as Correctional officer
at several locations including the Hobby Unit
in Marlin, Texas for 20 years.
We have known Christopher Grider for
approximately 10 years, having met him and
his family first through our daughter at
our church, Mooreville Methodist Church
in Mooreville, Texas. She and her husband
and children knew Chris and his family
attending the same church.
Chris has served on the prayer committee
with my husband, Mike. They meet every
Sunday morning and pray for those
who have suffered the loss of a loved

one, and other people who are ill and other situations needing prayer. They also come before the church during services to pray for and with those who come to the front of the church needing prayer. Chris voluntarily cooks for the church every Wednesday when our church holds Midweek Manna. Together Chris and his wife, Crystal own and run a vineyard and business called the Kissing Tree in which we have eaten several times. We know Chris to be an honest man in both the running of his business and in church. He dearly loves his wife and their three sons and is a big family man, in coming to church with his family every Sunday and volunteering to serve each and every time needed whether it be to cook, help with fund raisers for family needing financial support and help. Most recently Chris and his wife held a fund-raiser at their business to help a little 10 year old boy who was diagnosed with stage IV cancer and every dime they earned went to this child and his family for traveling expenses and expenses incurred with his treatments. Chris is a hardworking man working

Case 1:21-cr-00022-CKK   Document 172-1   Filed 05/06/22   Page 60 of 101

at the family vineyard and business, as well as our church.

Chris and his family have animals and he is teaching their 3 sons responsibility in the care of them. They have 3 sons and are expecting a baby girl in May. He is so joyful and thankful about the impending birth of his daughter.

My husband and I see Chris as a quiet man who is sincere and dedicated to his family and church. He and his family are well-known and loved in the communities surrounding their home, business and church. To know them, is to love them and this certainly includes Chris.

Chris is nothing like the man at the January 6th ordeal and is much better than that man. We know he has received God's forgiveness.

Respectfully,

Carol Nehring
Mike Nehring

May 3, 2023

RE: Christopher Ray Grider, Case No. 21-cr-22-CKK

To The Honorable Colleen Kollar-Kotelly.

My name is Brandon Fields, I live in the Dallas, TX area and am in the IT industry as a Network Engineer, I am also a coach for a local youth Mountain Biking team under the National Interscholastic Cycling Association. I have been a close friend of Chris for nearly thirty years. We met as children at a Bible college both of our parents were attending. We became fast friends and have remained since. In our youth, I knew Chris to be a responsible big brother helping to raise three, much younger sisters, not only caring for their wellbeing, but also helping financially. I did not understand fully what that meant when we were young, but this was an indication of who he would grow up to be. I knew Chris would sometimes work two, sometimes three jobs at a time to help support his family. He has carried this same work ethic through college while supporting his wife and their young children.

I was there when Chris and Crystal were married and when he proudly joined the Military. I brought my now wife, Ginger, over 18 years ago to meet them during his time in the Army, when he was stationed in San Antonio and we have become really good friends with his family. Just as he was dedicated to his family growing up, Chris has been an example of a loving husband, excellent father, and provider. I have never known anyone to be such a hard worker. Through our struggles being a young couple and new parents, Chris has always been there, willing to give us the shirt off his back if we needed.

I wrote a letter previously in 2021 in support of Chris's release on bail, I do so again with the hope you see the change we have seen in Chris. He knows he was duped into believing he was doing something positive about the election results.  He has expressed his extreme regret to me for his actions in all of this. He has been nothing but a family man since this all happened. Pouring himself into his wife, kids, and business. I have seen this firsthand watching the way his children have stepped up and taken an active part in helping with the family business and around the farm. I believe he has accepted his responsibility and his part in all of this.

Thank you for your time,


Brandon Fields

# 2982 LLC

2716 E Mulberry Avenue
Fort Collins, CO 80524
(970)581-9495
bhendrix2982@gmail.com

May 2, 2023

Honorable Judge Colleen Kollar-Kotelly,

I am writing to you in consideration of the court case, Case No. 21-cr-22-CKK, for Christopher Ray Grider. My name is Brett Hendrix, I am a musician who has performed at Mr. Grider and his family's business on several occasions. I have even recorded a live album at the business. I currently live and run my business out of North Colorado and consider the Grider Family personal friends and Business Associates. I grew up in the small town just north of where the Grider Family runs their business. Over the years I have heard and dealt with some of the nicest people I have ever met. Chris being the main person I work with at his business, he has never shown anything but friendship and kindness towards me. I have also seen nothing other than this behavior portrayed in the community he serves.

Being a business owner in several different areas I know the stress and hardships that Chris and his family face on a regular basis. Chris is a family man first, and has done nothing but go above and beyond for his family in the time I have known him. It is my understanding that he is fully aware of his actions. I have seen his actions since the January 6th event and he has never talked politics with me in any circumstance, even prior to the event.  I know he regrets his actions from this day in question. I believe he was, just like many other Americans, under the impression he could change the outcome of the election. The election was not stolen and President Trump put the thought in many citizens' heads that the actions performed on January 6th could do something. If we'd known what we do now I believe many of the Americans who performed these actions on the day, especially Chris, would have not participated in such actions.

Chris helped me further my music career as a solo artist over the years. For that I cannot thank him enough. Outside of that he was a friend when I needed one, an open ear to hear my frustrations as a business owner, and a fellow Father to talk about our children. I have again never known him to be anything but a great human.

I hope these words are taken into consideration and accepted by the court.


Sincerely,

Brett Hendrix

The Honorable Colleen Kollar-Kotelly,

My name Is Daniel Hamons. I am the owner of DRH AG Services and the Texas Pasture Plus fertilizer brand. I have served as a mentor to young men that have been incarcerated and as a young adult Sunday school teacher. I am a friend of Christopher Ray Grider, the defendant in Case No. 21-CR-22-CK.

I have spent many hours talking to Mr. Grider before and after the incident on Jan 6th about our shared love of the country we live in, our faith in Christ and about Chris service in two of our military branches.

In reference to Jan 6th, I was very surprised to hear that Mr. Grider was accused of any kind of criminal act that would cause harm to anyone. Mr. Grider has never shown any signs of violence our aggressiveness towards anybody that I have been witness to. I am sure that there was no plans of tyranny or misconduct in the planning of the trip to our nation's capitol. The way I understand the events that happened that day from the conversations I have had with Mr. Grider was that there was a total state of confusion in the crowd and followed along with a group of people looking for the newly named former President Donald J. Trump.

I can Speak to many facts about Christopher Ray Grider and his family that many may not know in Washington D.C. that anyone in our Central Texas community would testify too:

1. Mr. Grider is an amazing father of three sons that are the most respectful and thoughtful young men I have ever seen at their ages.
2. Mr. Grider is a loving husband.
3. Mr. Grider has a daughter to be born any day now.
4. Mr. Grider is the first person to volunteer to help with any need in our community.
5. Mr. Grider is a strong business-minded patriotic individual who loves our country.
6. Mr. Grider is a role model to all young men in our community.
7. Mr. Grider Is a peer that I look to for advice on questions of faith, work and family life.
8. Mr. Grider, if given the chance, would never hurt anyone out of malice.

Christopher Ray Grider has told me he accepts his responsibility for his actions on that day and is willing to face his punishment with humility and honor. I am writing this letter to ask for leniency for an entire family of hard working, God-fearing, and loving individuals that I couldn't imagine not having in our lives for the last 10 years.

I Pray that you would keep Christopher Ray Griders punishment to as minimal as possible so that he may be here for his family and all of the others in our community that he helps.

Sincerely

Danny Hamons

TEXAS PASTURE PLUS          387 PORTER RD MOODY TX, 76557          254-900-6410



**Saint Nick's Chimney**

The Honorable Judge Colleen Kollar-Kotelly,

Christopher Ray Grider

Case No. 21-cr-22-CKK

My name is David Stover and I have gladly known Christopher Grider most of my life. I have a wife and 2 children, and I am the sole owner of Saint Nick's Chimney, which has operated in Maine's most populous county for 30 years. We are highly recommended and respected in our town and far beyond.

I met Chris 25 years ago when I was in junior high, not through school, but rather a U.S. Air Force search and rescue auxiliary called Civil Air Patrol. This organization trained young cadets on aircraft and aerospace knowledge and leadership skills as its two main aspects. Testing was constant and rigorous and Chris excelled in both aspects. He moved up in rank right on schedule every testing cycle. He helped others like myself improve our scores and knowledge and everyone looked up to him, even those who outranked him. He was always wanting to do what he believed was right, even as a teen.

Chris loves his country and from a young age, has been interested in the politics of our leaders, though I don't believe he is terribly proud of how the day turned out on January 6th 2021. There is no question in my mind that he did not go to D.C. with any malice aforethought, but simply as one goes to stand with others, in keeping with American tradition. I imagine many never believed the day would take so bizarre a turn, finding themselves in places they had never imagined.

Chris is a great example of a true American. He is a hardworking farmer leading a wonderful family. He inspires me with the way he has so often taken his wife and boys on road trips to see America's most beautiful places, when I know firsthand how trying it can be with such young children and full time schooling and full time jobs. He is one of the most patient fathers I have witnessed. Chris, also, worked full time while his wife earned her college degree.

It is clear to me having spoken with Chris several times since January 6th 2021 that he wishes he hadn't gone and is not even sure he should've in the first place. I only hope that whatever the outcome should be, that the wonderful person, loving father, devoted husband, community leader and inspiration that I know Chris to be is taken into full and serious consideration, whatever may come.


Sincerely,

David Stover

The Honorable Colleen Kollar-Kotelly.
Reference: Christopher Ray Grider, Case No. 21-cr-22-CKK

Dear Judge Kollar-Kotelly,

I am writing to give you a little different perspective of Chris Grider than the January 6th Chris Grider that you are familiar with.

A little background on me:  I have a teaching degree and taught music (mostly K/1, but also Pre-K through 6th grade) for 10 years.  My husband and I did foster care for 5 years at which time I went into part-time morning work as a church secretary.  I wanted to be able to pick up the kids from school when they got out rather than have them ride a bus.  After that I decided to stay semi-retired and have worked as the morning receptionist for a law firm for the past 17 years.  My husband and I have been volunteers for a state park in Texas since the mid-80's, starting our volunteer time before the park even opened and continuing until now.  We are both on the board of the friends group of this park.  My husband and I also play in a bluegrass band.

It was while playing in the bluegrass band that I met Chris Grider.  Our band started playing at his winery in August of 2016 and have played there a few times every year since.  When I first met Chris in 2016, he was all business and very professional.  Over the years he's become a friend and we enjoy visiting with him when we play at the winery.  He's also become a very good cook for meals at the winery!  He is still professional and very responsible to follow all the rules involving a winery. It's been hard for me to imagine him being involved in the January 6th incident.  It just doesn't fit the "Chris" that I know.  He runs a business well, has well behaved kids, loves and is dedicated to his wife and kids, and is serious about doing the right thing.  His family especially, but also his business, needs him at home.

I hope you will take these things in consideration when sentencing him.

Sincerely,

Dawn Hill
2676 Rattler Hill Rd.
McGregor, Texas  76657
(254) 722-9713

# Frank Buhr



5100 Bryant Lane, McKinney, TX 75071
214-504-6455
Shark5671@att.net

April 10, 2023

Reference: Christopher Grider, Case No. 21-cr-22-CKK

Dear Honorable Judge Colleen Kollar-Kotelly,

My name is Frank Buhr and I am a Math teacher working in McKinney ISD.  I have my own business also where I teach people to scuba dive.  I was a HOA president of my neighborhood for almost 10 years until I moved to my current house.  I am a husband of one and a father of 3 children age 20, 16 and 11. I am citizen of Germany and the US as of 2019.  I came to the United States in Feb. 1992.

I have known Christopher Grider for almost 15 years.  He and I used to carpool to work from McKinney to Oak Cliff where we were coworkers at Garcia Middle School. Chris was always active in the community and strived in his school to be the best person he could be.  He is a great father to his children and a great husband to his wife.  His family is the heart of what keeps him going.  He is very reliable and very caring about his family and people in general.  Christopher Grider would stop everything he is doing in order to help out his family or friends.  I could always count on him as a friend and coworker to be there for me if needed.

Christopher has told me about his involvement in the Jan 6 event at the Capitol in Washington D.C.  He knows that it was not a good judgment and regrets that he was there.  He told me that he wished that he did not go that day to be part of this demonstration at the Capitol.

I am writing you today to let you know that Chris Grider is an outstanding person that cares for his family and for his community.  He has been most reliable and wholehearted when it comes to help a friend or family member.  He was the first one to



come to my rescue when one of my renters left my property without paying multiple months of rent. He helped me track down the renter and spent his own money just because he knew it would get the address of the renter so I could take it to the court and have her served. This was a two-year process from the day the renter disappeared and Chris being able to get her address in order to be served. I finally got the money owed to me from the renter more than two years after they had left the property. Chris never even asked to be reimbursed. He just did it to help a friend. Christopher Grider is one of the most genuine people in my circle of friends that I know.

I hope that you show him mercy in your sentencing.

Warm regards,

Your Name

To:      The Honorable Judge Colleen Kollar-Kotelly
From:  George C. McGuigan Jr.
Date:   April 17, 2023
Re:      Christopher Ray Grider
          Case No. 21-cr-22-CKK

Your Honor, my name is George C McGuigan Jr., and I am an attorney, licensed to practice law in Connecticut, New York, and Texas.  I understand that Christopher Ray Grider will soon be appearing before you to be sentenced in the above referenced matter.  In connection with rendering your decision concerning the appropriate sentence for Chris, I respectfully request that you consider what I and others have to say about Chris, his character, his standing in the community where he lives and works, and his contriteness for his conduct on January 6, 2021.

As way of background, I first met Chris around 2010, when we were graduate students at the University of Texas at Dallas ("UTD").  Both of us were pursuing a Masters in Fine Arts degree in Art & Technology.  I remember that I had taken a digital photography class and Chris was also enrolled in that same class.  Because this was a graduate level class, students were expected to participate on a substantive level which included class presentations of their artwork, class discussions of their respective methods and techniques, and analysis and professional critique of the work of other students.  When I saw Chris' work, and listened to his presentations, it was clear to me that he was a serious and dedicated student.  In addition to working in the University's photography lab, Chris told me that he had also built a photography studio in his home where he could continue to develop his art and technique.  I remember attending an art show at the University where a number of graduate students, including Chris, were presenting their work.  Chris' work included a video he had produced and an Art Professor mentioned to me that she found Chris' work to be very compelling.

I graduated from UTD in 2015 with an MFA, and I believe Chris graduated a year or two earlier.  Since graduation, we have stayed in touch.  Chris knows I am an attorney with a background in tax law, and on occasion, he has reached out to me for legal advice regarding various business matters.  When we were graduate students at UTD, I remember Chris telling me that to provide for his family—which at the time included a wife and two young sons—he taught class at a local Community College in the Dallas/Fort Worth area.  However, since graduation, Chris started two businesses, one of which was a restaurant in the Waco, Texas area, and one of which was a winery, which I believe Chris operates near his home.   I remember Chris telling me about the time commitment he had devoted to his restaurant—including his financial investment—and his desire to see it thrive as a going concern.  When he told me that his restaurant business began to turn a profit in early 2020, that did not surprise me given the dedication and seriousness I had witnessed about him when we were graduate students at UTD.

In conversations with Chris, I understand that Covid 19 was devastating to his restaurant and in large part, it was the reason why he had to close that business.     While Chris' restaurant business was forced to close given the seriousness of Covid 19, while it was open, Chris provided jobs to

people in the Waco community. Providing someone with a job is an admirable quality, and I believe is an example of Chris' character, and should further serve as an example that he is an asset to his community.

While Chris' restaurant business was forced too close, I understand from Chris that his winery business remains a going concern and generates cash flow, thereby providing much needed income to him and his family. Chris' family now includes another young son.

Recently, I had a conversation with Chris about a tax issue relating to a line of credit for his winery and how such line of credit should be reported on a tax return. While Chris did not mention his criminal trial, I was curious how the matter was progressing. Based on Chris' comments to me, it was clear to me that Chris more than understood the seriousness of his conduct, but more importantly, it was clear to me that he genuinely understood that he had made a serious mistake, one that not only affected him but also his family, friends, and those that rely upon him in connection with his business.

In the interest of full disclosure, many of the points I have discussed herein, I included in my letter to the Honorable Magistrate Judge Susan Hightower in connection with Chris' request to remain free pending trial. Now that the trial is over, a verdict rendered, all that remains is the sentence. I understand that there are sentencing guidelines in cases of this type, but I unfamiliar with the level of discretion that is afforded your Honor when determining the appropriate sentence for Chris. Nonetheless, it is my sincere hope that whatever discretion your Honor may employ, such discretion lean in favor of imposing no sentence or a light sentence upon Chris, and if possible, some type of home confinement where he can remain close to his family, and work from home to support them and others in the community.

Thank you your Honor for your considering not only my letter, but also all those letters submitted to you on behalf of Chris.

/s/ George C. McGuigan Jr.
Texas Bar No. 00794272

May 3, 2023

RE: Christopher Ray Grider, Case No. 21-cr-22-CKK

To The Honorable Colleen Kollar-Kotelly.

My name is Ginger Fields.  I am a Business Analyst at a tech company, a wife, and a mother of two. I wrote a letter on Chris' behalf back in 2021 in hopes to help him get out on bail.  I am once again writing in hopes you see the changes that we that know Chris have seen and hope you take this under consideration in all of this.

 I have known Chris and his wife Crystal for over 18 years. When Brandon introduced me to the Grider's, we quickly became close friends.  Chris was stationed in San Antonio and working a couple of jobs to provide for his family at the time.  On the very first weekend, I met Chris and Crystal they threw me a birthday party even though they did not yet know me. This is how much their friends and community matter to them.

When Brandon and I were first married, we struggled financially. Chris and Crystal were there to help with our homemade wedding, from setting up the day before until 3am and the next day for cleaning up afterwards.

In 2008, when our first son passed away tragically in the NICU, Chris and Crystal did not hesitate to drive up to the hospital when many of our friends were unsure of how to be there for us. It did not matter to them; they were willing to sit with us through heavy emotions. Chris was so moved by our loss he painted an art piece for us to remember the life we had lost.  To this day, I have the painting hanging in my office.

For Brandon's birthday a couple years back, I did not have a plan for what to do for him.  On the day before, I called Chris and he immediately offered his restaurant.  We showed up to a full birthday celebration and a place to stay with no questions asked.

These are some small examples of the type of person Chris is, but as I have gotten older, I truly believe the small things are what make the big picture. This is Chris' true character: Chris is a loyal Husband, Father, Son, and friend. We feel lucky to have him as friend.

In the past year I have noticed a change in Chris.  He talks about how much he regrets his actions that horrible day.  He has also mentioned how mislead he felt. This has been such a horrible thing and the weight of it has been deeply felt.

Thank you,

Ginger Fields

April 14, 2023

Reference: Christopher Ray Grider, Case No. 21-cr-22-CKK

To The Honorable Colleen Kollar-Kotelly:

I am Jennifer Grusendorf, the manager of G4 Dirtworks, LLC, a full-time homeschool mom of two, and The Children's Ministry Director at Mooreville Methodist Church.

I had the pleasure of meeting Chris Grider, when I joined Mooreville Methodist Church in August 2021.

During this time, Chris demonstrated numerous qualities as a valuable person in our society. In addition, I have observed him being a servant of God, a loving husband, and a loving father. He is polite, kindhearted, considerate, sympathetic, empathetic of others, hard-working, and always willing to help when needed. As an example, Chris is on the prayer team at Mooreville Methodist Church. I had the privilege of joining in on a call with Chris and a few others to pray for Terry Moore, a 10-year-old boy fighting stage 4 cancer. It was very emotional. Chris then hosted a fundraiser for Terry.

Chris has shown a steadfast and resolute demeanor in moving past this mistake in a constructive and successful manner. I hope this letter regarding Chris and his case will be a positive and contributing factor in this decision.

Sincerely,

*Jennifer Grusendorf*

*Jennifer Grusendorf*
*254-405-3347*
*953 Theresa Ln*
*Moody, Tx 76557*

From: Kara A Saxton

414 N Old Bruceville Rd,

Bruceville TX, 76630

254-715-8112

To: The Honorable Judge Colleen Kollar-Kotelly.

Christopher Ray Grider

Case No. 21-cr-22-Ckk

     Allow me to introduce myself, my name is Kara Saxton. I am a mother of 3 children, 1 boy and 2 girls. I have been a resident of Bruceville Eddy, TX for approximately 18 years. I am currently employed at Bruceville Eddy ISD and I have proudly served the elementary school as an educational aide for 6 years. I've grown to know and deeply care for the Grider family over the past 3 or 4 years as our sons have been inseparable since they were in 4th grade. The Grider family is the definition of the typical American family. They work hard building their business and you can tell they love what they do. Chris and Crystal have raised 3 of the most respectful sons I have ever had the pleasure of welcoming into my home and my heart. They are smart, intelligent, helpful and caring young men. That alone is a testament to the kind of family man Chris Grider is. Chris serves every moment to his family, whether that's at home tending to his

farm, at work in the winery, or Sunday morning church service, you can always find them together. They serve their community with live music events on the weekend, fundraisers for a local boy with cancer, sponsors of the little league baseball teams, and they will treat the school teachers to events at their tasting room. They have built many different connections with many different people of our community. My children love going to the Grider's land. It gives them the optimum experience of country living in TX. My children enjoy seeing the farm animals, heading out to the pond for some fishing, gearing up for a backyard camping trip or just exploring on their land. Multiple times Chris has his children's friends join along for these experiences. I have never once been concerned for my children's safety or mine when around the Grider's. I have never been put off or offended by Chris in any situation. I have never felt as if he was irresponsible or careless with my family or with his family. I trust Chris with my most prized possessions, my children. He feels deep regret for his actions on January 6th and recognizes he made a life altering mistake. He has admitted to his regrets and understands the consequences are not worth the action he took part of. I know this because of his regretful attitude he has portrayed ever since the event. Chris has opened up to my husband and myself about the legal issues he faces. He has stated he wished he never left his

home that night. He is not a bad man. He was swayed by his President. He was "fired up" by his President. I do not wish to defend his actions nor do I agree with his actions depicted on January 6th, however, I am proud to know Chris Grider. I am proud to be considered a close friend of theirs. I love his boys and will be heartbroken to see the damage caused to them if Chris does have to spend time away from them. I pray for Chris, Crystal, Austin, Houston, Travis and baby Christie. I pray for healing and understanding in the family. I pray for patience and a clear mind during his trial. I pray for our country and everyone affected by the actions of those who partook in the January 6th riot.

Best Regards,

Kara A Saxton

**Karan Killgore, AuD**
PO Box 368
Rosebud, Texas 76570

April 17, 2023

**The Honorable Judge Colleen Killar-Kotelly**
District Court
Washington DC.

Re: Christopher Ray Grider, Case No. 21-cr-22-CKK

Dear Judge Kollar-Kotelly,

I am writing this letter on behalf of Christopher Grider in anticipation of his
sentencing hearing. I am a friend and have known him for over six years. We first
because acquainted at his wine tasting room, where I quickly became friends with
Chris and his lovely wife Crystal. They are both such joyous and honorable people.

I am a Doctor of Audiology and have worked with Veterans for almost 23 years.
Chris and I have discussed his military service at length. His love, respect and
dedication to his country are obvious. He is proud of his military service and joined
the service without hesitation to do his part. Unlike many of the Veterans that I see
who have troubling mental health issues, Chris's manner and behavior do not
reflect inner turmoil. I have never heard him raise his voice or get angry with
patrons or family. I have observed his frustration during the pandemic when there
were shortages affecting his business. He worked through the difficulties and found
alternate means of doing business. Also during the pandemic, he helped organize
other winemakers to get authorization to open their tasting rooms, keeping their
businesses alive. He showed great leadership and a willingness to work together
with others for a common purpose. He is important to his community, church and
family. He recently helped organize a very successful dinner, auction and fundraiser
for a child in the community that has cancer. Chris is a dedicated family man and a
really good neighbor. I have heard many stories of Chris and his neighbors pitching
in for each other.

One of my major concerns, with Chris having lengthy jail time for his crime, is his
family's health and welfare. As an audiologist, I recognized early on that Crystal
Grider, Chris's wife, had a severe hearing impairment. Her hearing loss had been
progressive and she had more hearing when her first two sons were born. She had
not been successful with hearing aids in the past and relied on lipreading and others
to help with communication. When her five year old was born, she used a baby
monitor that had an arm band strapped to her that would send out vibrations to
alert Crystal of her baby crying. Crystal said the baby monitor seemed more
sensitive to dogs barking or cars driving by than to her baby's cry. She relied heavily

on Chris and her oldest son, to alert her to the baby and other things going on in the house. Luckily, Crystal has since received cochlear implants. She was so successful with the first implant that she had the second operation quickly afterward. Her cochlear implants are a God-send during the day as she is able to hear and understand most conversations as well as hear critical environmental sounds. It is important to note that all residual hearing is destroyed when one undergoes cochlear implant surgery. When she takes her instruments off at night to sleep she cannot hear anything. Literally, she cannot hear thunder. There are complicated alerting systems available that will send vibrations to one's pillow if the baby cries or if there is smoke in the house. However, as you can imagine this is no replacement for a hearing parent in the house.

Chris has admitted his wrong doing and is sorry for his crime. I do not believe his actions were typical of his behavior. He made a mistake, an error in judgment. He has followed the rules of his release and I am satisfied that he will abide by your ruling. I hope you will consider Chris's positive qualities and the impact his absence would have on his loved ones and business.

Thank you for your time and consideration.


Respectfully,

*Karan Killgore*

Karan Killgore, AuD

Doctor of Audiology

(254) 855-2039

Karan.killgore@va.gov

Karan.killgore@yahoo.com

May 4, 2023

RE: Christopher Ray Grider, Case No. 21-cr-22-CKK

To The Honorable Colleen Kollar-Kotelly:

My name is Karen McCrary. Although I am currently on FMLA for back surgery, I have worked several positions at ZixCorp, a tech company in Dallas, Texas.

I met Chris and his wife, Crystal a few days before my daughter, Ginger's marriage to Bandon Fields. It was so easy to love them as they were such amazing friends to Ginger and Brandon.  We had been given a place to have the wedding at the Studios in Las Colinas where Brandon's dad worked.  Working on a very short budget, Chris and Crystal joined in to put together a beautiful wedding venue there. They had no problem staying late into the early hours of the morning. They were always there to help. Chris, in his charismatic way passed the hat all around for any donations for the couple's honeymoon.

 When Ginger's first child passed less than 12 hours after birth, Chris and Crystal drove to the hospital to embrace them in the pain of loss. Chris painted a picture for them in remembrance of a life shortly lived.

What I will tell is of the Chris that I have seen since being charged.  He spared no time to get Crystal and his boys and all who would help, ready for his possible imprisonment.  First and foremost, he made sure Crystal got cochlear implants as her hearing was severely impaired and he was worried about how she would function without him. He also wanted to make sure Crystal knew how to mix the different grapes for making their wines. He made sure she and the boys were able to run the vineyard, farm and tasting room/restaurant as well without him.  He didn't want to leave her in a lurch.  He has been working overtime to run their restaurant and the vineyard and farm to keep it going.

God has blessed them with 3 boys and a little girl about to be born.  Crystal was not supposed to be able to get pregnant per her doctor because of some medical issues, however they defied the odds.  I want to see Chris to be able to help raise his new little girl with Crystal as he has been such an amazing father to the boys as well as husband to Crystal and provider for them all.

I have visited the farm, vineyard and tasting room/restaurant and have spoken to Chris. He feels so terrible and mislead and deeply regrets his actions and even going to Washington DC that day.

I am hoping you see from all of his dear friends and family and even customers that Chris is really an upstanding young man who works so very hard to be a good influence in his small community and an amazing husband, father, son, son in law.

Thank you,

Karen McCrary

**Kurt Forshee**
7734 Indian Springs Rd., Dallas, TX 75248
214-334-8582
kurt.forshee@gmail.com



April 14, 2023

The Honorable Colleen Kollar-Kotelly
Re: Christopher Ray Grider
Case No. 21-cr-22-CKK

The Honorable Colleen Kollar-Kotelly,

I want to speak on behalf of Chris Grider. I am a friend of Chris' family and a technology expert currently employed to administer the enterprise application systems at the National Institutes of Health. I met Chris, his wife, and his children while attending my dearest friend's new pastorage at Chris' home church in Mooreville, TX.  My son was hired as a youth minister at that church and taught Chris' oldest son in Sunday School each week and during youth service later in the week.  I supported the pastor and my son in that church, and Chris was one of the first parishioners I met as we would go out for a meal after service.

I've known Chris for almost two years, during a trying time. I've witnessed his trust in God to provide for him, his faith in his family and friends to support him, and his confidence in the US justice system to be fair and just in their judgments of his actions. Chris has been candid with me about his actions and about pleading guilty upon the realization that he met the definition of a criminal.

I've learned much about Chris and his background during our visits. I've seen Chris as a man of peace, respecting others and avoiding being unpleasant to anyone. Like me, Chris grew up in a bad neighborhood where he tried to keep the peace and make friends in the middle of a harsh and unfriendly environment.  I appreciate his positive attitude. He told me about his experience as a security guard at a couple of Dallas-area retail stores after his time in the military. Chris shared how one of the store managers was annoyed and intolerant of panhandlers on the business storefront.  Chris understood the significance of people, and a person struggling was someone he could try to help.  Instead of chasing these away, Chris would encourage and incentivize people to move from the retail sidewalks while always acting kind and respectful, which speaks of his character then and now.

Chris builds bonds with people at church and in his community. I have often sat with him in his wine-tasting business while he works to label bottles. We enjoy talking about curious Bible passages and "how-do-we-respond" appropriately. Chris has stressed the importance of not doing anything that separates or divides. He recognizes the importance of finding commonality to unite and strengthen the community.

In all my talks and all my sharing with Chris and in conversations about him with his family and friends, this is what I know to be true about Chris: He loves people and loves experiencing things. He is a humble man who listens much more than he talks. He has never had an agenda or message to shout out. He finds purpose in being present in the lives of his family, friends, business, church, and community and has positively impacted each.

Chris and Crystal work hard to build relationships in the community. Although it is difficult to maintain a vineyard and be a business owner, Chris still finds time for others. He provides the food and cooks the meals on Wednesday evenings at church. His winery hosts local teacher appreciation evenings, Bible studies, and community outreach events. Most recently, they hosted an auction to help a local family needing funds for cancer treatment. This shows how Christ wants to be involved and do what he can to make a positive difference and provide a family atmosphere for his wife, three boys, and daughter on the way.

Chris has no animosity and has shown respect and humility this past year. He commented that he knows he is subject to God first and then the law and the judgments of the courts, and he knows his response to everything is a way of honoring God. Nothing is passing to Chris that hasn't passed through the will of God, and any judgment is his to take responsibility for and make payment. Chris rests in his faith in God. He knows that the events that occur to him because of his actions will require him to serve punishment from the state, but he is thankful for God's grace and forgiveness and for the forgiveness given to him by family and friends.

Chris' prayer and the prayers of those of us around him are for favor and grace from the court. We hope that he will not be defined by this mistake but instead defined by his actions that reflect his heart for his family and community. Chris wants to make this right and is hopeful that he can do it and still be given a chance to continue to give back to others.

Thank you for the opportunity to speak on Chris's behalf.

Sincerely,

Kurt Forshee

2

*Lashonda & Emanuel Hollins*
*8213 Assumption Dr.*
*San Antonio, Texas 78254*
*769-216-8184 | lemhollins1@gmail.com*

April 17, 2023

Re: Christopher Grider, Case No. 21-cr-22-CKK

Dear Judge Colleen Kollar-Kotelly

I am a mental health provider, and my husband is a Kinesiotherapist and we are writing this letter to shed some light on the person we know Christopher Grider to be. We have known Christopher for approximately 8 years now and it is safe to say he and his wife are great friends of ours, they are more like family to us. We met them as patrons of their business when they first opened, and they welcomed us with arms wide open. Since that day we have grown into the family we are now. We have spent countless hours and holidays with Christopher and his family, in his home, at his place of business, and on small trips around Texas. I have only known Christopher to be a kind and loving individual with a big heart. He is funny and tells the best stories. I have watched him give and provide opportunities to others through employment time after time while being lenient and understanding of their circumstances as well. I have watched him be a great father to his children being careful to ensure each one of them feels important. He spends time with them together and separately to ensure they each have father-son time. I have watched him love his wife unconditionally and work tirelessly to put a smile on her face and ensure that she and the rest of his family are always taken care of. Christopher and his wife have a new baby on the way, and I know, if given the chance, he will be the best father to her as well because he has shown me nothing less. Christopher is a great father, husband, and friend. He is a hard worker dedicated to making people smile and impacting their lives in a positive way. Through his work he creates employment opportunities for others which gives back to his community.

Over the last couple years Chris has shown great remorse for the mistakes he has made and understands the consequences of his actions. I have watched his current circumstances impact his health and his overall spirit. I know he feels sincere regret for all wrongdoing he was involved in on January 6, 2021, as he has verbalized this and accepts responsibility for those actions. While listening to Christopher's previous trial we can without a doubt say the actions described were unlike any actions of the Christopher we have always known. The Christopher we know has a big heart, loves all people, is kind, gentle, and jovial. We truly believe this as we wrote a character letter for Christopher in 2021 as well. Our love for him and our certainty in his character and who he is as person has never wavered. Our hope is that our words have provided you with a better insight of who Christopher is as a person and how much he means to us.

Thank you for your time and attention in reading what we've had to say.

Respectfully,

Lashonda & Emanuel Hollins

Leslie Turner

106 Brown Dr

Eddy, TX 76524

The Honorable Judge Colleen Kollar-Kotelly

Re: Christopher Ray Grinder, Case# 21-cr-22-CKK

My name is Leslie Turner.  I am a 60 year old Physical Therapist Assistant at Baylor Scott & White in Temple, Texas.  I am a proud mother and grandmother.

I first met Christopher when he and his wife opened their business in Eddy, Texas. We became friends and helped them out at times as needed.  I have done couple festivals and such.  I have also had the pleasure and privilege of watching this young family grow.  Christopher has impressed me as a great father who his children love and respect.

Christopher is very passionate in any belief and/or endeavor he pursues, as I believe he was that day at the Capitol.  Christopher is a hardworking, God-fearing and family oriented man who, I feel, got caught up in the moment.  He has expressed great remorse for the events of that day.  He is truly grateful for what he has and shows no desire to risk his freedom or family in any way.

Christopher Grider was a very headstrong young man who felt, at that time, he was doing what he needed to do for the good of his country. He now, however, has learned his lesson and regrets his actions from that day.

Thank you for your time and consideration.

Sincerely,

*Leslie Turner*

Leslie Turner



May 4, 2023

Re: Christopher Ray Grider Case No. 21-cr-22-CKK

To the Honorable Colleen Kollar-Kotelly

     My name is Merrill Grove, owner of Red Road Vineyard of 17 years, a member of Texas winegrape growers, GO Texan, and the 43 rd. registered winery in Texas.

     I have known Chris Grider and his wife, Crystal, for 10 years, becoming good friends. We have calibrated regularly on wine events and other affiliated wine business. During that time, they have established a prominent standing in the central Texas wine industry. Chris is known in the Texas wine community as a positive, always a smiling colleague, intuitive, passionate, with a strong commitment to his craft.

     As to Chris's personal family side, I can not say that I have seen a more doting husband or committed and involved father. He has a mother in law that simply adores him. Chris has remanded himself to his immediate family since Jan. 6. We spoke a few times only in reference to affiliated business. Earlier this year he gave me a brief update on his status, greatly regretting his decisions and their impact upon his family and business.

     I hope that you accept my account of him as being a good person who recognizes he made an incredibly regrettable decision and show him mercy in your sentence.


Best Regards
Merrill Grove
Red Road Vineyard
903-434-2429

FROM THE DESK OF

# Pat McKee

March 13, 2023

The Honorable Colleen Kollar-Kotelly
Regarding
Christopher Ray Grider
Case NO. 21-cr-22-ckk

Honorable Colleen Kollar-Kotelly

My name is Pat McKee. I am an adjunct music professor at McLennan Community
Collage, Music Industries program and a professional musician in the central Texas
area.

I have known Christopher Grider, for approximately 8 years. He has employed me as a
musician and entertainer at his winery the Kissing Tree. He is highly respected in the
local business community, the Texas wine industry and amongst the local musicians
and artist he has employed and supported. Chris, is a man of integrity, who is honest,
industrious, loves his family, community and country. And I am proud to know him.

I have had discussions with Chris, on many subjects, politics being one them. I believe
he loves his country and is very patriotic. I believe he felt that something happened
during the last election that was wrong and he went to Washington D.C. to exercise his
right as a citizen to peacefully protest and voice his opinion. I believe he and his other
fellow Americans, got wrapped up in a situation they had not planned on or intended. I
have talked to Chris, and he is truly sorry about events that day and what transpired.

Sincerely yours,

Pat McKee

Pat McKee

 

# TRUETT
## I N S U R A N C E

Randy Lynn Truett
*Licensed Insurance Agent*

900 Austin Ave. Ste 503 Waco, Texas 76701 (254)640-2659

April 16, 2023

reference to Christopher Ray Grider, Case No. 21-cr-22-CKK

**To the** Honorable Colleen Kollar-Kotelly:

Good day and greetings, Your Honor. My name is Randy Lyn Truett. I am the President of Truett Services, a corporation based in Waco, Texas. Truett Services has several branches and many business interests. Truett serves as a main Oil and Gas interests/holdings in Texas and many surrounding states. It functions as a Consultant Group specializing in providing out of the box solutions to our client's production issues. Another branch is Truett Insurance, a licensed Insurance agency, with 17 agents providing traditional insurance and finance services to individuals, families, and businesses.

To the main point of this letter, I am writing to petition for understanding and grace for my friend and fellow veteran, Chris Grider. I first met Chris in 2017 after moving my family back to Waco. Being a single father of three daughters, two of which that were still in high school at the time, we would take Saturday morning hikes in Cameron park and along the Brazos river to fill our weekends. The reward after our hikes was ending our adventures at the local Farmer's Market where Chris, Crystal (his wife) and Dorothy (Crystal's mother) had a booth to sell their products. Over time, I would see Chris at many events around town and eventually formed a friendship. The reason for our friendship is the values the Grider Family show in their everyday life. I am a firm believer that our testimonies prove out our metal and qualities of family, loyalty, Love, and integrity are what I have always seen from Chris and his family. One quality that is a culmination of loyalty, Love/Love of Family, and integrity is passion. Passion gives us the patience to be kind and gentle parents, the drive to adhere to volumes of rules for our businesses, to rise every morning to be better today then yesterday. Passion also sometimes gives us blinders that does limit our vison from frustration and a lack of wisdom when it comes to our actions. I am forty seven years old and to this day my Mom, who is a school teacher, reminders me that I have not lived near long enough to live without the fear of royally screwing up or getting caught up in a mess.

Chris and I have talked about this incident and what happened to extreme lengths and I can attest to the fact Chris wishes he had been any place other than the Capitol and lives with regret for letting himself get caught in such a thing. I do appreciate all considerations in these matters and thank you for your years of service in the Law for this Great Nation.

Sincerely,

Randy Lynn Truett


Randy Lynn Truett
Licensed Broker/ Agent
(254)640-2659
randy@truettservices.com



www.truettservices.com

Ricky Turner

106 Brown Dr

Eddy, TX 76524

April 14, 2023

The Honorable Judge Colleen Kollar-Kotelly

I would first like to thank you for taking time out of your busy schedule to read this letter.  I am writing you in reference to:  Christopher Ray Grinder  Case# 21-cr-22-CKK.

My name is Ricky Allen Turner, and I am a Certified State of Texas Locksmith.  I live in Eddy, Texas where Mr. Grider, his wife, Crystal, and sons opened their business in our small town.  Since the opening of their business or families have become friends.  We have enjoyed watching this family grow.

I would like to tell you about the changes I have seen in Chris since the beginning of this ordeal. Chris seems quieter and more family oriented.  He is more involved with his church and helping to raise money for a young boy in town with cancer by donating proceeds from dinner at his business to this family.  His business has also hosted free pictures with Santa for those who cannot afford it.

Mr. Grider realizes he was in the wrong and wants the chance to make up for his mistakes.

Thank you,

Sincerely

Ricky A Turner



Robert M. Owen
4820 IH 35 N
Waco, TX 76705
P: 254-799-8400
E: Robert.owen@us.belfor.com

May 5th, 2023

Honorable Judge Colleen Kollar-Kotelly
US District Court – District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Re: Christopher Ray Grider, Case No: 21-cr-22-CKK

Dear Honorable Judge Colleen Kollar-Kotelly:

My name is Robert Owen and I reside in Waco, TX. I am a grateful husband and father of 10 adult children
and 14 grandchildren. I along with my longtime business partners have started and sold several businesses over
my 40-year career. Since selling our business nearly 12 years ago, my partners and I have served as Regional
Managers for Belfor Property Restoration, the world's largest property restoration company.

I met Chris and his family back in 2018 at their winery, Kissing Tree Vineyards. I personally helped Chris
finish the construction of his wine production and storage facility at his vineyard. Over the past 5 years we (my
wife and I) have seen Chris and his wife Crystal at least twice a month just to talk and catch up. We've enjoyed
getting to know Chris and his family and have found them to be wonderful, hard-working people.

Chris is a man of integrity; he is honest and humble. I have personally been to his home and watched how he
interacts with his wife and kids. On the farm, he models and teaches his kids how to handle the daily tasks that
come with farming and running a business.

Chris never told me he was going to Washington on Jan. 6th. In fact, we never really talked about politics. We
always shared good conversations about the more important things of life, family, friendship, business, etc. I
was surprised and saddened to see on the local news that Chris was involved in the events of Jan. 6th, 2021, at
the US Capitol. Shortly after Chris' release and return to Waco, I met with him and he told me that he had made
a really poor decision, and that he regretted ever going to Washington. He carries a lot of disappointment in
himself for getting caught up in the events that day and falling prey to the countless lies propagated by then-
President Trump, specifically that he and thousands of others could do anything to change the outcome of the
2020 presidential election. I deeply feel for Chris and his whole family and the many others in his same
situation.



Chris understands what he did was wrong and has accepted the verdict he's been given. I ask you to give Chris an opportunity to right his wrongs, love, serve and provide for his family, and work diligently to pay the debts incurred by his acts.

Respectfully,

Robert M. Owen,
Regional Manager,
Belfor Property Restoration

TO:  The Honorable Colleen Kollar-Kotelly                                    2 May 2023

Reference:  Christopher Ray Grider, Case No. 21-cr-22-CKK


Judge Kollar-Kotelly,

My name is Robert Whitley and I reside in Axtell, Texas where I have lived on family property for most of my 60+ years.  I am a Safety and Loss Prevention officer for the Army Air Force Exchange Service in Waco Texas and have been with AAFES for over 10 years.  Prior to AAFES, I have over 25 years in various retail management positions.  My wife Karen and I both received Bachelor's degrees in Cyber Security in 2014. Karen and I are both involved in local fundraising events throughout the year with the goal of helping our community and local families in times of need.

We first met Chris and his wife Crystal about seven years ago at their restaurant, The Kissing Tree in Eddy Texas.  From the very beginning we were met with authentic glowing smiles and personalities that said Hey, were really glad to see you!  It has always been the same greeting whether it was at the restaurant or at one of the local events.  Over the seven years we have gradually gotten to know both of them and their family and know them as fine Christian people who have a deep faith and again as with us, they believe in helping others within their community when a need arises.

The first time that we saw Chris following the events in Washington D.C., while he was glad to see us as usual, there was also a sense of embarrassment about him for what had occurred.  Prior to the January 6th 2021 events, other than his belief that the USA is the greatest country to live in, Chris had not really had much to say about political events.  Therefore we were surprised when we learned that he had gotten caught up in the events at the Capitol.  While it is hard to ever truly know the thoughts of any given individual it is our belief that Chris did not go to Washington with any ill will or intent in mind.  Only to be a part of the process and experience the events that take place in this great country every four years.  Had he known what was about to unfold in front of him I do not believe that Chris would have ever taken the chance of placing himself in a dangerous situation that would ultimately cause embarrassment for not only himself but his family, extended family and friends within his community.

Chris will spend the rest of his life with this one day cloud hanging over his head knowing the price he has already paid with the pain and suffering he has caused his family.  I feel like he is striving every day to rebuild himself to the level of confidence that everyone had for him.  Does one day, one event define a man or a woman?  In the eyes of some yes it does.  But many realize that we all make mistakes along this journey call life, and many punish themselves internally even more than laws and criminal proceedings ever can.


Respectfully,

Robert Whitley

# BLUMKA BRYANT CPAs, LLC
## CERTIFIED PUBLIC ACCOUNTANTS
2929 N. Central Expressway
Suite 270
Richardson, Texas 75080
Office: 972.437.1918 Fax: 972.382.5050 Email: ron@blumkabryant.com

April 16, 2023

The Honorable Colleen Kollar-Kotelly

Re:  Christopher Ray Grider, Case No. 21-cr-22-CKK

Your Honor,

As a means of introduction, my name is Ronald Blumka.  I am the senior member of Blumka Bryant CPAs, LLC.  I have been a licensed Texas certified public accountant since 1986.  Our clients are comprised of individuals and businesses not only domiciled and transacting business in Texas but located in many other states.  Our practice provides business and tax planning advisory services.

Chistopher Grider became a client of mine several years ago.  I first met Chris when he and my wife were pursuing their Master of Fine Arts degree at University of Texas-Dallas.  He and my wife became friends and shared artistic interests.

Post graduation, Chris, his wife Crystal and their children decided to move from Dallas to a more rural area where the family began to plant and harvest grapes.  Chris studied to become a vintner and subsequently opened a tasting room.

My observation of Chris is that he is a dedicated husband and father first and foremost. The excursions that their family has gone on have been imaginative and eye-opening. That very same altruistic approach is how Chris conducts his business. He is committed to the community at large, his employees and his customers.  Although as a business and tax advisor I would try to focus Chris on sustaining profitability, Chris would often express the desire and need to take care of his family and employees first, even if that meant a lower bottom line.  I truly believe this speaks to the ethical and moral character that defines Chris.

Like many others, the emotions aroused by then President Trump, misled Chris into thinking that going to the Capitol would evoke a reversal of what had been duly determined by the election results.  In retrospect, it is my sincere and objective opinion that Chris would have never succumbed to Mr. Trump's tirade and has expressed sadness and remorse for his actions.

In summary, I believe that Christopher Grider is an honorable man, who is dedicated to his family, his friends, his community and to the Constitution of the United State of America.

I thank you in advance for your fullest consideration and attention to this correspondence.

Sincerely,

*Ronald M. Blumka, CPA*

Ronald M. Blumka

April 12, 2023

The Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

 Re: Christopher Ray Grider, Case No. 21-cr-22-CKK

Your Honor,

My wife and I wish to provide you with our knowledge of Chris and his interactions with our community for your consideration on sentencing.

My wife first met Chris in 2011 when she retired and returned to the Waco area where she was raised. I met Chris in 2017 when I retired from my career as a structural engineer and joined my wife. We had a common interest with the Griders of starting vineyards in the same area.

We watched as Chris and his wife continued to build upon their vineyard. They built a winery, started a retail shop in Eddy, and built a restaurant in Waco. It was hard work with Chris doing some of the construction. He unfortunately lost the restaurant in Waco during the Covid lockdowns; but rather than dwell on the loss of a dream, he persevered to make the retail shop and winery a successful part of our small community.

We witnessed Chris helping his church and local volunteer fire departments in their fund raising efforts by providing labor, money, and products that the organizations could use in their auctions. He is a caring father with three boys who are known in the community for their academic accomplishments and participation in community and school activities. Chris teaches his sons animal husbandry and responsibility in a time when many children are not guided with with Chris' sense of responsibility and respect for others.

Knowing Chris and his family, we understand the regrets he is experiencing. I have talked with Chris on occasions and learned that he went to DC on a last-minute decision. Chris has expressed many regrets for the harm he caused to his Country and to his family by his participation and actions on January 6. We sincerely hope you will consider Chris as a respected member in his community who is needed and missed.

 Sincerely,


Wally R. Burns
202 CR 452 Eddy, TX 76524

Voncyle R. Burns
202 CR 452 Eddy, TX 76524

Scott R. Peterson
437 Winding Creek Lane
McGregor, TX 76657
713-202-8170
Plpete54@gmail.com


April 6, 2023


RE: Christopher Ray Grider – Case No. 21-cr-22-CKK


To: The Honorable Colleen Kollar-Kotelly

This letter is on behalf of Christopher Grider, who I met at his booth at the farmers market in Waco, TX in 2015. Christopher owns and operates the Kissing Tree winery, which my wife and I are wine club members and have developed a close friendship with this family. I am a retired pipeline engineer that worked on mid-stream oil and gas for approximately 35 years. Prior I was a commissioned officer in the United States Army. I was commissioned as a 2LT upon graduation from the United Sates Military Academy in 1976. I served for 5 years in the Army; 3 years in Germany, 1 year at Fort Bliss, TX and 1 year at Fort Gordon, GA.

Chris has impressed me with his outstanding character, his honesty and integrity, and his ambition to give back to the community. Chris is extremely devoted to his beautiful wife and an outstanding and loving father. He has led and organized Boy Scout trips for the local troop in his hometown. He is passionate regarding his focus to be successful with the Kissing Tree Winery. He is continuously organizing various events at the winery to increase its exposure and brand awareness. Examples include periodic dinner events, organizing live/music performances and holiday special events.

In my opinion, Christopher has been upfront regarding his current legal issues and expressed both remorse and serious lack of judgment he exhibited on that day. He has not discussed any details regarding his current legal situation. Chris accepts the Judge's verdict and takes personal responsibility for his actions. I believe Christopher to be an honorable individual of high character and a devoted family man. It is my sincere hope that the court takes this letter into consideration at the time of his sentencing.

Sincerely,

Scott R. Peterson
Scott R. Peterson

# Character Letter for Court

From:
Suzanne Frerich
252 County Road 436
Eddy, TX 76524


April 18, 2023

To:
The Honorable Colleen Kollar-Kotelly


Re: Character Reference: Christopher Ray Grider, Case No. 21-cr-22-CKK

My name is Suzanne Frerich and I'm a case worker for the Methodist Children's Home in Waco, TX. The purpose of this letter is to provide a character reference for Chris Grider, Whom I have known as a friend for around three years.

I first met Chris at the Kissing Tree Winery, where he was very friendly and welcoming. We grew a friendship as I came in and out of the winery for visits, local events, weekend entertainment, and bible study. Chris and I are both Italian and had many conversations about our family from Italy, and through these conversations and interactions at the winery, bible study and church, we have bonded and built a good friendship. Chris and I also built a connection through similar experiences of working with children and discussing tools and techniques used to help students.

As a friend, Chris is a very kind, giving, passionate, considerate, and supportive individual. Chris makes his work environment a family environment and is always giving back to the community by being very welcoming, helping and giving back to others. Chris has an upbeat personality, he is always willing to listen and lend a helping hand when needed. Chris is very loving towards his family, they spend time working together at the winery and he makes the environment feel very family friendly. Chris has discussed his legal issue with me and has been very open about the mistake he has made with his choices, while expressing strong concern for how the outcome could potentially affect his family. Upon first hearing that Chris had partaken in such actions, I felt it was not like him and out of character from the Chris I knew.

As a worker, Chris is a very dedicated, hard-working and innovative individual. I have seen Chris in stressful situations that require him to multi-task and he is always working to accommodate and ensure his customers are well taken care of with a smile on his face. Chris treats his customers not only as friends but as family. When Chris is working with difficult customers or employees he has always shown a calm and mindful demeanor.

With Chris exhibiting a positive attitude and tenacious behavior, there is not a doubt that he will excel in correcting his mistakes in a constructive way. I hope and pray that this letter corresponding to Christopher Ray Grider and his case acts as an effective and helpful aspect during the court's decision about this case.


Sincerely,

Suzanne Frerich, MS-Counseling Psychology and Licensed Child Care Administrator

Sylvia Hall

Connally ISD

Spanish Teacher


To the Honorable Colleen Kollar-Kotelly,

Today I am writing and speaking on behalf of my friend and at one time my fellow teacher/cohort on my campus.

Chris and his family have been in my life for over 8 years now. I absolutely love the Grider family. Today we accept what is happening with Chris.  I make no excuses for Chris. What I do want to share is what a remarkable man Chris is, and how he values his family, how much he loves his beautiful wife and boys.  Chris is a family man that taught art in school after his military service to his country.  He was a great leader both at school and the students loved Chris. I remember the day he told me in the teacher's lounge that he was retiring from teaching and going into business for himself.  Chris is soft spoken while I am loud and boisterous, so that day that he told me this, I screamed for joy for him, it took him aback since he is a very mild mannered person.  I followed his journey of growing his business in a small town in Texas.  Chris worked so hard from getting his hands dirty to the final product being sealed and ready for Sale. He and Crystal have a beautiful winery business.

I have always admired how Chris stays professional no matter the situation.  He has passion and conviction for making sure his business is successful and that the good name and reputation of his business remains. Everyone in the community adores this little family.  I have spent a few times patronizing Kissing Tree Winery.  This family is all in.

What is important for me to point out is our conversations. When we spent time eating together out at One the Border, Georges or El Chico, we talked about school and my success with kids.  He always gave pointers about what he used to do if he had issues with students not completing work or misbehaving. We also talked about my husband's military journey.  We talked about life, such as the weather, kids, parents, retirement, and our pets. When we see each other. We have talks

about family and just things in general.  I want to point out that not once have Chris and I ever spoken of politics.  I never knew what political party he was affiliated with, because it has never been a topic or priority.  I have never once seen him discuss any politics with any customer or even friends, and if he did it was never a public spectacle. Chris is a private person, always has been.  He is a positive person, always happy and always happy to help anyone.

Chris is a humble man. When I heard what happened, I was like, nope, this is not the Chris I know. I knew Chris would step up and do the right thing.  He is an honorable person. This experience has shaken him to the core.  The actions of that day in DC were totally out of character for Chris. I know he has regrets even going that day in January. I know he has regrets about following the crowd that day. He is such a calm and humble guy, so I think he was truly thinking he was expressing his freedom to gather and have his voice heard, never believing it would turn out the way it did. There is not one mean bone in this man's body nor one mean thought in his heart.  The Chris that they say participated in that event, is not the Chris I know.  I cannot stress enough that Chris is always humble, always professional, always doing the right thing. He is always wanting to help his family and friends be successful. He teaches his boys to be respectful, to love God, to love school, to work hard on the family farm, and to love animals.  He loves his beautiful wife Crystal.  They have a baby due soon, and that is all they talk about these days.

I can say this, Chris has demonstrated regret over his decision that day.  He does not speak of the events that day, because right now he focuses on being the best husband and father that he can be.  And again, he has always been a private person. Not wanting to burden others with his problems. He is not the person that is being portrayed by those speaking against him.  If anyone speaking against him in trial could just sit down and spend one day in the life of Chris with Chris, they would immediately change their minds. His kindness and passion for happiness is infectious. He literally makes everyone around him love life and that speaks volumes about him.

Chris deserves to be home with his family. He needs to be there for his boys and the new baby arriving soon.  He is not a criminal, oh my gosh, I cannot even  put Chris and Criminal out loud into words, it makes me ill.  Writing it here is even harder.  He needs to put this behind him and focus on raising those boys, the new baby and running the business with Crystal.  This is their

livelihood.  Chris loves his family more than anything in the world.  Please know that he will continue being the Gentleman and professional he has always been.  I hope and pray for this wonderful friend.  Crystal, the new baby coming and the boys need Chris home.  We all love him dearly.  I consider him a loyal and lifelong friend.

Thank you for your time in reading my letter.  We need Chris home.  Godspeed.


Dr.Sylvia Hall
Connally High
Spanish Teacher

April 13, 2023

Reference: Christopher Ray Grider, Case No. 21-cr-22-CKK

Dear Honorable Colleen Kollar-Kotelly,

My name is Tavey Haar, I am a resident of Copperas Cove, Texas and blessed to be called, "friend" by Mr. Chris Grider. I met Mr. Grider in the summer months of 2022 while first patroning at his fine establishment, "Kissing Tree Vineyards" in Eddy, Texas.

On Saturday evenings, he personally prepares the most divine meals that pair (perfectly, it is claimed) with the amazing wines he and his wife produce. Now, truth be told, I've never tried any of their delightful wines as I'm not personally interested in the sort. (But I hear I'm missing out!) However, his plates of personally crafted dishes are absolutely out of this world, designed intentionally with pure excellence and designed to create joy for his fellow enthusisasts and guests. His wife, Crystal, is the kindest, sweetest soul you'll ever meet that works perfectly alongside Chris as she personally serves their dishes to their Saturday evening guests. The two of them work gracefully together to tirelessly create and give the most equally perfectly paired experience and genuine connections for their patrons, soon turned friends.

In the short time I have known Chris, I was drawn back by his kindness and genuine nature. When I first met him, he was already treating me like family before even knowing my name. Shortly after discovering their fine establishment, I was invited to their Thursday night Bible study that Chris graciously extends his doors openly for in his restaurant. His kind genuine character was again made known to discover that he prepares, giving his time, food and service to each of us at no charge whatsoever saying, "Thank you for coming and giving me the opportunity to practice my dishes. Free of charge, please no payments." I've never met anyone in my life that would give so selfishly and generously as he does weekly. The Bible messages were always on point, but his hard-working gifts of delicious meals he created freely just for us were truly the most divine.

Recently I was blessed again to have been invited to join the congregation for a most wonderful Easter service at the church Chris and his family also attend. It was there I saw and heard Chris expressing his deepest remorse, heart-felt regret and utmost humility for his actions of mislead intentions and destruction on January 6, 2021. As tears filled his eyes and his voice began to quiver before his fellow church members that day, every fiber of his being radiated truest remorse and sorrow for his actions as he hung his head in humiliation, voicing ownership of his behavior he's since regret and will for the rest of his life.

Over the past year I have known him, I have heard Chris often admitting he was misled to believe his efforts on that fateful day were more than a charade of honor and patriotism for his Country. He has since fell hard as he learned he was fed all lies, remorsefully realizing his mistakes and will forever live in shame for his most serious of offenses and devastation. He, as well as everyone around him, knows his actions at The Capitol that abhorrent day were paradoxical to his most kind, generous, selfless, God-fearing character.

Chris is surrounded and supported by a God-loving community that is small in size but mighty in faith, love, compassion, mercy; just as Chris exudes and gives to those blessed to know him. His life of love

and service to his family, community, church and vineyard/restaurant demonstrate his truest character as the friendliest, family-loving, magnanimous humanitarian.

We surrender the severity of this most painful case along-side with Chris as we entrust his fate into your hands of justice, your Honor. May the good Lord's hand and will for Chris be also with you in these most difficult of times. Thank you for your generous time to read this while considering all the hope, love and best for Chris that his community, family and friends all have for him.

Utmost Respectfully,

*Tavey Haar*

## MOSER DEVELOPMENT CORPORATION
**P.O. BOX 1076**
**ROCKWALL, TEXAS 75087**
**214 725 6887 OFC.  972 771 0876 FAX.  ttalk2@sbcglobal,net**

Tuesday, April 11, 2023

Honorable Judge Kolleen Kollar  Kutelly

Dear Honorable Judge:

By chance my wife Marla (81) an artist, bought a 100 year old bank building in Eddy, Texas on the corner of Interstate 35 which is the main highway of Texas.

Our business is in Dallas two hours from Eddy, but she wanted the bank building for art.

 Long story short: Chris Grider, an art teacher from Waco, and an aspiring winemaker with his wife Crystal and their three sons, rented the bank building from Marla with the understanding that art would be presented and sold there along with his wine venture.

 Chris and his wife Crystal have been true to their promises although it has been hard work and sacrifice serving others as Americans are taught to do.

Always the rent has arrived, and he has cared for the property,

He has been honest, diligent, and truthful as was expected from his background.
We are glad for the acquaintance and friendship.  We realize he has made a misguided error. We think he is a positive influence on the community, and we hope he will be granted the privilege to continue his responsibilities.

Thank you for your consideration.

Jake Moser
President

 **Positive Force Consulting and Coaching**

Honorable Colleen Kollar-Kotelly
Reference: Christopher Ray Grider, Case No. 21-cr-22-CKK

Dear Judge Kollar-Kotelly,

My name is Tony Reynolds I am an entrepreneur by trade, I currently spend most of my time as a business consultant and executive coach. I have been a small business owner the majority of my life and worked as a consultant for over twenty years.

I have known Mr. Grider since the fall of 2018. I had just sold a business that I founded in Waco, Texas. Chris had run an ad for an executive chef to cook food at his business, a wine tasting room in Bruceville-Eddy, Texas - Kissing Tree Vineyards.

I was looking for something new to do and Chris gave me the opportunity to work as the chef at the tasting room. During that time I came to know Chris and his family well. I have always known Chris to be a family man focusing on family first and that carried into his extended family and customers.

Chris has always impressed me as a gentle and caring man, an outstanding father and participant in the community. On more than one occasion we prepared either food or desserts for community activities and fundraisers.

After a year I moved on to another start-up opportunity, but stayed close with the Grider family since. On occasion I guest chef and for the last year kept my fingers in the cooking arena by preparing desserts each week for the tasting room.

I was very surprised to hear of Chris's participation in the events of the day on January 6,2021. Chris has always struck me as the all American guy, he served the country in the military and has demonstrated nothing but the highest integrity in every aspect of viewable life.

His love of family, his support and activity within the community and his effort in being a small business owner and striving to provide for his family is representative of the American way.

I can only believe that Chris was swayed by the words of then President, Donald Trump, however wrong and misguided those words were. It is an unfortunate series of events that led to that moment.

The word unfortunate doesn't do the travesty of that day justice, it still saddens me.

But it is my hope that in balance, you can see the goodness in Chris, as I do. While we have only spoken briefly about the event, Chris has always acknowledged responsibility for his actions and regret for his involvement.

I hope you see the same remorse as I have.

I thank you for allowing me to express my view and pray that God guides you in your decision.


Sincerely,

Tony Reynolds
Positive Force Consulting and Coaching