IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CHRISTOPHER RAY GRIDER. *Defendant*. | Criminal Action No. 21-22 (CKK) |

**MOTION TO WITHDRAW AS COUNSEL**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

T. Brent Mayr, counsel for the Defendant, Christopher Ray Grider, in the above styled and numbered cause, and hereafter Movant, moves this Court to permit him to withdraw as counsel of record and to release him from any further obligations to the Defendant in this case. In support thereof, he would show the following.

1. Movant was retained by the Defendant to represent him in this matter in January of 2021.

2. After finding the Defendant guilty on all counts alleged against him, on May 23, 2023, this Court sentenced the Defendant to multiple terms of imprisonment on each count. This Court entered its judgment on June 16, 2023.

3. Movant has explained to Defendant his right to appeal and possible issues that could be raised on appeal. Defendant desires to appeal the judgment of this Court. Defendant, however, is indigent and cannot afford to retain Movant to continue

1

representing him on appeal.

4. Concurrent with this motion, Movant is filing a notice of appeal on behalf of Defendant, as well as a motion to proceed *in forma pauperis* and for appointment of counsel.

5. Having completed his contractual, legal, and ethical obligations to the Defendant, Movant hereby moves to withdraw as counsel of record and for this Court to release him from any further obligations to the Defendant in this case before this Court.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests this Honorable Court permit him to withdraw as counsel of record and to release him from any further obligations to the Defendant in this case.

Date: June 27, 2023

Respectfully Submitted,

**MAYR LAW, P.C.**

by: /s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Francesco Valentini on June 27, 2023, via ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR