**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER.<br><br>  *Defendant.* | Criminal Action No. 21-22 (CKK) |

**ORDER ON
MOTION TO WITHDRAW AS COUNSEL**

The Court has received and reviewed a Motion to Withdraw as Counsel filed by the Defendant's present counsel of record, T. Brent Mayr. The Court hereby GRANTS that Motion. It is hereby ORDERED that T. Brent Mayr shall be allowed to withdraw as counsel, and is hereby relieved of any further duty, obligation or responsibility to above-named Defendant in this case.

SO ORDERED.

Dated: _____

                                          _____
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge