# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CHRISTOPHER RAY GRIDER. *Defendant*. | Criminal Action No. 21-22 (CKK) |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, hereby gives notice of his intent to appeal the Court's rulings and judgment in this case to the United States Court of Appeals for the District of Columbia.

Date: June 27, 2023

Respectfully Submitted,

/s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9991

ATTORNEY FOR THE DEFENDANT

CHRISTOPHER RAY GRIDER, Defendant

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Francesco Valentini on June 27, 2023, via ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR