IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>CHRISTOPHER RAY GRIDER.<br><br>*Defendant.* | Criminal Action No. 21-22 (CKK) |

**DEFENDANT'S MOTION FOR LEAVE TO PROCEED**
***IN FORMA PAUPERIS***
**AND FOR THE APPOINTMENT OF COUNSEL**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, pursuant to Rule 24 of the Federal Rules of Appellate Procedure, moves this Court for leave to permit him to proceed *in forma pauperis* and to appoint him counsel. In support thereof, he would show the following.

1. Concurrent with the filing of this motion, Defendant has given his notice of his intent to appeal the Court's rulings and judgment in this case.

2. As reflected on the attached affidavit containing the information required by Federal Rule of Appellate Procedure 24(a)(1), Defendant is indigent and cannot afford to retain counsel to continue representing him in this matter. Undersigned counsel has moved to withdraw as counsel of record.

3. Defendant desires this Court to appoint him an attorney to represent him consistent with the Criminal Justice Act.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this Court find that he is indigent, permit him leave to proceed *in forma pauperis*, and appoint him counsel to continue representing him on appeal.

Date: June 27, 2023                    Respectfully Submitted,

/s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9991

ATTORNEY FOR THE DEFENDANT

CHRISTOPHER RAY GRIDER, Defendant

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Francesco Valentini on June 27, 2023, via ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR