APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00022−CKK</u>−1

Case title: USA v. GRIDER

Magistrate judge case number:  1:21−mj−00138−RMM

Date Filed: 01/26/2021

---

Assigned to: Judge Colleen
Kollar−Kotelly

**Defendant (1)**

| | | |
|---|---|---|
| **CHRISTOPHER RAY GRIDER** | represented by | **Thomas Brent Mayr** |
| | | MAYR LAW, P.C. |
| | | 5300 Memorial Drive |
| | | Suite 750 |
| | | Houston, TX 77007 |
| | | 713−808−9613 |
| | | Fax: 713−808−9991 |
| | | Email: <u>bmayr@mayr−law.com</u> |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1361 and 2; GOVERNMENT PROPERTY OR CONTRACTS; Destruction of Government Property and Aiding and Abetting (1) | Guilty |
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder. (1s) | Sixty (60) Months incarceration followed by Thirty−six (36) Months of Supervised Release and a Special Assessment of $100.00. |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building (2) | Guilty |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an | Eighty−three (83) Months incarceration to run concurrently with Count One (1) followed by Thirty−six (36) Months of Supervised Release to run concurrently with Count 1s and a Special |

| | |
|---|---|
| Official Proceeding and Aiding and Abetting. (2s) | Assessment of $100.00. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3) | Guilty |
| 18:1361; GOVERNMENT PROPERTY OR CONTRACTS (>1000); Destruction of Government Property. (3s) | Eighty−three (83) Months incarceration to run concurrently with Counts 1s and 2s followed by Thirty−six (36) Months of Supervised Release to run concurrently with Counts 1s and 2s followed by a Special Assessment of $100.00. |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstructive of an Official Proceeding and Aiding and Abetting (4) | Guilty |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds. (4s) | Twelve (12) Months incarceration to run concurrently with Counts 1s, 2s, 3s followed by Twelve (12) Months of Supervised Release to run concurrently with Counts 1s, 2s, 3s, and a Special Assessment of $25.00. |
| 40:5104(e)(2)(D); FEDERAL STATUTES, OTHER; Disorderly Conduct in a Capitol Building (5) | Guilty |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds. (5s) | Twelve (12) Months incarceration to run concurrently with Counts 1s, 2s, 3s, 4s followed by Twelve (12) Months of Supervised Release to run concurrently with Counts 1s, 2s, 3s, 4s, and a Special Assessment of $25.00. |
| 40:5104(e)(2)(E); FEDERAL STATUTES, OTHER; Impeding Passage Through the Capitol Grounds or Buildings (6) | Guilty |
| 18:1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds. (6s) | Twelve (12) Months incarceration to run concurrently with Counts 1s, 2s, 3s, 4s, 5s followed by Twelve (12) Months of Supervised Release to run concurrently with Counts 1s, 2s, 3s, 4s, 5s and a Special Assessment of $25.00. |

| | |
|---|---|
| 40:5104(e)(2)(F); FEDERAL STATUTES, OTHER; Act of Physical Violence in the Capitol Grounds or Buildings (7) | Guilty |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorder Conduct in a Capitol Building. (7s) | Six (6) Months incarceration to run concurrently with Counts 1s, 2s, 3s, 4s, 5s, 6s, and a Special Assessment of $10.00. |
| 40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Buildings. (8s) | Six (6) Months incarceration to run concurrently with Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s and a Special Assessment of $10.00. |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building. (9s) | Six (6) Months incarceration to run concurrently with Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s and a Special Assessment of $10.00 for a total of $405.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1361, 18:1752(a)(1), (b) and 40:5104(e)(2) | |

**Movant**

| | | |
|---|---|---|
| **GRAY MEDIA GROUP, INC.** | represented by | **Charles D. Tobin** BALLARD SPAHR LLP 1909 K Street, NW |

3

12th Floor
Washington, DC 20006
202−661−2218
Fax: 202−661−2299
Email: tobinc@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
(202) 508−1140
Fax: (202) 661−2299
Email: mishkinm@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**RISSA SHAW**                    represented by **Michael James Scanlon**
                                                HAYNES AND BOONE, LLP
                                                800 17th Street, NW
                                                Suite 500
                                                Washington, DC 20006
                                                202−654−4570
                                                Fax: 202−654−4249
                                                Email: michael.scanlon@haynesboone.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

**Plaintiff**

**USA**                          represented by **Candice Chiu Wong**
                                                U.S. ATTORNEY'S OFFICE FOR THE
                                                DISTRICT OF COLUMBIA
                                                555 Fourth Street, NW
                                                Washington, DC 20530
                                                (202) 252−7849
                                                Email: candice.wong@usdoj.gov
                                                *TERMINATED: 04/05/2022*
                                                *Designation: Assistant U.S. Attorney*

                                                **Cindy Jane Cho**
                                                DOJ−USAO
                                                Southern District of Indiana

10 West Market Street
Suite 2100
Indianapolis, IN 46204
317–229–2425
Email: cindy.cho@usdoj.gov
*TERMINATED: 03/14/2023*
*Designation: Assistant U.S. Attorney*

**Francesco Valentini**
DOJ–CRM
Criminal Division, Appellate Section
950 Pennsylvania Avenue NW
Washington, DC 20530
202–598–2337
Email: francesco.valentini@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Michael Lawrence Barclay**
USAO
601 D Street NW
Washington, DC 20530
202–252–7669
Email: michael.barclay@usdoj.gov
*TERMINATED: 03/09/2023*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2021 | 1 | SEALED COMPLAINT as to CHRISTOPHER RAY GRIDER (1). (Attachments: # 1 Affidavit in Support) (zstd) [1:21–mj–00138–RMM] (Entered: 01/21/2021) |
| 01/20/2021 | 3 | MOTION to Seal Case by USA as to CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21–mj–00138–RMM] (Entered: 01/21/2021) |
| 01/20/2021 | 4 | ORDER granting 3 Motion to Seal Case as to CHRISTOPHER RAY GRIDER (1). Signed by Magistrate Judge Robin M. Meriweather on 1/20/2021. (zstd) [1:21–mj–00138–RMM] (Entered: 01/21/2021) |
| 01/21/2021 |  | Case unsealed as to CHRISTOPHER RAY GRIDER (bb) [1:21–mj–00138–RMM] (Entered: 01/26/2021) |
| 01/25/2021 | 5 | Rule 5(c)(3) Documents Received as to CHRISTOPHER RAY GRIDER from US District Court Western District of Texas Austin Division Case Number AU:21–mj–33–SH (bb) [1:21–mj–00138–RMM] (Entered: 01/26/2021) |
| 01/25/2021 |  | Arrest of CHRISTOPHER RAY GRIDER in US District Court Western District of Texas Austin Division. (bb) [1:21–mj–00138–RMM] (Entered: 01/26/2021) |
| 01/26/2021 | 6 | INDICTMENT as to CHRISTOPHER RAY GRIDER (1) count(s) 1, 2, 3, 4, 5, 6, 7. (zstd) (Main Document 6 replaced on 1/27/2021) (zstd). (Main Document 6 replaced on 4/21/2021) (zstd). (Entered: 01/27/2021) |
| 02/04/2021 | 8 |  |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice T. Brent Mayr Filing fee $ 100, receipt number ADCDC−8165286. Fee Status: Fee Paid. by CHRISTOPHER RAY GRIDER. (Green, Jeffrey) (Entered: 02/04/2021) |
| 02/10/2021 | | MINUTE ORDER granting <u>8</u> Motion for Leave to Appear Pro Hac Vice. It is hereby ORDERED that T. Brent Mayr is admitted pro hac vice in this matter as counsel for Defendant. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a). <u>Click for Instructions</u>**. Signed by Judge Ketanji Brown Jackson on 2/10/2021. (jag) (Entered: 02/10/2021) |
| 02/11/2021 | <u>9</u> | NOTICE OF ATTORNEY APPEARANCE: Thomas B. Mayr appearing for CHRISTOPHER RAY GRIDER (Mayr, Thomas) (Entered: 02/11/2021) |
| 02/11/2021 | <u>10</u> | MOTION to Revoke *Detention Order* by CHRISTOPHER RAY GRIDER. (Attachments: # <u>1</u> Text of Proposed Order, # <u>2</u> Exhibit)(Mayr, Thomas) (Entered: 02/11/2021) |
| 02/11/2021 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER. It is hereby ORDERED that the Government shall file any response to Defendant's <u>10</u> Motion to Revoke Detention Order on or before close of business on 2/16/2021. Signed by Judge Ketanji Brown Jackson on 2/11/2021. (jag) (Entered: 02/11/2021) |
| 02/16/2021 | <u>11</u> | MEMORANDUM in Support of Pretrial Detention by USA as to CHRISTOPHER RAY GRIDER (Wong, Candice) (Entered: 02/16/2021) |
| 02/16/2021 | | NOTICE OF HEARING as to CHRISTOPHER RAY GRIDER: Motion Hearing set for 2/22/2021 at 10:00 AM in Telephonic/VTC before Judge Ketanji Brown Jackson. (zgdf) (Entered: 02/16/2021) |
| 02/18/2021 | | NOTICE OF HEARING as to CHRISTOPHER RAY GRIDER: Motion Hearing rescheduled for 2/22/2021 at 11:00 AM via videoconference before Judge Ketanji Brown Jackson. (zgdf) (Entered: 02/18/2021) |
| 02/18/2021 | <u>12</u> | ENTERED IN ERROR.....SUPPLEMENT *Memorandum in Support of Defendant's Motion to Revoke Detention Order* by CHRISTOPHER RAY GRIDER re <u>10</u> MOTION to Revoke Detention Order (Mayr, Thomas) Modified event title and added link on 2/19/2021 (znmw). Modified on 2/22/2021 (bb). (Entered: 02/18/2021) |
| 02/18/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to CHRISTOPHER RAY GRIDER re <u>12</u> Pretrial Memorandum, was entered in error and counsel has advised that he would refile said pleading. (bb) (Entered: 02/22/2021) |
| 02/22/2021 | | Minute Entry for video proceedings held on 2/22/21 before Judge Ketanji Brown Jackson as to CHRISTOPHER RAY GRIDER. Motion Hearing held re <u>10</u> MOTION to Revoke *Detention Order*. Oral order granting <u>10</u> Motion to Revoke Detention Order. Arraignment held as to CHRISTOPHER RAY GRIDER (1) on Counts 1−7. Plea of Not Guilty entered to Counts 1−7. Speedy Trial Excludable (XT) started 2/22/21 until 4/6/21, in the interest of justice. Status Conference set for 4/6/2021 at 2:30 PM via videoconference before Judge Ketanji Brown Jackson. Bond Status of Defendant: Appeared by video/Defendant Release/Released Issued; Court Reporter: Nancy Meyer Defense Attorney: Thomas B. Mayr; US Attorney: Candice Wong; Pretrial Officer: Christine Schuck−(phone). (zgdf) (Entered: 02/22/2021) |
| 02/22/2021 | <u>14</u> | ORDER Setting Conditions for High Intensity Supervision Program as to CHRISTOPHER RAY GRIDER (1). Personal Recognizance/HISP. (Attachments:#(1) Appearance Bond). Signed by Judge Ketanji Brown Jackson on |

|  |  | 2/22/21. (zgdf) (Entered: 02/22/2021) |
|---|---|---|
| 02/22/2021 | 15 | ORDER as to CHRISTOPHER RAY GRIDER for release. Signed by Judge Ketanji Brown Jackson on 2/22/21. (zgdf) (Entered: 02/22/2021) |
| 02/23/2021 | 16 | SUPPLEMENT re 10 MOTION to Revoke *Memorandum in Support of Defendant's Motion to Revoke Detention Order (Corrected)* by CHRISTOPHER RAY GRIDER (Mayr, Thomas) Modified event title and added link on 2/24/2021 (znmw). (Entered: 02/23/2021) |
| 02/26/2021 | 17 | Unopposed MOTION *FOR PROTECTIVE ORDER* by USA as to CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Wong, Candice) Modified relief on 3/22/2021 (znmw). (Entered: 02/26/2021) |
| 02/26/2021 | 18 | ORDER granting 17 Unopposed Motion Protective Order as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Ketanji Brown Jackson on 2/26/2021. (jag) (Entered: 02/26/2021) |
| 03/10/2021 | 19 | NOTICE *OF DISCOVERY* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Discovery Letter)(Wong, Candice) (Entered: 03/10/2021) |
| 03/15/2021 | 20 | TRANSCRIPT OF PROCEEDINGS in case as to CHRISTOPHER RAY GRIDER before Judge Ketanji Brown Jackson held on 02/22/2021. Page Numbers: 1–76. Date of Issuance: 03/12/2021. Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from t he court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/5/2021. Redacted Transcript Deadline set for 4/15/2021. Release of Transcript Restriction set for 6/13/2021.(Meyer, Nancy) (Entered: 03/15/2021) |
| 03/22/2021 | 21 | MOTION to Dismiss Count *Four of the Indictment* by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Memorandum in Support)(Mayr, Thomas) (Entered: 03/22/2021) |
| 03/24/2021 |  | MINUTE ORDER as to CHRISTOPHER RAY GRIDER. The parties are scheduled to appear before Judge Ketanji Brown Jackson for a VTC Status Conference on 4/6/2021 at 2:30 pm. It is hereby ORDERED that the parties shall come to the Status Conference prepared to discuss whether the Court should enter an order pursuant to Local Criminal Rule 57.7(c), which authorizes the restriction of "extrajudicial statements by parties, witnesses, and attorneys" concerning "a widely publicized or sensational criminal case," where, among other things, such statements are "likely to interfere with the rights of the accused to a fair trial by an impartial jury." LCrR |

| | | |
|---|---|---|
| | | 57.7(c); *see also* LCrR 57.7(b)(1) ("It is the duty of the lawyer or law firm not to release or authorize the release of information or opinion which a reasonable person would expect to be disseminated by means of public communication, in connection with pending or imminent criminal litigation with which the lawyer or the law firm is associated, if there is a reasonable likelihood that such dissemination will interfere with a fair trial or otherwise prejudice the due administration of justice."). Signed by Judge Ketanji Brown Jackson on 3/24/2021. (jag) (Entered: 03/24/2021) |
| 04/05/2021 | 22 | Opposition re 21 MOTION to Dismiss Count *Four of the Indictment* by USA as to CHRISTOPHER RAY GRIDER. (Wong, Candice) Modified on 4/5/2021 (bb). (Entered: 04/05/2021) |
| 04/05/2021 | 23 | Unopposed MOTION to Exclude *TIME UNDER THE SPEEDY TRIAL ACT* by USA as to CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Wong, Candice) (Entered: 04/05/2021) |
| 04/05/2021 | 24 | Unopposed MOTION for Disclosure *DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS* by USA as to CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Wong, Candice) Modified event title on 4/27/2021 (znmw). (Entered: 04/05/2021) |
| 04/06/2021 | 25 | MOTION to Intervene as to CHRISTOPHER RAY GRIDER. "Let this be filed" by Judge Ketanji Brown Jackson on 4/6/2021. (bb) Modified on 4/6/2021 (bb). (Main Document 25 replaced on 4/27/2021) (zhsj). (Entered: 04/06/2021) |
| 04/07/2021 | 26 | Unopposed MOTION for Protective Order by USA as to CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Wong, Candice) (Entered: 04/07/2021) |
| 04/07/2021 | | Minute Entry for video proceedings held before Judge Ketanji Brown Jackson:Status Conference as to CHRISTOPHER RAY GRIDER held on 4/7/2021. Speedy Trial Excludable (XT) started 4/6/21 until 6/10/21. Oral Order denying without prejudice 25 Motion to Intervene. Motion Hearing set for 4/16/21 at 2:30 PM videoconference before Judge Ketanji Brown Jackson. Status Conference set for 6/10/21 at 2:30 PM via videoconference before Judge Ketanji Brown Jackson. Bond Status of Defendant: Remains on bond/Appeared by video; Court Reporter: Nancy Meyer; Defense Attorney: Thomas B. Mayr; US Attorney: Candice Wong. (zgdf) modified on 4/8/2021, to make correction.(zgdf). (Entered: 04/07/2021) |
| 04/07/2021 | 27 | ORDER as to CHRISTOPHER RAY GRIDER (1), that the Governments Unopposed Motion to Exclude Time Under the Speedy Trial Act (ECF No. 23) is GRANTED. It is FURTHER ORDERED that in the interests of justice, the time from April 6, 2021 through and including June 10, 2021 is excluded from the Speedy Trial Act computation. It is FURTHER ORDERED that the parties shall appear before the Court for a status conference on June 10, 2021 at 2:30 p.m. Signed by Judge Ketanji Brown Jackson on 4/7/21. (zgdf) (Entered: 04/07/2021) |
| 04/09/2021 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER. It is hereby ORDERED that the Motion Hearing currently set for 4/16/2021 is VACATED and RESET for 5/13/2021 at 02:30 PM in Telephonic/VTC before Judge Ketanji Brown Jackson. Signed by Judge Ketanji Brown Jackson on 4/9/2021. (jag) (Entered: 04/09/2021) |
| 05/04/2021 | 28 | MOTION to Modify Conditions of Release by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 05/04/2021) |

8

| 05/04/2021 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER. It is hereby ORDERED that the Government shall file any response to Defendant's Motion to Modify Conditions of Release on or before 5/11/2021, and Defendant shall file any reply on or before 5/17/2021. Signed by Judge Ketanji Brown Jackson on 5/4/2021. (jag) (Entered: 05/04/2021) |
|---|---|---|
| 05/04/2021 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER. In light of defense counsel's emailed request to hold Defendant's Motion to Dismiss in abeyance, it is hereby ORDERED that the Motion Hearing currently set for 5/13/2021 is vacated, and the Court will reschedule it at a later date, if necessary. Signed by Judge Ketanji Brown Jackson on 5/4/2021. (jag) (Entered: 05/04/2021) |
| 05/11/2021 | 29 | Memorandum in Opposition by USA as to CHRISTOPHER RAY GRIDER re 28 MOTION to Modify Conditions of Release (Wong, Candice) (Entered: 05/11/2021) |
| 05/17/2021 | 30 | REPLY TO OPPOSITION to Motion by CHRISTOPHER RAY GRIDER re 28 MOTION to Modify Conditions of Release (Mayr, Thomas) (Entered: 05/17/2021) |
| 05/19/2021 | 31 | ORDER denying 28 Motion to Modify Conditions of Release as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Ketanji Brown Jackson on 5/19/2021. (jag) (Entered: 05/19/2021) |
| 05/25/2021 | 32 | NOTICE *OF DISCOVERY* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 05/25/2021) |
| 06/04/2021 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER. It is hereby ORDERED that the VTC Status Conference currently set for 6/10/2021 at 2:30pm is VACATED and RESET to 6/17/2021 at 10:30 am before Judge Ketanji Brown Jackson. Signed by Judge Ketanji Brown Jackson on 6/4/2021. (jag) (Entered: 06/04/2021) |
| 06/07/2021 | 33 | Unopposed MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 06/07/2021) |
| 06/14/2021 | | MINUTE ORDER granting 34 Sealed Motion for Leave to File Document Under Seal as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Ketanji Brown Jackson on 6/14/2021. (jag) (Entered: 06/14/2021) |
| 06/14/2021 | 35 | ORDER granting 33 Motion to Travel as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Ketanji Brown Jackson on 6/14/2021. (jag) (Entered: 06/14/2021) |
| 06/14/2021 | 36 | NOTICE *Of DISCOVERY* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 06/14/2021) |
| 06/15/2021 | | Case as to CHRISTOPHER RAY GRIDER randomly reassigned to Judge Colleen Kollar–Kotelly. Judge Ketanji Brown Jackson has been elevated to the USCA and is no longer assigned to the case. (ztnr) (Entered: 06/15/2021) |
| 06/15/2021 | | MINUTE ORDER: It is hereby ORDERED that the status hearing set for 6/17/2021 is VACATED and RESET for 7/1/2021 at 10:00 AM ET, to occur via videoconference. Signed by Judge Colleen Kollar–Kotelly on June 15, 2021. (lcckk1) (Entered: 06/15/2021) |
| 06/15/2021 | | Set/Reset Hearings as to CHRISTOPHER RAY GRIDER: Status Conference set for 7/1/2021 at 10:00 AM via Zoom before Judge Colleen Kollar–Kotelly. (dot) (Entered: 06/30/2021) |
| 06/24/2021 | 38 | |

TRANSCRIPT OF PROCEEDINGS in case as to CHRISTOPHER RAY GRIDER before Judge Ketanji Brown Jackson held on 04/06/2021. Page Numbers: 1–27. Date of Issuance: 06/22/2021. Transcribing Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or pur chased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/15/2021. Redacted Transcript Deadline set for 7/25/2021. Release of Transcript Restriction set for 9/22/2021.(Meyer, Nancy) (Entered: 06/24/2021)

| 06/24/2021 | 39 | NOTICE *OF DISCOVERY* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 06/24/2021) |
| 07/01/2021 | 40 | ORDER granting 24 Motion for Disclosure. Signed by Judge Colleen Kollar–Kotelly on July 1, 2021. (lcckk1) (Entered: 07/01/2021) |
| 07/01/2021 | 41 | PROTECTIVE ORDER. Signed by Judge Colleen Kollar–Kotelly on July 1, 2021. (lcckk1) (Entered: 07/01/2021) |
| 07/01/2021 | | MINUTE ORDER: The Court held a status hearing in this case on July 1, 2021. With his consent, Defendant was present via videoconference and represented by counsel. Defense counsel and government also appeared via videoconference. During the hearing, the Court discussed the status of discovery and plea discussions in this matter. Additionally, the Court discussed the status of the 21 Motion to Dismiss, which is currently being held in abeyance pursuant to the parties' request. The parties indicated at the July 1, 2021 hearing that the 21 Motion should continue to be held in abeyance, and, accordingly, the Court will HOLD IN ABEYANCE the 21 Motion to Dismiss. The Court has scheduled another status hearing for AUGUST 30, 2021 at 2:00 PM ET. Defendant has consented to this status hearing proceeding remotely via videoconference. <br><br> During the July 1, 2021 hearing, the Court discussed with Defendant his Speedy Trial Act rights. Defendant consented to the exclusion of time from June 10, 2021, through the date of the next status hearing on August 30, 2021. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights between June 10, 2021 and the date of the next status hearing on August 30, 2021 serves the "ends of justice" and outweighs the best interests of both the community and Defendant, in light of the ongoing COVID–19 pandemic and because the continuance will allow the parties to review discovery and consider plea negotiations, if any. Taking into account this continuance, the Court has calculated that Defendant's new 70–day deadline is |

| | | |
|---|---|---|
| | | **NOVEMBER 8, 2021**. The Court finds the 90–day deadline is inapplicable given Defendant's release on personal recognizance.<br><br>Signed by Judge Colleen Kollar–Kotelly on July 1, 2021. (lcckk1) (Entered: 07/01/2021) |
| 07/01/2021 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to CHRISTOPHER RAY GRIDER held on 7/1/2021. Defendant's 21 Motion to Dismiss is held in abeyance. Speedy Trial (XT) is tolled in the Interest of Justice from 6/10/21 to 7/1/2021 and to 8/30/2021. Status Conference set for 8/30/2021 at 2:00 PM via Zoom before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Continued on Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: Brent Mayr; US Attorney: Candice C. Wong. (dot) (Entered: 07/01/2021) |
| 07/08/2021 | 43 | NOTICE *OF DISCOVERY* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 07/08/2021) |
| 07/13/2021 | 44 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Additional Examples of Defense Discovery Requests)(Wong, Candice) (Entered: 07/13/2021) |
| 07/27/2021 | 45 | Unopposed MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 07/27/2021) |
| 07/27/2021 | 46 | ORDER as to CHRISTOPHER RAY GRIDER. Signed by Judge Colleen Kollar–Kotelly on July 27, 2021. (lcckk1) (Entered: 07/27/2021) |
| 08/03/2021 | 47 | NOTICE *OF DISCOVERY* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 08/03/2021) |
| 08/26/2021 | 48 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to CHRISTOPHER RAY GRIDER (Wong, Candice) (Entered: 08/26/2021) |
| 08/26/2021 | 49 | Unopposed MOTION to Continue *Status Conference and Toll Speedy Trial Limits* by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 08/26/2021) |
| 08/26/2021 | 51 | MOTION to Toll Speedy Trial Limits by CHRISTOPHER RAY GRIDER. (See Docket Entry 49 To View Document) (zhsj) (Entered: 08/27/2021) |
| 08/27/2021 | 50 | ORDER granting Defendant's 49 Unopposed Motion to Continue Status Conference and Toll Speedy Trial Limits as to CHRISTOPHER RAY GRIDER. The Status Conference is rescheduled for 10/26/2021, at 02:30 PM, via Zoom, before Judge Colleen Kollar–Kotelly. Signed by Judge Colleen Kollar–Kotelly on 8/27/2021. (DM) (Entered: 08/27/2021) |
| 09/15/2021 | 52 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to CHRISTOPHER RAY GRIDER (Wong, Candice) (Entered: 09/15/2021) |
| 09/24/2021 | 53 | Unopposed MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 09/24/2021) |
| 09/24/2021 | 54 | ORDER granting 53 Motion to Travel as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Colleen Kollar–Kotelly on September 24, 2021. (lcckk1) (Entered: 09/24/2021) |

| 10/12/2021 | 55 | NOTICE *OF DISCOVERY* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 10/12/2021) |
|---|---|---|
| 10/21/2021 | 56 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to CHRISTOPHER RAY GRIDER (Wong, Candice) (Entered: 10/21/2021) |
| 10/25/2021 | 57 | Unopposed MOTION to Continue *Status Conference and Toll Speedy Trial Limits* by CHRISTOPHER RAY GRIDER. (Mayr, Thomas) (Entered: 10/25/2021) |
| 10/25/2021 | | MINUTE ORDER: Upon review of the record in its entirety, for good cause shown, and in light of the government's lack of opposition, the Court hereby GRANTS Defendant's 57 Motion to Continue. The October 26, 2021 hearing is VACATED and CONTINUED for JANUARY 13, 2022 at 10:00 AM ET. <br><br>It is FURTHER ORDERED that the time between October 26, 2021 and January 13, 2022 shall be excluded from the computation of Defendant's Speedy Trial rights. The Court finds that this exclusion of time serves the "ends of justice" and outweighs the best interests of both the community and Defendant, in light of the ongoing COVID–19 pandemic and because the continuance will allow the parties to review the voluminous discovery in this case. Defendant has also consented to the exclusion of this time under the Speedy Trial Act. Taking into account this continuance, the Court finds that Defendant's new 70–day deadline is MARCH 24, 2022. The Court finds the 90–day deadline is inapplicable given Defendant's release on personal recognizance. Signed by Judge Colleen Kollar–Kotelly on October 25, 2021. (lcckk1) (Entered: 10/25/2021) |
| 10/25/2021 | | Set/Reset Hearings as to CHRISTOPHER RAY GRIDER: Status Conference set for 1/13/2022 at 10:00 AM in Telephonic/VTC before Judge Colleen Kollar–Kotelly. Speedy Trial (XT) is tolled in the Interest of Justice from 10/26/2021 to 1/13/2022. (dot) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | MOTION to Toll Speedy Trial Limits by CHRISTOPHER RAY GRIDER. (See Docket Entry 57 to View Document). (zhsj) (Entered: 10/27/2021) |
| 10/26/2021 | 59 | Unopposed MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 10/26/2021) |
| 10/27/2021 | 60 | ORDER granting 59 Motion to Travel as to CHRISTOPHER RAY GRIDER. Signed by Judge Colleen Kollar–Kotelly on October 27, 2021. (lcckk1) (Entered: 10/27/2021) |
| 11/05/2021 | 62 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to CHRISTOPHER RAY GRIDER (Wong, Candice) (Entered: 11/05/2021) |
| 11/08/2021 | 63 | NOTICE *OF DISCOVERY* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 11/08/2021) |
| 11/15/2021 | 64 | Unopposed MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 11/15/2021) |
| 11/15/2021 | 65 | ORDER granting 64 Motion to Travel as to CHRISTOPHER RAY GRIDER (1) (lcckk1) (Entered: 11/15/2021) |
| 12/17/2021 | 66 | Unopposed MOTION to Travel , Unopposed MOTION to Modify Conditions of Release by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 12/17/2021) |

| | | |
|---|---|---|
| 12/20/2021 | 67 | ORDER granting 66 Motion to Travel as to CHRISTOPHER RAY GRIDER (1); granting in part and denying in part 66 Motion to Modify Conditions of Release as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Colleen Kollar–Kotelly on December 20, 2021. (lcckk1) (Main Document 67 replaced on 12/20/2021 to correct typo and substitute Dallas for Texas ) (zkt). (Entered: 12/20/2021) |
| 01/10/2022 | 68 | NOTICE *OF DISCOVERY* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 01/10/2022) |
| 01/12/2022 | 69 | Amended MOTION to Dismiss Count *Four of the Indictment* by CHRISTOPHER RAY GRIDER. (Mayr, Thomas) (Entered: 01/12/2022) |
| 01/12/2022 | 70 | MOTION for Leave to File *a Memorandum of Law in Support of Defendant's Amended Motion to Dismiss Count Four of the Indictment in Excess of the Page Limit Set Out in Local Rule 47(e)* by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support)(Mayr, Thomas) (Entered: 01/12/2022) |
| 01/13/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court held a hearing in this case on January 13, 2022. With consent, Defendant and his counsel were present by videoconference. Counsel for the government also appeared via videoconference. During the hearing, the Court discussed Defendant's 69 Amended Motion to Dismiss Count Four of the Indictment. The Court orally **GRANTED** leave to file the Motion and **ORDERED** that the government to file its opposition on or before January 26, 2022 and Defendant to file his reply in support of his Motion on or before February 4, 2022. The Court also orally **GRANTED** Defendants 70 Motion for Leave for Leave to File a Memorandum of Law in Support of Defendants Amended Motion to Dismiss Count Four of the Indictment in Excess of the Page Limit Set Out in Local Criminal Rule 47(e). Additionally, the Court discussed the status of discovery and plea discussions in this case. Defendant indicated that he is deferring consideration of an open plea offer until the Court resolves his 69 Motion. The parties shall appear for another status hearing on **February 10, 2022 at 1:30 PM ET.** Defendant has consented to proceeding with this forthcoming status hearing remotely via videoconference. <br><br> During the January 13, 2022 hearing, the Court discussed with Defendant his Speedy Trial Act rights, and Defendant consented to a continuance of his speedy trial rights until the date of the next status hearing, February 10, 2022. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights through February 10, 2022 serves the "ends of justice" and is in the best interest of the community and Defendant, in light of the ongoing COVID–19 pandemic, *see* see Standing Order no. 21–79 (BAH) (D.D.C. Dec. 13, 2021), and will allow counsel for Defendant time to further review the voluminous discovery in this case and the Court to rule on Defendant's 70 Motion. Taking into account this continuance, the 70–day deadline for Defendant is **April 21, 2022** . As Defendant is released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a), (b). <br><br> Signed by Judge Colleen Kollar–Kotelly on January 13, 2022. (lcckk1) (Entered: 01/13/2022) |
| 01/13/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to CHRISTOPHER RAY GRIDER held on 1/13/2022. Speedy Trial (XT) is tolled in the Interest of Justice from 1/13/2022 to |

| | | |
|---|---|---|
| | | 2/10/22. Status Conference set for 2/10/2022 at 1:30 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Continued on Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: Thomas B. Mayr; US Attorney: Candice C. Wong; Pretrial Officer: Andre Sidbury. (dot) (Entered: 01/13/2022) |
| 01/24/2022 | 72 | Unopposed MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 01/24/2022) |
| 01/25/2022 | 73 | ORDER granting 72 Motion to Travel as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Colleen Kollar–Kotelly on January 25, 2022. (lcckk1) (Entered: 01/25/2022) |
| 01/26/2022 | 74 | Memorandum in Opposition by USA as to CHRISTOPHER RAY GRIDER re 69 Amended MOTION to Dismiss Count *Four of the Indictment* (Wong, Candice) (Entered: 01/26/2022) |
| 02/04/2022 | 75 | REPLY TO OPPOSITION to Motion by CHRISTOPHER RAY GRIDER re 69 Amended MOTION to Dismiss Count *Four of the Indictment* (Mayr, Thomas) (Entered: 02/04/2022) |
| 02/08/2022 | 76 | Joint MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* by USA as to CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order Proposed Order to Continue and Exclude Time Under Speedy Trial Act)(Wong, Candice) (Entered: 02/08/2022) |
| 02/08/2022 | 79 | MOTION to Exclude Time Under the Speedy Trial Act by USA as to CHRISTOPHER RAY GRIDER. (See Docket Entry 76 to View Document). (zhsj) (Entered: 02/09/2022) |
| 02/09/2022 | 77 | ORDER denying 69 Amended Motion to Dismiss Count Four of the Indictment: as to CHRISTOPHER RAY GRIDER (1). A Memorandum Opinion follows this Order. Signed by Judge Colleen Kollar–Kotelly on February 9, 2022. (lcckk1) (Entered: 02/09/2022) |
| 02/09/2022 | 78 | MEMORANDUM OPINION re 77 as to CHRISTOPHER RAY GRIDER. Signed by Judge Colleen Kollar–Kotelly on February 9, 2022. (lcckk1) (Entered: 02/09/2022) |
| 02/09/2022 | | MINUTE ORDER: Upon review of the record in its entirety and for good cause shown, the Court hereby **GRANTS** the parties' 76 Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act. The February 10, 2022 status hearing is **VACATED** and **CONTINUED** to March 10, 2022 at 11:00 AM ET. The status hearing shall be held by videoconference.<br><br>It is further **ORDERED** that the time between February 10, 2022 and March 10, 2022 shall be excluded from the computation of Defendant's Speedy Trial rights. The Court finds that a continuance of Defendant's Speedy Trial rights through March 10, 2022 serves the "ends of justice" and is in the best interest of the community and Defendant, in light of the ongoing COVID–19 pandemic, *see* Standing Order no. 21–79 (BAH) (D.D.C. Dec. 13, 2021), and will allow counsel for Defendant time to further review the voluminous discovery in this case. Taking into account this continuance, the 70–day deadline for Defendant is **May 19, 2022**. As Defendant is released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a), (b). |

| | | |
|---|---|---|
| | | Signed by Judge Colleen Kollar–Kotelly on February 9, 2022. (lcckk1) (Entered: 02/09/2022) |
| 02/09/2022 | | Set/Reset Hearings as to CHRISTOPHER RAY GRIDER: Status Conference set for 3/10/2022 at 11:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. (dot) (Entered: 02/09/2022) |
| 02/10/2022 | 80 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to CHRISTOPHER RAY GRIDER (Wong, Candice) (Entered: 02/10/2022) |
| 02/24/2022 | 81 | Unopposed MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 02/24/2022) |
| 02/25/2022 | 82 | ORDER granting 81 Motion to Travel as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Colleen Kollar–Kotelly on February 25, 2022. (lcckk1) (Entered: 02/25/2022) |
| 03/01/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: As counsel for the government is unavailable for a status hearing on March 10, 2022, the status hearing set for March 10, 2022 is **CONTINUED** to March 30, 2022 at 10:00 AM ET. Defendant has consented to this continuance.<br><br>It is further ORDERED that the time between March 10, 2022 and March 30, 2022 shall be excluded from the computation of Defendant's Speedy Trial rights. The Court finds that a continuance of Defendant's Speedy Trial rights through March 30, 2022 serves the "ends of justice" and is in the best interest of the community and Defendant, in light of the ongoing COVID–19 pandemic, see Standing Order No. 22–07 (BAH) (D.D.C. Feb. 15, 2022), and will allow counsel for Defendant time to further review the voluminous discovery in this case. Taking into account this continuance, the 70–day deadline for Defendant is June 8, 2022. As Defendant is released on personal reconizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a), (b). Signed by Judge Colleen Kollar–Kotelly on March 1, 2022. (lcckk1) (Entered: 03/01/2022) |
| 03/01/2022 | | Set/Reset Hearings as to CHRISTOPHER RAY GRIDER: Status Conference set for 3/30/2022 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. (dot) (Entered: 03/02/2022) |
| 03/29/2022 | 83 | Unopposed MOTION to Continue *Status Hearing and Toll Speedy Trial Limits* by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 03/29/2022) |
| 03/29/2022 | 84 | NOTICE OF ATTORNEY APPEARANCE Cindy Jane Cho appearing for USA. (Cho, Cindy) (Entered: 03/29/2022) |
| 03/29/2022 | 85 | ORDER granting Defendant's 83 Unopposed Motion to Continue Status Conference and Toll Speedy Trial Limits as to CHRISTOPHER RAY GRIDER (1): Defendant's Waiver is due by 4/8/2022, and the Status Conference is rescheduled for 6/2/2022 at 11:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Signed by Judge Colleen Kollar–Kotelly on 3/29/2022. (DM) (Entered: 03/29/2022) |
| 03/29/2022 | 86 | MOTION to Toll the Speedy Trial Limits by CHRISTOPHER RAY GRIDER. (See Docket Entry 83 to View Docment). (zhsj) (Entered: 03/30/2022) |
| 03/30/2022 | 87 | Unopposed MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 03/30/2022) |

| 03/30/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court is in receipt of Defendant's 87 Unopposed Motion to Travel. Therein, Defendant requests permission "to travel to LaPlace, Louisiana to attend a volunteer event from April 10, 2022 to April 15, 2022." On or before April 1, 2022, Defendant shall file a supplemental brief identifying and describing the "volunteer event" at issue. Signed by Judge Colleen Kollar–Kotelly on March 30, 2022. (lcckk1) (Entered: 03/30/2022) |
| --- | --- | --- |
| 03/31/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: For good cause shown, Defendant's 88 Motion for Seal is **GRANTED**. ECF No. 88–2 shall be filed under seal. However, given the "strong presumption in favor of public access to judicial proceedings" and the weighty issues of public concern in this case, see *EEOC v. Natl Childrens Ctr., Inc.*, 98 F.3d 1406, 1409 (D.C. Cir. 1996), and in consideration of the factors set out in *United States v. Hubbard*, 650 F.2d 293, 317 (D.C. Cir. 1980), Defendant shall file on the docket, on or before April 7, 2022, a public copy of the document redacting the first two sentences of paragraph "1." Signed by Judge Colleen Kollar–Kotelly on March 31, 2022. (lcckk1) (Entered: 03/31/2022) |
| 03/31/2022 | 89 | ORDER denying 87 Motion to Travel as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Colleen Kollar–Kotelly on March 31, 2022. (lcckk1) (Entered: 03/31/2022) |
| 04/03/2022 | 91 | NOTICE *of Discovery* by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit Discovery Letter)(Wong, Candice) (Entered: 04/03/2022) |
| 04/05/2022 | 92 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to CHRISTOPHER RAY GRIDER (Wong, Candice) (Entered: 04/05/2022) |
| 04/08/2022 | 93 | SUPPLEMENT by CHRISTOPHER RAY GRIDER re 87 Unopposed MOTION to Travel (Mayr, Thomas) (Entered: 04/08/2022) |
| 04/08/2022 | 94 | WAIVER of Speedy Trial by CHRISTOPHER RAY GRIDER. (Mayr, Thomas) Modified Text on 4/10/2022 (zhsj). (Entered: 04/08/2022) |
| 06/01/2022 | 97 | SUPERSEDING INDICTMENT as to CHRISTOPHER RAY GRIDER (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s. (zhsj) (Entered: 06/02/2022) |
| 06/02/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court held a hearing in this case on June 2, 2022. With consent, Defendant and his counsel were present by videoconference. Counsel for the government also appeared via videoconference. The parties represented that this case will likely be resolved by trial after Defendant rejected the Government's plea offer. The Government also indicated that the grand jury has recently returned a superseding indictment adding three new counts, and the Government represented that it would consider reopening the rejected plea agreement in light of the superseding indictment. The parties shall appear for a status hearing and arraignment on **August 4, 2022 at 11:00 AM ET**. Defendant has consented to proceeding with this forthcoming status hearing remotely via videoconference. The parties shall file their proposed pretrial scheduling order on or before **June 7, 2022**. Chambers shall provide the parties with a template via email. Additionally, Defendant shall file a written, signed arraignment waiver on or before **June 3, 2022**. The Government shall be prepared to place the full plea offer on the record at the next hearing.<br><br>During the June 2, 2022 hearing, the Court discussed with Defendant his Speedy Trial Act rights, and Defendant consented to a continuance of his speedy trial rights until the date of the next hearing, August 3, 2022. Accordingly, the Court finds that a |

| | | |
|---|---|---|
| | | continuance of Defendant's Speedy Trial rights through August 4, 2022 serves the "ends of justice" and is in the best interest of the community and Defendant, in light of the ongoing COVID–19 pandemic, *see* Standing Order No. 22–07 (BAH) (D.D.C. Feb. 15, 2022), and will allow the parties to file their proposed pretrial scheduling order and engage in potential motions practice. Taking into account this continuance, the 70–day deadline for Defendant is **October 13, 2022**. As Defendant is released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a), (b).<br><br>Signed by Judge Colleen Kollar–Kotelly on June 2, 2022. (lcckk1) (Entered: 06/02/2022) |
| 06/02/2022 | 96 | Waiver *of Personal Appearance at Arraignment* by CHRISTOPHER RAY GRIDER. (Mayr, Thomas) Modified Text on 6/3/2022 (zhsj). (Entered: 06/02/2022) |
| 06/02/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to CHRISTOPHER RAY GRIDER held on 6/2/2022. Speedy Trial is tolled in the Interest of Justice from 6/2/2022 to 8/4/2022. Arraignment and Status Hearing set for 8/4/2022 at 11:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: Thomas B. Mayr; US Attorney: Cindy J. Cho. (dot) (Entered: 06/02/2022) |
| 06/06/2022 | 99 | Joint PROPOSED BRIEFING SCHEDULE by USA as to CHRISTOPHER RAY GRIDER (Cho, Cindy) (Entered: 06/06/2022) |
| 06/07/2022 | 100 | PRETRIAL SCHEDULING ORDER as to CHRISTOPHER RAY GRIDER. Signed by Judge Colleen Kollar–Kotelly on June 7, 2022. (lcckk1) (Entered: 06/07/2022) |
| 06/07/2022 | | Set/Reset Hearings as to CHRISTOPHER RAY GRIDER: Jury Trial tentatively set for 12/12/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. (dot) (Entered: 06/08/2022) |
| 06/22/2022 | 101 | MOTION to Dismiss Count *One, Two, Four, Five & Six of the Superseding Indictment* by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Memorandum in Support)(Mayr, Thomas) (Entered: 06/22/2022) |
| 06/22/2022 | 102 | NOTICE *of Intent to Raise Public Authority Defense* by CHRISTOPHER RAY GRIDER (Mayr, Thomas) (Entered: 06/22/2022) |
| 06/22/2022 | 103 | MOTION for Sentencing Guidelines*Proposed Application* by CHRISTOPHER RAY GRIDER. (Mayr, Thomas) (Entered: 06/22/2022) |
| 06/23/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court is in receipt of Defendant's 102 Notice of Intent to Raise Public Authority Defense. The 102 Notice indicates that Defendant intends to argue at trial that Defendant was acting under color of law and at the direction of then–President Donald J. Trump when committing the charged actions. Defendant shall file a legal brief in support of the 102 Notice on or before **July 7, 2022**. The Government shall file a response to that brief on or before **July 21, 2022**. Defendant may then file a reply on or before **July 28, 2022**. Signed by Judge Colleen Kollar–Kotelly on June 23, 2022. (lcckk1) (Entered: 06/23/2022) |
| 06/23/2022 | 104 | ORDER granting 103 Motion for Sentencing Guidelines as to CHRISTOPHER RAY GRIDER (1) and directing Probation Office to prepare offense level and criminal |

| | | |
|---|---|---|
| | | history calculations. Signed by Judge Colleen Kollar–Kotelly on June 23, 2022. (lcckk1) (Entered: 06/23/2022) |
| 06/23/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court has received and reviewed Defendant's <u>101</u> Motion to Dismiss Counts One, Two, Four, Five, and Six of the Superseding Indictment. Pursuant to LCrR 47(e), "all memorandum[s] of points and authorities of or in opposition to a motion shall not exceed 45 pages and a reply memorandum shall not exceed 25 pages, without prior approval of the Court." Given the breadth and complexity of the legal issues raised, the Court hereby waives this requirement, both for the Government's opposition and Defendant's reply. The Government's opposition shall not exceed **65 pages**, and Defendant's reply shall not exceed **45 pages**. Per the Court's <u>100</u> Pretrial Scheduling Order, the Government's opposition remains due on or before **July 6, 2022**, and Defendant's reply remains due on or before **July 13, 2022**. Signed by Judge Colleen Kollar–Kotelly on June 23, 2022. (lcckk1) (Entered: 06/23/2022) |
| 06/28/2022 | <u>105</u> | Unopposed MOTION to Continue *JULY 6 DEADLINE TO RESPOND BY TWO DAYS* by USA as to CHRISTOPHER RAY GRIDER. (Cho, Cindy) (Entered: 06/28/2022) |
| 06/29/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: Before the Court is the Government's <u>105</u> Unopposed Motion to Continue July 6 Deadline to Respond by Two Days. The Government requests that the Court extend the Government's deadline to respond to Defendant's <u>101</u> Motion to Dismiss from July 6, 2022 to July 8, 2022, due to the complexity and breadth of issues involved. As Defendant consents, and upon good cause shown, the Government's <u>105</u> Unopposed Motion to Continue July 6 Deadline to Respond by Two Days is **GRANTED**. The Government shall respond to Defendant's <u>101</u> Motion to Dismiss on or before **July 8, 2022**. The <u>100</u> Pretrial Scheduling Order otherwise stands. Signed by Judge Colleen Kollar–Kotelly on June 29, 2022. (lcckk1) (Entered: 06/29/2022) |
| 06/29/2022 | | Set/Reset Deadlines as to CHRISTOPHER RAY GRIDER: The Government shall respond to Defendant's <u>101</u> Motion to Dismiss on or before 7/8/2022. (dot) (Entered: 06/29/2022) |
| 07/05/2022 | <u>106</u> | MOTION for Leave to File *Brief in Support of Defendant's Notice of Intent to Raise Public Authority Defense under Seal and Ex Parte* by CHRISTOPHER RAY GRIDER. (Mayr, Thomas) (Entered: 07/05/2022) |
| 07/06/2022 | <u>107</u> | NOTICE OF ATTORNEY APPEARANCE Francesco Valentini appearing for USA. (Valentini, Francesco) (Entered: 07/06/2022) |
| 07/07/2022 | <u>108</u> | PRETRIAL MEMORANDUM *IN SUPPORT OF DEFENDANTS NOTICE OF INTENT TO RAISE PUBLIC AUTHORITY DEFENSE* by CHRISTOPHER RAY GRIDER (Mayr, Thomas) (Entered: 07/07/2022) |
| 07/08/2022 | <u>109</u> | MEMORANDUM IN OPPOSITION to <u>101</u> Defendant's Motion to Dismiss Count *ONE, TWO, FOUR, FIVE AND SIX OF THE SUPERSEDING INDICTMENT* by USA as to CHRISTOPHER RAY GRIDER. (Cho, Cindy) Modified Text and Event on 7/8/2022 (zhsj). (Entered: 07/08/2022) |
| 07/08/2022 | <u>110</u> | RESPONSE by USA as to CHRISTOPHER RAY GRIDER re <u>101</u> MOTION to Dismiss Count *One, Two, Four, Five & Six of the Superseding Indictment* (Cho, Cindy) (Entered: 07/08/2022) |

| 07/08/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: Before the Court is Defendant's 106 Motion for Leave to File Brief in Support of Defendant's Notice of Intent to Raise Public Authority Defense under Seal and Ex Parte. Defendant seeks leave to file under seal testimonial assertions in support of his 102 Notice of Intent to Raise Public Authority Defense. As Defendant has complied with the Court's June 23, 2022 Minute Order directing Defendant to file a *legal* brief in support of the 102 Notice, and because there is no need to review such testimonial assertions at present time, Defendant's 106 Motion for Leave to File Brief in Support of Defendant's Notice of Intent to Raise Public Authority Defense under Seal and Ex Parte is **DENIED WITHOUT PREJUDICE**. If the Court determines in the future that it would be helpful in resolving any pending motion, the Court will instruct Defendant to refile without cost to him. Signed by Judge Colleen Kollar–Kotelly on July 8, 2022. (lcckk1) (Entered: 07/08/2022) |
|---|---|---|
| 07/20/2022 | 111 | RESPONSE by USA as to CHRISTOPHER RAY GRIDER re 102 Notice (Other) *of Intent to Raise Public Authority Defense* (Cho, Cindy) (Entered: 07/20/2022) |
| 07/28/2022 | 112 | REPLY by CHRISTOPHER RAY GRIDER re 111 Response to document *Government's Response to Defendant's Notice of Intent to Raise Public Authority Defense* (Mayr, Thomas) (Entered: 07/28/2022) |
| 07/29/2022 | 113 | ORDER denying 101 Motion to Dismiss Counts One, Two, Four, Five, and Six of the Superseding Indictment as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Colleen Kollar–Kotelly on July 29, 2022. (lcckk1) (Entered: 07/29/2022) |
| 07/29/2022 | 114 | MEMORANDUM OPINION re 113 Order as to CHRISTOPHER RAY GRIDER. Signed by Judge Colleen Kollar–Kotelly on July 29, 2022. (lcckk1) (Entered: 07/29/2022) |
| 08/01/2022 | 116 | MEMORANDUM OPINION AND ORDER regarding 102 Notice of Intent to Raise Public Authority Defense. Signed by Judge Colleen Kollar–Kotelly on August 1, 2022. (lcckk1) (Entered: 08/01/2022) |
| 08/04/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court held a hearing in this case on August 4, 2022. With consent, Defendant was present by videoconference. Counsel for the government also appeared via videoconference. Defense counsel was initially present by videoconference, but due to connection issues, defense counsel terminated his video connection and called into the status hearing by phone. The parties represented that plea discussions have recommenced, although no renewed plea offer has yet been extended. The parties also represented that Defendant was aware of the possibility of a superseding indictment while considering the last plea offer, which Defendant rejected. Due to the renewed plea discussions, the deadlines for evidentiary pretrial motions are extended as follows: motions due **August 29, 2022**, opposition due **September 5, 2022**, replies due **September 12, 2022**. The 100 Pretrial Scheduling Order otherwise stands. The parties shall appear for a status hearing on **August 25, 2022 at 1:00 PM ET**. Defendant has consented to proceeding with this forthcoming status hearing remotely via videoconference. |
| | | During the August 4, 2022 hearing, the Court discussed with Defendant his Speedy Trial Act rights, and Defendant consented to a continuance of his speedy trial rights until the date of the next hearing, August 25, 2022. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights through August 25, 2022 serves the "ends of justice" and is in the best interest of the community and Defendant, in light |

| | | |
|---|---|---|
| | | of the ongoing COVID–19 pandemic, *see* Standing Order No. 22–07 (BAH) (D.D.C. Feb. 15, 2022), and will allow the parties to file prepare for trial and engage in plea discussions. Taking into account this continuance, the 70–day deadline for Defendant is **November 2, 2022**. As Defendant is released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a), (b).<br><br>Signed by Judge Colleen Kollar–Kotelly on August 4, 2022. (lcckk1) (Entered: 08/04/2022) |
| 08/04/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly:Status Conference as to CHRISTOPHER RAY GRIDER held on 8/4/2022. Speedy Trial (XT) is tolled in the Interest of Justice from 8/4/2022 to 8/25/2022. Motions due by 8/29/2022. Responses due by 9/5/2022. Replies due by 9/12/2022. Status Conference set for 8/25/2022 at 1:00 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Jeff Hook; Defense Attorney: Thomas B. Mayr; US Attorney: Francesco Valentini. (dot) (Entered: 08/04/2022) |
| 08/24/2022 | 118 | Unopposed MOTION to Continue *STATUS CONFERENCE AND WAIVE TOLL SPEEDY TRIAL LIMITS* by CHRISTOPHER RAY GRIDER. (Mayr, Thomas) (Entered: 08/24/2022) |
| 08/24/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court is in receipt of Defendant's 118 Unopposed Motion to Continue Status Conference and Waive Toll [sic] Speedy Trial Limits. Defendant represents that the Government has recently conveyed a new plea offer but counsel for Defendant requires additional time to confer with his client because of conflicting trial obligations. Defendant therefore requests that the Court continue the status conference set for tomorrow, August 25, 2022, to the week of September 5, 2022. In light of the Government's consent, and upon good cause shown, Defendant's 118 Unopposed Motion to Continue Status Conference and Waive Toll [sic] Speedy Trial Limits is **GRANTED**. The status hearing set for August 25, 2022 is **CONTINUED** to **September 6, 2022 at 1:00 PM ET**, to proceed via videoconference. Signed by Judge Colleen Kollar–Kotelly on August 24, 2022. (lcckk1) (Entered: 08/24/2022) |
| 08/24/2022 | 119 | MOTION to Waive Toll Speedy Trial Limits by CHRISTOPHER RAY GRIDER. (See docket entry 118 to view documents). (zhsj) (Entered: 08/25/2022) |
| 09/06/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court held a hearing in this case on September 6, 2022. With consent, Defendant was present by videoconference. Counsel for Defendant and the Government also appeared via videoconference. The parties represented that Defendant rejected the Governments plea offer, which the Government put on the record. That said, the Government indicated that it understood the rejected plea agreement to bar a subsequent appeal of his conviction based on a later decision by the United States Court of Appeals for the District of Columbia Circuit or the Supreme Court that the statute(s) do not reach Defendant's charged conduct and/or that the statute(s) are unconstitutional. The Court disagreed with the Government's reading and ordered counsel for the Government to further confer as to the provisions reach. On or before **September 14, 2022 at 4:00 PM ET**, the Government shall file a notice indicating the Governments reading of the contested provision in the rejected plea agreement. If contrary to the Court's, the Government shall provide legal support therefor. The parties shall appear for a status hearing on **September 15, 2022 at 10:00 AM ET**. Defendant has consented to |

proceeding with this forthcoming status hearing remotely via videoconference.

Defendant has consented to proceeding with this forthcoming status hearing remotely via videoconference.

During the September 6, 2022 hearing, the Court discussed with Defendant his Speedy Trial Act rights, and Defendant consented to a continuance of his speedy trial rights until the date of the next hearing, September 15, 2022. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights through September 15, 2022 serves the "ends of justice" and is in the best interest of the community and Defendant, in light of the ongoing COVID–19 pandemic, *see* Standing Order No. 22–07 (BAH) (D.D.C. Feb. 15, 2022), and will allow the parties to further prepare for trial. Taking into account this continuance, the 70–day deadline for Defendant is **November 24, 2022**. As Defendant is released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a), (b).

Signed by Judge Colleen Kollar–Kotelly on September 6, 2022. (lcckk1) (Entered: 09/06/2022)

| | | |
|---|---|---|
| 09/06/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to CHRISTOPHER RAY GRIDER held on 9/6/2022. Excludable started as to CHRISTOPHER RAY GRIDER. Speedy Trial (XT) is tolled in the Interest of Justice from 9/6/2022 to 9/15/2022. Status Conference set for 9/15/2022 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Elizabeth Saint–Loth; Defense Attorney: Thomas B. Mayr; US Attorney: Francesco Valentini. (dot) (Entered: 09/06/2022) |
| 09/14/2022 | 121 | NOTICE *In Response To Court Order* by USA as to CHRISTOPHER RAY GRIDER re Order,,,,,,,,, (Valentini, Francesco) (Entered: 09/14/2022) |
| 09/15/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court held a hearing in this case on September 15, 2022. With consent, Defendant was present by videoconference. Counsel for Defendant and the Government also appeared via videoconference. The parties represented that Defendant has rejected the Governments plea offer, which the Government put on the record. The parties briefly discussed the extent of the appellate waiver in the rejected plea offer. Additionally, Defendant represented that he intended to waive his right to a jury trial and instead proceed to a bench trial before the Court. Defendant shall file a waiver signed by Defendant himself on or before **September 19, 2022**. The parties shall appear for a status hearing on **November 23, 2022 at 10:00 AM ET**. Defendant has consented to proceeding with this forthcoming status hearing remotely via videoconference. Additionally, the parties shall appear for a pretrial conference on **December 8, 2022 at 1:00 PM ET**. The pretrial conference shall be held in–person in Courtroom 28–A.

During the September 15, 2022 hearing, the Court discussed with Defendant his Speedy Trial Act rights, and Defendant consented to a continuance of his speedy trial rights until the date of the next hearing, November 23, 2022. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights through November 23, 2022 serves the "ends of justice" and is in the best interest of the community and Defendant, in light of the ongoing COVID–19 pandemic, *see* Standing Order No. 22–07 (BAH) (D.D.C. Feb. 15, 2022), and will allow the parties to further prepare for trial. Taking into account this continuance, the 70–day deadline for Defendant is |

| | | |
|---|---|---|
| | | **February 1, 2023**. As Defendant is released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a), (b). Signed by Judge Colleen Kollar–Kotelly on September 15, 2022. (lcckk1) (Entered: 09/15/2022) |
| 09/15/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to CHRISTOPHER RAY GRIDER held on 9/15/2022. Excludable started as to CHRISTOPHER RAY GRIDER. Speedy Trial (XT) is tolled in the Interest of Justice from 9/15/2022 to 11/23/2022. Status Conference set for 11/23/2022 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Pretrial Conference set for 12/8/2022 at 1:00 PM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: Thomas B. Mayr; US Attorney: Francesco Valentini. (dot) (Entered: 09/15/2022) |
| 09/16/2022 | 122 | Waiver of Jury Trial by CHRISTOPHER RAY GRIDER. (Mayr, Thomas) Modified on 9/20/2022 (zhsj). (Entered: 09/16/2022) |
| 09/22/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court is in receipt of Defendant's 122 Waiver of Trial by Jury, signed by Defendant himself. Upon review thereof, the jury trial set for December 12, 2022 is **CONVERTED** to a bench trial before the Court. The 100 Pretrial Scheduling Order is **AMENDED** to no longer require the parties to file proposed *voir dire*. Although the parties shall still file proposed jury instructions on or before **November 28, 2022**, the proposed jury instructions need only include instructions on the substantive law of the charged offenses. The 100 Pretrial Scheduling Order, including its deadlines for motions in limine, stipulations, and witness/exhibit lists, otherwise stands. Signed by Judge Colleen Kollar–Kotelly on September 22, 2022. (lcckk1) (Entered: 09/22/2022) |
| 09/22/2022 | | Set/Reset Deadlines/Hearings as to CHRISTOPHER RAY GRIDER: Proposed Jury Instructions due by 11/28/2022. Bench Trial set for 12/12/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. (dot) (Entered: 09/22/2022) |
| 09/22/2022 | | Terminate Deadlines and Hearings as to CHRISTOPHER RAY GRIDER. (dot) (Entered: 09/22/2022) |
| 09/26/2022 | 123 | Unopposed MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 09/26/2022) |
| 09/26/2022 | 124 | ORDER granting 123 Motion to Travel as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Colleen Kollar–Kotelly on September 26, 2022. (lcckk1) (Entered: 09/26/2022) |
| 10/25/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: Due to a scheduling conflict, the status hearing set for November 23, 2022 is **VACATED**. The parties shall instead appear for a status hearing on **November 21, 2022 at 11:00 AM ET**, to proceed via videoconference. Signed by Judge Colleen Kollar–Kotelly on October 25, 2022. (lcckk1) (Entered: 10/25/2022) |
| 10/25/2022 | | Set/Reset Hearings as to CHRISTOPHER RAY GRIDER:Status Conference set for 11/21/2022 at 11:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. (dot) (Entered: 10/28/2022) |

| 10/27/2022 | 125 | NOTICE OF ATTORNEY APPEARANCE Michael Lawrence Barclay appearing for USA. (Barclay, Michael) (Entered: 10/27/2022) |
|---|---|---|
| 11/15/2022 | 126 | MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 11/15/2022) |
| 11/15/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court is in receipt of Defendant's 126 Motion to Travel. Defendant requests leave to visit his trial attorney in Houston, Texas to prepare for trial. Defendant's 14 conditions of release permit him to travel throughout the Western District of Texas and Southern District of Texas for "Court business," which the Court construes to include trial preparation with his trial attorney. As such, Defendant's 126 Motion to Travel is **GRANTED**, provided that Defendant notify Pretrial Services of his planned visit and takes his location monitoring equipment with him to his trial attorney's office. Defendant need not move for leave to court for any future such trip, as long as the trip is limited to visiting his trial attorney, Defendant notifies Pretrial services in advance of the trip, and Defendant takes his location monitoring equipment with him on each such trip to his trial attorney's office. Signed by Judge Colleen Kollar–Kotelly on November 15, 2022. (lcckk1) (Entered: 11/15/2022) |
| 11/20/2022 | 127 | Proposed Jury Instructions by USA as to CHRISTOPHER RAY GRIDER (Cho, Cindy) (Entered: 11/20/2022) |
| 11/20/2022 | 128 | STIPULATION *of the Parties as to Various Trial Matters* by USA (Attachments: # 1 Appendix A – Transcript of Hawa Testimony, # 2 Appendix B – Transcript of Mendoza Testimony [redacted])(Cho, Cindy) (Entered: 11/20/2022) |
| 11/21/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Status Conference as to CHRISTOPHER RAY GRIDER held on 11/21/2022. Excludable started as to CHRISTOPHER RAY GRIDER. Speedy Trial (XT) is tolled in the Interest of Justice from 11/21/2022 to 12/8/2022. Bond Status of Defendant: Personal Recognizance; Court Reporter: Bryan Wayne; Defense Attorney: Thomas B. Mayr; US Attorney: Cindy J. Cho, Michael L. Barcly and Francesco Valentini. (dot) (Entered: 11/21/2022) |
| 11/28/2022 | 129 | EXHIBIT LIST by USA as to CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit Exhibit List with stipulations noted)(Cho, Cindy) (Entered: 11/28/2022) |
| 11/28/2022 | 130 | WITNESS LIST by USA as to CHRISTOPHER RAY GRIDER (Cho, Cindy) (Entered: 11/28/2022) |
| 11/28/2022 | 131 | EXHIBIT LIST by CHRISTOPHER RAY GRIDER (Mayr, Thomas) (Entered: 11/28/2022) |
| 11/28/2022 | 132 | WITNESS LIST by CHRISTOPHER RAY GRIDER (Mayr, Thomas) (Entered: 11/28/2022) |
| 11/28/2022 | 133 | RESPONSE by CHRISTOPHER RAY GRIDER re 127 Proposed Jury Instructions (Mayr, Thomas) (Entered: 11/28/2022) |
| 12/01/2022 | 134 | MOTION to Permit *Witnesses to Appear by Videoconference* by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 12/01/2022) |
| 12/01/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court is in receipt of Defendant's 134 Motion to Permit Witnesses to Appear by Videoconference. |

| | | |
|---|---|---|
| | | Defendant requests leave to present testimony from two witnesses remotely. Pursuant to Federal Rule of Criminal Procedure 26, Federal Rule of Evidence 611(a), and the Court's inherent authority, Defendant's 134 Motion to Permit Witnesses to Appear by Videoconference is **DENIED**. Unless a witness is unavailable within the meaning of Federal Rule of Evidence 804(a)(4)–(5), all testimony must be in person. Signed by Judge Colleen Kollar–Kotelly on December 1, 2022. (lcckk1) (Entered: 12/01/2022) |
| 12/02/2022 | 135 | MOTION to Quash Subpoena by GRAY MEDIA GROUP, INC. as to CHRISTOPHER RAY GRIDER. "Leave to file GRANTED" by Judge Kollar–Kotelly on 12/2/2022. (Attachments: # 1 Declaration in Support of Motion, # 2 Text of Proposed Order)(zltp) (Entered: 12/02/2022) |
| 12/02/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court is in receipt of third–party Movant Gray Media Group, Inc.'s 135 Motion to Quash. Defendant shall file his opposition thereto on or before **December 6, 2022 at 5:00 PM ET**. The Government shall file a notice confirming that it takes no position by that time as well and, if the Government now intends to take a position on the 135 Motion to Quash, a brief in support of that position. Movant may file a reply on or before **December 7, 2022 at 12:00 PM ET**. A pretrial conference remains set for December 8, 2022 at 1:00 PM ET in Courtroom 28–A. Signed by Judge Colleen Kollar–Kotelly on December 2, 2022. (lcckk1) (Entered: 12/02/2022) |
| 12/05/2022 | 136 | TRIAL BRIEF by USA as to CHRISTOPHER RAY GRIDER (Cho, Cindy) (Entered: 12/05/2022) |
| 12/06/2022 | 137 | MOTION for Joinder by RISSA SHAW as to CHRISTOPHER RAY GRIDER re: 135 Motion to Quash Subpoena. "Leave to file GRANTED" by Judge Colleen Kollar–Kotelly on 12/6/2022. (Attachments: # 1 Declaration of Rissa Shaw, # 2 Text of Proposed Order)(zltp) (Entered: 12/06/2022) |
| 12/06/2022 | 138 | NOTICE by USA as to CHRISTOPHER RAY GRIDER re 135 MOTION to Quash (Valentini, Francesco) (Entered: 12/06/2022) |
| 12/06/2022 | 139 | MOTION in Limine *to Exclude Inadmissible Testimony of Rissa Shaw* by USA as to CHRISTOPHER RAY GRIDER. (Valentini, Francesco) (Entered: 12/06/2022) |
| 12/06/2022 | 140 | RESPONSE by CHRISTOPHER RAY GRIDER re 135 MOTION to Quash (Mayr, Thomas) (Entered: 12/06/2022) |
| 12/06/2022 | 141 | Unopposed MOTION to withdraw from joining Gray Media Group's Motion to Quash and Declaration of Rissa Shaw re 137 MOTION for Joinder *Rissa Shaw's Motion to Withdraw Motion to Join Gray Media Group, Inc.'s Motion to Quash and Declaration of Rissa Shaw by RISSA SHAW as to CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order) (Scanlon, Michael) Modified Event on 12/8/2022 (zhsj). (Entered: 12/06/2022)* |
| 12/06/2022 | 142 | NOTICE *of Intent to Withdraw Subpoena for Rissa Shaw* by CHRISTOPHER RAY GRIDER re 135 MOTION to Quash (Mayr, Thomas) (Entered: 12/06/2022) |
| 12/06/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: In light of Defendant's intention to withdraw his subpoena to Movant Shaw, the Court **GRANTS** Movant Shaw's 141 Motion to Withdraw Motion to Join Gray Media Group, Inc.'s Motion to Quash and Declaration of Rissa Shaw. The Court further **DENIES WITHOUT PREJUDICE AS MOOT** Movant Gray Media Group, Inc.'s 135 Motion to Quash Subpoena and the Government's 139 Motion in Limine. The Clerk of Court is |

| | | respectfully directed to terminate the 137 Motion to Join Gray Media Group, Inc.'s Motion to Quash. Signed by Judge Colleen Kollar–Kotelly on December 6, 2022. (lcckk1) (Entered: 12/06/2022) |
|---|---|---|
| 12/07/2022 | 143 | TRIAL PROCEDURES ORDER. Signed by Judge Colleen Kollar–Kotelly on December 7, 2022. (lcckk1) (Entered: 12/07/2022) |
| 12/07/2022 | 144 | COVID PROCEDURES ORDER. Signed by Judge Colleen Kollar–Kotelly on December 7, 2022. (lcckk1) (Entered: 12/07/2022) |
| 12/08/2022 | 145 | WITNESS LIST by USA as to CHRISTOPHER RAY GRIDER (Cho, Cindy) (Entered: 12/08/2022) |
| 12/08/2022 | 147 | STIPULATION *[Updated] of the Parties* by USA (Cho, Cindy) (Entered: 12/08/2022) |
| 12/08/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Pretrial Conference as to CHRISTOPHER RAY GRIDER held on 12/8/2022. Excludable started as to CHRISTOPHER RAY GRIDER. Speedy Trial (XT) is tolled in the Interest of Justice from 12/8/2022 to 12/12/2022. Bond Status of Defendant: Personal Recognizance; Court Reporter: Sherri Grubbs; Defense Attorney: Thomas B. Mayr; US Attorney: Cindy J. Cho, Michael L. Barclay and Francesco Valentini. (dot) (Entered: 12/08/2022) |
| 12/09/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The Court held an in–person pretrial conference in this matter on December 8, 2022. All parties, including Defendant himself, were present in–person. The Court discussed trial procedures and the parties preparations for trial. The parties indicated that some evidentiary objections remain. The Court directed the parties to follow the procedures outlined in the 143 Trial Procedures Order, making some objections due to Chambers by 7:00 PM ET yesterday, December 8, 2022. No such objections were lodged. The Court also directed the parties to provide copies of each side's trial exhibits to Chambers by 4:00 PM ET today, December 9, 2022. The Court has yet to receive these exhibits. Finally, Defendant indicated that he will enter an open plea to Count 9 of the operative indictment on December 12, 2022. The Court directed the parties to confer and prepare a statement of offense for that plea. The Court further reminded the parties that trial remains set for December 12, 2022 in Courtroom 28–A, to commence at 9:00 AM ET.<br><br>During the December 9, 2022 pretrial conference, the Court discussed with Defendant his Speedy Trial Act rights, and Defendant consented to a continuance of his speedy trial rights until the date of trial, December 12, 2022. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights through December 12, 2022 serves the "ends of justice" and is in the best interest of the community and Defendant, in light of the ongoing COVID–19 pandemic, *see* Standing Order No. 22–07 (BAH) (D.D.C. Feb. 15, 2022), and will allow the parties to further prepare for trial. Taking into account this continuance, the 70–day deadline for Defendant is **February 20, 2023**. As Defendant is released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a), (b).<br><br>Signed by Judge Colleen Kollar–Kotelly on December 9, 2022. (lcckk1) (Entered: 12/09/2022) |
| 12/09/2022 | 148 | |

| | | |
|---|---|---|
| | | EXHIBIT LIST by USA as to CHRISTOPHER RAY GRIDER (Valentini, Francesco) (Entered: 12/09/2022) |
| 12/12/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Plea Agreement Hearing as to CHRISTOPHER RAY GRIDER held on 12/12/2022. Plea entered by CHRISTOPHER RAY GRIDER (1), Guilty as to Counts 4s,9s. Not Guilty on Counts 1, 2, 3, 5, 6, 7, 8. Bench Trial as to CHRISTOPHER RAY GRIDER held on 12/12/2022, as to Counts 1, 2, 3, 5, 6, 7, 8 and continued. Bench Trial set for 12/13/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Jean Knepley; Defense Attorney: Thomas B. Mayr; US Attorney: Cindy J. Cho and Francesco Valentini; Witnesses: Government Witnesses: Paul McKenna and Kevin McCumber. (dot) (Entered: 12/12/2022) |
| 12/12/2022 | <u>149</u> | WAIVER of Trial by Jury as to CHRISTOPHER RAY GRIDER as to Counts 4 and 9. Approved by Judge Colleen Kollar–Kotelly on 12/12/22. (dot) (Entered: 12/13/2022) |
| 12/13/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Bench Trial as to CHRISTOPHER RAY GRIDER held on 12/13/2022 and continued. Government Rest. Oral Rule 29 Motion by the Defendant; heard and taken under advisement. Bench Trial set for 12/14/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Jean Knepley; Defense Attorney: Thomas B. Mayr; US Attorney: Cindy J. Cho and Francesco Valentini; Witnesses: Government Witnesses: Kyle Yetter and Michelle Ball. (dot) (Entered: 12/13/2022) |
| 12/14/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: This criminal matter is currently in its third day of trial. During his case–in–chief, defense counsel, through Defendant himself as a trial witness, introduced a number of photographs purportedly taken by Defendant himself on or near Capitol grounds. Additionally, defense counsel emphasized the metadata within the photographs. The Government objected to the inclusion of any testimony regarding the metadata and any consideration of the metadata by the Court, evidently on authenticity and Rule 16 grounds. The Court held that objection in abeyance pending further questioning. Additional testimony and defense counsel's representations indicated that some of the metadata was, in fact, incorrect. As such, the Court cannot find by a preponderance of the evidence that the metadata in any of the admitted photographs is reliable, and the Court excludes all metadata within the admitted photographs from evidence. *See* Fed. R. Evid. 901(b)(9). Furthermore, the Court concludes that Mr. Grider's photography degree does not qualify him to explain the errors in the metadata. *See, e.g.*, *In re Tri Harbor Holdings Corp.*, ––– B.R. –––, 2022 WL 16543800, at *13 (D.N.J. Bankr. Oct. 27, 2022) (lay witness who "regularly sees and reviews [metadata] in the course of his performing his work" not qualified to "interpret[]" metadata); *United States v. Wilkins*, Crim. A. No. 15–232, 2016 WL 2616497, at *4 (W.D. Mo. Apr. 8, 2016) (requiring expert testimony to explain certain inferences in metadata). Accordingly, the Government's objection is **SUSTAINED**, and the Court will not consider any of the metadata discussed during trial today. Signed by Judge Colleen Kollar–Kotelly on December 14, 2022. (lcckk1) (Entered: 12/14/2022) |
| 12/14/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Bench Trial as to CHRISTOPHER RAY GRIDER held on 12/14/2022 and continued. Bench Trial set for 12/15/2022 at 9:00 AM in Courtroom 28A– In Person before Judge |

| | | |
|---|---|---|
| | | Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Jean Knepley; Defense Attorney: Thomas B. Mayr; US Attorney: Cindy J. Cho and Francesco Valentini; Witnesses: Defendant's Witness: Christopher R. Grider. (dot) (Entered: 12/14/2022) |
| 12/15/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Bench Trial as to CHRISTOPHER RAY GRIDER held on 12/15/2022 and continued. Bench Trial set for 12/16/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Jean Knepley; Defense Attorney: Thomas B. Mayr; US Attorney: Cindy J. Cho and Francesco Valentini; Witnesses: Defendant's Witness: Christopher R. Grider. (dot) (Entered: 12/15/2022) |
| 12/16/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Bench Trial as to CHRISTOPHER RAY GRIDER held on 12/16/2022 and continued. Defendant's Oral Renewed Rule 29 Motion; heard and taken under advisement. Bench Trial set for 12/19/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Jean Knepley; Defense Attorney: Thomas B. Mayr; US Attorney: Cindy J. Cho and Francesco Valentini; Witnesses: Defendant's Witness: Christopher R. Grider. (dot) (Entered: 12/16/2022) |
| 12/19/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Bench Trial as to CHRISTOPHER RAY GRIDER held on 12/19/2022 and continued. Bench Trial set for 12/21/2022 at 3:30 PM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Thomas B. Mayr; US Attorney: Cindy J. Cho and Francesco Valentini. (dot) (Entered: 12/20/2022) |
| 12/21/2022 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER: The parties shall appear today, December 21, 2022 at 3:30 PM ET in Courtroom 28–A for the return of the verdict. Signed by Judge Colleen Kollar–Kotelly on December 21, 2022. (lcckk1) (Entered: 12/21/2022) |
| 12/21/2022 | 150 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to CHRISTOPHER RAY GRIDER. Signed by Judge Colleen Kollar–Kotelly on December 21, 2022. (lcckk1) (Entered: 12/21/2022) |
| 12/21/2022 | 151 | JUDGMENT AND VERDICT as to CHRISTOPHER RAY GRIDER. Signed by Judge Colleen Kollar–Kotelly on December 21, 2022. (lcckk1) (Entered: 12/21/2022) |
| 12/21/2022 | 152 | ORDER as to CHRISTOPHER RAY GRIDER denying Rule 29 motion. Signed by Judge Colleen Kollar–Kotelly on December 21, 2022. (lcckk1) (Entered: 12/21/2022) |
| 12/21/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Bench Trial as to CHRISTOPHER RAY GRIDER held on 12/21/2022 and concluded. Defendant found Guilty on Counts 1, 2, 3, 5, 6, 7, 8 by the Court. Defendant entered a Guilty Plea on Counts 4 and 9. Presentence Report due by 3/24/2023. Government's Sentencing Memorandum due by 4/7/2023. Defendant's Sentencing Memorandum due by 4/28/2023. Sentencing set for 5/23/2023 at 1:30 PM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Kelly Mortellite; Defense Attorney: Thomas B. Mayr; US Attorney: Cindy J. Cho and Francesco Valentini. (zdot) (Entered: 12/23/2022) |
| 01/06/2023 | 153 | |

| | | |
|---|---|---|
| | | TRANSCRIPT OF PROCEEDINGS, Volume 1 of 5, in case as to CHRISTOPHER RAY GRIDER before Judge Colleen Kollar−Kotelly held on 12−12−22; Page Numbers: 1 − 193. Date of Issuance:1−6−23. Court Reporter/Transcriber Jean A. Knepley, Telephone number 419−439−2138, Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal o r purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 1/27/2023. Redacted Transcript Deadline set for 2/6/2023. Release of Transcript Restriction set for 4/6/2023.(Knepley, Jean) (Entered: 01/06/2023) |
| 01/06/2023 | 154 | TRANSCRIPT OF PROCEEDINGS, Volume 2 of 5, in case as to CHRISTOPHER RAY GRIDER before Judge Colleen Kollar−Kotelly held on 12−13−22; Page Numbers: 194−406. Date of Issuance:1−6−23. Court Reporter/Transcriber Jean A. Knepley, Telephone number 419−439−2138, Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal o r purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 1/27/2023. Redacted Transcript Deadline set for 2/6/2023. Release of Transcript Restriction set for 4/6/2023.(Knepley, Jean) (Entered: 01/06/2023) |
| 01/06/2023 | 155 | TRANSCRIPT OF PROCEEDINGS, Volume 3 of 5, in case as to CHRISTOPHER RAY GRIDER before Judge Colleen Kollar−Kotelly held on 12−14−22; Page Numbers: 407−490. Date of Issuance:1−6−23. Court Reporter/Transcriber Jean A. Knepley, Telephone number 419−439−2138, Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal o r purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/27/2023. Redacted Transcript Deadline set for 2/6/2023. Release of Transcript Restriction set for 4/6/2023.(Knepley, Jean) (Entered: 01/06/2023) |
| 01/06/2023 | 156 | TRANSCRIPT OF PROCEEDINGS, Volume 4 of 5, in case as to CHRISTOPHER RAY GRIDER before Judge Colleen Kollar–Kotelly held on 12–15–22; Page Numbers: 491–674. Date of Issuance:1–6–23. Court Reporter/Transcriber Jean A. Knepley, Telephone number 419–439–2138, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal o r purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/27/2023. Redacted Transcript Deadline set for 2/6/2023. Release of Transcript Restriction set for 4/6/2023.(Knepley, Jean) (Entered: 01/06/2023) |
| 01/06/2023 | 157 | TRANSCRIPT OF PROCEEDINGS, Volume 5 of 5, in case as to CHRISTOPHER RAY GRIDER before Judge Colleen Kollar–Kotelly held on 12–16–22; Page Numbers: 675–823. Date of Issuance:1–6–23. Court Reporter/Transcriber Jean A. Knepley, Telephone number 419–439–2138, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal o r purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 1/27/2023. Redacted Transcript Deadline set for 2/6/2023. Release of Transcript Restriction set for 4/6/2023.(Knepley, Jean) (Entered: 01/06/2023) |
| 01/06/2023 | 158 | TRANSCRIPT OF EXCERPT OF DEFENDANT'S CROSS EXAMINATION PROCEEDINGS in case as to CHRISTOPHER RAY GRIDER before Judge Colleen Kollar−Kotelly held on 12−15−22; Page Numbers: 1 − 5. Date of Issuance: 1−6−23. Court Reporter/Transcriber Jean A. Knepley, Telephone number 419−439−2138, Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the cou rthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 1/27/2023. Redacted Transcript Deadline set for 2/6/2023. Release of Transcript Restriction set for 4/6/2023.(Knepley, Jean) (Entered: 01/06/2023) |
| 03/01/2023 | 160 | Unopposed MOTION to Travel by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 03/01/2023) |
| 03/03/2023 | 161 | ORDER granting Defendant's 160 Unopposed Motion to Travel as to CHRISTOPHER RAY GRIDER (1). Signed by Judge Colleen Kollar−Kotelly on 3/3/2023. (DM) (Entered: 03/03/2023) |
| 03/09/2023 | 162 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to CHRISTOPHER RAY GRIDER (Barclay, Michael) (Entered: 03/09/2023) |
| 03/14/2023 | 163 | NOTICE OF WITHDRAWAL OF APPEARANCE *Cindy Cho* by USA as to CHRISTOPHER RAY GRIDER (Cho, Cindy) (Entered: 03/14/2023) |
| 04/04/2023 | 168 | Unopposed MOTION for Extension of Time to File *Sentencing Memorandum* by USA as to CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Valentini, Francesco) (Entered: 04/04/2023) |
| 04/07/2023 | 169 | ORDER granting Government's 168 Unopposed Motion for Extension of Time to File as to CHRISTOPHER RAY GRIDER (1): Government's Sentencing Memorandum due by 4/14/2023; Defendant's Sentencing Memorandum due by 5/1/2023. Signed by Judge Colleen Kollar−Kotelly on 04/04/23. (DM) (Entered: |

| | | 04/07/2023) |
|---|---|---|
| 04/14/2023 | 170 | SENTENCING MEMORANDUM by USA as to CHRISTOPHER RAY GRIDER (Valentini, Francesco) (Entered: 04/14/2023) |
| 05/04/2023 | 171 | Unopposed MOTION for Extension of Time to File *Sentencing Memorandum* by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 05/04/2023) |
| 05/05/2023 | | MINUTE ORDER granting Unopposed 171 Motion for Extension of Time to File as to CHRISTOPHER RAY GRIDER (1): Defendant's Sentencing Memorandum due by 5/8/2023. Signed by Judge Colleen Kollar–Kotelly on 5/5/2023. (DM) (Entered: 05/05/2023) |
| 05/08/2023 | 172 | SENTENCING MEMORANDUM by CHRISTOPHER RAY GRIDER (Attachments: # 1 Exhibit)(Mayr, Thomas) (Entered: 05/08/2023) |
| 05/08/2023 | 174 | MOTION for Downward Variance by CHRISTOPHER RAY GRIDER. (See Docket Entry 172 to View Document). (zhsj) (Entered: 05/09/2023) |
| 05/09/2023 | | MINUTE ORDER as to CHRISTOPHER RAY GRIDER (1): The Court is in receipt of Defendant's 173 Sealed Motion for Leave to File Exhibit under seal. Defendant requests leave to file under seal certain sentencing exhibits that discuss sensitive medical information. In consideration thereof, Defendant's 173 Sealed Motion for Leave to File Exhibit under seal is **GRANTED**. The Clerk of Court is respectfully directed to docket ECF No. 173–1 under seal and append it to Defendant's 172 Sentencing Memorandum. Signed by Judge Colleen Kollar–Kotelly on May 9, 2023. (lcckk1) (Entered: 05/09/2023) |
| 05/23/2023 | 177 | ORDER as to CHRISTOPHER RAY GRIDER overruling Defendant's objections to certain sentencing enhancements. Signed by Judge Colleen Kollar–Kotelly on May 23, 2023. (lcckk1) (Entered: 05/23/2023) |
| 05/23/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Sentencing held on 5/23/2023 as to CHRISTOPHER RAY GRIDER (1), as to Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s and 9s. Defendant sentenced to: Count(s) 1s, Sixty (60) Months incarceration followed by Thirty–six (36) Months of Supervised Release and a Special Assessment of $100.00; Count(s) 2s, Eighty–three (83) Months incarceration to run concurrently with Count One (1) followed by Thirty–six (36) Months of Supervised Release to run concurrently with Count 1s and a Special Assessment of $100.00; Count(s) 3s, Eighty–three (83) Months incarceration to run concurrently with Counts 1s and 2s followed by Thirty–six (36) Months of Supervised Release to run concurrently with Counts 1s and 2s followed by a Special Assessment of $100.00; Count(s) 4s, Twelve (12) Months incarceration to run concurrently with Counts 1s, 2s, 3s followed by Twelve (12) Months of Supervised Release to run concurrently with Counts 1s, 2s, 3s, and a Special Assessment of $25.00; Count(s) 5s, Twelve (12) Months incarceration to run concurrently with Counts 1s, 2s, 3s, 4s followed by Twelve (12) Months of Supervised Release to run concurrently with Counts 1s, 2s, 3s, 4s, and a Special Assessment of $25.00; Count(s) 6s, Twelve (12) Months incarceration to run concurrently with Counts 1s, 2s, 3s, 4s, 5s followed by Twelve (12) Months of Supervised Release to run concurrently with Counts 1s, 2s, 3s, 4s, 5s and a Special Assessment of $25.00; Count(s) 7s, Six (6) Months incarceration to run concurrently with Counts 1s, 2s, 3s, 4s, 5s, 6s, and a Special Assessment of $10.00; Count(s) 8s, Six (6) Months incarceration to run concurrently with Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s and a Special Assessment of $10.00; Count(s) 9s, |

| | | |
|---|---|---|
| | | Six (6) Months incarceration to run concurrently with Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s and a Special Assessment of $10.00 for a total of $405.00. Bond Status of Defendant: Personal Recognizance; Court Reporter: Christine Asif; Defense Attorney: Thomas B. Mayr; US Attorney: Francesco Valentini; Prob Officer: Ami Landon. (dot) (Entered: 05/26/2023) |
| 06/16/2023 | 178 | JUDGMENT as to CHRISTOPHER RAY GRIDER. Statement of Reasons Not Included. Signed by Judge Colleen Kollar–Kotelly on 6/16/2023. (zhsj) (Main Document 178 replaced on 6/28/2023) (zdot). (Entered: 06/20/2023) |
| 06/16/2023 | 179 | STATEMENT OF REASONS as to CHRISTOPHER RAY GRIDER re 178 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Colleen Kollar–Kotelly on 6/16/2023. (zhsj) (Entered: 06/20/2023) |
| 06/27/2023 | 180 | MOTION to Withdraw as Attorney by T. Brent Mayr. by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Text of Proposed Order)(Mayr, Thomas) (Entered: 06/27/2023) |
| 06/27/2023 | 181 | NOTICE OF APPEAL – Final Judgment by CHRISTOPHER RAY GRIDER re 178 Judgment. Fee Status: No Fee Paid. Parties have been notified. (Mayr, Thomas) (Entered: 06/27/2023) |
| 06/27/2023 | 182 | MOTION to Appoint Counsel *and for Leave to Proceed In Forma Pauperis* by CHRISTOPHER RAY GRIDER. (Attachments: # 1 Affidavit)(Mayr, Thomas) (Entered: 06/27/2023) |
| | | *Main Document* |
| | | Attachment # 1 *Affidavit* |
| 06/27/2023 | 183 | MOTION for Leave to Appeal In Forma Pauperis by CHRISTOPHER RAY GRIDER. (SEE Docket Entry 182 to View Document). (zhsj) (Entered: 06/28/2023) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

CHRISTOPHER RAY GRIDER.

*Defendant.*

Criminal Action No. 21-22 (CKK)

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, hereby gives notice of his intent to appeal the Court's rulings and judgment in this case to the United States Court of Appeals for the District of Columbia.

Date: <u>June 27, 2023</u>          Respectfully Submitted,

/s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9991

ATTORNEY FOR THE DEFENDANT

CHRISTOPHER RAY GRIDER, Defendant

1

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the

Government, Francesco Valentini on June 27, 2023, via ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Columbia ▼

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| CHRISTOPHER RAY GRIDER | Case Number: 21-022-01 (CKK) |
| | USM Number: 26622-509 |
| | Thomas Brent Mayr |
| | Defendant's Attorney |

**FILED**

**JUN 16 2023**

Clerk, U.S. District and
Bankruptcy Courts

## THE DEFENDANT:

☑ pleaded guilty to count(s)   4s and 9s of the Superseding Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☑ was found guilty on count(s)   1s, 2s, 3s, 5s, 6s, 7s, 8s
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 231(a)(3) | Civil Disorder | 1/6/2021 | 1s |
| 18 USC § 1512(c)(2) and | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 2s |
| 18 USC § 2 | | | |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/23/2023
Date of Imposition of Judgment

*Colleen Kollar-Kotelly*
Signature of Judge

Colleen Kollar-Kotelly, United States District Judge
Name and Title of Judge

June 16, 2023
Date

(N)

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

DEFENDANT:  CHRISTOPHER RAY GRIDER
CASE NUMBER:  21-022-01 (CKK)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1361 | Destruction of Government Property | 1/6/2021 | 3 |
| 18 USC § 1752(a)(1) | Entering or Remaining in a Restricted Building | 1/6/2021 | 4 |
| 18 USC § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building | 1/6/2021 | 5 |
| 18 USC § 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds | 1/6/2021 | 6 |
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 7 |
| 40 USC § 5104(e)(2)(F) | Act of Physical Violence in the Capitol Grounds or Buildings | 1/6/2021 | 8 |
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 9 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___3___ of ___8___

DEFENDANT:   CHRISTOPHER RAY GRIDER
CASE NUMBER:   21-022-01 (CKK)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Count 1s for 60 months: Count 2s for 83 months; and Count 3s for 83 months to run concurrently to each other; Count 4s for 12 months; Count 5s for 12 months, Count 6s for 12 months to run concurrently to each other; Count 7s for 6 months; Count 8s for 6 months; Count 9s for 6 months. To run concurrently to each other. All sentences for Count 1s through 9s to run concurrently to each other.

☑ The court makes the following recommendations to the Bureau of Prisons:

That Defendant's sentence be served at a facility in Texas, FCI Bastrop.
That Defendant participate in the RDAP program.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

| | Judgment—Page | 4 | of | 8 |

DEFENDANT:   CHRISTOPHER RAY GRIDER
CASE NUMBER:   21-022-01 (CKK)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Thirty-six (36) months for Counts 1s,2s,3s to run concurrently to each other. Twelve (12) months for Counts 4s,5s,6s to run concurrently to each other. All terms of supervised release for Counts 1s through 6s to run concurrently to each other.

# MANDATORY CONDITIONS

1.     You must not commit another federal, state or local crime.
2.     You must not unlawfully possess a controlled substance.
3.     You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, according to probation office protocol.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.     ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.     ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.     ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.     ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
        Sheet 3A — Supervised Release

Judgment—Page _____ 5 _____ of _____ 8 _____

DEFENDANT:  CHRISTOPHER RAY GRIDER
CASE NUMBER:  21-022-01 (CKK)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3D — Supervised Release

Judgment—Page __6__ of __8__

DEFENDANT:  CHRISTOPHER RAY GRIDER
CASE NUMBER:  21-022-01 (CKK)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the prior approval of the probation officer.

Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; upon receipt of the progress report, the Court will determine if your appearance is required.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __7__ of __8__

DEFENDANT: CHRISTOPHER RAY GRIDER
CASE NUMBER: 21-022-01 (CKK)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 405.00 | $ 5,044.00 | $ 812.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | | $5,044.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building, Room H2-205B | | | |
| Washington, DC 20515 | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 5,044.00 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☑  the interest requirement is waived for the   ☑ fine   ☑ restitution.

   ☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
　　　　　Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___8___

DEFENDANT: CHRISTOPHER RAY GRIDER
CASE NUMBER: 21-022-01 (CKK)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment\*** | **JVTA Assessment\*\*** |
|---|---|---|---|---|---|
| **TOTALS** | $ 405.00 | $ 5,044.00 | $ 812.00 | $ 0.00 | $ |

☐　The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐　The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

　　If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Architect of the Capitol | | $5,044.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building, Room H2-205B | | | |
| Washington, DC 20515 | | | |
| **TOTALS** | $　　　　　0.00 | $　　　　　5,044.00 | |

☐　Restitution amount ordered pursuant to plea agreement  $ _____

☐　The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑　The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☐　the interest requirement is waived for the　☐ fine　☐ restitution.

　　☐　the interest requirement for the　☐ fine　☑ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT:  CHRISTOPHER RAY GRIDER
CASE NUMBER:  21-022-01 (CKK)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __405.00__ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

    The Court finds that you do have the ability to pay a fine in the amount of $812.00. The financial obligation are
    immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave, NW, Washington,
    DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until
    such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Case Number
    Defendant and Co-Defendant Names                  Joint and Several        Corresponding Payee,
    (including defendant number)        Total Amount        Amount        if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

  *Plaintiff,*

v.

CHRISTOPHER RAY GRIDER.

  *Defendant.*

Criminal Action No. 21-22 (CKK)

**DEFENDANT'S MOTION FOR LEAVE TO PROCEED
*IN FORMA PAUPERIS*
AND FOR THE APPOINTMENT OF COUNSEL**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE FOR THE DISTRICT OF COLUMBIA:

    CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, pursuant to Rule 24 of the Federal Rules of Appellate Procedure, moves this Court for leave to permit him to proceed *in forma pauperis* and to appoint him counsel. In support thereof, he would show the following.

1.  Concurrent with the filing of this motion, Defendant has given his notice of his intent to appeal the Court's rulings and judgment in this case.

2.  As reflected on the attached affidavit containing the information required by Federal Rule of Appellate Procedure 24(a)(1), Defendant is indigent and cannot afford to retain counsel to continue representing him in this matter. Undersigned counsel has moved to withdraw as counsel of record.

3. Defendant desires this Court to appoint him an attorney to represent him consistent with the Criminal Justice Act.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this Court find that he is indigent, permit him leave to proceed *in forma pauperis*, and appoint him counsel to continue representing him on appeal.

Date: <u>June 27, 2023</u>                      Respectfully Submitted,

/s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9991

ATTORNEY FOR THE DEFENDANT

CHRISTOPHER RAY GRIDER, Defendant

2

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the

Government, Francesco Valentini on June 27, 2023, via ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

 *Plaintiff,*

v.                                                    Criminal Action No. 21-22 (CKK)

CHRISTOPHER RAY GRIDER.

 *Defendant.*

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL *IN FORMA PAUPERIS*

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: | Complete all questions in this application and then sign it.  Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 06/26/2023 |

My issues on appeal are:
- The trial court erred in denying pretrial motions including motions to dismiss various counts alleged against me
- The trial court erred in prohibiting me from raising an entrapment by estoppel defense
- The trial court erred excluding evidence offered on my behalf during trial
- The trial court erred in the application of the Sentencing Guidelines to my case
- The evidence was legally insufficient to sustain my conviction on all counts
- The trial court erred in its assessment of my sentence

1.     *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $0 | $0 | $0 |
| Self-employment | $3733.87 | $0 | $3733.87 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $83.33 | $0 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $670.41 | $0 | $672.05 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): | $0 | $0 | $0 | $0 |
| **Total monthly income:** | **$4404.28** | **$83.33** | **$4405.92** | **$0** |

2.     *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self | 830 FM 1950 Eddy TX 76524 | Fall 2014-Present | $3733.87 |

|  |  |  | $ |
|  |  |  | $ |

3.   *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

4.   *How much cash do you and your spouse have? $  4837*

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase Bank | Personal Checking | $0.63 | $0 |
| Chase Bank | Business Checking | $3.89 | $0 |
| Cadence Bank | Business Checking | $362.95 | $0 |
| Cadence Bank | Personal Checking | $29.32 | $0 |
| Sutton Bank | Business Checking | $79.54 | $0 |
| Square Financial Services | Business Savings | $9,425.75 | $0 |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5.   *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $26,000 |
| | | Make and year: 2016 Ram |
| | | Model:2500 |
| | | Registration #: JZB3801 |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $5,000 | (Value) $ | (Value) $ |
| Make and year:2011 Mercedes | | |
| Model: ML 350 | | |
| Registration #: LRF7894 | | |

6.   *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.   *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| CAG | Daughter | 2 months |
| TMG | Son | 5 |
| HDG | Son | 13 |
| ARG | Son | 16 |

8.    *Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | **You** | **Your Spouse** |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) <br>     Are real estate taxes included?     [ ] Yes  [ ] No <br>     Is property insurance included?    [ ] Yes  [ ] No | $0 | $0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $550 | $0 |
| Home maintenance (repairs and upkeep) | $50 | $0 |
| Food | $1000 | $0 |
| Clothing | $100 | $0 |
| Laundry and dry-cleaning | $0 | $0 |
| Medical and dental expenses | $200 | $800 |
| Transportation (not including motor vehicle payments) | $640 | $320 |
| Recreation, entertainment, newspapers, magazines, etc. | $200 | $200 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $0 | $0 |
|     Life: | $35 | $0 |
|     Health: | $0 | $0 |
|     Motor vehicle: | $158 | $0 |
|     Other: | $0 | $0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor Vehicle: | $0 | $0 |
|     Credit card (name): | $0 | $0 |
|     Department store (name): | $0 | $0 |
|     Other: | $0 | $0 |
| Alimony, maintenance, and support paid to others | $0 | $0 |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | **$3,333** | **$1,320** |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

  [X] Yes      [ ] No      I have been sentenced to incarceration in the Bureau of Prisons and must self-report in July 2023. Once incarcerated, I will not be able to earn income to support my defense or family.

10.  *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [X] No

  *If yes, how much?* $ _____

11.  *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12.  *State the city and state of your legal residence.*

  *Your daytime phone number*: (214) 862-7446

  *Your age*: 41   *Your years of schooling*: Master's Degree

  *Last four digits of your social-security number*:  See PSR