IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER RAY GRIDER.<br><br>*Defendant*. | Criminal Action No. 21-22 (CKK) |

**DEFENDANT'S SUPPLEMENT
TO MOTION TO EXTEND SURRENDER DATE**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT SENIOR JUDGE FOR THE DISTRICT OF COLUMBIA:

CHRISTOPHER RAY GRIDER, the Defendant in the above styled and numbered cause, by and through undersigned counsel, and files this supplement to his Motion to Extend Surrender Date Under Seal, *see* ECF Dkt. 187. Concurrent with the filing of this supplement, the Defendant is filing a motion to submit medical records related to Mr. Grider's wife's medical conditions under seal.

Undersigned counsel has conferred with counsel for the Government, provided him with copies of those medical records, and requested his position on Mr. Grider's motion. He confirmed that, on behalf of the United States, he will not take a position on the motion.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this Court extend the date for him to surrender to the Bureau of Prisons to commence his sentence approximately thirty days.

1

Date: July 13, 2023                         Respectfully Submitted,

**MAYR LAW, P.C.**

by: /s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9991

ATTORNEY FOR THE DEFENDANT,
CHRISTOPHER RAY GRIDER

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this supplement was sent to Counsel for the Government, Francesco Valentini on July 13, 2023, via ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR

## CERTIFICATE OF CONFERENCE

I certify I conferred with Counsel for the Government, Francesco Valentini on July 13, 2023, and he represented that, on behalf of the Government, he is not taking a position on the Defendant's motion.

/s/ T. Brent Mayr
T. BRENT MAYR