# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER RAY GRIDER, <br><br> Defendant. | Criminal Action No. 21-22 (CKK) |

## ORDER
(July 14, 2023)

The Court has received and reviewed Defendant's [187] Motion for Extension of Time to Surrender and Defendant's [188] Supplement thereto   Therein, Defendant requests permission to extend the time for his July 19, 2023 surrender to the Bureau of Prisons [FCI-Bastrop] by approximately 30 days, due to his wife's recent medical emergencies, and his need to provide care and support for her and their four children.  Defendant has provided the Court and the Government with a copy of his wife's [189] medical records to substantiate his request.  The Government takes no position on this motion.  Accordingly, it is this 14th day of July 2023, hereby

**ORDERED** that Defendant's [187] Motion for Extension of Time to Surrender is GRANTED.  Defendant shall report to the BOP not before August 18, 2023.  A copy of this Order shall be provided to the Bureau of Prisons.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge